IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Bankruptcy No. 01-10578 (RTL) |
| | : | |
| FEDERAL-MOGUL GLOBAL INC., | : | |
| T&N LIMITED, *et al.*, | : | |
| | : | |
| Debtors. | : | |

_____

| | | |
|---|---|---|
| THE OFFICIAL COMMITTEE OF | : | |
| ASBESTOS CLAIMANTS and | : | |
| ERIC D. GREEN, as the | : | |
| LEGAL REPRESENTATIVE FOR | : | |
| FUTURE ASBESTOS CLAIMANTS, | : | |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | Civil Action No. 05-59 (JHR) |
| | : | |
| ASBESTOS PROPERTY DAMAGE | : | |
| COMMITTEE, | : | |
| | : | |
| Defendant. | : | |

## **STANDING ORDER No. 1**

This matter having been opened by the Court upon its own motion in the above-captioned case

IT IS THIS 2nd day of March, 2005

**ORDERED** that the following Order applies to all pleadings, applications, or documents filled or submitted by parties, or other persons in interest, in the above captioned case shall be filed with the Clerk of the United States District Court for the District of Delaware in accordance with applicable procedures and Local and Federal

Rules of Civil and/or Bankruptcy Procedure; and,

**IT IS FURTHER ORDERED** all persons shall individually transmit a courtesy copy of all pleadings, applications, and documents simultaneously with the Chambers of the Honorable Joseph H. Rodriguez, 1 John F. Gerry Plaza, P.O. Box. 886, Camden, New Jersey, 08101.

 _/S/ Joseph H. Rodriguez_____
 JOSEPH H. RODRIGUEZ
 United States District Judge