**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | : | Bankruptcy  No. 01-10578 (RTL) |
| | : | |
| FEDERAL-MOGUL GLOBAL INC., | : | |
| T&N LIMITED, *et al.*, | : | |
| | : | |
| Debtors. | : | |

_____

| | | |
|---|---|---|
| THE OFFICIAL COMMITTEE OF | : | |
| ASBESTOS CLAIMANTS and | : | |
| ERIC D. GREEN, as the | : | |
| LEGAL REPRESENTATIVE FOR | : | |
| FUTURE ASBESTOS CLAIMANTS, | : | |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | Civil Action No. 05-59 (JHR) |
| | : | |
| ASBESTOS PROPERTY DAMAGE | : | |
| COMMITTEE, | : | |
| | : | **ORDER** |
| Defendant. | : | |

This matter having come before the Court pursuant to its January 26, 2005 Order directing the parties to file a status report as to the readiness for a hearing on the Asbestos Claims Estimation, and the Court having conducted a telephone conference on March 17, 2005, and the Court having considered the parties' submissions;

IT IS THIS 17th  day of March, 2005

**ORDERED** that the Asbestos Claim Estimation Hearing shall commence beginning on June 14, 2005 at 9:30 a.m., in Courtroom 5D, 1 John F. Gerry Plaza, Camden, New Jersey 08101; and

**IT IS FURTHER ORDERED** that Parties to the Asbestos Claims Estimation

Hearing shall file their final witness lists, lists of trial exhibits, and pre-hearing

memoranda at least fourteen (14) days prior to the commencement of the Hearing; and

**IT IS FURTHER ORDERED** that the Parties shall ensure that this Order be

served on all parties-in-interest in both the United States bankruptcy proceedings and the

United Kingdom insolvency proceedings.


      /S/ Joseph H. Rodriguez
      JOSEPH H. RODRIGUEZ
      United States District Judge