IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Federal-Mogul Global, Inc., T&N LIMITED, *et al.*,<br><br>Debtors. | Bankruptcy Case No. 01-10578 (RTL) |
| THE OFFICIAL COMMITTEE OF ASBESTOS CLAIMANTS and ERIC D. Green, AS THE LEGAL REPRESENTATIVE FOR FUTURE ASBESTOS CLAIMANTS,<br><br>Plaintiffs,<br>v.<br><br>ASBESTOS PROPERTY DAMAGE COMMITTEE,<br><br>Defendant. | Civil Action No. 05-59 (JHR)<br><br>**[Related to Docket No. 12]** |

STATE OF DELAWARE    )
                     :  ss.:
COUNTY OF NEW CASTLE )

## AFFIDAVIT OF SERVICE

Marlene Chappe, being duly sworn according to law, deposes and says that she is employed by the law firm of Pachulski, Stang, Ziehl, Young, Jones & Weintraub P.C., and that

*[Remainder of Page Intentionally Left Blank]*

27440-001\DOCS_DE:106760.1

on the 24th day of March 2005, she caused a copy of the following document(s) to be served

upon the parties on the attached service list(s) in the manner indicated:

      **[SIGNED] ORDER SCHEDULING CLAIMS ESTIMATION HEARING**

_____
Marlene Chappe

Sworn to and subscribed before
me this 24th day of March 2005

_____
Notary Public
My Commission Expires: 3-11-2006

**TIMOTHY M. O'BRIEN**
**Notary Public - Delaware**
**My Comm. Expires Mar. 11, 2006**

27440-001\DOCS_DE:106760.1                            2