**Federal-Mogul Corporation**
**Additional Service for Asbestos Claims Estimation**
**Order**
01-10578 (RTL)
Document No. 106754
01 – Hand Delivery
01 – First Class Mail
04 – Foreign First Class Mail

**Hand Delivery**
David B. Stratton, Esquire
James C. Carignan, Esquire
Pepper Hamilton LLP
Hercules Plaza
1313 Market Street, Suite 5100
Wilmington, DE 19899-1709

**First Class Mail**
(Counsel to the T&N Pension Trustees)
Daniel Guyder, Esquire
Allen & Overy LLP
1221 Avenue of the Americas
New York, NY 10020

**Foreign First Class Mail**
Mr Ahmed Patel
c/o John Pickering & Partners
Attn: Mr Anthony Coombs
29/31 King Street
Manchester M2 6BE
ENGLAND

**Foreign First Class Mail**
Mr Ahmed Patel
133, Northumberland Road
Old Trafford
Manchester M16 9GD
ENGLAND

**Foreign First Class Mail**
Colin and Ronald Laidler jnr
Personal Representatives of Ronald Laidler
c/o Thompsons Solicitors
St Nicholas Building
St Nicholas Street
Newcastle-Upon-Tyne NE1 1TH
ENGLAND

**Foreign First Class Mail**
Colin Laidler, Personal Representative of Ronald
Laidler
46 Wellbank Road
Washington
Tyne & Wear NE37 1JN
ENGLAND

*Federal Mogul Global, Inc., et al.*
2002 Service List (Hand and First Class Mail)
Case No. 01-10578 (RTL)
Doc. #77579 (02/4/05)
048 - Hand Delivery
03 – Foreign First Class
272 – First Class Mail

(Counsel for Debtors)
James E. O'Neill, Esquire
Laura Davis Jones, Esquire
Pachulski, Stang, Ziehl, Young & Jones P.C.
919 Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

*Hand Delivery*
(Parcels)
Vito I. DiMiao
Parcels, Inc.
4 East Seventh Street
Wilmington, DE 19801

*Hand Delivery*
(U.S. Trustee)
Frank Perch, Esq.
Office of the United States Trustee
844 King Street, Ste 2207
Wilmington, DE 19801

*Hand Delivery*
*(Counsel for Lenders.)*
Mark D. Collins, Esquire
Richards Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19801

*Hand Delivery*
*(Pension Benefit*
*Guaranty Corporation)*
Michele C. Gott, Esquire
Smith, Katzenstein & Furlow LLP
800 Delaware Avenue
P.O. Box 410
Wilmington, DE 19899

*Hand Delivery*
*(Co-Counsel to Creditors' Committee)*
Charlene D. Davis, Esquire
The Bayard Firm
222 Delaware Avenue, Ste 900
Wilmington, DE 19801

*Hand Delivery*
*(Center for Claims Resolution)*
Laurie Selber Silverstein, Esquire
Monica Leigh Lofton, Esquire
Potter Anderson & Corroon LLP
1313 N. Market Street, 6th Floor
P.O. Box 951
Wilmington, DE 19801

*Hand Delivery*
*(Internal Revenue Service)*
Ellen W. Slights, Esquire
Assistant United State Attorney
Chase Manhattan Centre
1201 Market Street. Suite 1100
P.O. Box 2046
Wilmington, DE 19899-2046

*Hand Delivery*
*(Co-Counsel for Official Committee of Asbestos*
*Claimants)*
Aileen Maguire, Esquire
Campbell& Levine, LLC
800 King Street, Ste 300
Wilmington, DE 19801

*Hand Delivery*
*(Counsel for DaimlerChrysler Corporation, Ford*
*Motor Corporation and GMC; Liberty Mutual)*
Teresa K.D. Currier, Esquire
Daniel B. Rath, Esquire
Jeffrey R. Waxman, Esquire
Klett Rooney Lieer & Schorling, P.C.
The Brandywine Building
1000 West Street, Ste 1410
Wilmington, DE 19801

*Hand Delivery*
*(Counsel for Travelers Casualty and Surety Company)*
Michael G. Busenkell, Esquire
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19801

*Hand Delivery*
*(Counsel for Eric D. Green, Futures Representative)*
James L. Patton, Jr., Esquire
Edwin J. Harron, Esquire
Young Conaway Stargatt & Taylor, LLP
1000 West Street, 17th Floor
Wilmington, DE 19801

*Hand Delivery*
*(Counsel for Travelers Casualty & Surety*
*Company of America)*
Neal J. Levitsky, Esquire
L. Jason Cornell, Esquire
Fox Rothschild LLP
919 N. Market Street, Ste 1300
Wilmington, DE 19801

*Hand Delivery*
*(counsel for National Union Fire Insurance*
*Company)*
Richard W. Riley, Esquire
Duane Morris LLP
1100 North Market Street
Suite 1200
Wilmington, DE 19801

*Hand Delivery*
*(counsel for Globe Indemnity Company)*
Karen V. Sullivan, Esquire
Oberly, Jennings & Rhodunda, P.A.
800 Delaware Avenue
Suite 901
Wilmington, DE 19899

*Hand Delivery*
*(Co-Counsel to Official Committee of*
*Equity Security Holders)*
Ian Connor Bifferato, Esquire
Megan N. Harper, Esquire
Bifferato, Bifferato & Gentilotti
1308 Delaware Avenue
Wilmington, DE 19801

*Hand Delivery*
*(Century Indemnity Company, et al, Stonewall*
*Insurance Company, OneBeacon America Insurance*
*Company, Northern Assurance Company of America,*
*Seaton Insurance Company, and TIG Insurance*
*Comapny)*
Brian L. Kasprzak, Esquire
Marks, O'Neill, O'Brien & Courtney, P.C.
913 N. Market Street, Ste 800
Wilmington, DE 19801

*Hand Delivery*
*(Counsel for Mt. McKinley Insurance Company and*
*Everest Reinsurance Company)*
Sean J. Bellew, Esquire
Cozen O'Connor
Chase Manhattan Centre
1201 North Market Street
Suite 1400
Wilmington, DE 19801

*Hand Delivery*
*(Counsel for McKinley Insurance Company and*
*Everest Reinsurance Company)*
William P. Shelley, Esquire
John J. Dwyer, Esquire
Cozen O'Connor
1900 Market Street
Philadelphia, PA 19103

*Hand Delivery*
*(Safeco Insurance Company)*
R. Karl Hill, Esquire
Seitz, Van Ogtrop & Green, P.A.
222 Delaware Avenue, Suite 1500
Wilmington, DE 19801

*Hand Delivery*
*(Morris, Nichols)*
Greg Werkheiser, Esquire
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19801

*Hand Delivery l*
*(National Fire Ins. Co. of Hartford)*
*(Continental Casualty Company)*
Frederick B. Rosner, Esquire
Jaspan Schlesinger Hoffman LLP
1201 N. Orange St. Street, Ste 1001
Wilmington, DE 19801

*Hand Delivery*
*(Counsel for Dana Commercial*
*Credit Corporation;Rolls Royce, et al.)*
David E. Wilks, Esquire
White and Williams LLP
824 N. Market Street, Suite 902
P.O. Box 709
Wilmington, DE 19899

*Hand Delivery*
*(Collateral Trustee)*
Ms. Suzanne McDonald
Corporate Trust Division
Wilmington Trust Company
Rodney Square North
1100 North Market Street
Wilmington, DE 19890

*Hand Delivery*
*(SCM Metal Products)*
Regina A. Iorii, Esquire
Ashby & Geddes
222 Delaware Avenue, 17th Floor
P.O. Box 1150
Wilmington, DE 19801

*Hand Delivery*
*(United Steel Technologies Inc.; Honeywell*
*International, Inc.)*
Sherry Ruggiero Fallon, Esquire
Tybout Redfearn & Pell
300 Delaware Avenue, Ste 1100
P.O. Box 2092
Wilmington, DE 19801

*Hand Delivery*
*(Co-Counsel for State Street Bank and Trust*
*Company and Eaton Corporation)*
Francis A. Monaco, Jr., Esquire
Walsh, Monzack and Monaco, P.A.
1201 N. Orange Street, Ste 400
P.O. Box 2031
Wilmington, DE 19801

*Hand Delivery l*
*(Counsel for Caterpillar Financial Services)*
Teresa Currier, Esquire
Klett Rooney Lieber & Schorling
1000 West Street, Ste 1410
Wilmington, DE 19801

*Hand Delivery*
*(Co-Counsel for Wells Fargo Bank Minesota, N.A.)*
Scott D. Cousins, Esquire
William E. Chipman, Esquire
Greenberg Traurig, LLP
1000 West Street, Ste 1540
Wilmington, DE 19801

