# YOUNG CONAWAY STARGATT & TAYLOR, LLP

BRUCE M. STARGATT
BEN T. CASTLE
SHELDON N. SANDLER
RICHARD A. LEVINE
RICHARD A. ZAPPA
FREDERICK W. IOBST
RICHARD H. MORSE
DAVID C. MCBRIDE
JOSEPH M. NICHOLSON
CRAIG A. KARSNITZ
BARRY M. WILLOUGHBY
JOSY W. INGERSOLL
ANTHONY G. FLYNN
JEROME K. GROSSMAN
EUGENE A. DIPRINZIO
JAMES L. PATTON, JR.
ROBERT L. THOMAS
WILLIAM D. JOHNSTON
TIMOTHY J. SNYDER
BRUCE L. SILVERSTEIN
WILLIAM W. BOWSER
LARRY J. TARABICOS
RICHARD A. DILIBERTO, JR.
MELANIE K. SHARP
CASSANDRA F. ROBERTS
RICHARD J.A. POPPER
TERESA A. CHEEK
NEILLI MULLEN WALSH
JANET Z. CHARLTON
ROBERT S. BRADY
JOEL A. WAITE
BRENT C. SHAFFER
DANIEL P. JOHNSON
CRAIG D. GREAR
TIMOTHY JAY HOUSEAL
BRENDAN LINEHAN SHANNON
MARTIN S. LESSNER
PAULINE K. MORGAN
C. BARR FLINN
NATALIE WOLF
LISA B. GOODMAN
JOHN W. SHAW
JAMES P. HUGHES, JR.
EDWIN J. HARRON
MICHAEL R. NESTOR
MAUREEN D. LUKE
ROLIN P. BISSELL
SCOTT A. HOLT
JOHN T. DORSEY

M. BLAKE CLEARY

ATHANASIOS E. AGELAKOPOULOS
JOSEPH M. BARRY
KEVIN M. BAIRD
SEAN M. BEACH
DONALD J. BOWMAN, JR.
TIMOTHY P. CAIRNS
CURTIS J. CROWTHER
MARGARET M. DIBIANCA
ERIN EDWARDS
KENNETH J. ENOS
IAN S. FREDERICKS
JAMES J. GALLAGHER
DANIELLE GIBBS
ALISON G.M. GOODMAN
SEAN T. GREECHER
KARA S. HAMMOND
DAWN M. JONES
RICHARD S. JULIE
KAREN E. KELLER
JENNIFER M. KINKUS
EDWARD J. KOSMOWSKI
JOHN C. KUFFEL
TIMOTHY E. LENGKEEK
MATTHEW B. LUNN
JOSEPH A. MALFITANO
GLENN C. MANDALAS
ADRIA B. MARTINELLI
MICHAEL W. MCDERMOTT
MATTHEW B. MCGUIRE
MARIBETH L. MINELLA
EDMON L. MORTON
D. FON MUTTAMARA-WALKER
JENNIFER R. NOEL
JOHN J. PASCHETTO
ADAM W. POFF
SETH J. REIDENBERG
FRANCIS J. SCHANNE
MICHELE SHERRETTA
MICHAEL P. STAFFORD
JOHN E. TRACEY
ALFRED VILLOCH, III
MARGARET B. WHITEMAN
CHRISTIAN DOUGLAS WRIGHT
SHARON M. ZIEG

THE BRANDYWINE BUILDING
1000 WEST STREET, 17TH FLOOR
WILMINGTON, DELAWARE 19801

P.O. BOX 391
WILMINGTON, DELAWARE 19899-0391

(302) 571-6600
(800) 253-2234 (DE ONLY)
FAX: (302) 571-1253

WRITER'S DIRECT DIAL NUMBERS
VOICE: (302) 571-6708
FAX: (302) 576-3317

E-MAIL: mminella@ycst.com

H. ALBERT YOUNG
1929-1982

H. JAMES CONAWAY, JR.
1947-1990

WILLIAM F. TAYLOR
1954-2004

STUART B. YOUNG
EDWARD B. MAXWELL, 2ND
OF COUNSEL

JOHN D. MCLAUGHLIN, JR.
ELENA C. NORMAN (NY ONLY)
SPECIAL COUNSEL

GEORGETOWN OFFICE
110 WEST PINE STREET
P.O. BOX 594
GEORGETOWN, DELAWARE 19947
(302) 856-3571
(800) 255-2234 (DE ONLY)
FAX: (302) 856-9338

