IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

In re: Federal Mogul Global, Inc., *et al.*,   (Bankruptcy # 01-10578)(RTL)

    Debtors.

| | |
|---|---|
| THE OFFICIAL COMMITTEE OF ASBESTOS CLAIMANTS and ERIC D. GREEN, as the LEGAL REPRESENTATIVE FOR FUTURE ASBESTOS CLAIMANTS, | )<br>)<br>)<br>)<br>) |
| Plaintiffs, | ) |
| v. | ) Civil Action No. 05-59 JHR |
| ASBESTOS PROPERTY DAMAGE COMMITTEE, | )<br>) |
| Defendant. | ) |

## CASE MANAGEMENT ORDER

This matter having come before the Court pursuant to its January 26, 2005 Order directing the parties to file a status report as to the readiness for a hearing on Asbestos Claims Estimation, and the Court having conducted a telephonic status conference held on March 17, 2005, and the Court having considered the parties' submissions and their proposed schedule for pretrial proceedings:

IT IS HEREBY ORDERED on this 30th day of March 2005, that the proceedings for Asbestos Claims Estimation will proceed along the following schedule:

1. On or before April 15, 2005, the Parties to the Asbestos Claims Estimation hearing shall identify any fact witness whom they intend to call at the Asbestos Claims

WP3:1097229.1                                                              59066.1001

Estimation Hearing. Depositions of any fact witness so identified may commence immediately thereafter and shall be completed by May 18, 2005.

2. On or before April 26, 2005, parties shall file with the Court and serve on opposing parties any additional or supplemental Federal Rule of Civil Procedure 26(a)(2)(B) expert witness reports in addition to those previously submitted. Rebuttal expert witness reports shall be filed with the Court and served on or before May 10, 2005. Expert witness depositions shall commence on May 11, 2005 and be completed by May 27, 2005.

3. The parties to the Asbestos Claims Estimation Hearing shall file any motions to exclude expert testimony on Daubert grounds on or before May 31, 2005, with responses due June 8, 2005. The Court will hear Daubert challenges to expert testimony, if any, on the first day of trial.

4. The parties to the Asbestos Claims Estimation Hearing shall file their final trial witness lists, lists of trial exhibits, pre-marked for identification purposes, and pre-hearing memoranda, on or before May 31, 2005. The Asbestos Claims Estimation Hearing shall commence beginning on June 14, 2005 and continue from day to day thereafter until completed.

5. The Parties shall exchange copies of their trial exhibits on or before June 8, 2005.

6. Except with respect to the deadlines established in paragraph 4, which shall be modified only by further order of the Court, the parties may agree to extensions or other modifications of the deadlines set forth herein.

7. This Court also will hear all matters ancillary to the estimation hearing, such as discovery disputes.

8. Any applications to retain additional professionals in connection with the Asbestos Claims Estimation Hearing, to the extent required by section 327 of the Bankruptcy Code and Federal Rule of Bankruptcy Procedure 2014, or to change or modify existing procedures governing the retention and payment of professionals or experts relating to the Asbestos Claims Estimation Hearing, or to modify limitations or budgetary constraints imposed on professionals or experts previously retained in connection with the Asbestos Claims Estimation Hearing, shall be heard by this Court.

JOSEPH H. RODRIGUEZ
United States District Judge