UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------x
                                          :
In re:                                    :   Bankruptcy No. 01-10578 (RTL)
                                          :
FEDERAL-MOGUL GLOBAL, INC., et al.        :
T&N LIMITED, et al.,                      :
                                          :
                    Debtors.              :
------------------------------------------------------------x
                                          :
THE OFFICIAL COMMITTEE OF                 :
ASBESTOS CLAIMANANTS and                  :
ERIC D. GREEN, as the                     :
LEGAL REPRESENTATIVE FOR                  :
FUTURE ASBESTOS CLAIMAINTS,               :
                                          :
                    Plaintiffs,           :
                                          :
v.                                        :   Civil Action No. 05-59 (JHR)
                                          :
ASBESTOS PROPERTY                         :
DAMAGE COMMITTEE,                         :
                                          :
                    Defendant.            :
                                          :
------------------------------------------------------------x

## WITNESS LIST

Pursuant to the Court's Case Management Order dated March 30, 2005, the Official Committee of Property Damage Claimants ("PD Committee") identifies the following fact witnesses it may call to testify at the Asbestos Claims Estimation Hearing:

1. Andrea Crichton
2. Paul J. Hanly, Jr.
3. Harry Baines
4. John Atkinson
5. Jim Zamoyski
6. G. Michael Lynch
8. Michael Rooney
9. Daniel P. Myer

10. John G. Gaul
11. John D. Aldock
12. William R. Hanlon

The PD Committee reserves the right to add or delete witnesses from this list as discovery in this matter proceeds.

Dated: Wilmington, Delaware
April 15, 2005

FERRY, JOSEPH & PEARCE, P.A.

Theodore J. Tacconelli (No. 2678)
Rick S. Miller (No. 3418)
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899
(302) 575-1555

LOCAL COUNSEL TO THE OFFICIAL
COMMITTEE OF ASBESTOS
PROPERTY DAMAGE CLAIMANTS

-and-

WEIL, GOTSHAL & MANGES LLP
Martin J. Bienenstock
Michael P. Kessler
Adam P. Strochak
767 Fifth Avenue
New York, NY 10153
Telephone: (212) 310-8000

ATTORNEYS FOR THE OFFICIAL
COMMITTEE OF ASBESTOS
PROPERTY DAMAGE CLAIMANTS