UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

--------------------------------------------------------x
                                          :
In re                                     :    Chapter 11
                                          :
FEDERAL-MOGUL GLOBAL, INC., et al. :          Jointly Administered
T&N LIMITED, et al.,                      :
                            Debtors.      :
--------------------------------------------------------x
                                          :
THE OFFICIAL COMMITTEE OF                 :
ASBESTOS CLAIMANANTS and                  :
ERIC D. GREEN, as the                     :
LEGAL REPRESENTATIVE FOR                  :
FUTURE ASBESTOS CLAIMAINTS,               :
                                          :
            Plaintiffs,                   :
                                          :
v.                                        :    Case No. 05-00059 (JHR)
                                          :
ASBESTOS PROPERTY                         :
DAMAGE COMMITTEE,                         :    **Objection Deadline: May 4, 2005 at 4:30 p.m.**
                                          :    **Hearing Date: To be determined.**
            Defendant.                    :
                                          :
--------------------------------------------------------x

## APPLICATION TO MODIFY THE ORDER PURSUANT TO
## 11 U.S.C. §§ 327 (a) AND 328(a) APPROVING THE RETENTION AND
## EMPLOYMENT OF NAVIGANT CONSULTING, INC, AS ASBESTOS
## CLAIMS CONSULTANTS FOR THE OFFICIAL COMMITTEE OF ASBESTOS
## PROPERTY DAMAGE CLAIMANTS, NUNC PRO TUNC TO OCTOBER 26, 2004

TO THE HONORABLE JOSEPH H. RODRIGUEZ,
UNITED STATES DISTRICT COURT JUDGE:

The Official Committee of Asbestos Property Damage Claimants (the "Property

Damage Committee") for the above-captioned Debtors (the "Debtors") hereby seeks to modify the

Order Pursuant to 11 U.S.C. §§ 327 (a) and 328(a) Approving the Retention and Employment of

Navigant Consulting, Inc. ("Navigant") as Asbestos Claims Consultants for the Official Committee

of Asbestos Property Damage Claimants, nunc pro tunc to October 26, 2004, as amended (the

"Order"). Specifically, by this Application the Property Damage Committee requests that the

limitation on fees previously imposed by the Bankruptcy Court be eliminated so that Navigant may

adequately assist the Property Damage Committee in connection with the expanded estimation

hearing. In support of this application, the Property Damage Committee respectfully represents as

follows:

### Background

1.     On October 1, 2001 (the "Commencement Date"), the Debtors and their related

affiliates filed voluntary petitions for relief under Chapter 11 of Title 11 of the United States Code

(the "Bankruptcy Code"). Pursuant to sections 1107(a) and 1108 of the Bankruptcy Code, Debtors

are operating their businesses and managing their properties as debtors in possession.

2.     Contemporaneously with the filing of the chapter 11 cases, the Debtors filed for

administration proceedings before the High Court of Justice (the "High Court") in the United

Kingdom (the "U.K. Administration Proceedings") for the Debtors located in that jurisdiction (the

"U.K. Debtors").

3.     The Debtors were forced to seek protection under the Bankruptcy Code and the U.K.

Administration Proceedings due to the large number of asbestos claims filed against the Debtors

and the amounts demanded by asbestos plaintiffs' lawyers to settle their cases.

4.     On October 16, 2003, pursuant to section 1102(a) of the Bankruptcy Code, the U.S.

Trustee appointed the Property Damage Committee, consisting of five (5) members, to serve

asbestos property damage claimants in the Debtors' chapter 11 cases. The members of the Property

2

Damage Committee are: Anderson Memorial Hospital, Jacksonville College, Moxie Real Estate, Richard Blyth, and The Hill School.

**Relief Requested and Argument**

5.      By prior application (the "<u>Retention Motion</u>") filed with the Bankruptcy Court, the Property Damage Committee sought to retain Navigant as asbestos claims consultants in these chapter 11 cases. In response to the Retention Motion, the Plan Proponents[1] filed a Limited Objection (the "<u>Limited Objection</u>") requesting that this Court impose an aggregate cap on the fees incurred by Navigant. This cap, as proposed by the Plan Proponents, would be exclusive of those fees incurred by Navigant with respect to deposition and hearing testimony.

6.      On November 9, 2004, a hearing was held on the Retention Motion. At the hearing, the Bankruptcy Court approved the retention of Navigant, but sustained the Limited Objection without argument and imposed an aggregate limitation of $156,000 on Navigant's fees, exclusive of those fees incurred by Navigant with respect to deposition and hearing testimony (the "<u>Fee Cap</u>"), with the qualification that the decision was "without prejudice to the rights of the Property Damage Committee, [Navigant], or the Plan Proponents to petition [the] Court for a further modification of the terms of [Navigant]'s retention in the event the limitations imposed herein appear improvident in light of unforeseen circumstances." An order approving the retention, but sustaining the Limited Objection, was entered on January 4, 2005 (the "<u>Retention Order</u>").

---

[1] The Plan Proponents include Federal-Mogul Corporation and its affiliated US and UK Debtors, the Official Committee of Unsecured Creditors, the Official Committee of Asbestos Claimants, the Legal Representative for Future Asbestos Claimants, JPMorgan Chase Bank as Administrative Agent for the prepetition lenders, and the Official Committee of Equity Security Holders.

7.      The Fee Cap was based on a good faith estimate by Navigant of the fees required to analyze the Debtors' liability for asbestos personal injury claims, given the information available and the posture of the Debtors' cases at the time of the Retention Motion. During the course of its retention, Navigant worked in an efficient and cost-effective manner, making every effort to minimize costs to the estate. Due to unforeseen circumstances, including last-minute production by the Debtors of information relating to thousands of previously unknown bodily injury claims, Navigant exceeded the Fee Cap by a small amount. In accordance with the Retention Order, the Property Damage Committee filed a motion to modify the Fee Cap and to authorize the payment of fees in excess of the Fee Cap (the "Initial Motion to Modify"). By order dated February 15, 2005 (the "Amended Order"), the Bankruptcy Court expanded the Fee Cap to $184,207.50 and reiterated that the cap was without prejudice to the right of the Property Damage Committee to request further modification.

8.      In light of the expansion of the scope of the estimation hearing in this case, and to take account of developments since preparation of its initial estimate, including new case law on estimation of asbestos bodily injury claims, the Property Damage Committee has requested that Navigant perform additional services. Pursuant to the Court's Case Management Order dated March 30, 2005, Navigant will submit a supplemental expert report on April 26, 2005, as will the Plaintiff's expert. Rebuttal reports are due May 10, 2005. The substantial additional work required of Navigant requires modification of the previously imposed cap on its fees.

9.      The Property Damage Committee respectfully submits that no cap on Navigant's fees is necessary. Navigant has provided cost-effective services to the Property Damage Committee and has performed its estimate at far less expense than any of the other consultants providing

4

similar services to other constituencies in these cases. For example, Legal Analysis Systems, Inc.,

the asbestos claims consultant retained by the Official Committee of Asbestos Claimants, has billed

over $1.3 million and is subject to no cap on its fees. Analysis Research Planning Corporation,

consultant to the Legal Representative for future Asbestos Claimants, has billed over $2 million and

similarly is subject to no cap. Thus, the Property Damage Committee's opponents in this litigation

are not hampered by any limitation on the costs their claims consultants incur.[2] Under these

circumstances, the Fee Cap imposed on Navigant and the Property Damage Committee should be

eliminated for purposes of the estimation hearing.

10.    WHEREFORE, the Applicant respectfully requests that this Court enter an order

amending the retention of Navigant as asbestos claims consultants to the Property Damage

Committee in these proceedings, and lifting the Fee Cap with respect to work performed for the

estimation hearing.

Dated:    Wilmington, Delaware
          April 20, 2005                    FERRY, JOSEPH & PEARCE, P.A.