*Hand Delivery*
*(Counsel for U.S. Bank Trust N.A.)*
Eric Lopez Schnabel, Esquire
Klett Rooney Lieber & Schorling
The Brandywine Building
1000 West Street, Suite 1410
Wilmington, DE 19801

*Hand Delivery*
*(Counsel for Forrest Wishcorp)*
William F. Taylor, Jr., Esquire
McCarter & English, LLP
919 Market Street, Ste 950
P.O. Box 111
Wilmington, DE 19801

*Hand Delivery*
*(Counsel for ABCO Diecasters, Inc.)*
John C. Phillips, Jr., Esquire
Phillips, Goldman & Spence, P.A.
1200 North Broom Street
Wilmington, DE 19806

*Hand Delivery*
*(Counsel for Kasper Industries)*
Carl N. Kunz, III, Esquire
Morris, James, Hitchens & Williams LLP
222 Delaware Avenue, 10th Floor
P.O. Box 2306
Wilmington, DE 19801

*Hand Delivery*
*(counsel for Waupaca Foundry, Inc.)*
Noel C. Burnham, Esquire
Montgomery, McCracken, Walker & Rhoads, LLP
300 Delaware Ave
Suite 750
Wilmington, DE 19801

*Hand Delivery*
*(Counsel of Citicorp Vendor Finance)*
Richard M. Beck, Esquire
Klehr, Harrison, Harvey, Branzburg & Ellers LLP
919 Market Street
Suite 1000
Wilmington, DE 19801

*Hand Delivery*
*(Counel for TCF Leasing, Inc.)*
William F. Taylor
Katherine L. Myer
McCarter & English, LLP
919 North Market Street
Suite 950
Post Office Box 111
Wilmington, DE 19899

*Hand Delivery*
*(Counsel for William Jewell College)*
William K. Harrington, Esquire
Duane Morris LLP
1100 North Market Street
Suite 1200
Wilmington, DE 19801

*Hand Delivery*
*(Counsel of Carquest Corporation)*
Katherine L. Mayer
McCarter & English, LLP
919 North Market Street, Ste 950
P.O. Box 111
Wilmington, DE 19899

*Hand Delivery*
)
Thomas D. Walsh, Esquire
McCarter & English, LLP
919 North Market Street
P.O. Box 111
Wilmington, DE 19899

*Hand Delivery*
)
Kathleen M. Miller, Esquire
Smith, Katzenstein & Furlow LLP
800 Delaware Avenue
P.O. Box 410
Courier 19801
Wilmington, DE 19899

*Hand Delivery*
)
Stuart M. Brown, Esquire
Buchanan Ingersoll, P.C.
1201 North Market Street
Suite 1501
Wilmington, DE 19801

*Hand Delivery*
*(Counsel for Pneumo Abex Corporation)*
Barry M. Klayman, Esquire
Wolf, Block, Schorr and Solis-Cohen, LLP
Wilmington Trust Center
1100 N. Market Street
Suite 1001
Wilmington, DE 19801

*Hand Delivery*
*(Counsel for Administrators of the UK Debtors)*
Christopher S. Sontchi, Esquire
Ashby & Geddes
222 Delaware Avenue
17th Floor
Wilmington, DE 19801

*Hand Delivery*
*(Co-Counsel to U.S. Bancorp Equipment Finance, Inc.)*
James E. Huggett, Esquire
Klehr, Harrison, Harvey, Branzburg & Ellers LLP
919 Market Street
Suite 1000
Wilmington, DE 19801

*Hand Delivery*
*(Co-Counsel for Official Committee of Asbestos Property Damage Claimants)*
Theodore J. Tacconelli, Esquire
Ferry, Joseph & Pearce, P.A.
824 Market Street, Ste 904
Wilmington, DE 19801

*Hand Delivery*
*(Co-Counsel for Rothschild Inc.)*
Bradford J. Sandler, Esquire
Adelman Lavine Gold & Levin
919 N. Market Street, Ste 710
Wilmington, DE 19801

*Hand Delivery*
*(Counsel for Defendants Hartford Accident*
*and Indemnity Company, First State Insurance*
*Company, and New England Insurance Compan &*
*Certain London Market Ins. Cos.))*
John S. Spadaro, Esquire
Murphy Spadaro & Landon
1011 Centre Road, Ste 210
Wilmington, DE 19805

*Hand Delivery*
*(Counsel for Devlieg-Bullared II, Inc.)*
James E. Huggett, Esquire
Flaster/Greenberg P.C.
913 N. Market Street, 7th Floor
Wilmington, DE 19801

*Hand Delivery*
*(Counsel for Allianz Companies)*
James S. Yoder, Esquire
White & Williams LLP
824 Market Street, Ste 902
Wilmington, DE 19801

*First Class Mail*
*(General Counsel for Debtors)*
William Hedden, Jr., Esquire
811 Knollwood Terrace
Westfield, NJ 07090

*First Class Mail*
*(counsel for SAP America Inc.)*
Brown & Connery, LLP
P.O. Box 539
Westmont, NJ 08108

*First Class Mail*
*(counsel for Ergste Westig South Carolina, Inc.)*
Todd D. Lawlor, Esquire
Michael L. Martell, Esquire
Abberley Kooiman LLP
666 5th Ave #28
New York, NY 10103

*First Class Mail*
*(Co-Counsel to Debtors)*
Karen A. Giannelli, Esquire
Gibbons, Del Deo, Dolan, Griffinger & Vecchione
One Riverfront Plaza
Newark, NJ 07102

*First Class Mail*
*(Agent)*
Ann C. Kurinkas
Chase Manhattan Bank
20th Floor
270 Park Avenue
New York, NY 10017

*First Class Mail*
)
Cornell University
Office of University Counsel
300 CCC Building, Garden Avenue
Ithaca, NY 14853

*First Class Mail*
)
David Barrett, Comptroller
Marine Pollution Control Corp.
8631 W. Jefferson
Detroit, MI 48209

*First Class Mail*
*(Counsel to Robert Bosch GmbH)*
Coudert Brothers LLP
Attn: Malani J. Sternstein, Esquire
The Grace Building
1114 Avenue of the Americas
New York, NY 10036

*First Class Mail*
*(Counsel for Ahlstrom Altenkirchen GmbH)*
David T. Pluta
Ahlstom U.S. Operations
c/o Ahlstrom Windsor Locks LLC
Two Elm Street
Windsor Locks, CT 06096

*First Class Mail*
*(Counsel for Vierson Boiler & Repair Co.)*
Robert D. Wolford
Miller, Johnson, Snell & Cummiskey, P.L.C.
250 Monroe Avenue N. W.,
Suite 800
Gran Rapids, MI 49501

*First Class Mail*
*(Special Corporate Counsel)*
Aleksandra A. Miziolek, Esquire
Dykema Gossett PLLC
400 Renaissance Center
Detroit, MI 48243

First Class Mail
*(Special Counsel)*
Scott D. Gilbert, Esquire
Gilbert Heintz & Randolph LLP
1100 New York Avenue, N.W., Ste 700
Washington, DC 20005

First Class Mail
*(Financial Advisors to Debtors)*
Jeffrey J. Stegenga
FTI Consulting
2001 Ross Avenue, Ste 400
Dallas, TX 75201

First Class Mail
*(Financial Advisor and Investment Banker)*
Todd R. Snyder
Rothschild Inc.
1251 Avenue of the Americas
New York, NY 10020

First Class Mail
*(Corporate Communications Consultants)*
Ann Julsen, Esquire
Sitrick and Company, Inc.
Suite 800
1840 Century Park East
Los Angeles, CA 90067

First Class Mail
*(Safeco Insurance Company)*
Brad A. Berish, Esquire
Chad H. Gottleman, Esquire
Adelman, Gettleman, Merens, Berish
& Carter, Ltd.
53 West Jackson Blvd., Ste 1050
Chicago, IL 60604

First Class Mail
*(General Motors Corporation)*
Robert B. Weiss, Esquire
Sheldon S. Toll, Esquire
Honigman Miller Schwartz and Cohn LLP
2290 First National Building
660 Woodward Avenue
Detroit, MI 48226

First Class Mail
*(Center for Claims Resolution)*
Michael P. Richman, Esquire
David M. Hillman, Esquire
Mayer, Brown, Rowe & Maw
1675 Broadway
New York, NY 10019

First Class Mail
*(Eagle-Picher Industries, Inc.)*
Stgephen D. Lerner, Esquire
Squire, Sanders & Dempsey L.L.P.
312 Walnut Street, Ste 3500
Cincinnati, OH 45202