March 24, 2005

**BY HAND DELIVERY**

Honorable Joseph H. Rodriguez
1 John F. Gerry Plaza
P.O. Box 886
Camden, New Jersey 08101

Re: *The Official Committee of Asbestos Claimants and Eric D. Green, as the Legal Representative for Future Asbestos Claimants v. Asbestos Property Damage Committee*, C.A. No. 05-59 (JHR) (D. Del.)

Dear Judge Rodriguez:

Pursuant to this Court's Standing Order No. 1, enclosed please find a courtesy copy of the Plaintiff's Certification of Counsel Regarding Proposed Case Management Order (the "Certification of Counsel"). The Certification of Counsel was filed today at docket entry 15.

Respectfully submitted,

Maribeth L. Minella

Enclosure
cc: All parties on attached list, by First Class Mail

## CERTIFICATE OF SERVICE

I hereby certify that on **March 24, 2005,** I electronically filed a true and correct copy of **Letter to the Honorable Joseph H. Rodriguez dated March 24, 2005** with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

Ian Connor Bifferato, Esq.
Bifferato, Bifferato & Gentilotti
1308 Delaware Avenue
P.O. Box 2165
Wilmington, DE 19899-2165

James O'Neill, Esq.
Pachulski, Stang, Ziehl, Young & Jones
919 N. Market Street, Suite 1600
Wilmington, DE 19801

John S. Spadaro, Esq.
Murphy Spadro & Landon
1011 Centre Road, Suite 210
Wilmington, DE 19805

Theodore J. Tacconelli, Esq.
Ferry, Joseph & Pearce, P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899

I further certify that on **March 24, 2005**, I served **Letter to the Honorable Joseph H. Rodriguez dated March 24, 2005** to be served by hand-delivery and email on the following counsel of record:

BY EMAIL AND HAND DELIVERY:

>Marla R. Eskin, Esq. (local counsel)
>Kathleen Campbell, Esq.
>Campbell & Levine, LLC
>800 N. King Street, Suite 300
>Wilmington, DE 19801
>(Counsel to the ACC)
>meskin@del.camlev.com
>kcampbell@camlev.com
>
>Theodore J. Tacconelli, Esq. (local counsel)
>Ferry, Joseph & Pearce, P.A.
>824 Market Street, Suite 904
>P.O. Box 1351
>Wilmington, DE 19899
>ttacconelli@ferryjoseph.com
>
>John S. Spadaro, Esq. (local counsel)
>Murphy Spadro & Landon
>1011 Centre Road, Suite 210
>Wilmington, DE 19805
>(Counsel for LMI)
>jspadaro@msllaw.com
>
>Laura Davis Jones, Esq. (local counsel)
>James O'Neill, Esq.
>Pachulski, Stang, Ziehl, Young & Jones
>919 N. Market Street, Suite 1600
>Wilmington, DE 19801
>(Counsel to the Debtors)
>ljones@pszyj.com
>joneill@pszyjw.com
>
>Christopher S. Sontchi, Esq. (local counsel)
>Ashby & Geddes
>222 Delaware Avenue, 17th Floor
>P.O. Box 1150
>Wilmington, DE 19899-1150
>(Counsel to the U.K. Administrators)
>csontchi@ashby-geddes.com

David B. Stratton, Esq. (local counsel)
Pepper Hamilton LLP
1313 Market Street, Hercules Plaza, Suite 5100
PO Box 1709
Wilmington, DE 19899-1709
(Counsel to the T&N Pension Trustee)
strattond@pepperlaw.com

Charlene D. Davis, Esq. (local counsel)
The Bayard Firm
222 Delaware Avenue, Suite 900
Wilmington, DE 19801
(Counsel to the Committee)
cdavis@bayardfirm.com

Ian Connor Bifferato, Esq. (local counsel)
Bifferato, Bifferato & Gentilotti
1308 Delaware Avenue
P.O. Box 2165
Wilmington, DE 19899-2165
(Counsel to the Equity Committee)
icb@bbglaw.com