                                            /s/ Theodore J. Tacconelli
                                            Theodore J. Tacconelli (No. 2678)
                                            Rick S. Miller (No. 3418)
                                            824 Market Street, Suite 904
                                            Wilmington, DE 19801
                                            (302) 575-1555

                                            -and-

---

[2] A fee limitation has been imposed on only one other asbestos claims consultant in these chapter 11 cases. On June 4, 2002, the Bankruptcy Court entered an order limiting the fees incurred by Bates, White & Ballantine, the Unsecured Creditors Committee's asbestos claims consultant, to $500,000 for all fees incurred after May 1, 2002. The fees incurred by Bates White prior to May 1, 2002 were approximately $665,000. All told, an expert who, in the end, will not even testify in this case because the Unsecured Creditors Committee is not participating in the estimation hearing, has received authorization to bill $1.165 million, while the Property Damage Committee, which is the only party opposing the Plan Proponents estimate, has been limited to less than 20% of this amount.

WEIL, GOTSHAL & MANGES LLP
Martin J. Bienenstock, Esquire
Michael P. Kessler, Esquire
Adam P. Strochak, Esquire
767 Fifth Avenue
New York, NY 10153
Telephone:    (212) 310-8000
Facsimile:    (212) 310-8007

CO-COUNSEL FOR THE OFFICIAL
COMMITTEE OF ASBESTOS
PROPERTY DAMAGE CLAIMANTS

6

## CERTIFICATE OF SERVICE

I, Theodore J. Tacconelli, certify that I am not less than 18 years of age, and that service of this *Application to Modify the Order Pursuant to 11 U.S.C. §§ 327(a) and 328(a) Approving the Retention and Employment of Navigant Consulting, Inc. as Asbestos Claims Consultants for the Official Committee of Asbestos Property Damage Claimants, Nunc Pro Tunc to October 26, 2004* was made on April 20, 2005, upon the following parties in the manner indicated:

SEE ATTACHED 2002 SERVICE LIST

Under penalty of perjury, I declare that the foregoing is true and correct.

/s/ Theodore J. Tacconelli
Theordore J. Tacconelli (No. 2678)

**SERVICE LIST**

**ECF and Hand Delivery**
James E. O'Neill, Esquire
Laura Davis Jones, Esquire
Pachulski, Stang, Ziehl, Young, Jones &
Weintraub, P.C.
919 Market Street, 16th Floor
Wilmington, DE 19801

**Hand Delivery**
Frank Perch, Esquire
Office of the United States Trustee
844 King Street, Ste 2207
Wilmington, DE 19801

**Hand Delivery**
Mark D. Collins, Esquire
Richards Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19801

**Hand Delivery**
Michele C. Gott, Esquire
Smith, Katzenstein & Furlow LLP
800 Delaware Avenue
P.O. Box 410
Wilmington, DE 19899

**Hand Delivery**
Charlene D. Davis, Esquire
The Bayard Firm
222 Delaware Avenue, Ste 900
Wilmington, DE 19801

**Hand Delivery**
R. Karl Hill, Esquire
Seitz, Van Ogtrop & Green, P.A.
222 Delaware Avenue, Suite 1500
Wilmington, DE 19801

**Hand Delivery**
Greg Werkheiser, Esquire
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19801

**Hand Delivery**
Frederick B. Rosner, Esquire
Jaspan Schlesinger Hoffman LLP
1201 N. Orange St. Street, Ste 1001
Wilmington, DE 19801

**Hand Delivery**
Brian L. Kasprzak, Esquire
Marks, O'Neill, O'Brien & Courtney, P.C.
913 N. Market St., # 800
Wilmington, DE 19801

**Hand Delivery**
Mary M. Maloney Huss, Esquire
Wolf, Block, Schorr and Solis-Cohen LLP
920 King Street. Suite 300
One Rodney Square
Wilmington, DE 19801

**Hand Delivery**
Wilmington Trust Company
Rodney Square North
1100 North Market Street
Wilmington, DE 19890
Attn: Corporate Trust Division

**Hand Delivery**
Regina A. Iorii, Esquire
Ashby & Geddes
222 Delaware Avenue, 17th Floor
P.O. Box 1150
Wilmington, DE 19801

**Hand Delivery**
Laurie Selber Silverstein, Esquire
Monica Leigh Lofton, Esquire
Potter Anderson & Corroon LLP
1313 N. Market Street, 6th Floor
Wilmington, DE 19801

**Hand Delivery**
Sherry Ruggiero Fallon, Esquire
Tybout Redfearn & Pell
300 Delaware Avenue, Ste 1100
Wilmington, DE 19801

***Hand Delivery***
Ellen W. Slights, Esquire
Assistant United State Attorney
Chase Manhattan Centre
1201 Market Street. Suite 1100
P.O. Box 2046
Wilmington, DE 19899-2046

***Hand Delivery***
Francis A. Monaco, Jr., Esquire
Walsh, Monzack and Monaco, P.A.
1201 N. Orange Street, Ste 400
P.O. Box 2031
Wilmington, DE 19801

***Hand Delivery***
Kathleen P. Makowski, Esquire
Klett Rooney Lieber & Schorling
1000 West Street, Ste 1410
Wilmington, DE 19801

***Hand Delivery***
Scott D. Cousins, Esquire
William E. Chipman, Esquire
Greenberg Traurig, LLP
1000 West Street, Ste 1540
Wilmington, DE 19801

***Hand Delivery***
Eric Lopez Schnabel, Esquire
Klett Rooney Lieber & Schorling
The Brandywine Building
1000 West Street, Suite 1410
Wilmington, DE 19801

***First Class Mail***
John C. Phillips, Jr., Esquire
Phillips, Goldman & Spence, P.A.
1200 North Broom Street
Wilmington, DE 19806

***Hand Delivery***
Carl N. Kunz, III, Esquire
Morris, James, Hitchens & Williams LLP
222 Delaware Avenue, 10th Floor
P.O. Box 2306
Wilmington, DE 19801

***Hand Delivery***
Teresa K.D. Currier, Esquire
Daniel B. Rath, Esquire
Peter J. Duhig, Esquire
Klett Rooney Lieer & Schorling, P.C.
The Brandywine Building
1000 West Street, Ste 1410
Wilmington, DE 19801

***Hand Delivery***
David E. Wilks Esquire
White and Williams Ltd.
824 N. Market Street, Ste 902
Wilmington, DE 19801

***Hand Delivery***
Michael G. Busenkell, Esquire
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19801

***ECF and Hand Delivery***
James L. Patton, Jr., Esquire
Edwin J. Harron, Esquire
Young Conaway Stargatt & Taylor, LLP
1000 West Street, 17th Floor
Wilmington, DE 19801

***Hand Delivery***
Neal J. Levitsky, Esquire
Agostini, Levitsky, Isaacs & Kulesza
824 N. Market Street
Suite 810
P.O. Box 2323
Wilmington, DE 19899

***Hand Delivery***
Noel C. Burnham, Esquire
Montgomery, McCracken, Walker &
Rhoads, LLP
300 Delaware Ave
Suite 750
Wilmington, DE 19801

***Hand Delivery***

Richard M. Beck, Esquire
Klehr, Harrison, Harvey, Branzburg &
Ellers LLP
919 Market Street
Suite 1000
Wilmington, DE 19801

**Hand Delivery**
William F. Taylor
Katherine L. Myer
McCarter & English, LLP
919 North Market Street
Suite 950
Post Office Box 111
Wilmington, DE 19899

**Hand Delivery**
William K. Harrington, Esquire
Duane Morris LLP
1100 North Market Street
Suite 1200
Wilmington, DE 19801

**Hand Delivery**
Richard W. Riley, Esquire
Duane Morris LLP
1100 North Market Street
Suite 1200
Wilmington, DE 19801

**Hand Delivery**
Kevin F. Brady, Esquire
Skadden, Arps, Slate, Meagher & Flom
LLP
One Rodney Square
P.O. Box 636
Wilmington, DE 19801

**First Class Mail**
Daniel K. Hogan, Esquire
1701 Shallcross Avenue, Suite C
Wilmington, DE 19806

**Hand Delivery**
Thomas D. Walsh, Esquire
McCarter & English, LLP
919 North Market Street
P.O. Box 111
Wilmington, DE 19899

**Hand Delivery**
Ms. Nancy Hunt
United States District Court
District of Delaware
844 N. King Street
Wilmington, DE 19801

**Hand Delivery**
Kathleen M. Miller, Esquire
Smith, Katzenstein & Furlow LLP
800 Delaware Avenue
P.O. Box 410
Courier 19801
Wilmington, DE 19899