First Class Mail
*(Counsel for Flexitallic Group)*
Judith Elkin, Esquire
Haynes and Boone, LLP
399 Park Avenue, 23rd Floor
New York, NY 10022

First Class Mail
*(National Fire Ins. Co. of Hartford)*
*(Continental Casualty Company)*
Neal D. Colton, Esquire
Cozen O'Connor
1900 Market Street
Philadelphia, PA 19103

First Class Mail
*(Counsel for Claimant Creditors)*
Alan R. Brayton, Esquire
Brayton Purcell
222 Rush Landing Road
Novato, CA 94945

First Class Mail
*(Counsel for Asbestos Tort Claimants)*
Michael V. Kelley, Esquire
Robert A. Marcis Thomas
Kelley & Ferraro, LLP
1901 Penton Media Building
1300 East Ninth Street
Cleveland, OH 44114

*First Class Mail*
*(Counsel for Halliburton Energy*
*Services, Inc.)*
Rhett G. Campbell, Esquire
Morris & Campbell, P.C.
600 Jefferson
Suite 800
Houston, TX 77002

*First Class Mail*
*(Counsel for Leggett &*
*Platt, Incorporated)*
John Lyckman, Esquire
Legett & Platt, Incorporated
No. 1 Leggett Road
Cathage, MO 64836

*First Class Mail*
*(Counsel for Leggett &*
*Platt, Incorporated)*
Larry E. Parres, Esquire
Lewis, Rice & Fingersh, L.C.
500 North Broadway
Suite 2000
St. Louis, MO 63102

*First Class Mail*
*(Counsel for Dana Commercial*
*Credit Corporation)*
Monique D. Almy, Esquire
Randall L. Hagen, Esquire
Smantha Bishop, Esquire
Ober, Kaler, Grimes, & Shriver
A Professional Corporation
120 East Baltimore Street
Baltimore, MD 21202-1643

*First Class Mail*
*(Counsel for Leggett &*
*Platt, Incorporated)*
Judy Eyster, Esquire
John Getchey, Esquire
Dana Commercial Credit Corp.
1801 Richards Road
Toledo, OH 43607

*First Class Mail*
*(Glencore LTD)*
Steven J. Reisman, Esquire
Curtis, Mallet-Prevost, Colt & Mosle LLP
101 Park Avenue
New York, NY 10178-0061

*First Class Mail*
*(Portman Equipment Company)*
J. Michael Debbeler, Esquire
Graydon Head & Ritchey LLP
1900 Fifth Third Center
511 Walnut Street
Cincinnati, OH 45202

*First Class Mail*
*(Chase Manhattan Bank)*
Steven M. Fuhrman, Esquire
Simpson Thacher & Bartlett
425 Lexington Avenue
New York, NY 10017

*First Class Mail*
*(Counsel to numerous*
*asbestos claimants)*
Russell W. Budd, Esquire
Alan B. Rich, Esquire
Baron & Budd, P.C.
3102 Oak Lawn Avenue
Suite 1100
Dallas, TX 75219

*First Class Mail*
*(counsel to numerous*
*asbestos claimants)*
Steven T. Baron, Esquire
Silber Pearlman, LLP
2711 North Haskell Avenue
Cityplace Center East-5th Floor
L.B. 32
Dallas, TX 75204

*First Class Mail*
*(Aspen Advisors LLC)*
Neil Subin, Esquire
8 Palm Court
Sewalls Point, FL 34996

*First Class Mail*
*(Aspen Advisors LLC)*
Richard Baumfield, Esquire
Andrews & Kurth LLP
Attorneys for Aspen Advisors LLC
450 Lexington Ave
Fl 15
New York, NY 10017

*First Class Mail*
*(counsel for Strickland Paper*
*Company, Inc.)*
Clark R. Hammond, Esquire
Johnston Barton Proctor & Powell LLP
1901 Sixth Avenue North
Suite 2900
Birmingham, AL  35203

*First Class Mail*
*(The Travelers)*
The Travelers Insurance Company
National Accounts
1 Tower Square-5MN
Hartford, CT  06183

*First Class Mail*
*(Counsel for numerous asbestos*
*claimants)*
Alan B. Rich, Esquire
3102 Oak Lawn Avenue
Suite 1100
Dallas, TX  75219

*First Class Mail*
*(Counsel for Pension*
*Benefit Guaranty Corporation)*
Kenneth J. Cooper, Esquire
Pension Benefit Guaranty Corporation
Office of the General Counsel
1200 K Street, N.W.
Washington, D.C.  20005-4026

*First Class Mail*
*(Counsel for Teachers and*
*Annuity Association of America)*
Clifford S. Haye, Esquire
Teachers Insurance and Annuiy
Association of America
730 Third Avenue
New York, NY  10017

*First Class Mail*
*(Counsel for Ford Motor*
*Company)*
Stephen S. LaPlante, Esquire
Miller, Canfield Paddock & Stone, PLC
150 W. Jefferson, Ave.
Suite 2500
Detroit, MI  48226

*First Class Mail*
*(GW Plastics Tucson, Inc.)*
Paul A. Peters, Esquire
Saperston & Day, P.C.
1100 M&T Center
Three Fountain Plaza
Buffalo, NY  14203

*First Class Mail*
*(counsel for Etco Incorporated)*
Paul F. O'Donnell, III, Esquire
Hinckley, Allen & Snyder LLP
28 State Street
Boston, MA  02109

*First Class Mail*
*(Century Indemnity Company, et al.)*
Mark D. Plevin, Esquire
Crowell & Moring LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004

*First Class Mail*
*(Houghton International, Inc.*
Gary P. Lightman, Esquire
Glenn A. Manochi, Esquire
Lightman, Manochi & Christensen
1520 Locust Street
Twelfth Floor
Philadelphia, PA  19102

*First Class Mail*
*(Asbestos Claimants)*
Eilentz, Goldman & Spitzer
Attn: Eric W. Sleeper, Esquire
90 Woodbridge Center Drive
P.O. Box 10
Woodbridge, NJ  07095

*First Class Mail*
*(Counsel for Pneumo Abex Corp.)*
Robert D. Drain, Esquire
Paul, Weiss, Rifkind, Wharton & Garrison
1285 Avenue of the Americas
New York, NY 10019-6064

*First Class Mail*
*(Castrol Industrial North America)*
James S. Carr, Esquire
Kelley Drye & Warren LLP
101 Park Avenue
New York, NY  10178

*First Class Mail*
*(Wabash Alloys L.L.C; Hartford Accident and*
*Indemnity Co., First State Ins. Co. and Ne England*
*Ins. Co.)*
Philip D. Anker, Esquire
Andrew J. Currie, Esquire
Wilmer, Cutler & Pickering
2445 M Street, N.W.
Washington, D.C.  20037-1420

*First Class Mail*
*(counsel for Palmer International, Inc)*
Charles J. Weiss, Esquire
Timoney, Knox, Hasson & Weand
400 Maryland Drive
P.O. Box 7544
Ft. Washington, PA  19034-7544

*First Class Mail*
*(counsel for Aetna US Healthcare, Inc)*
Aetna US Healthcare
Sherry Marrone/National Collections Dept.
930 Harvest Drive
Blue Bell, PA  19422

*First Class Mail*
*(counsel for The Delaware Bay Co., Inc)*
Jeffrey Rosenkranz, Esquire
The Delaware Bay Company, Inc.
680 Fifth Avenue
22nd Floor
New York, NY  10019

*First Class Mail*
*(Dresdner Kleinwort Wasserstein)*
Dresdner Kleinwort Wasserstein
Troubled Assets Department
Attn: James M. Gallagher
First Vice President
1301 Avenue of the Americas
New York, NY  10019

*First Class Mail*
*(counsel for Mitch Murch's*
*Maintenance Management Co.)*
David M. Dare, Esquire
Herren, Dare & Streett
1051 N. Harrison Ave.
St. Louis, MO  63122

*First Class Mail*
*(counsel for General Electric Co.)*
Michael R. Enright, Esquire
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT  06103

*First Class Mail*
*(Numerous Asbestos Claimants)*
Scott Wert, Esquire
Foster & Sear, LLP
524 E. Lamar Blvd
Suite 200
Arlington, TX  76011

*First Class Mail*
*(counsel for Volkswagen*
*Of America Inc.)*
Herzfeld & Rubin, P.C.
Attn: David Cohen, Esquire
40 Wall Street
54th Floor
New York, NY  10005