Mark D. Collins, Esq. (local counsel)
Richards Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19801
(Counsel to the Lenders)
Collins@RLF.com

Frank Perch, Esq. (local counsel)
Office of the United States Trustee
844 King Street, Suite 2313
Wilmington, DE 19801
frank.j.perch@usdoj.gov

I further certify that on **March 24, 2005**, I served **Letter to the Honorable Joseph H. Rodriguez dated March 24, 2005** on the following non-registered participants in the manner indicated below:

BY EMAIL AND FIRST CLASS MAIL:

        Elihu Inselbuch, Esq.
        Nathan Finch, Esq.
        Caplin & Drysdale, Chartered
        399 Park Avenue
        New York, NY 10022
        (Counsel to the ACC)
        ei@capdale.com
        NDF@Capdale.com

        Martin J. Bienenstock, Esq.
        Weil, Gotshal & Manges, LLP
        767 Fifth Avenue
        New York, NY 10153
        (Counsel to the PD Committee)
        martin.bienenstock@weil.com

        Thomas J. Quinn, Esq.
        Mendes & Mount, LLP
        750 Seventh Avenue
        New York, NY 10019
        (Counsel for LMI)
        thomas.quinn@mendes.com

        Russell W. Roten, Esq.
        Coudert Brothers LLP
        333 South Hope Street, 23rd Floor
        Los Angeles, CA 90071
        (Counsel for LMI)
        rroten@coudert.com

        Kevin Lantry, Esq.
        Sidley Austin Brown & Wood
        555 West Fifth Street, 40th Floor
        Los Angeles, CA 90013
        (Counsel to the Debtors)
        klantry@sidley.com

James F. Conlan, Esq.
Sidley Austin Brown & Wood
One Bank One Plaza
10 South Dearborn Street
Chicago, IL 60603
(Counsel to the Debtors)
jconlan@sidley.com

George Wade, Esq.
Shearman & Sterling
599 Lexington Avenue
New York, NY 10022
(Counsel to the U.K. Administrators)
GWade@shearman.com

Mark Andrews, Esq. (UK counsel)
Denton Wilde Sapte
Five Chancery Lane
Clifford's Inn
London, United Kingdon EC4A 1BU
(Counsel to the U.K. Administrators)
mark.andrews@dentonwildesapte.com

Kenneth P. Coleman, Esq.
Allen & Overy LLP
1221 Avenue of the Americas
New York, NY 10020
(Counsel to the T&N Pension Trustee)
kenneth.coleman@newyork.allenovery.com

David Allen, Q.C. (U.K. counsel)
Byrom Street Chambers
12 Byrom Street
Manchester M34PP
(Counsel to the T&N Pension Trustee)
clerks@byromstreet.com

Gordon Stewart, Esq. (U.K. Counsel)
Susan Hazeldine, Esq.
Allen & Overy LLP
One New Change
London
EC4M 9QQ
United Kingdom
(Counsel to the T&N Pension Trustee)
gordon.stewart@allenovery.com
susan.hazledine@allenovery.com

Peter D. Wolfson, Esq.
Thomas A. Labuda, Esq.
Sonnechein Nath & Rosenthal
8000 Sears Tower
233 South Wacker Drive
Chicago, IL 60606
(Counsel to the Committee)
pwolfson@sonnenschein.com
tlabuda@sonnenschein.com

David F. Heroy, Esq.
Robert Shannon, Esq.
Bell Boyd & Lloyd
70 West Madison Street, Suite 3300
Chicago, IL 60602
(Counsel to the Equity Committee)
dheroy@bellboyd.com
rshannon@bellboyd.com

Steven M. Fuhrmann, Esq.
R. Douglas, Esq.
Simpson Thacher & Bartlett
425 Lexington Avenue
New York, NY 10017-3954
(Counsel to the Lenders)
sfuhrman@stblaw.com
rdouglas@stblaw.com

_____
Edwin J. Harron (No. 3396)
Maribeth Minella (No. 4185)
YOUNG CONAWAY STARGATT & TAYLOR, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
P.O. Box 391
Wilmington, DE 19899-0391
(302) 571-6681
eharron@ycst.com
mminella@ycst.com
bank@ycst.com

*Attorneys for the Legal Representative*