**Hand Delivery**
Stuart M. Brown, Esquire
Buchanan Ingersoll, P.C.
1201 North Market Street
Suite 1501
Wilmington, DE 19801

**Hand Delivery**
Mary M. MaloneyHuss, Esquire
Wolf, Block, Schorr and Solis-Cohen, LLP
Wilmington Trust Center
1100 N. Market Street
Suite 1001
Wilmington, DE 19801

**Hand Delivery**
Christopher S. Sontchi, Esquire
Ashby & Geddes
222 Delaware Avenue
17th Floor
Wilmington, DE 19899

**Hand Delivery**
James E. Huggett, Esquire
Klehr, Harrison, Harvey, Branzburg &
Ellers LLP
919 Market Street
Suite 1000
Wilmington, DE 19801

**ECF and Hand Delivery**
Marla Rosoff Eskin, Esquire
Campbell & Levine, LLC
800 King Street, Ste 300

Wilmington, DE 19801                                St. Louis, MO 63102

**ECF and First Class Mail**
Ian Connor Bifferato, Esquire
Megan N. Harper, Esquire
Bifferato, Bifferato & Gentilotti
1308 Delaware Avenue
Wilmington, DE 19801

**ECF and Hand Delivery**
John S. Spadaro, Esquire
Murphy Spadaro & Landon
1011 Centre Road, Suite 210
Wilmington, DE 19805

**First Class Mail**
Larry J. Nyhan, Esquire
James F. Conlan, Esquire
Kenneth P. Kansa, Esquire
SIDLEY AUSTIN BROWN & WOOD
10 South Dearborn Street
Chicago, IL 60603

**First Class Mail**
David M. Sherbin, Esquire
James L. Zamoyski, Esquire
Deputy General Counsel and Secretary
Federal Mogul Corporation
26555 Northwestern Highway
Southfield, MI 48034

**First Class Mail**
Karen A. Giannelli, Esquire
Gibbons, Del Deo, Dolan, Griffinger &
Vecchione
One Riverfront Plaza
Newark, NJ 07102

**First Class Mail**
Ann C. Kurinkas
Chase Manhattan Bank
270 Park Avenue, 20th Floor
New York, NY 10017

**First Class Mail**
Gregory Willard, Esquire
Bryan Cave LLP
Suite 3600
One Metropolitan Square

**First Class Mail**
Paul J. Hanly, Jr., Esquire
Hanley & Conroy
415 Madison Avenue, 17th Floor
New York, NY 10017

**First Class Mail**
National Fire Insurance Company of
Hartford
Attn: Surety Claims
Continental Casualty Company
CNA Plaza
Chicago, IL 60685

**First Class Mail**
The Bank of New York
Attn: Corporate Trust Administration
101 Barclay Street
Floor 21 West
New York, NY 10286

**First Class Mail**
First Union National Bank
Attn: Paul Anatrella
Corporate Trust Department
230 South Tryon Street, 9th Floor
Charlotte, NC 28288-1179

**First Class Mail**
Travelers Casualty & Surety Company
Attn: Mr. David M. Sasportas,
Vice President, Commercial Surety
Claims One Tower Square, Bond Claims
(3PB)
Hartford, CT 06183-6014

**First Class Mail**
SAFECO Insurance Company of America
Attn: Surety Claims
4333 Brooklyn Avenue, NE
Seattle, WA 98185

*First Class Mail*
Peter D. Wolfson, Esquire
Art Ruegger, Esquire
Carole Neville, Esquire
Sonnenschein, Nath, & Rosenthal
1221 Ave. of the Americas
24th Floor
New York, NY 10020

*First Class Mail*
Elihu Inselbuch, Esquire
Caplin & Drysdale, Chartered
399 Park Avenue
New York, NY 10022

*First Class Mail*
Peter Van N. Lockwood Esquire
Caplin & Drysdale, Chartered
One Thomas Circle, N.W.
Washington, DC 20005

*First Class Mail*
Craig A. Barbarosh, Esquire
Pillsbury Winthrop LLP
650 Town Center Drive, 7th Floor
Costa Mesa, CA 92626

*First Class Mail*
Leo T. Crowley, Esquire
Pillsbury Winthrop LLP
One Battery Park Plaza
New York, NY 10004

*First Class Mail*
William Hedden, Jr.
811 Knollwood Terrace
Westfield, NJ 07090

*First Class Mail*
John H. Bae, Esquire
Cadwalader, Wickersham & Taft
100 Maiden Lane
New York, NY 10038

*First Class Mail*
Joseph F. Rice, Esquire
Nancy Worth Davis, Esquire
Ness, Motley, Loadholt, Richardson &
Poole
28 Bridgeside Blvd.
P.O. Box 1792
Mt. Pleasant, SC 29465

*First Class Mail*
Eric D. Green
1 Beacon Street, Suite 22
Boston, MA 02108-3106

*First Class Mail*
Cornell University
Office of University Counsel
300 CCC Building, Garden Avenue
Ithaca, NY 14853

*First Class Mail*
David Barrett, Comptroller
Marine Pollution Control Corp.
8631 W. Jefferson
Detroit, MI 48209

*First Class Mail*
Coudert Brothers LLP
Attn: Malani J. Sternstein, Esquire
The Grace Building
1114 Avenue of the Americas
New York, NY 10036

*First Class Mail*
David T. Pluta
Ahlstrom U.S. Operations
c/o Ahlstrom Windsor Locks LLC
Two Elm Street
Windsor Locks, CT 06096

*First Class Mail*
Robert D. Wolford
Miller, Johnson, Snell & Cummiskey,
P.L.C.
250 Monroe Avenue N. W.,
Suite 800

Gran Rapids, MI 49501

Aleksandra A. Miziolek, Esquire
Dykema Gossett PLLC
400 Renaissance Center
Detroit, MI 48243

*International Mail*
ABN AMRO Trust Company
Attn: Managing Director
8 Hill Street
St. Helier, Jersey JE48TB

*First Class Mail*
Scott D. Gilbert, Esquire
Gilbert Heintz & Randolph LLP
1100 New York Avenue, N.W., Ste 700
Washington, DC 20005

*International Mail*
Jamie Gleave, Esquire
1 Oxford Court
Bishopsgate
Manchester M2 3WR
UNITED KINGDOM

*First Class Mail*
Jeffrey J. Stegenga
PricewaterhouseCoopers LLP
2001 Ross Avenue, Ste 1800
Dallas, TX 75201

*International Mail*
Mark Andrews, Esquire
Denton Wilde Stpte
Five Chancery Lane
Clifford's Inn
London EC4A 1BU
UNITED KINGDOM

*First Class Mail*
Todd R. Snyder
Rothschild Inc.
1251 Avenue of the Americas
New York, NY 10020

*International Mail*
Mr. Kevin Poole
Curzon Insurance Ltd.
P.O. Box 34
Albert House, South Esplanade
St. Peter Port
GUERNSEY GY1 4AU

*First Class Mail*
Ann Julsen, Esquire
Sitrick and Company, Inc.
Suite 800
1840 Century Park East
Los Angeles, CA 90067

*International Mail*
Paul Hadow, Esquire
Penningtons
Bucklesbury House
83 Cannon Street
London EC4N 8PE
ENGLAND

*First Class Mail*
Brad A. Berish, Esquire
Chad H. Gottleman, Esquire
Adelman, Gettleman, Merens, Berish
& Carter, Ltd.
53 West Jackson Blvd., Ste 1050
Chicago, IL 60604

*International Mail*
IBM Corporation
Attn: John Mazzilli
275 Viger East
4th Floor
Montreal, CANADA H2X 3R7

*First Class Mail*
Robert B. Weiss, Esquire
Sheldon S. Toll, Esquire
Honigman Miller Schwartz and Cohn LLP
2290 First National Building
660 Woodward Avenue
Detroit, MI 48226

*First Class Mail*
Michael P. Richman, Esquire
David M. Hillman, Esquire

*First Class Mail*

Mayer, Brown, Rowe & Maw
1675 Broadway
New York, NY 10019

Cathage, MO 64836

**First Class Mail**
Stgephen D. Lerner, Esquire
Squire, Sanders & Dempsey L.L.P.
312 Walnut Street, Ste 3500
Cincinnati, OH 45202