*First Class Mail*
*(Internal Revenue Service)*
Christopher R. Zaetta, Esquire
Tax Division
U.S. Department of Justice
Judiciary Center Bldg.
555 4th Street, N.W.
Washington, DC  20001

*First Class Mail*
*(Internal Revenue Service)*
J. Craig Young, Esquire
Internal Revenue Service
Area 2
320 Federal Place
Room 509
Greensboro, NC  27401

*First Class Mail*
*(counsel to South Trust Bank)*
Erich N. Durlacher, Esquire
Burr & Forman LLP
Suite 1200, One Georgia Center
600 West Peachtree Street, N.W.
Atlanta, GA 30308

*First Class Mail*
*(SAP AMERICA, INC)*
Russell W. Savory, Esquire
Gotten, Wilson & Savory, PLLC
88 Union Avenue
14th Floor
Memphis, TN 38103

*First Class Mail*
*(South Carolina Department of*
*Health and Environmental Control)*
E. Katherine Wells, Esquire
Staff Counsel
South Carolina Department of
Health and Environmental Control
2600 Bull Street
Columbia, SC 29201-1708

*First Class Mail*
*(Conseco Captal Management Inc.)*
William P. Kovacs. Esquire
General Counsel
Conseco Capital Management, Inc.
11825 North Pennsylvania Street
Carmel, IN 46032

*First Class Mail*
*(Citadel Investment Group LLC)*
Attn: Sean Haas
Citadel Investment Gropu LLC
131 S Dearborn St
Chicago, IL 60603

*First Class Mail*

*First Class Mail*
*(IBM Corporation)*
Beverly H. Shideler, Esquire
BS8399
2 Lincoln
Ctr#200
Oakbrook Terrace, IL 60181

*First Class Mail*
*(counsel toAsbestos Torts Claimants)*
Theodore Goldberg, Esquire
Mark C. Meyer, Esquire
Goldberg, Persky, Jennings & White, P.C.
1030 Fifth Avenue
Pittsburgh, PA 15219

*First Class Mail*
*(counsel to P. Schoenfeld Asset*
*Management LLC)*
P. Schoenfeld Asset Management, LLC
1330 Avenue of the Americas
34th Floor
New York, NY 10019

*First Class Mail*
Ric H. Huttenlocher, Esquire
Bank One
Mail Suite MI1-8074
611 Woodward Avenue
Detroit, MI 48226-8074

*First Class Mail*
Joseph M. Russell, Esquire
Bank One
1 Bank One Plaza
Mail Suite IL1-0286
Chicago, IL 60070-0286

*First Class Mail*
*(counsel for Garlock Inc.)*
Shelby A. Jordan, Esquire

*First Class Mail*
*(counsel to Hollingsworth & Vose Company)*
Deirdre M. Murphy, Esquire
Vice President and General Counsel
Hollingsworth & Vose Company
112 Washington Street
E. Walpole, MA  02083

*First Class Mail*
*(counsel for Waupaca Foundry, Inc.)*
David I. Cisar, Esquire
von Briesen, Purtell & Roper, s.c.
411 E Wisconsin Ave
Suite 700
Milwaukee, WI  53202

*First Class Mail*
*(counsel for Cushion Cut, a Division of Boart Longyear Company, GDM, Inc., Norton Company, Penhall Diamond Products Co.)*
Charles W. Hurd
Johnathan C. Bolton
Fulbright & Jaworski LLP
1301 McKinney
Suite 5100
Houston, TX  77010

*First Class Mail*
*(Icahn Associates Corp.)*
Mr. Vince Antrieri Icahn Associates Corp.
767 Fifth Avenue
47th Floor
New York, NY  10153

*First Class Mail*
Rebeca Pacholder, Esquire
R2 Investmens, LDC
c/o Amalgamted Gadget, L.P.
301 Commerce Street
Suite 2975
Fort Worth, TX  76102

*First Class Mail*
*(counsel to Vellumoid, Inc.)*
Mark W. Powers, Esquire
Bowditch & Dewey, LLP
311 Main Street
Worcester, MA  01608-1552

*First Class Mail*
*(counsel to Anderson Memorial Hospital)*
Daniel A. Speights, Esquire
Speights & Runyan
200 Jackson Avenue, East
Post Office Box 685
Hampton, SC  29924

*First Class Mail*
Valerie DePiro, Esquire
Capstone Corporate Recovery
Park 80 West Plaza II
Suite 200
Saddle Brook, NJ  07663

*First Class Mail*
*(counsel to numerous asbestos claimants)*
J. David Cecil, Esquire
James F. Humphreys & Associates, L.C.
800 United Center
500 Virginia St., East
Charleston, WV  25301

*First Class Mail*
*(Societe Generale)*
Luskin, Stern & Eisler LLP
330 Madison Avenue
34th Floor
New York, NY  10017

*First Class Mail*
*(Societe Generale)*
Societe Generale
1221 Avenue of the Americas
New York, NY  10020

*First Class Mail*
*(Counsel for Belz Enterprises)*
Russell W. Savory, Esquire
Gotten, Wilson & Savory, PLLC
88 Union Avenue
14th Floor
Memphis, TN  38103

*First Class Mail*
*(Counsel for Contrarian Capital Management, LLC)*
Mr. Jon Bauer
Contrarian Capital Management
411 West Putnam Avenue
Suite 225
Greenwich, CT  06830

*First Class Mail*
Donald N. Patten, Esquire
Patten, Wornom, Hatten & Diamonstein, L.C.
Suite 360
12350 Jefferson Avenue
Newport News, VA 23602

*First Class Mail*
*(counsel to First Union National Bank)*
Attn: Irena M. Goldstein, Esquire
LeBouf, Lamb, Greene & MacRae, LLP
125 West 55th Street
New York, NY 10019

*First Class Mail*
*(counsel for Carfel, Inc.)*
Sarah Steinbaum, Esquire
44 W. Flagler Street
Suite 2175
Miami, FL 33130

*First Class Mail*
*(counsel for State Street Bank and Trust Company)*
Amanda D. Darwin, Esquire
Frank S. Hamblett, Esquire
Nixon Peabody LLP
101 Federal Street
Boston, MA 02110

*First Class Mail*
*(counsel to Prickettk, Jones & Elliott and McDermott)*
Michael L. Boykins, Esquire
McDermott, Will & Emery
227 W. Monroe Street
Suite 5400
Chicago, IL 60606

*First Class Mail*
*(counsel of Industrial Recovery Capital Company of Ohio II, LLC)*
Monica Y. Kim
McCutchen, Doyle, Brown & Enersen, LLP
355 S. Grand Ave.
Suite 4400
Los Angeles, CA 90071-3106

*First Class Mail*
*(counsel to Missouri Department of Revenue)*
Gary L. Barnhart, Esquire
Missouri Department of Revenue
General Counsel's Office
301 W. High Street
Room 670
P.O. Box 475
Jefferson City, MO 65105-0475

*First Class Mail*
*(counsel for Jefferson Pilot Financial)*
Christine L. Myatt, Esquire
Adams Kleemeier Hagan Hannah & Fouts PLLC
701 Green Valley Road, Suite 100
Post Office Box 3463
Greensboro, NC 27402

*First Class Mail*
*(Counsel for Nissan North America, Inc.)*
M. Kimberly Stagg, Esquire
983 Nissan Drive
Bin 17U
Smyrna, TN 37167

*First Class Mail*
*(counsel to numerous asbestos claimants)*
Steven J. Kherkher
Williams Bailey Law Firm, LLP
8441 Gulf Freeway, Suite 600
Houston, TX 77017

*First Class Mail*
*(State of New York)*
Christopher O'Brien, Esquire
District Tax Attorney
Office of Counsel
Building 9, Room 100
W A Harriman Campus
Albany, NY 12227

*First Class Mail*
*(Sevier County Utility)*
William L. Cooper, Esquire
Attorney for Sevier County Utility
District
2231 26th Ave
San Francisco, CA 94111

*First Class Mail*
*(Counsel for U.S. Bank Trust N.A.)*
Michael B. Fisco, Esquire
Mark G. Rabogliatti, Esquire
Faegre & Benson LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901

*First Class Mail*
*(Counsel for Time Warner Telecom)*
Linda Boyle, Esquire
Time Warner Telecom Inc.
10475 Park Meadows Drive, #400
Littleton, CO 80124

*First Class Mail*
*(Counsel for NTN USA)*
Donald A. Workman, Esquire
Foley & Lardner
3000 K Street, N.W., Ste 500
Washington, DC 20007

*First Class Mail*
*(Counsel for Numerous Asbestos Claimants)*
Michael P. Cascino, Esquire
Cascino Vaughan Law Offices, Ltd.
220 S. Ashland Avenue
Chicago, IL 60607