**First Class Mail**
Judith Elkin, Esquire
Haynes and Boone, LLP
901 Main Street, Ste 3100
Dallas, TX 75202

**First Class Mail**
Neal D. Colton, Esquire
Cozen O'Connor
1900 Market Street
Philadelphia, PA 19103

**First Class Mail**
Alan R. Brayton, Esquire
Brayton Purcell
222 Rush Landing Road
Novato, CA 94945

**First Class Mail**
Michael V. Kelley, Esquire
Robert A. Marcis Thomas
Kelley & Ferraro, LLP
1901 Penton Media Building
1300 East Ninth Street
Cleveland, OH 44114

**First Class Mail**
Rhett G. Campbell, Esquire
Morris & Campbell, P.C.
600 Jefferson
Suite 800
Houston, TX 77002

**First Class Mail**
John Lyckman, Esquire
Legett & Platt, Incorporated
No. 1 Leggett Road

**First Class Mail**
Larry E. Parres, Esquire
Lewis, Rice & Fingersh, L.C.
500 North Broadway
Suite 2000
St. Louis, MO 63102

**First Class Mail**
Monique D. Almy, Esquire
Randall L. Hagen, Esquire
Smantha Bishop, Esquire
Ober, Kaler, Grimes, & Shriver
A Professional Corporation
120 East Baltimore Street
Baltimore, MD 21202-1643

**First Class Mail**
Judy Eyster, Esquire
John Getchey, Esquire
Dana Commercial Credit Corp.
1801 Richards Road
Toledo, OH 43607

**First Class Mail**
Steven J. Reisman, Esquire
Curtis, Mallet-Prevost, Colt & Mosle LLP
101 Park Avenue
New York, NY 10178-0061
**First Class Mail**
J. Michael Debbeler, Esquire
Graydon Head & Ritchey LLP
1900 Fifth Third Center
511 Walnut Street
Cincinnati, OH 45202

**First Class Mail**
Gregory D. Willard, Esquire
Bryan Cave LLP
One Metropolitan Square
211 North Broadway

St. Louis, MO 63102

**First Class Mail**
Steven M. Fuhrman, Esquire
Simpson Thacher & Bartlett
425 Lexington Avenue
New York, NY 10017

**First Class Mail**
Russell W. Budd, Esquire
Alan B. Rich, Esquire
Baron & Budd, P.C.
3102 Oak Lawn Avenue
Suite 1100
Dallas, TX 75219

**First Class Mail**
Steven T. Baron, Esquire
Silber Pearlman, LLP
2711 North Haskell Avenue
Cityplace Center East-5th Floor
L.B. 32
Dallas, TX 75204

**First Class Mail**
Neil Subin, Esquire
8 Palm Court
Sewalls Point, FL 34996

**First Class Mail**
Richard Baumfield, Esquire
Andrews & Kurth LLP
Attorneys for Aspen Advisors LLC
805 Third Avenue
7th Floor
New York, NY 10022

**First Class Mail**
Clark R. Hammond, Esquire
Johnston Barton Proctor & Powell LLP
1901 Sixth Avenue North
Suite 2900
Birmingham, AL 35203

**First Class Mail**
The Travelers Insurance Company
National Accounts
1 Tower Square-5MN
Hartford, CT 06183

**First Class Mail**
Alan B. Rich, Esquire
3102 Oak Lawn Avenue
Suite 1100
Dallas, TX 75219

**First Class Mail**
Kenneth J. Cooper, Esquire
Pension Benefit Guaranty Corporation
Office of the General Counsel
1200 K Street, N.W.
Washington, D.C. 20005-4026

**First Class Mail**
Clifford S. Haye, Esquire
Teachers Insurance and Annuiy
Association of America
730 Third Avenue
New York, NY 10017

**First Class Mail**
Stephen S. LaPlante, Esquire
Miller, Canfield Paddock & Stone, PLC
150 W. Jefferson, Ave., Suite 2500
Detroit, MI 48226
**First Class Mail**
Paul A. Peters, Esquire
Saperston & Day, P.C.
1100 M&T Center
Three Fountain Plaza
Buffalo, NY 14203

**First Class Mail**
Paul F. O'Donnell, III, Esquire
Hinckley, Allen & Snyder LLP
28 State Street
Boston, MA 02109

**First Class Mail**
Leonard P. Goldberger, Esquire
White and Williams LLP
1800 One Liberty Place
Philadelphia, PA 19103

**First Class Mail**
Gary P. Lightman, Esquire

Glenn A. Manochi, Esquire
Lightman, Manochi & Christensen
1520 Locust Street
Twelfth Floor
Philadelphia, PA 19102

Wilmer, Cutler & Pickering
2445 M Street, N.W.
Washington, D.C. 20037-1420

*First Class Mail*
Eilentz, Goldman & Spitzer
Attn: Eric W. Sleeper, Esquire
90 Woodbridge Center Drive
P.O. Box 10
Woodbridge, NJ 07095

*First Class Mail*
Robert D. Drain, Esquire
Paul, Weiss, Rifkind, Wharton & Garrison
1285 Avenue of the Americas
New York, NY 10019-6064

*First Class Mail*
John Tishler, Esquire
Waller Lansden Dortch & Davis
511 Union Street
Suite 2100
P.O. Box 198966
Nashville, TN 37219-8966

*First Class Mail*
James S. Carr, Esquire
Kelley Drye & Warren LLP
101 Park Avenue
New York, NY 10178

*First Class Mail*
Honor S. Heath, Esquire
Senior Counsel
FleetBoston Financial
777 Main Street
Mail Stop CT EH 40220A
Hartford, CT 06115

*First Class Mail*
Philip D. Anker, Esquire
Andrew J. Currie, Esquire

*First Class Mail*
Charles J. Weiss, Esquire
Timoney, Knox, Hasson & Weand
400 Maryland Drive
P.O. Box 7544
Ft. Washington, PA 19034-7544

*First Class Mail*
Aetna US Healthcare
Sherry Marrone/National Collections Dept.
930 Harvest Drive
Blue Bell, PA 19422

*First Class Mail*
Jeffrey Rosenkranz, Esquire
The Delaware Bay Company, Inc.
680 Fifth Avenue
22nd Floor
New York, NY 10019

*First Class Mail*
Dresdner Kleinwort Wasserstein
Troubled Assets Department
Attn: James M. Gallagher
First Vice President
1177 Avenue of the Americas
Manhattan, NY 10036

*First Class Mail*
David M. Dare, Esquire
Herren, Dare & Streett
1051 N. Harrison Ave.
St. Louis, MO 63122

*First Class Mail*
Michael R. Enright, Esquire

Robinson & Cole LLP
280 Trumbull Street
Hartford, CT 06103

**First Class Mail**
Damon J. Chargois, Esquire
Foster & Sear, LLP
1201 N. Watson Road
Suite 145
Arlington, TX 76006

**First Class Mail**
Herzfeld & Rubin, P.C.
Attn: David Cohen, Esquire
40 Wall Street
54th Floor
New York, NY 10005

**First Class Mail**
Christopher R. Zaetta, Esquire
Tax Division
U.S. Department of Justice
Judiciary Center Bldg.
555 4th Street, N.W.
Washington, DC 20001

**First Class Mail**
J. Craig Young, Esquire
Internal Revenue Service
Area 2
320 Federal Place
Room 509
Greensboro, NC 27401

**First Class Mail**
Erich N. Durlacher, Esquire
Burr & Forman LLP
Suite 1200, One Georgia Center
600 West Peachtree Street, N.W.
Atlanta, GA 30308

**First Class Mail**
Russell W. Savory, Esquire
Gotten, Wilson & Savory, PLLC
200 Jefferson Avenue
Suite 900

Memphis, TN 38103

**First Class Mail**
E. Katherine Wells, Esquire
Staff Counsel
South Carolina Department of
Health and Environmental Control
2600 Bull Street

Columbia, SC 29201-1708

**First Class Mail**
William P. Kovacs. Esquire
General Counsel
Conseco Capital Management, Inc.
11825 North Pennsylvania Street
Carmel, IN 46032

**First Class Mail**
Citadel Investment Group, L.L.C.
Attn: Sean Haas
131 South Dearborn Street, 36th Floor
Chicago, IL 60603