*First Class Mail*
*(Counsel for City of El Paso)*
David G. Aelvoet, Esquire
Linebarger Goggan Blair Pena & Sampson, LLP
711 Navarro, Suite 300
San Antonio, TX 78205

*First Class Mail*
*(Counsel for DaimlerChrysler Corporatio, Ford
Motor Company & General Motors Corporation)*
David M. Bernick, Esquire
Thomas E. Dutton, Esquire
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601

*First Class Mail*
*(Counsel for Glass, Molders, Pottery, Plastics
 & Allied Workers Int'l Union, AFL-CIO)*
R. Matthew Pettigrew, Jr., Esquire
Markowitz & Richman
1100 North American Building
121 South Broad Street
Philadelphia, PA 19107

*First Class Mail*
*(Counsel for Lipsiptz, Green, et al.)*
Joseph T. Kremer, Esquire
Lipsiptz, Green, Fahringer, Roll, et al.
42 Delaware Avenue, Ste 300
Buffalo, NY 14202

*First Class Mail*
*(Counsel for Key Equipment Finance)*
Sal Boscia, Esquire
Key Equipment Finance
1000 S. McCaslin Boulevard
Superior, CO 80027

*First Class Mail*
*(Counsel for Numerous Asbestos Claimants)*
David A. Jagolinzer, Esquire
Ferraro & Associates, P.A.
4000 Ponce de Leon Blvd., Ste 700
Miami, FL 33146

*First Class Mail*
*(Counsel for IOS Capital, Inc.)*
Bankruptcy Administration
IOS Capital, Inc.
1738 Bass Road
P.O. Box 13708
Macon, GA 31208

*First Class Mail*
*(Counsel for Numerous Merchant Mariners)*
Alan Kellman, Esquire
Maritime Asbestosis Legal Clinic, a division
of The Jazques Admiralty Law Firm, P.C.
1570 Penobscot Building
Detroit, MI 48226

*First Class Mail*
*(Counsel for Dow Chemical Company)*
Ellen J. Burchfield, Esquire
Legal Department
The Dow Chemical Company
2030 Dow Center / Office 732
Midland, MI 48674

*First Class Mail*
*(PA Dept. of Labor)*
Bureau of Employer Tax Operation
Harrisburg Bankruptcy and Compliance
Attn: Sharon Royer
1171 South Cameron Street, Room 312
Harrisburg, PA 17104

*First Class Mail*
*(Counsel for UAW)*
Niraj R. Ganatra, Esquire
International Union, UAW
8000 E. Jefferson Avenue
Detroit, MI 48214

*First Class Mail*
*(Counsel for GEEC)*
Adam M. Spence, Esquire
K. Donald Proctor, P.A.
105 W. Chesapeake Avenue
Suite 400
Towson, MD 21204

*First Class Mail*
*(Counsel for Travelers Casualty and Surety Company)*
Robert F. Cusumano, Esquire
Patricia A. Taylor, Esquire
Simpson Thacher & Bartlett
425 Lexington Avenue
New York, NY 10017

*First Class Mail*
*(Counsel for Reichhold, Inc.)*
Keith F. Millhouse, Esquire
Shane, Digiuseppe & Millhouse LLP
200 North Westlake Boulevard, Ste 201
Westlake Village, CA 91362

*First Class Mail*
*(Counsel for South Central Communications Corporation)*
John C. Hess, Esquire
John C. Hess, P.C.
105 Bonnabrook Drive, Ste 105
Hermitage, TN 37076

*First Class Mail*
*(Counsel for Computer Sales Int'l, Inc.)*
Jeffrey L. Rousseau, Esquire
Computer Sales Int'l, Inc.
9990 Old Olive Street Road
Ste 101
St. Louis, MO 63141

*First Class Mail*
*(Counsel for Trayer Products Inc.)*
Lawrence LeClair, Esquire
Sayles & Evans
One West Church Street
Elmira, NY 14901

*First Class Mail*
Russell D. Pollock, Esquire
Greene Radovsky Maloney & Share LLP
Four Embarcadero Center
Suite 4000
San Francisco, CA 94111

*First Class Mail*
*(Rothschild Inc.)*
Noah Roy, Esquire
Rothschild Inc.
1251 Avenue of the Americas
New York, NY 10020

*First Class Mail*
*(Rothschild Inc.)*
Richard F. Hahn, Esquire
Debevoise & Plimpton
919 Third Avenue
New York, NY 10022

*First Class Mail*
*(Lone Star Industries, Inc.)*
James L. Ware
Sheehy, Serpe & Ware
2500 Two Houston Center
909 Fannin Street
Houston, TX 77010

*First Class Mail*
*(Honeywell International, Inc.)*
A. Dennis Terrell, Esqire
Drinker, Biddle & Shanley, LLP
500 Campus Drive
Florham Park, NJ 07932-1047

*First Class Mail*
*(Counsel for GE Supply Company)*
Glenn M. Reisman, Esquire
Two Corporate Drive, Ste 636
P.O. Box 861
Shelton, CT 06484

*First Class Mail*
*(Counsel for SKF USA Inc.)*
Henry DeWerth Jaffe, Esquire
Linda J. Casey, Esquire
Pepper Hamilton LLP
3000 Two Logan Square
18th and Arch Streets
Philadelphia, PA 19103

*First Class Mail*
*(Counsel for New York Dept. of Taxation)*
Barbara G. Billet, Esquire
State of New York
Department of Taxation
Building 9, Room 100
WA Harriman Campus
Albany, NY 12227

*First Class Mail*
*(Counsel for ProLogis California I, LLC)*
Russel D. Pollock
Greene Radovsky Maloney & Share LLP
Four Embarcadcro Center
Suite 4000
San Francisco, CA 94111

*First Class Mail*
*(Counsel for Allor Manufacturing, Inc.)*
Alicia S. Schehr, Esquire
Jaffe, Raitt, Heuer & Weiss, Professional Corporation
27777 Franklin Road
Suite 2500
Southfield, MI 48034

*First Class Mail*
*(Counsel for Duquesne Light Company)*
S. James Wallace
Griffith McCague & Fernsler
Suite 3626 Gulf Tower
707 Grant Street
Pittsburgh, PA 15219

*First Class Mail*
*(Counsel of West Group)*
Michael S. Sandberg, Esquire
Hellmuth & Johnson, PLLC
10400 Viking Drive
Suite 560
Eden Prairie, MN 55344

*First Class Mail*
*(Marget Barnett)*
The Law Offices of Peter g. Angelos, P.C.
Attn: Paul M. Matheny, Esquire
5905 Harford Road
Baltimore, MD 21214

*First Class Mail*
*(Counsel for Travelers Casualty & Surety Company of America)*
Jonathan B. Alter, Esquire
Bingham, Dana
1 State Street
Hartford, CT 06013

*First Class Mail*
*(Counsel for Commissioner of Revenue for the State of Tennessee)*
Gina Baker Hantel
Attorney General Office
Bankruptcy Division
State of Tennessee
425 5th Avenue North, Floor 2
Nashville TN 37243

*First Class Mail*
*(Counsel for JPMorgan Chase Bank)*
Donald A. Robinson, Esquire
Robinson & Livelli
Two Penn Plaza East
Suite 1100
Newark, NJ 07105

*First Class Mail*
*(Counsel Regen Capital I, Inc.)*
Elliot H. Herskowitz
Regen Captial I, Inc.
P.O. Box 626
Planetarium Station
New York, NY 10024

*First Class Mail*
*(Counsel for Comdisco, Inc.)*
Michael J. Venditto
Ira R. Abel
Kensington & Ressler LLC
25-13 Old Kings Highway North #304
Darien, CT 06820

*First Class Mail*
*(Counel of Carquest Corporation)*
Nathan A. Schachtman
McCarter & English, LLP
Mellon Bank Center
1735 Market Street
Suite 700
Philadelphia, PA 19103

*First Class Mail*
*(Counsel of Carquest Corporation)*
Mary A. Wells
Wells, Anderson, & Race, LLC
1700 Broadway
Suite 1020
Denver, CO 80290

*First Class Mail*
*(Counsel for William Jewell College)*
Gary D. Barnes, Esquire
Husch & Eppenberger, LLC
1200 Main Street
Suite 1700
Kansas City, MO 64105

*First Class Mail*
*(counsel for Uniroyal, Inc.)*
Matthew A. Hamermesh, Esquire
Hangley Aronchick Segal & Pudlin
One Logan Square
27th Floor
Philadelphia, PA 19103