**First Class Mail**
Michael A. Rosenthal, Esquire
Aron G. York, Esquire
Gibson, Dunn & Crutcher LLP
2100 McKinney Avenue
Suite 1100
Dallas, TX 75201

**First Class Mail**
Beverly H. Shideler, Esquire
BS8399
2707 Butterfield Road
Oakbrook, IL 60523

**First Class Mail**
Michael L. Martell, Esquire
Abberley Kooiman LLP
666 5th Ave #28
New York, NY 10175

*First Class Mail*
Theodore Goldberg, Esquire
Mark C. Meyer, Esquire
Goldberg, Persky, Jennings & White, P.C.
1030 Fifth Avenue
Pittsburgh, PA 15219

*First Class Mail*
P. Schoenfeld Asset Management, LLC
1330 Avenue of the Americas
34th Floor
New York, NY 10019

*First Class Mail*
David I. Cisar, Esquire
von Briesen Purtell & Roper, s.c.
411 E. Wisconsin Avenue
Suite 700
Milwaukee, WI 53202-4470

*First Class Mail*
Andrew D. MacIver, Esquire
Bank One Managed Assets
1 Bank One Plaza
Mail Code IL1-0631
Chicago, IL 60670

*First Class Mail*
Ric H. Huttenlocher, Esquire
Bank One
Mail Suite MI1-8074
611 Woodward Avenue
Detroit, MI 48226-8074

*First Class Mail*
Joseph M. Russell, Esquire
Bank One
1 Bank One Plaza
Mail Suite IL1-0286
Chicago, IL 60070-0286

*First Class Mail*
Shelby A. Jordan, Esquire
Harlin C. Womble, Jr.. Esquire
Nathaniel Peter Holzer, Esquire
Jordan, Hyden, Womble & Culbreth, P.C.
500 N. Shoreline Blvd., Suite 900
Corpus Christi, TX 78471

*First Class Mail*
Deirdre M. Murphy, Esquire
Vice President and General Counsel
Hollingsworth & Vose Company
112 Washington Street
E. Walpole, MA 02083

*First Class Mail*
Charles W. Hurd
Johnathan C. Bolton
Fulbright & Jaworski LLP
1301 McKinney
Suite 5100
Houston, TX 77010

*First Class Mail*
Mr. Vince Antrieri Icahn Associates Corp.
767 Fifth Avenue
47th Floor
New York, NY 10153

*First Class Mail*
Rebeca Pacholder, Esquire
R2 Investmens, LDC
c/o Amalgamted Gadget, L.P.
301 Commerce Street
Suite 2975
Fort Worth, TX 76102

*First Class Mail*
Mark W. Powers, Esquire
Bowditch & Dewey, LLP
311 Main Street
Worcester, MA 01608-1552

*First Class Mail*
Daniel A. Speights, Esquire
Speights & Runyan
200 Jackson Avenue, East
Post Office Box 685
Hampton, SC 29924

***First Class Mail***
Valerie DePiro, Esquire
FTI Policano & Manzo
Park 80 West
Plaza One 3rd Floor
Saddle Brook, NJ 07663

***First Class Mail***
J. David Cecil, Esquire
James F. Humphreys & Associates, L.C.
800 United Center
500 Virginia St., East
Charleston, WV 25301

***First Class Mail***
Luskin, Stern & Eisler LLP
330 Madison Avenue
34th Floor
New York, NY 10017

***First Class Mail***
Societe Generale
1221 Avenue of the Americas
New York, NY 10020

***First Class Mail***
Russell W. Savory, Esquire
Gotten, Wilson & Savory, PLLC
200 Jefferson Avenue
Suite 900
Memphis, TN 38103

***First Class Mail***
Mr. Jon Bauer
Contrarian Capital Management
411 West Putnam Avenue
Suite 225
Greenwich, CT 06830

***First Class Mail***
Donald N. Patten, Esquire
Patten, Wornom, Hatten & Diamonstein,
L.C.
Suite 360
12350 Jefferson Avenue
Newport News, VA 23602

***First Class Mail***
Attn: Irena M. Goldstein, Esquire
LeBouf, Lamb, Greene & MacRae, LLP
125 West 55th Street
New York, NY 10019

***First Class Mail***
Sarah Steinbaum, Esquire
44 W. Flagler Street
Suite 2175
Miami, FL 33130

***First Class Mail***
Amanda D. Darwin, Esquire
Frank S. Hamblett, Esquire
Nixon Peabody LLP
101 Federal Street
Boston, MA 02110

***First Class Mail***
Michael L. Boykins, Esquire
McDermott, Will & Emery
227 W. Monroe Street
Suite 5400
Chicago, IL 60606

***First Class Mail***
Monica Y. Kim
McCutchen, Doyle, Brown & Enersen, LLP
355 S. Grand Ave.
Suite 4400
Los Angeles, CA 90071-3106

***First Class Mail***
Gary L. Barnhart, Esquire
Missouri Department of Revenue
General Counsel's Office
301 W. High Street
Room 670
P.O. Box 475
Jefferson City, MO 65105-0475

***First Class Mail***
Christine L. Myatt, Esquire

Adams Kleemeier Hagan Hannah &
Fouts PLLC
701 Green Valley Road, Suite 100
Post Office Box 3463
Greensboro, NC 27402

**First Class Mail**
M. Kimberly Stagg, Esquire
983 Nissan Drive
Bin 17U
Smyrna, TN 37167

**First Class Mail**
Steven J. Kherkher
Williams Bailey Law Firm, LLP
8441 Gulf Freeway, Suite 600
Houston, TX 77017

**First Class Mail**
Christopher O'Brien, Esquire
District Tax Attorney
Office of Counsel
Building 9, Room 100
W A Harriman Campus
Albany, NY 12227

**First Class Mail**
Alan B. Schaeffer
Pickrel, Schaeffer & Ebeling
2700 Kettering Tower
Dayton, OH 45423

**First Class Mail**
William L. Cooper, Esquire
Attorney for Sevier County Utility
District
700 Sevier Avenue
Knoxville, TN 37920

**First Class Mail**
Michael B. Fisco, Esquire
Mark G. Rabogliatti, Esquire
Faegre & Benson LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901

**First Class Mail**
Steven T. Davis, Esquire

Edmond M. George, Esquire
Obermayer Rebmann Maxwell &
Hippel, LLP
One Penn Center, Ste 1900
1617 John F. Kennedy Boulevard
Philadelphia, PA 19103

**First Class Mail**
Linda Boyle, Esquire
Time Warner Telecom Inc.
10475 Park Meadows Drive, #400
Littleton, CO 80124

**First Class Mail**
Donald A. Workman, Esquire
Foley & Lardner
3000 K Street, N.W., Ste 500
Washington, DC 20007

**First Class Mail**
Michael P. Cascino, Esquire
Cascino Vaughan Law Offices, Ltd.
220 S. Ashland Avenue
Chicago, IL 60607

**First Class Mail**
David G. Aelvoet, Esquire
Linebarger Goggan Blair Pena &
Sampson, LLP
711 Navarro, Suite 300
San Antonio, TX 78205

**First Class Mail**
David M. Bernick, Esquire
Thomas E. Dutton, Esquire
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601

**First Class Mail**
R. Matthew Pettigrew, Jr., Esquire
Markowitz & Richman
1100 North American Building
121 South Broad Street
Philadelphia, PA 19107

**First Class Mail**
Joseph T. Kremer, Esquire
Lipsiptz, Green, Fahringer, Roll, et al.

42 Delaware Avenue, Ste 300
Bufalo, NY 14202

**First Class Mail**
Sal Boscia, Esquire
Key Equipment Finance
1000 S. McCaslin Boulevard
Superior, CO 80027

**First Class Mail**
David A. Jagolinzer, Esquire
Ferraro & Associates, P.A.
4000 Ponce de Leon Blvd., Ste 700
Miami, FL 33146

**First Class Mail**
Bankruptcy Administration
IOS Capital, Inc.
1738 Bass Road
P.O. Box 13708
Macon, GA 31208

**First Class Mail**
Alan Kellman, Esquire
Maritime Asbestosis Legal Clinic, a division
of The Jazques Admiralty Law Firm, P.C.
1570 Penobscot Building
Detroit, MI 48226