*First Class Mail*
*(counsel for Georgia Department of Revenue)*
Oscar B. Fears, III
Assistant Attorneys General
40 Capitol Square, S.W.
Atlanta, GA 30334

*First Class Mail*
*(Tenneco Automotive Operating Company)*
Tenneco Automotive Operating Company Inc.
Anne E. Frueh, Esquire
500 North Field Drive
Lake Forest, IL 60045

*First Class Mail*
*(Century of Northwest Arkansas, LLC)*
Rex D. Rainach
A Professional Law Corporation
3622 Government Street
Baton Rouge, LA 70806-5720

*First Class Mail*
*(Century of Northwest Arkansa, LLC)*
Linda Bonner
CenturyTel
100 Century Park Drive
Monroe, LA 71203

*First Class Mail*
)
Juandisha Harris
Assistant Attorney General
Department of Attorney General
G Mennen Williams Building
2nd Floor
P.O. Box 30754
Lansing, MI 48909

*First Class Mail*
)
Michael G. Cruse
Warner Norcross & Judd LLP
2000 Town Center
Suite 2700
Southfield, MI 48075

*First Class Mail*
*(counsel for Rohm & Haas Company)*
Scott Blakeley, Esquire
Blakeley & Blakeley LLP
2030 Main Street
Suite 540
Irvine, CA 92614

*First Class Mail*
*(counsel for Trident Lighting, LLC)*
Timothy J. Curtin, Esquire
Varnum, Riddering, Schmidt & Howlett LLP
Bridgewater Place
P.O. Box 352
Grand Rapids, MI 49501

*First Class Mail*
)
Frank Parsons Inc.
4665 Hollins Ferry Rd
Attn: Monique Kauffman
Baltimore, MD 21227

*First Class Mail*
Bayer Corp.
Attn: Malinda Notaro
Credit Department
100 Bayer Road
Bldg. 16
Pittsburgh, PA 15205-9741

*First Class Mail*
*(counsel of North Star Reinsurance Corporation)*
Timothy G. Reynolds
Skadden, Arps, Slate, Meagher & Flom LLP
4 Times Square
New York, 10036-6522

*First Class Mail*
)
Andrew Herenstein
Quadrangle Group LLC
375 Park Avenue
14th Floor
New York, NY 10152

*First Class Mail*
)
The City of Portland
City Attorney's Office
Attn: Linda S. Law
1221 SW 4th Avenue
Room 430
Portland, Oregon 97204

*First Class Mail*
)
William J. Barrett
Barack Ferrazzano Kirschbaum
Perlman & Nagelberg LLC
333 West Wacker Drive
Suite 2700
Chicago, IL 60606

*First Class Mail*
)
Transamerica Vendor Financial Services Corporation
5595 Trillium Blvd.
Hoffman Estates, IL 60192

*First Class Mail*
)
Billingsly Prop
4100 Intl Pkway
Suite 1100
Carrollton, TX 75007

*First Class Mail*
*(counsel for W.W. Grainger, Inc.)*
Timothy W. Brink, Esquire
Lord, Bissell & Brook
115 South LaSalle Street
Chicago, IL 60603

*First Class Mail*
*(counsel for Team Rahal)*
Leon Friedberg
Carlile Patched & Murphy LLP
366 East Broad Street
Columbus, OH 43215

*First Class Mail*
*(counsel to Thiel Tool &*
*Engineering Company)*
Andrew G. Neil
Attorney for Creditor, Thiel Tool & Engineering
Company
8909 Ladue Road
St. Louis, MO 63124

*First Class Mail*
)
Christopher R. Momjian
Senior Deputy Attorney General
Office of Attorney General
21 S. 12th Street
3rd Floor
Philadelphia, PA 19107

*First Class Mail*
)
Carl Roberts
Epedx
17411 Valley Blvd
City of Industry, CA 91744

*First Class Mail*
*(Counsel to Debtors)*
Kevin T. Lantry
Sidley Austin Brown & Wood LLP
555 West Fifth Street
Los Angeles, California 90013

*First Class Mail*
)
Gramercy Capital Advisors, LLC
Attn: Nicholas W. Walsh
3 Sheridan Square
Suite 11E
New York, NY 10014

*First Class Mail*
)
Teachers Insurance and Annuity
Association of America
Attn: Roi G. Chandy
730 Third Avenue
New York, NY 10017

*First Class Mail*
)
Joan G. Dorgan, Esquire
Buchanan Ingersoll, P.C.
One Oxford Centre
20th Floor
301 Grant Street
Pittsburgh, PA 15219

*First Class Mail*
)
U.S. Bank Trust National
Association, as Indenture Trustee
Attn: Lawrence Bell
1420 Fifth Avenue
7th Floor
Seattle, WA 98101

*First Class Mail*
)
NTN Bearing Corp. of America
Attn: Craig K. Dunn
1600 E. Bishop Court
Mt. Prospect, IL 60056

*First Class Mail*
)
Cummins Inc.
Attn: Paul W. Malone II
500 Jackson Street
M/C 60701
Columbus, IN 47201

*First Class Mail*
)
Leggett & Platt Aluminum Group
Attn: Steffan B. Sharkin
P.O Box 309
Fayetteville, AR 72702

*First Class Mail*
)
Curtis V. Titus
Levy & Droney, P.C.
74 Batterson Park Road
Farmington, CT 06032

*First Class Mail*
)
Frank Ciaccio, Esquire
King & Spalding
1185 Avenue of the Americas
New York, NY 10036

*First Class Mail*
*(counsel Wilentz, Goldman & Spitzer)*
Wilentz, Goldman & Spitzer
Attn: Deirde Woulfe Pacheco, Esquire
90 Woodbridge Center Drive
Box 10
Woodbridge, NJ 07095

*First Class Mail*
)
Julia S. Kreher
One M&T Plaza
Suite 2000
Buffalo, NY 14203

*First Class Mail*
*(The Foster Law Firm)*
Kim French, CLA
440 Louisiana
Suite 2100
Houston, TX 77002

*First Class Mail*
*(Equity Committee)*
Dimensional Fund Advisors
Attn: Lawrence Spieth
10 S. Wacker Drive
#2275
Chicago, IL 60606

*First Class Mail*
*(Equity Committee)*
Gabelli Asset Fund
c/o Gabelli Asset Management, Inc.
Attn: James E. McKee
One Corporate Center
Rye, NY 10580

*First Class Mail*
*(Equity Committee)*
John R. Russ
6359 Everwood Court North
East Amherst, NY 14051

*First Class Mail*
*(counsel for Corpus Christi*
*Gasket & Fastener, Inc.)*
Timothy P. Dowling
Gasket & Fastener. Inc.
Gary, Thomasson, Hall & Marks, P.C.
210 S. Carancahua
Corpus Christi, TX 78401

*First Class Mail*
*(counsel to Equity Committee)*
David F. Heroy, Esquire
Bell, Boyd & Lloyd
70 West Madison St., Ste 3300
Chicago, IL 60602

*First Class Mail*
)
Kevin Kamraczewski
Sonnenschein Nath & Rosenthal
8000 Sears Tower
Chicago, IL 60606

*First Class Mail*
*(counsel for Principal Life*
*Insurance)*
Margery N. Reed, Esquire
Duane Morris LLP
4200 One Liberty Place
Philadelphia, PA 19103-7396

*First Class Mail*
)
Georgia-Pacific Corporation
c/o Larry A. Feind
133 Peachtree Street, N.E.
7th Floor
Atlanta, GA 30303

*First Class Mail*
*(Bondholder)*
Stanford Phelps, Chairman of the Board
Holly Lehto, Investment Analyst
S.N. Phelps & Co.
8 Sound Shore Drive
Greenwich, CT 06830

*First Class Mail*
)
Stephen Gerald, Esquire
Peter Guattery, Esquire
Whiteford, Taylor & Preston LLP
Seven Saint Paul Street
Suite 1400
Baltimore, MD  21202-1626

*First Class Mail*
)
Hal L. Baume, Esquire
Fox Rothschild O'Brien & Frankel, LLP
Princeton Pike Corporate Center
997 Lenox Drive
Building 3
Lawrenceville, NJ  08648-2311

*First Class Mail*
)
W. Martin Tellegen, Esquire
Kaufman & Logan LLP
100 Spear Street
12th Floor
San Franciso, CA  94105

*First Class Mail*
*(Counsel for Sonoco Products Company, Inc.*
William H. Short, Jr., Esquire
Haynsworth Sinkler Boyd, P.A.
P.O. Box 11889
Columbia, SC  29211