**First Class Mail**
Michael T. Kay, Esquire
The Dow Chemical Company
Legal Department
2030Dow Center
Midland, MI 48674

**First Class Mail**
Bureau of Employer Tax Operation
Harrisburg Bankruptcy and Compliance
Attn: Sharon Royer
1171 South Cameron Street, Room 312
Harrisburg, PA 17104

**First Class Mail**
Niraj R. Ganatra, Esquire
International Union, UAW
8000 E. Jefferson Avenue
Detroit, MI 48214

**First Class Mail**
Adam M. Spence, Esquire
K. Donald Proctor, P.A.
105 W. Chesapeake Avenue
Suite 400
Towson, MD 21204

**First Class Mail**
Robert F. Cusumano, Esquire
Patricia A. Taylor, Esquire
Simpson Thacher & Bartlett
425 Lexington Avenue
New York, NY 10017

**First Class Mail**
Keith F. Millhouse, Esquire
Shane, Digiuseppe & Millhouse LLP
200 North Westlake Boulevard, Ste 104
Westlake Village, CA 91362

**First Class Mail**
John C. Hess, Esquire
John C. Hess, P.C.
105 Bonnabrook Drive, Ste 105
Hermitage, TN 37076

**First Class Mail**
Jeffrey L. Rousseau, Esquire
Computer Sales Int'l, Inc.
9990 Old Olive Street Road
Ste 101
St. Louis, MO 63141

**First Class Mail**
Lawrence LeClair, Esquire
Sayles & Evans
One West Church Street
Elmira, NY 14901

**First Class Mail**
Russell D. Pollock, Esquire
Greene Radovsky Maloney & Share LLP

Four Embarcadero Center
Suite 4000
San Francisco, CA 94111

***First Class Mail***

Walter F. McArdle, Esquire
Spain & Gillon, LLC
The Zinszer Building
2117 Second Avenue North
Birmingham, AL 35203

***First Class Mail***

Noah Roy, Esquire
Rothschild Inc.
1251 Avenue of the Americas
New York, NY 10020

Pepper Hamilton LLP
3000 Two Logan Square
18th and Arch Streets
Philadelphia, PA 19103

***First Class Mail***

Barbara G. Billet, Esquire
State of New York
Department of Taxation
Building 9, Room 100
WA Harriman Campus
Albany, NY 12227

***First Class Mail***

Russel D. Pollock
Greene Radovsky Maloney & Share LLP
Four Embarcadcro Center
Suite 4000
San Francisco, CA 94111

***First Class Mail***

Richard F. Hahn, Esquire
Debevoise & Plimpton
919 Third Avenue
New York, NY 10022

***First Class Mail***

James L. Ware
Sheehy, Serpe & Ware
2500 Two Houston Center
909 Fannin Street
Houston, TX 77010

***First Class Mail***

A. Dennis Terrell, Esqire
Drinker, Biddle & Shanley, LLP
500 Campus Drive
Florham Park, NJ 07932-1047

***First Class Mail***

Glenn M. Reisman, Esquire
Two Corporate Drive, Ste 636
P.O. Box 861
Shelton, CT 06484

***First Class Mail***

Henry DeWerth Jaffe, Esquire
Linda J. Casey, Esquire

***First Class Mail***

Alicia S. Schehr, Esquire
Jaffe, Raitt, Heuer & Weiss,
Professional Corporation
One Woodward Avenue
Suite 2400
Detroit, MI 48226

***First Class Mail***

S. James Wallace
Griffith McCague & Fernsler
Suite 3626 Gulf Tower
707 Grant Street
Pittsburgh, PA 15219

***First Class Mail***

Michael S. Sandberg, Esquire
Hellmuth & Johnson, PLLC
10400 Viking Drive
Suite 560
Eden Prairie, MN 55344

***First Class Mail***

The Law Offices of Peter g. Angelos, P.C.
Attn: Paul M. Matheny, Esquire

5905 Harford Road
Baltimore, MD 21214

**First Class Mail**
Jonathan B. Alter, Esquire
Bingham, Dana
1 State Street
Hartford, CT 06013

**First Class Mail**
Gina Baker Hantel
Attorney for Commissioner of Revenue
Legal Services
27th Floor
312 8th Avenue North
Nashville, TN 37243

**First Class Mail**
Donald A. Robinson, Esquire
Robinson & Livelli
Two Penn Plaza East
Suite 1100
Newark, NJ 07105

**First Class Mail**
Elliot H. Herskowitz
Regen Captial I, Inc.
P.O. Box 626
Planetarium Station
New York, NY 10024

**First Class Mail**
Costa N. Kensington
Howard D. Ressler
Michael J. Venditto
Helen J. Williamson
c/o Anderson Kill & Olick, P.C.
1251 Avenue of the Americas
New York, NY 10020

**First Class Mail**
Nathan A. Schachtman
McCarter & English, LLP
Mellon Bank Center
1735 Market Street
Suite 700
Philadelphia, PA 19103

**First Class Mail**
Mary A. Wells
Wells, Anderson, & Race, LLC
1700 Broadway
Suite 1020
Denver, CO 80290

**First Class Mail**
Gary D. Barnes, Esquire
Husch & Eppenberger, LLC
1200 Main Street
Suite 1700
Kansas City, MO 64105

**First Class Mail**
Matthew A. Hamermesh, Esquire
Hangley Aronchick Segal & Pudlin
One Logan Square
27th Floor
Philadelphia, PA 19103

**First Class Mail**
Oscar B. Fears, III
Assistant Attorneys General
40 Capitol Square, S.W.
Atlanta, GA 30334

**First Class Mail**
Tenneco Automotive Operating
Company Inc.
Anne E. Frueh, Esquire
500 North Field Drive
Lake Forest, IL 60045

**First Class Mail**
Rex D. Rainach
A Professional Law Corporation
3622 Government Street
Baton Rouge, LA 70806-5720

**First Class Mail**
Linda Bonner

CenturyTel
100 Century Park Drive
Monroe, LA 71203

***First Class Mail***
Rod Kubat, Esquire
Nyemaster, Goode, Voigts, West, Hansell
& O'Brien, P.C.
700 Walnut, Suite 1600
Des Moines, IA 50309

***First Class Mail***
Peggy A. Housner
Assistant Attorney General
Department of Attorney General
Revenue Division, First Floor
Treasury Building
Lasing, MI 48922

***First Class Mail***
Mr. Rod Kubat
Nyemaster, Goodie, Voigts, West,
Hansell, & O'Brien, P.C.
700 Walnut, Suite 1600
Des Moines, IA 50309

***First Class Mail***
Michael G. Cruse
Attorney for Howard & Howard Attorneys
39400 Woodward Avenue
Suite 101
Bloomfield Hills, MI 48304

***First Class Mail***
Scott Blakeley, Esquire
Blakeley & Blakeley LLP
2030 Main Street
Suite 540
Irvine, CA 92614

***First Class Mail***
Timothy J. Curtin, Esquire
Varnum, Riddering, Schmidt & Howlett
LLP
Bridgewater Place
P.O. Box 352
Grand Rapids, MI 49501

***First Class Mail***
Frank Parsons Inc.
4665 Hollins Ferry Rd
Attn: Monique Kauffman
Baltimore, MD 21227

***First Class Mail***
Bayer Corp.
Attn: Malinda Notaro
Credit Department
100 Bayer Road
Bldg. 16
Pittsburgh, PA 15205-9741

***First Class Mail***
Timothy G. Reynolds
Skadden, Arps, Slate, Meagher & Flom LLP
4 Times Square
New York, 10036-6522

***First Class Mail***
Andrew Herenstein
Quadrangle Group LLC
375 Park Avenue
14th Floor
New York, NY 10152

***First Class Mail***
The City of Portland
City Attorney's Office
Attn: Linda S. Law
1221 SW 4th Avenue
Room 430
Portland, Oregon 97204

***First Class Mail***
William J. Barrett
Barack Ferrazzano Kirschbaum
Perlman & Nagelberg LLC
333 West Wacker Drive
Suite 2700
Chicago, IL 60606