*First Class Mail*
*(Counsel for Michigan Department*
*of Environmental)*
Kathe L. Corson
Michigan Department of Environmental Quality
Environmental Response Division
Constitution Hall
P.O. Box 30426
Lansing, MI  48909

*First Class Mail*
Barbara K. Hamilton, Esquire
American Express Travel Related
SVS CO Inc Corp Card
c/o Becket & Lee LLP
P.O. Box 3001 Dept.
Malvern, PA  19355

*First Class Mail*
)
Marvin E. Clements, Jr.
Assistant Attorney General
Office of The Attorney General
Bankruptcy and Collection Division
P.O. Box 20207
Nashville, TN  37202

*First Class Mail*
*(counsel for Castrol North America, Inc.)*
Robert M. Quinn, Esquire
Carlton Fields
P.O. Box 3239
Tampa, FL  33601-3239

*First Class Mail*
*(Daily Insights)*
Daily Insights
JAF Box 3127
New York, NY  10116

*First Class Mail*
*(County of Riverside)*
Paul McDonnell - Treasurer
Attn:  Maria O'Neill
County Of Riverside
P.O. Box 12005
Riverside, CA  92502-2205

*First Class Mail*
*(counsel to Safety-Klee Envirosystems Company)*
John D. Edgcomb
Law Offices of John D. Edgcomb
311 California Street
#340
San Francisco, CA  94111

*First Class Mail*
)
Carole Ungvarsky
McKesson Corporation
One Post Street
San Francisco, CA  94104

*First Class Mail*
*(counsel to McKesson Corporation)*
Sheppard, Mullin, Richter & Hampton LLP
Four Embarcadero Center
Suite 1700
San Francisco, CA  94111

*First Class Mail*
*(counsel to Cardella, Inc.)*
Frederick D. Stehlik
Gross & Welch
2120 South 72nd Street
Suite 800
Omaha, NE  68124-2342

*First Class Mail*
)
David E. Cherry
5 Ritchie Rd.
Waco, TX  76712

*First Class Mail*
*(counsel to Daily Insights)*
Matt Ferko
UBS Warburg LLC
677 Washington Blvd
Stamford, CT  06901

*First Class Mail*
*(counsel for CenturyTel of Siloam*
*Springs, Inc.)*
Bonnie Cantrell
359 Bert Kouns
Shreveport, LA  71106

*First Class Mail*
)
Bart Hartman
Treasurer-Tax Collector
Attention: Bankruptcy Desk
1600 Pacific Highway
Room 162
San Diego, CA  92101

*First Class Mail*
)
Longacre Master Fund, Ltd.
Attn: Maurie Shalmone
810 Seventh Avenue
22nd Floor
New York, NY  10019

*First Class Mail*
*(State of Connecticut, Department of*
*Revenue Services)*
Denise S. Mondell
Assistant Attorney General
P.O. Box 120
55 Elm Street
5th Floor
Hartford, CT  06141

*First Class Mail*
*(counsel for Togut Segal & Segal LLP)*
Eron Energy Services
1221 Lamar St
Suite 1600
Houston, TX  77010

*First Class Mail*
)
Much Shelist Freed Deneberg
Ament & Rubenstein, P.C.
191 North Wacker Drive
Suite 1800
Chicago, IL  60606

*First Class Mail*
*(counsel to Fritz Prinston)*
David G. Baker, Esq.
105 Union Wharf
Boston, MA  02129

*First Class Mail*
*(counsel for Van Ert Electric Company, Inc.)*
Paul E. David
Wendorff, Ellison & David, LLP
P,.O. Box 1144
Wausau, Wisconsin  54402

*First Class Mail*
*(counsel to Candlepower, Inc.)*
Nelson Deckelbaum, Esquire
Deckelbaum Ogens & Raftery, Chtd.
3 Bethesda Metro Center
Suite 200
Bethesda, MD  20814

*First Class Mail*
*(counsel to Commercial Oil Services)*
Douglas G. Haynam
Shumaker, Loop & Kendrick, LLP
North Courthouse Square
1000 Jackson
Toledo, OH  43624

*First Class Mail*
)
David P. McClain, Esquire
Daniel F. Patchin, Esquire
South Tower Pennzoil Place
711 Louisiana Street
Suite 3100
Houston, TX  77002

*First Class Mail*
*(counsel to Kentucky Natural Resources and*
*Environmental Protection Cabinet)*
Virginia M. Baker
Office of Legal Services
Fifth Floor Capital Plaza Tower
Frankfort, KY  40601

*First Class Mail*
*(counsel Emigrant Agency, Inc.)*
Siller Wilk LLP
675 Third Avenue
New York, NY  10017

*First Class Mail*
*(counsel for Transport, Inc.)*
Christopher W. Parker, Esquire
Rubin & Rudman LLP
50 Rowes Wharf
Boston, MA  02110

*First Class Mail*
*(Madison Capital Management)*
Madison Capital Management
6143 South Willow Drive
Suite 200
Greenwood Village, CO  8011

*First Class Mail*
*(Counsel for Defendants Hartford Accident and*
*Indemnity Company, First State Insurance Company,*
*and New England Insurance Company)*
Patrick F. Hofer, Esquire
Edward B. Parks, II, Esquire
Hogan & Hartson, LLP
555 13th Street, NW
Washington, DC  20004

*First Class Mail*
*(Madison Capital Management)*
Madison Capital Management
Attn:  Sally Meyer
6310 Lamar Avenue,
Suite 120
Overland Park, KS  66202

*First Class Mail*
*(counsel for Oracle Corporation)*
Shawn M. Christianson, Esquire
Geoffrey A. Heaton, Esquire
Buchalter, Nemer, Fields & Younger
333 Market Street
25th Floor
San Francisco, CA  94105

*First Class Mail*
*(counsel for Defendant Travelers Casualty and Surety*
*Company (f/k/a The Aetna Casualty and Surety Co.)*
Andrew T. Frankel
Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, NY  10017

*First Class Mail*
*(counsel for Liberty Mutual Insurance Company)*
Stanley J. Samorajczyk
Christy L. Romero
Akin Gump Strauss Hauer & Feld
1333 New Hampshire Avenue, N.W.
Washington, D.C.  20036

*First Class Mail*
*(counsel for Unofficial Committee of Select Asbestos*
*Claimants)*
Natalie D. Ramsey, Esquire
Montgomery, McCracken, Walker & Rhoads, LLP
123 South Broad Street
Avenue of the Arts
Philadelphia, PA  19109

*First Class Mail*
*(counsel for T&N Limited, et al.)*
Robert P. Lipp
9 Aspen Court
Boyton Beach, FL  33436

*First Class Mail*
*(counsel for State of Louisiana)*
The Boles Law Firm
L. Scott Patton, Esquire
Walter C. Dunn, Esquire
1818 Avenue of America
P.O. Box 2065
Monroe, LA  71207

*First Class Mail*
*(counsel for Truelove & Maclean, Incorporated)*
Ross G. Fingold, Esquire
Levy & Droney, P.C.
74 Batterson Park Road
Farmington, CT  06032

*First Class Mail*
*(counsel for London Market Insurers, Certain Underwriters at Lloyd's, London)*
Russell W. Roten, Esquire
Katherine M. Windler, Esquire
Coudert Brothers LLP
333 South Hope Street, 23rd Floor
Los Angeles, CA  90071

*First Class Mail*
*(counsel for Joseph Scott Sherrill)*
J. Brian McTigue, Esquire
The McTigue Law Firm
5301 Wisconsin Avenue, NW
Suite 350
Washington, DC  20015

*First Class Mail*
*(counsel for General of Ohio)*
Jim Petro
Timothy J. Kern
Assistant Attorney General
Environmental Enforcement Section
30 East Broad Street
25th Floor
Columbus, OH  43215

*First Class Mail*
*(counsel for Champion Aerospace Inc.)*
Robert F. Kennedy, Esquire
Mark A. Broude, Esquire
John W. Weiss, Esquire
Latham & Watkins LLP
53rd at Third
Suite 1000
885 Third Avenue
New York, NY  10022

*First Class Mail*
)
Anthony G. Mammina, Esquire
Attorneys for Creditor
G/S Leasing, Inc.
370 E. Maple Road
Suite 230
Birmingham, MI  48009

*First Class Mail*
*(counsel for Separate Claimants John Giebe, Judy Giebe, Dorothy Moog Dorothy B. Rosebrough, William Webster, Patricia Webster, Thomas White and Eleanor White)*
Mark A. McColl, Esquire
John G. Young, Jr., Esquire
Blumenfeld, Kaplan & Sandweiss, P.C.
168 N. Meramec Avenue
Suite 400
St. Louis, Missouri  63105