*First Class Mail*
Transamerica Vendor Financial Services
Corporation
5595 Trillium Blvd.
Hoffman Estates, IL 60192

*First Class Mail*
Billingsly Prop
4100 Intl Pkway
Suite 1100
Carrollton, TX 75007

*First Class Mail*
Timothy W. Brink, Esquire
Lord, Bissell & Brook
115 South LaSalle Street
Chicago, IL 60603

*First Class Mail*
Leon Friedberg
Carlile Patched & Murphy LLP
366 East Broad Street
Columbus, OH 43215

*First Class Mail*
Andrew G. Neil
Attorney for Creditor, Thiel Tool &
Engineering Company
8909 Ladue Road
St. Louis, MO 63124

*First Class Mail*
Christopher R. Momjian
Senior Deputy Attorney General
Office of Attorney General
21 S. 12th Street
3rd Floor
Philadelphia, PA 19107

*First Class Mail*
Carl Roberts
Epedx
17411 Valley Blvd
City of Industry, CA 91744

*First Class Mail*

Kevin T. Lantry
Sidley Austin Brown & Wood LLP
555 West Fifth Street
Los Angeles, California 90013

*First Class Mail*
Gramercy Capital Advisors, LLC
Attn: Nicholas W. Walsh
3 Sheridan Square
Suite 11E
New York, NY 10014

*First Class Mail*
Teachers Insurance and Annuity
Association of America
Attn: Roi G. Chandy
730 Third Avenue
New York, NY 10017

*First Class Mail*
Joan G. Dorgan, Esquire
Buchanan Ingersoll, P.C.
One Oxford Centre
20th Floor
301 Grant Street

Pittsburgh, PA 15219

*First Class Mail*
U.S. Bank Trust National
Association, as Indenture Trustee
Attn: Lawrence Bell
1420 Fifth Avenue
7th Floor
Seattle, WA 98101

*First Class Mail*
NTN Bearing Corp. of America
Attn: Craig K. Dunn
1600 E. Bishop Court
Mt. Prospect, IL 60056

*First Class Mail*
Cummins Inc.
Attn: Paul W. Malone II
500 Jackson Street
M/C 60701
Columbus, IN 47201

*First Class Mail*
Leggett & Platt Aluminum Group
Attn: Steffan B. Sharkin
P.O Box 309
Fayetteville, AR 72702

*First Class Mail*
Curtis V. Titus
Levy & Droney, P.C.
74 Batterson Park Road
Farmington, CT 06032

*First Class Mail*
Frank Ciaccio, Esquire
King & Spalding
1185 Avenue of the Americas
New York, NY 10036

*First Class Mail*
Wilentz, Goldman & Spitzer
Attn: Deirde Woulfe Pacheco, Esquire
90 Woodbridge Center Drive
Box 10
Woodbridge, NJ 07095

*First Class Mail*
XL Specialty Insurance Company
(formally Intercargo Insurance Company)
Attn: Christine Bilotta
20 N. Martingale Road
Suite 200
Schaumburg, IL 60173

*First Class Mail*
Julia S. Kreher
One M&T Plaza
Suite 2000
Buffalo, NY 14203

*First Class Mail*
Kim French, CLA
440 Louisiana
Suite 2100
Houston, TX 77002

*First Class Mail*
Dimensional Fund Advisors
Attn: Lawrence Spieth
10 S. Wacker Drive
#2275
Chicago, IL 60606

*First Class Mail*
Gabelli Asset Fund
c/o Gabelli Asset Management, Inc.
Attn: James E. McKee
One Corporate Center
Rye, NY 10580

*First Class Mail*
John R. Russ
6359 Everwood Court North
East Amherst, NY 14051

*First Class Mail*
Timothy P. Dowling
Gasket & Fastener, Inc.
Gary, Thomasson, Hall & Marks, P.C.
210 S. Carancahua
Corpus Christi, TX 78401

*First Class Mail*
David F. Heroy, Esquire
Bell, Boyd & Lloyd
70 West Madison St., Ste 3300
Chicago, IL 60602

*First Class Mail*
Kevin Kamraczewski
Sonnenschein Nath & Rosenthal
8000 Sears Tower
Chicago, IL 60606

*First Class Mail*
Margery N. Reed, Esquire
Duane Morris LLP
4200 One Liberty Place
Philadelphia, PA 19103-7396

*First Class Mail*

Georgia-Pacific Corporation
c/o Larry A. Feind
133 Peachtree Street, N.E.
7th Floor
Atlanta, GA 30303

**First Class Mail**
Ruth A. Skidmore
P.O. Box 360
Grand Rapids, MI 49501-0360

**First Class Mail**
Stanford Phelps, Chairman of the Board
Holly Lehto, Investment Analyst
S.N. Phelps & Co.
8 Sound Shore Drive
Greenwich, CT 06830

**First Class Mail**
Stephen Gerald, Esquire
Peter Guattery, Esquire
Whiteford, Taylor & Preston LLP
Seven Saint Paul Street
Suite 1400
Baltimore, MD 21202-1626

Haynsworth Sinkler Boyd, P.A.
P.O. Box 11889
Columbia, SC 29211

**First Class Mail**
Kathe L. Corson
Michigan Department of Environmental
Quality
Environmental Response Division
Constitution Hall
P.O. Box 30426
Lansing, MI 48909

**First Class Mail**
Barbara K. Hamilton, Esquire
American Express Travel Related
SVS CO Inc Corp Card
c/o Becket & Lee LLP
P.O. Box 3001 Dept.
Malvern, PA 19355

**First Class Mail**
Marvin E. Clements, Jr.
Assistant Attorney General
Office of The Attorney General
Bankruptcy and Collection Division
P.O. Box 20207
Nashville, TN 37202

**First Class Mail**
Hal L. Baume, Esquire
Fox Rothschild O'Brien & Frankel, LLP
Princeton Pike Corporate Center
997 Lenox Drive
Building 3
Lawrenceville, NJ 08648-2311

**First Class Mail**
W. Martin Tellegen, Esquire
Gerald F. Ellersdorfer, Esquire
Paul A. Peters, Esquire
Kaufman & Logan LLP
100 Spear Street, 12th Floor
San Francisco, CA 94105

**First Class Mail**
William H. Short, Jr., Esquire

**First Class Mail**
Robert M. Quinn, Esquire
Carlton Fields
P.O. Box 3239
Tampa, FL 33601-3239

**First Class Mail**
Daily Insights
JAF Box 3127
New York, NY 10116

**First Class Mail**
Paul McDonnell - Treasurer
Attn: Maria O'Neill
County Of Riverside
P.O. Box 12005
Riverside, CA 92502-2205

**First Class Mail**
John D. Edgcomb
Law Offices of John D. Edgcomb
311 California Street
#340
San Francisco, CA 94111

**First Class Mail**
Carole Ungvarsky
McKesson Corporation
One Post Street
San Francisco, CA 94104

**First Class Mail**
Sheppard, Mullin, Richter & Hampton LLP
Four Embarcadero Center
Suite 1700
San Francisco, CA 94111

**First Class Mail**
Frederick D. Stehlik
Gross & Welch
2120 South 72nd Street
Suite 800
Omaha, NE 68124-2342

**First Class Mail**
David E. Cherry
5 Ritchie Rd.
Waco, TX 76712

**First Class Mail**
Matt Ferko
UBS Warburg LLC
677 Washington Blvd
Stamford, CT 06901

**First Class Mail**
Bonnie Cantrell
359 Bert Kouns
Shreveport, LA 71106

**First Class Mail**
Bart Hartman
Treasurer-Tax Collector
Attention: Bankruptcy Desk
1600 Pacific Highway

Room 162
San Diego, CA 92101

**First Class Mail**
Longacre Master Fund, Ltd.
Attn: Maurie Shalmone
810 Seventh Avenue
22nd Floor
New York, NY 10019

**First Class Mail**
Denise S. Mondell
Assistant Attorney General
P.O. Box 120
55 Elm Street
5th Floor
Hartford, CT 06141

**First Class Mail**
Eron Energy Services
1400 Smith Street
EB 0889
Houston, TX 770022

**First Class Mail**
Much Shelist Freed Deneberg
Ament & Rubenstein, P.C.
191 North Wacker Drive
Suite 1800
Chicago, IL 60606