*First Class Mail*
*(counsel for Tennessee Department of Finance and Administration)*
William F. McCormick, Esquire
Offie of the Attorney General
Bankruptcy Division
P.O. Box 20207
Nashville, TN  37202

*First Class Mail*
*(counsel for Fiduciary Counselors Inc.)*
Lawrence M. Handelsman
Anna Taruschio
Strock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY  10038

**First Class Mail**
**(counsel for Asbestos PI Claimants)**
J. David Butler, Esquire
Richardson, Patrick, Westbrook & Brickman, LLC
1730 Jackson Street
P.O. Box 1368
Barnwell, SC  29812

**First Class Mail**
**(counsel for Joseph Scott Sherill and Keith A. Siverly,**
**and all others similarly situated)**
Richard A. Finberg
Malakoff Doyle & Finberg, P.C.
Suite 200
The Frick Building
Pittsburgh, PA  15219

**First Class Mail**
**(Special Counsel for ERISA Claims)**
Christopher Weals, Esquire

**First Class Mail**
**(Century Indemnity Company, et al, Stonewall Insurance**
**Company, OneBeacon America Insurance Company, Northern**
**Assurance Company of America, Seaton Insurance Company,**
**and TIG Insurance Comapny)**
Mark D. Plevin
Leslie A. Epley
Crowell & Moring LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C.  20004

**First Class Mail**
**(Counsel for ACI f/k/a Euler American Credit**
**Indemnity)**
Euler Hermes ACI
800 Red Brook Boulevard
Owings Mills, MD  21117

**First Class Mail**

*First Class Mail*
*(DIP Counsel to Chase)*
Julie Anderson, Esquire
Davis Polk & Wardwell
450 Lexington
New York, NY 10017

*First Class Mail*
*(Special Asbestos Litigation Counsel)*
Paul J. Hanly, Jr., Esquire
Hanley & Conroy
415 Madison Avenue, 17th Floor
New York, NY 10017

*First Class Mail*
*(Surety)*
National Fire Insurance Company of Hartford
Attn:  Surety Claims
Continental Casualty Company
CNA Plaza
Chicago, IL 60685

*First Class Mail*
*(Indenture Trustee)*
The Bank of New York
Attn:  Corporate Trust Administration
101 Barclay Street
Floor 21 West
New York, NY 10286

*First Class Mail*
*(Collateral Trustee)*
First Union National Bank
Attn:  Paul Anatrella
Corporate Trust Department
8740 Research Dr.
Charlotte, NC 28288-1179

*First Class Mail*
*(Surety)*
Travelers Casualty & Surety Company of America
Attn:  Mr. David M. Sasportas,
Vice President, Commercial Surety Claims One Tower
Square, Bond Claims – 3PB
Hartford, CT 06183-6014

*First Class Mail*
*(Surety)*
SAFECO Insurance Company of America
Attn:  Surety Claims
4333 Brooklyn Avenue, NE
Seattle, WA 98185

*First Class Mail*
*(Co-Counsel to Creditors' Committee)*
Peter D. Wolfson, Esquire
Art Ruegger, Esquire
Carole Neville, Esquire
Sonnenschein, Nath, & Rosenthal
1221 Ave. of the Americas
24th Floor
New York, NY 10020

*First Class Mail*
*(Co-Counsel to Asbestos Committee)*
Elihu Inselbuch, Esquire
Caplin & Drysdale, Chartered
399 Park Avenue
New York, NY 10022

*First Class Mail*
*(Co-Counsel to Asbestos Committee)*
Peter Van N. Lockwood Esquire
Caplin & Drysdale, Chartered
One Thomas Circle, N.W.
Washington, DC 20005

*First Class Mail*
*(Co-Counsel to Wells Fargo Bank Minnesota, N.A.)*
Craig A. Barbarosh, Esquire
Pillsbury Winthrop LLP
650 Town Center Drive, 7th Floor
Costa Mesa, CA 92626

*First Class Mail*
*(Co-Counsel to Wells Fargo Bank Minnesota, N.A.)*
Leo T. Crowley, Esquire
Pillsbury Winthrop LLP
1540 Broadway #9
New York, NY 10036

*First Class Mail*
*(Counsel to Certain Insurers)*
John H. Bae, Esquire
Cadwalader, Wickersham & Taft
100 Maiden Lane
New York, NY 10038

*First Class Mail*
*(Counsel for Claimants – Estate of Roy Wilson)*
Joseph F. Rice, Esquire
Nancy Worth Davis, Esquire
Ness, Motley, Loadholt, Richardson & Poole
28 Bridgeside Blvd.
P.O. Box 1792
Mt. Pleasant, SC  29465

*First Class Mail*
*(Co-Counsel for Official Committee of Asbestos*
*Property Damage Claimants)*
Scott L. Baena, Esquire
Jay M. Sakalo, Esquire
Allyn S. Danzeisen, Esquire
Bilzin Sumberg Baena Price & Axelrod
200 South Biscayne Boulevard
Miami, FL  33131

*First Class Mail*
*(Counsel for Global Debt Solutions, Inc.)*
Victoria A. Greenfield, VP
Global Debt Solutions, Inc.
7301 West Palmetto Park Road, Ste 110B
Boca Raton, FL  33433

*First Class Mail*
*(Dow Chemical)*
Scott Pennock and Lane Schultz
The Dow Chemical Company
2030 Dow Center
Midland, MI  48674

*First Class Mail*
*(ExxonMobil Chemical Co.)*
Christopher M. Schultz
ExxonMobil Chemical Company
CORP-EMCC L1-516
13501 Katy Freeway
Houston, TX 77079

*First Class Mail*
*(Counsel for London Market Insurers)*
Thomas J. Quinn, Esquire
Eileen T. McCabe, Esquire
Craig D. Baron, Esquire
Mendes & Mount, LLP
750 Seventh Avenue
New York, NY  10019

*First Class Mail*
*(Counsel for Toyota Motor Credit Corp.)*
Robert T. Aulgur, Jr., Esquire
Kristi J. Doughty, Esquire
Whittington & Aulgur
313 N. Dupont Hwy., Ste 110
P.O. Box 617
Odessa, DE  19730-1617

*First Class Mail*
*(Counsel for Estate of David Ross)*
Paul Biedka; Esquire
Herbert William Fischman, P.C.
230 Park Avenue, Ste 2000
New York, NY  10169

*First Class Mail*
*(Counsel for Official Committee of Asbestos Property*
*Damage Claimants)*
Martin Bienenstock, Esquire
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY  10153

*First Class Mail*
*(Counsel for Allianz AG)*
Elit R. Felix, II Esquire
Margolis Edelstein
The Curtis Center, 4th Floor
601 Walnut Street
Philadelphia, PA  19106

*First Class Mail*
*(Counsel for Calvin R. Lane)*
Daniel K. Hogan, Esquire
1311 Delaware
Wilmington, DE  19806

*First Class Mail*
*(Counsel for Oracle Corporation)*
Amish R. Doshi, Esquire
Pitney Hardin LLP
7 Times Square
New York, NY  10036

*First Class Mail*
*(Counsel for Travelers Indemnity Company, et al.)*
Stuart D. Rosen, Esquire
G. Eric Brunstad, Jr.
Bingham McCutchen LLP
One State Street
Hartford, CT  06103

*First Class Mail*
*(Counsel for Travelers Indemnity Company, et al.)*
Rheba Rutkowski, Esquire
Bingham McCuitchen LLP
150 Federal Street
Boston, MA  02110

*First Class Mail*
*(Counsel for Administrators of the UK Debtors)*
George J. Wade, Esquire
Shearman & Sterling LLP
599 Lexington Avenue
New York, NY  10022

*First Class Mail*
*(Counsel to Administrator)*
Jamie Gleave, Esquire
1901 1st Ave
San Diego, CA

*First Class Mail*
)
Material Handling Equipment Co.
P.O. Box 65008
Salt Lake City, UT  84165

*Foreign First Class*
*(Collateral Trustee)*
ABN AMRO Trust Company
Attn:  Managing Director
8 Hill Street
St. Helier, Jersey  JE4 8TB

*Foreign First Class*
*(Counsel to Curzon Insurance Limited)*
Mr. Kevin Poole
Curzon Insurance Ltd.
P.O. Box 34
Albert House, South Esplanade
St. Peter Port
GUERNSEY GY1 4AU

*Foreign First Class*
*(IBM Credit Corporation)*
IBM Corporation
Attn: John Mazzilli
275 Viger East
4th Floor
Montreal,  CANADA  H2X 3R7