**First Class Mail**
David G. Baker, Esq.
42 Eighth Street
Suite 1000
Charlestown Navy Yard
Boston, MA 02129

**First Class Mail**
Paul E. David
Wendorff, Ellison & David, LLP
630 ourth Street
Wausau, Wisconsin 54402

**First Class Mail**
Nelson Deckelbaum, Esquire

Deckelbaum Ogens & Raftery, Chtd.
3 Bethesda Metro Center
Suite 200
Bethesda, MD 20814

*First Class Mail*
Douglas G. Haynam
Shumaker, Loop & Kendrick, LLP
North Courthouse Square
1000 Jackson
Toledo, OH 43624

*First Class Mail*
David P. McClain, Esquire
Daniel F. Patchin, Esquire
Two Houston Center
909 Fannin
Suite 4050
Houston, TX 77010

*First Class Mail*
Virginia M. Baker
Office of Legal Services
Fifth Floor Capital Plaza Tower
Frankfort, KY 40601

*First Class Mail*
Siller Wilk LLP
675 Third Avenue
New York, NY 10017

Edward B. Parks, II, Esquire
Hogan & Hartson, LLP
555 13th Street, NW
Washington, DC 20004

*First Class Mail*
Todd D. Lawlor, Esquire
Michael L. Martell, Esquire
Abberley Kooiman LLP
666 5th Ave #28
New York, NY 10103

*First Class Mail*
Madison Capital Management
Attn: Antonia Roberson
4210 Shawnee Mission Parkway
Suite 310A
Fairway, KS 66205

*First Class Mail*
Shawn M. Christianson, Esquire
Geoffrey A. Heaton, Esquire
Buchalter, Nemer, Fields & Younger
333 Market Street
25th Floor
San Francisco, CA 94105

*First Class Mail*
Andrew T. Frankel
Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, NY 10017

*First Class Mail*
Christopher W. Parker, Esquire
Rubin & Rudman LLP
50 Rowes Wharf
Boston, MA 02110

*First Class Mail*
Madison Capital Management
6143 South Willow Drive
Suite 200
Greenwood Village, CO 8011

*First Class Mail*
Patrick F. Hofer, Esquire

*First Class Mail*
Stanley J. Samorajczyk
Christy L. Romero
Akin Gump Strauss Hauer & Feld
1333 New Hampshire Avenue, N.W.
Washington, D.C. 20036

*First Class Mail*
Natalie D. Ramsey, Esquire
Montgomery, McCracken, Walker &

Rhoads, LLP
123 South Broad Street
Avenue of the Arts
Philadelphia, PA 19109

**First Class Mail**
Robert P. Lipp
9 Aspen Court
Boyton Beach, FL 33436

**First Class Mail**
Richard A Finberg
Malakoff Doyle & Finberg, P.C.
Suite 200, The Frick Building
Pittsburgh, PA 15219

**First Class Mail**
The Boles Law Firm
L. Scott Patton, Esquire
Walter C. Dunn, Esquire
1818 Avenue of America
P.O. Box 2065
Monroe, LA 71207

**First Class Mail**
Ross G. Fingold, Esquire
Levy & Droney, P.C.
74 Batterson Park Road
Farmington, CT 06032

**First Class Mail**
Russell W. Roten, Esquire
Katherine M. Windler, Esquire
Coudert Brothers LLP
333 South Hope Street, 23rd Fl.
Los Angeles, CA 90071

**First Class Mail**
H. Lee Godfrey
Neal S. Manne
Charles R. Eskridge III
Robert Rivera, Jr.
Susman Godfrey LLP
1000 Louisana Street, Suite 5100
Houston, TX 77002

**First Class Mail**
R. Bruce Macmurdo
Law Office of R. Bruce Macmurdo, LLC

341 St. Charles Street
Baton Rouge, LA 70802

**First Class Mail**
Lawrence M. Handelsman
Anna Taruschio
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038

**First Class Mail**
Mark A. McColl
John G. Young, Jr.
Blumenfeld, Kaplan & Sandweiss, P.C.
168 N. Meramec Avenue, Suite 400
St. Louis (Clayton), MO 63105

**First Class Mail**
William F. McCormick
Office of the Attorney General
Bankruptcy Division
425 5th Avenue North
Nashville, TN 37202

**Hand Delivery**
Brian L. Kasprzak
Marks, O'Neill, O'Brien & Courtney, P.C.
913 North Market Street, #800
Wilmington, DE 19801

**First Class Mail**
Mark D. Plevin
Clifford B. Hendler
David Florin
Crowell & Moring LLP
1001 Pennsylvania Ave., N.W.
Washington, DC 20004

**First Class Mail**
Paul R. Keopff
Andrew J. Frackman
Tancred V. Schiavoni
O'Melveny & Myers LLP
Citigroup Center
153 East 53rd Street
New York, NY 10022

**First Class Mail**
Robert F. Kennedy, Esq.

Mark A. Broude, Esq.
John W. Weiss, Esq.
Latham & Watkins LLP
53rd at Third, Suite 1000
885 Third Avenue
New York, NY 10022

**First Class Mail**
Timothy J. Kern
Assistant Attorney General
Environmental Enforcement Section
30 East Broad Street, 25th Floor
Columbus, Ohio 43215-3428

**First Class Mail**
Anthony G. Mammina
Mammina & Ajlouny, P.C.
370 E. Maple Road, Suite 230
Birmingham, MI 48009

**First Class Mail**
J. Brian McTigue, Esquire
Bruce F. Rinaldi, Esquire
The McTigue Law Firm
5513 Connecticut Ave. NW, Suite 220
Washington, DC 20015

**First Class Mail**
David J. Lyons, Esquire
The Lyons Law Firm
1526 Gilpin Avenue
Wilmington, DE 19801

**First Class Mail**
Richard A. Finberg, Esquire
Malakoff Doyle & Finberg, P.C.
Suite 200, The Frick Building
Pittsburgh, PA 15219

**First Class Mail**
R. Bruce Macmurdo, Esquire
Law Office of R. Bruce Macmurdo, LLC
341 St. Charles St.
Baton Rogue, LA 70802

**First Class Mail**
Lawrence M. Handelsman, Esquire
Anna Truschio, Esquire
Stroock & Stroock & Lavan, LLP

180 Maiden Lane
New York, NY 10038

**First Class Mail**
Mark A. McColl, Esquire
John G. Young, Jr., Esquire
Blumfield, Kaplan & Sandweiss, P.C.
168 N. Meramec Avenue, Suite 400
St. Louis, MO 63105-3758

**First Class Mail**
William F. McCormick, Esquire
Office of the Attorney General
Bankruptcy Division
P.O. Box 20207
Nashville, TN 37202

**First Class Mail**
Robert F. Kennedy, Esquire
Mark A. Broude, Esqure
John W. Weiss, Esquire
Latham & Watkins, LLP
53rd at Third, Suite 1000
885 Third Ave.
New York, NY 10022-4068

**First Class Mail**
Thomas A. Labuda, Jr., Esquire
Sonnenschein Nath & Rosenthal, LLP
8000 Sears Tower
233 South Wacker Avenue
Chicago, IL 60606

**By First Class Mail**
Gary D. Santella, Esquire
Rein F. Krammer, Esquire
Mausda Funai Eifert & Mitchell, Ltd.
203 N. LaSalle, Suite 2500
Chicago, IL 60601

**Hand Delivery**
Brian L. Kasprzak, Esquire
Marks, O'Neill, O'Brien & Courtney, P.C.
913 North Market Street, #800
Wilmington, DE 19801

***By First Class Mail***
Mark D. Plevin, Esquire
Leslie A. Epley, Esquire
Crowell & Moring, LLP
1001 Pennsylvania Avenue
Washington, D.C. 20004

**By First Class Mail**
Jeffrey Baddeley, Esquire
Baker & Hostetler, LLP
3200 National City Center
1900 East 9th Street
Cleveland, OH 44114

***By First Class Mail***
Lawrence J. Kotler, Esquire
Duane Morris LLP
4200 One Liberty Place
1650 Market Street
Philadelphia, PA 19103-7396

***By First Class Mail***
Steve Carlock, Esquire
5999 West Memory Lane
Suite A
Greenfield, IN 46140