# EXHIBIT 1

Case 1:05-cv-00059-JHR   Document 23-2   Filed 04/26/2005   Page 1 of 15

Curriculum Vitae

Laura Stewart Welch

## PERSONAL DATA:

| | |
|---|---|
| Office address: | Center to Protect Workers Rights<br>8484 Georgia Ave<br>Silver Spring, MD 20910 |
| Telephone: | 301-578-8500 |
| e-mail: | lwelch@cpwr.com |

## EDUCATION:

BA with distinction, 1974, Swarthmore College, Swarthmore, PA

M.D., 1978, State University of New York at Stony Brook, Stony Brook, New York

Residency in Internal Medicine, 1978-1981, Montefiore Hospital, New York, New York

**Professional Registration, Licenses**

| | |
|---|---|
| Licensure: | Maryland |
| Certification: | American Board of Internal Medicine (1981)<br>American Board of Preventive Medicine - Occupational Medicine (1990) |

## ACADEMIC APPOINTMENTS:

| | |
|---|---|
| Adjunct Professor of Environmental and Occupational Health<br>School of Public Health and Health Services,<br>George Washington University | 1997-present |
| Chair, Department of Environmental and Occupational Health<br>School of Public Health and Health Services,<br>George Washington University | 1997 |
| Professor of Medicine and Health Care Sciences<br>The George Washington University<br>School of Medicine | 1995 - 1997 |
| Associate Professor of Medicine and Health Care Sciences<br>The George Washington University<br>School of Medicine | 1989 - 1995 |

1

| | |
|---|---|
| Assistant Professor of Medicine<br>The George Washington University<br>School of Medicine | 1985 - 1989 |
| Assistant Professor of Medicine<br>Yale University School of Medicine | 1982 - 1985 |
| Instructor, Department of Medicine<br>Montefiore Hospital and Department of Community Medicine<br>Albert Einstein College of Medicine, NY, NY | 1981 - 1982 |
| Chief Resident, Residency Program in Social Medicine<br>Montefiore Hospital, NY, NY | 1980 - 1981 |

**Fellowships:**   American College of Occupational and Environmental Medicine
American College of Physicians

**Administrative appointments (intramural and extramural):**

| | |
|---|---|
| Medical Director, Center to Protect Workers Rights | 2003-present |
| Chief, Section of Occupational & Environmental Medicine<br>The Washington Hospital Center | 1997-2003 |
| Director, Division of Occupational & Environmental Medicine<br>The George Washington University School of Medicine | 1985 - 1997 |
| Director, Occupational Health Clinics<br>Metropolitan Washington Airports | 1985 - 1993 |
| Co-director, Occupational Medicine Clinic<br>Yale University School of Medicine | 1982 - 1985 |
| Medical Director, Occupational Medicine Clinic<br>Montefiore Hospital, NY, NY | 1981 - 1982 |
| Governing Council, American Public Health Association | 1984 - 1987 |
| Action Board, American Public Health Association | 1985 - 1987 |
| Governing Council, Society for Occupational and Environmental Health | 1986 - 1989 |
| President, Association of Occupational and | 1987 - 1991 |

2

| | |
|---|---|
| Environmental Clinics (AOEC) | |
| Treasurer, AOEC | 1991 - 1993 |
| Chair, Quality Assurance Committee, AOEC | 1993 - 1995 |
| Member, Quality Assurance Committee, AOEC | 1995 - present |
| | |
| Chairperson, Safety Committee, George Washington University Hospital | 1995 - 1997 |
| Parliamentarian, George Washington University Medical Center (GWUMC) Faculty Senate | 1993 - 1997 |
| Quadrennial Review Committee, GWUMC | 1992 -3, 1996 - 7 |
| Committee on the Status of Women, GWU | 1996 - 7 |
| Search Committee for Chair of the Department of Psychiatry | 1996 - 7 |
| Appointment and Promotions Committee, School of Medicine, George Washington University | 1996-7 |
| Appointment and Promotions Committee, School of Public Health, George Washington University | 1996-7 |

**Consulting and teaching (selected):**

| | |
|---|---|
| Peer Review Committee, Centers for Disease Control studies of: | |
| (1) health effects of 2,4,7,8-TCDD (dioxin). | 1985 |
| (2) reproductive health effects of 2,4,7,8-TCDD | 1986 |
| (3) body burden study of 2,4,7,8,-TCDD | 1987 |
| | |
| Peer Review Committee, Love Canal Habitability Criteria Document for the EPA and New York State. | 1986 |
| | |
| Consultant, Sheet Metal Occupational Health Institute | 1985 - present |
| Consultant, National Institutes of Health | 1988 - 1993 |
| Consultant, Boeing Corporation and the United Auto Workers | 1999 - 2005 |
| Consultant, US Railroad Retirement Board | 1997 - present |
| Consultant, Pan American Health Organization | 2000-1 |
| | |
| NIH Study Section for Occupational Safety and Health | 1989 |
| Member, Injury Control Research Centers review panel, CDC | 1999 |
| | |
| Editorial Board, *Environmental and Nutritional Interactions* | 1992-2002 |
| Editorial Board, *The Guides Newsletter*, American Medical Assn. | 1997-2003 |
| Editorial Board, *Official Disability Guidelines*, Work-Loss Institute | 1997-2004 |
| | |
| Member, National Occupational Research Agenda (NIOSH) | 1997-2003 |
| Member, ACOEM Special Committee on Quality of Care | 2000-2 |
| Member, ACOEM Board of Scientific Counselors | 2000-3 |
| Institute of Medicine Steering Committee: *Gulf War and Health II* | 2001-3 |
| Member, Advisory Committee to OWA-DOE | 2001-3 |

Occasional Reviewer for:
    American Journal of Industrial Medicine
    Journal of Occupational and Environmental Medicine
    Environmental Research
    American Journal of Epidemiology
    Journal of the American Medical Women's Association
    Toxicology and Industrial Health
    Environmental Health Perspectives

**Grants and Contracts (since 1990):**

1) Principal Investigator: Investigation of Asbestos-Related Disease in Sheet Metal Workers. Sheet Metal Occupational Health Institute. 1985 - present.

2) Principal Investigator: Social and Economic Impact of Injury among Roofers. National Institute of Occupational Safety and Health (NIOSH) RO1OH003699-01A2, 2001-2005

3) Former Workers' Notification and Medical Screening: Hanford Building Trades. CPWR/Department of Energy (DOE). 1996-2005

4) Former Workers' Notification and Medical Screening: Oak Ridge, Portsmouth and Paducah Building Trades. CPWR/Department of Energy (DOE). 1996-2005

5) Former Workers' Notification and Medical Screening: Savannah River Building Trades. CPWR/Department of Energy (DOE). 1997-2005

6) Former Workers' Notification and Medical Screening: Yucca Mountain Building Trades. CPWR/Department of Energy (DOE). 2003-2005

7) Mortality in Workers with Intermittent Asbestos Exposure: Investigation of Asbestos-Related Disease in Sheet Metal Workers. National Institute of Occupational Safety and Health (NIOSH), 1995-8.

8) Co Principal Investigator: Health and Safety Programs in Construction. CPWR/NIOSH 1991-2003.

9) Co Principal Investigator: Work-related musculoskeletal disease in construction workers. CPWR/NIOSH 1992-1995.

8) Co Principal Investigator: Investigation of task variability among sheet metal workers. NIOSH 1994-6

9) Longitudinal surveillance of workers with hazardous exposures. Marine Spill Response Corporation. 1993-1996

4

10) Principal Investigator: Chronic Bronchitis in Sheet Metal Workers. American Lung Association. 1989 - 1991.

11) Investigator of a Leukemia Cluster. Department of Health and Human Services. District of Columbia 1990.

**Publications:**

Welch L, Ringen K, Bingham E, Dement J, Takaro T, McGowan W, Chen A, Quinn P. Screening For Beryllium Disease among Construction Trade Workers at Department Of Energy Nuclear Sites. Am J Ind Med. 2004 Sep; 46(3):207-18

Welch LS, Rappaport SM, Susi P. Construction Welding Exposures to Manganese Likely to Exceed Proposed TLV. J Occ Environ Hygiene 2004 1:63-65

Acherman YA, Welch LS, Marchettini P, Sugarbaker, PH Clinical presentation of peritoneal mesothelioma. Tumori 2003 89:269-273

Sugarbaker PH, Welch LS, Mohamed F, Glehen O. A review of peritoneal mesothelioma at the Washington Cancer Institute. Surg Oncol Clin N Am 2003 12:605-621

Dement J, Welch, L, Bingham E, Cameron B, Rice C, Quinn P, Ringen K. Surveillance Of Respiratory Diseases Among Construction And Trade Workers At Department Of Energy Nuclear Sites. Am J Ind Med. 2003 Jun;43(6):559-73.

Welch LS, Hunting KL. Injury Surveillance in Construction: What Is an "Injury", Anyway? Amer J Ind Med 44:191-196 2003

McCann M, Hunting KL, Murawski JTL, Chowdhury R, Welch LS. Causes of electrical deaths and injuries among construction workers. Amer J Ind Med 43:398-406 2003

Stuart OA, Stephens AD, Welch LS, Sugarbaker PH. Safety monitoring of the Coliseum technique for heated intraoperative intraperitoneal chemotherapy with Mitomycin C. Ann Surg Oncol 9:186-191 2002

Hunting KL, Welch LS, Mawudeku A. Injury surveillance in construction: eye injuries. Applied Occupational and Environmental Hygiene 16:1-7, 2001

Hunting KL, Welch LS, Anderson JA. Injury surveillance in construction – injuries to laborers. J Occup Env Med. 42:898-905, 2000

Welch LS, Hunting KL, Anderson JTL. Concrete form work, injury, and musculoskeletal disorders. Proceedings of the International Ergonomic Association, San Diego, August 2000

Welch LS, Goldenhar LM, Hunting KL. Women in construction: occupational health and working conditions. JAMWA 55:1-4, 2000

5

Anderson JTL, Hunting KL, Welch LS. Injury and employment patterns among Hispanic construction workers. J Occup Environ Med 42:176-186, 2000.

Welch, LS, Hunting KL., and Nessel-Stephens, L. Chronic symptoms in construction workers treated for musculoskeletal injuries. Amer J Ind Med 36:532-540 1999

Hunting KL, Welch LS, Nessel-Stephens L, Anderson J, and Mawadeku A. Surveillance of construction worker injuries: utility of trade specific analysis. Applied Occ Env Hyg 14:458-469 1999

Welch LS, Hunting KL, Weeks JL. Fatal and Non-Fatal Injuries from Vessels Under Air Pressure in Construction. J Occ Env Med 41:100-104, 1999

Welch LS, Hunting KL, Schiffman A, Balmes J, Bresnitz E, Guidotti T, Lockey J, Mahele W, Myo-Lwin T. Variability In The Classification Of Pneumoconioses Using The 1980 International Labor Organization Classification System For Pneumoconioses. Chest 114:1740-48 1998

Sokas RK, Simmens S, Sophar K, Welch LS, and Liziewski T. Lead levels in Maryland construction workers. Am J Ind Med 31:188-194 1997

Schrader SM, Turner TW, Simon SD, Ratcliffe J, Welch LS, Simon, SD. Combining reproductive studies of men exposed to 2-ethoxyethanol to increase statistical power. Occupational Hygiene, 2:411-414 1996

Hunting KL, Longbottom H, Kalavar SS, Stern F, Schwartz E, Welch LS. Haematopoietic cancer mortality among vehicle mechanics. Occup Environ Med 52:673-378, 1995.

Welch LS, Hunting KL, Kellogg, J. Work-related musculoskeletal symptoms among sheet metal workers. Amer J Ind Med 27:783-791 1995.

Nessel-Stephens L, Welch LS, Weeks JS, Hunting KL, Cardenas-Amaya J. Carbon monoxide poisoning from use of gasoline powered power washers in an underground parking garage. MMWR, 44 (18):356-364, May 12, 1995

Schrader SM, Ayers-Cumbow M, Turner TW, Simon SD, Ratcliffe J, Welch LS, Grajewski B and Weyandt T. Semen quality across populations. Molecular Andrology 7(107):105-122, 1995

Sokas RK, Kolb LS, Welch LS, Chang L, Horowitz BC, El-Bayoumi J. A Single-session Exercise to Address Medical Residents' Attitudes toward Work Disability Evaluations. Academic Medicine, 70:167 1995

Welch LS, Michaels D, and Zoloth S. Asbestos-Related Disease among Sheet Metal Workers. American Journal of Industrial Medicine 25:635-48, 1994

Hunting KH, Nessel-Stephens L, Sanford SM, Shesser R, Welch LS. Surveillance of construction worker injuries through an urban emergency department. Journal of Occupational Medicine 36:356-364, 1994

Hunting KL, Welch LS, Cuccherini BA, Seiger LS. Musculoskeletal symptoms among electricians. Amer J Ind Med 25:149-63, 1994

Paul M, and Welch LS: Improving education and resources for health care providers: Occupational and environmental reproductive hazards. Environmental Health Perspectives, Vol 110 Supp 2:191-198, 1993

Hunting KL, Welch LS. Occupational exposure to dust and lung disease among sheet metal workers. Brit J Indust Med 50:432-442, 1993.

Welch LS, Sokas RK. Development of Multiple Chemical Sensitivity after an Outbreak of Sick-Building Syndrome. Toxicology and Industrial Health. Vol 8(4) 47-50 1992

Cottrell A, Schwartz E, Sokas R, Kofie V, Welch, L. Surveillance of Sentinel Occupational Mortality in The District of Columbia: 1980 - 1987. American Journal of Public Health. Vol 82 pp 117-119 1992

Figueroa S, Gerstenhaber B, Welch LS, Klimstra D, Smith GJW, Beckett W. Fatal Hard Metal Interstitial Pulmonary Disease Associated with a Form of Welding in a Metal Parts Coating Plant. American Journal of Industrial Medicine. 21(3) 363-374 1992

Welch LS. Occupational Asthma. in: Multiple Chemical Sensitivities. National Academy Press 1992

Hunting KL, Welch LS. "Occupational dust exposure and lung disease among sheet metal workers," in Proceedings of the Ninth International Symposium on Epidemiology in Occupational Health, Cincinnati, OH, September 23-25, 1992. LJ Fine (ed). p 491-497

Sokas RK, Simmens S, Sophar K, Welch LS and Liziewski T. " 'Background' lead levels in construction workers," in Proceedings of the Ninth International Symposium on Epidemiology in Occupational Health, Cincinnati, OH, September 23-25, 1992. LJ Fine (ed).p 359-362

Beckett W, Figueroa S, Gerstenhaber B, Welch LS, Klimstra D, Smith GJW. Pulmonary Fibrosis Associated with Occupational Exposure to Hard Metal in a Metal-Coating Plant. MMWR 41(4):65-67, January 31, 1992

Welch LS, Michaels D, and Zoloth S. Asbestos-Related Disease among Sheet Metal Workers: Preliminary Results of the National Sheet Metal Workers Asbestos Disease Screening Program. Annals of New York Academy of Sciences, Vol 64B pp 287-295 1991

Welch LS. Severity of Health Effects Associated with Building Related Illness. Environmental Health Perspectives 95 pp 67-69 1991.

Welch LS, Plotkin B and Schrader, SM. Fertility analysis of men exposed to ethylene glycol ethers; sensitivity and specificity. in press, American Journal of Industrial Medicine. 20:229-240 1991

Welch LS. Health Effects of Video Display Terminals. Journal of the American Academy of Physician Assistants. 4:395-400 1991

Teitelman A, Welch, LS and Bracken MB. Work activity during pregnancy and risk of prematurity. American Journal of Epidemiology, 131: 104-113, 1990

Welch LS. The Role of Occupational Health Clinics in Surveillance for Occupational Disease. American Journal of Public Health, 79 (supplement): 53-58, 1989

Sparer J, Welch LS, Cullen MR, and McMannus K. Effects of exposure to ethylene glycol ethers: I: exposure evaluation. American Journal of Industrial Medicine, 14:497-508, 1988

Welch LS, Schrader S, Cullen MR and Sparer J. Effects of exposure to ethylene glycol ethers: II: Male reproductive function. American Journal of Industrial Medicine, 14:509-526, 1988

Welch LS and Cullen MR. Effects of exposure to ethylene glycol ethers: III: Hematologic function. American Journal of Industrial Medicine, 14:527-536, 1988

Welch LS. Decision-making About Occupational Reproductive Hazards. Seminars in Occupational Medicine, 1: 97-106, 1986

Cullen MR, Rado T, Waldron JA, Sparer J, Welch LS. Bone Marrow Injury in Lithographers Exposed to Glycol Ethers and Organic Solvents Used in Multi-color Offset and Ultraviolet Copy Printing Processes: Archives of Environmental Health 38:347-354 1983

Chavkin W and Welch LS. Occupational Hazards to Reproduction: An Annotated Bibliography. Department of Social Medicine, Montefiore Hospital, NY, NY. 1980

Silvian L and Welch LS. Your Guide to Diabetes. Simon and Schuster, NY, NY. 1979

Cholst I and Welch LS. Victim's Guide: A Handbook for Rape Victims. Mayor's Task Force on Rape, NY, NY. 1975

**In Press:**

Welch LS, Hunting KL, Murawski JA. Occupational Injuries among US Construction Workers. Scan J Work Environ Health, in press.

Welch LS, Acherman YIZ, Haile E, Sokas RK, Sugarbaker PH. Asbestos and Peritoneal Mesothelioma among College Educated Men. Intl J Occ Environ Health in press.

Welch LS, Baron S, Lipscomb J. Addressing Health and Safety hazards in Specific Industries. In: Wegman D, Levy B, Baron S, Sokas R. Occupational and Environmental Health: Recognizing and Preventing Work Related Disease and Injury, 5th Edition. In press

Welch LS. Occupational and Environmental Disease in Barker R, et al *Principles of Ambulatory Medicine*. Lippincott Williams and Wilkins. In press

**Abstracts, Letters, Book Chapters, Reviews, and Technical Reports**

Welch LS. Occupational Exposures and Endocrine Disorders/Reproductive Disorders in: Weeks, J., Levy, B.(eds): Preventing Occupational Disease and Injury. American Public Health Association. 2004

Oliver LC, Welch LS, Harbut MR. Comparison of B readers' interpretations of chest radiographs for asbestos related changes. Letters to the Editor. Acad Radiology 2004;11(12):1397-1399

Welch LS. Construction. In: Rosenstock L, Cullen MR, Brodkin D, Redlich C.: Textbook of Occupational and Environmental Medicine, Harcourt Health Sciences 2004

Welch L, Ringen K, Bingham E, Dement J, Chen A, Quinn P. Screening for beryllium disease among construction trade workers at Department of Energy nuclear sites. Sarcoidosis, Vasculitis and Diffuse Lung Diseases, 20:160 2003

Welch LS. Occupational and Environmental Disease in Barker R, et al *Principles of Ambulatory Medicine*. Lippincott Williams and Wilkins. 2002

Welch, LS. Environmental Agents and Endocrinology. in: Principles and Practices of Endocrinology and Metabolism, 3rd edition. J.B. Lippincott Co. 2001

Hunting KL and Welch LS. Shipyard Hazards, in: Sullivan, and Kreiger (eds): Medical Toxicology of Hazardous Materials Williams and Wilkins. 2001

Welch LS. Health and Safety in Construction. in: Sullivan, and Kreiger (eds): Medical Toxicology of Hazardous Materials Williams and Wilkins. 2001 pp 614-622

Welch, LS. Evaluating Impairment for Allergic Disorders. *The Guides Newsletter*, AMA, Chicago 1999

Ringen K, Englund A, Welch LS, Weeks JL and Seegal J. Health and Safety in Construction. Encyclopedia of Health and Safety, International Labour Organization. 1998

Welch, LS. Dermatological Impairment Assessment. *The Guides Newsletter*, AMA, Chicago 1998

Welch, LS. Environmental Agents and Endocrinology. in: Principles and Practices of Endocrinology and Metabolism. J.B. Lippincott Co. 1995

Ringen K, Englund A, Welch LS, Weeks JL and Seegal J (eds). Health and Safety in Construction: State of the Art Reviews in Occupational Medicine, Hanley and Belfus Philadelphia PA 10:2, 1995

Welch LS and Roto P. Medical Surveillance for construction workers. in Ringen K, Englund A, Welch LS, Weeks JL and Seegal J (eds). Health and Safety in Construction: State of the Art Reviews in Occupational Medicine, Hanley and Belfus Philadelphia PA, 10(2), 421-434, 1995

Ringen K, Englund A, Welch LS, Weeks JL and Seegal J. Why Construction is Different, in: Ringen K, Englund A, Welch LS, Weeks JL and Seegal J (eds). Health and Safety in Construction: State of the Art Reviews in Occupational Medicine, Hanley and Belfus Philadelphia PA 10 (2):255-260, 1995

Ringen K, Englund A, Welch LS, Weeks JL and Seegal J. Perspectives on the Future, in: Ringen K, Englund A, Welch LS, Weeks JL and Seegal J (eds). Health and Safety in Construction: State of the Art Reviews in Occupational Medicine, Hanley and Belfus Philadelphia PA 10 (2):445-452, 1995

Welch LS, Michaels DM, and Zoloth SR. Asbestos-related disease among sheet metal workers. in Peters GA and Peters BJ (eds) Sourcebook of Asbestos Diseases, Vol 10, Butterworth Pub, Slem, NH 1994

Welch, LS, Hunting KL and Cuccherini BC. Health Effects of Organic Solvents. in Corn M (ed) Handbook of Hazardous Materials, Academic Press, 1994

Welch LS. Case Studies in Environmental Medicine: Reproductive and Developmental Hazards. The Agency for Toxic Substances and Disease Registry. 1993 Case #29.

Book review, Chest: Unusual Occupational Diseases. State-of-the Art Reviews: Occupational Medicine Vol 7(3) 1992

Welch, LS. Organic Solvents. in Paul, M (ed). Occupational and Environmental Reproductive Hazards. Williams and Wilkins, 1992

Hunting KL and Welch LS. Shipyard Hazards, in: Sullivan, and Kreiger (eds): Medical Toxicology of Hazardous Materials Williams and Wilkins, 1992

Welch LS. Occupational Exposures and Endocrine Disorders/Reproductive Disorders in: Weeks, J., Wagner, G, and Levy, B.(eds): Preventing Occupational Disease and Injury. American Public Health Association. 1991

Welch, LS. Environmental Agents and Endocrinology. in: Principles and Practices of Endocrinology and Metabolism. J.B. Lippincott Co. 1990

Welch LS (editor). Case Studies in Environmental Medicine: Vinyl Chloride. published by the Agency for Toxic Substances and Disease Registry, 1990

Welch LS (editor). Case Studies in Environmental Medicine: Methylene Chloride. published by the Agency for Toxic Substances and Disease Registry, 1990

Welch LS and Bauer W. Epidemiology of Foot and Ankle Injuries. in: Wiesel, S. Foot and Ankle Injuries. 1989

Welch, LS. Reproductive Hazards. The Genetic Resource, Mass Dept. of Public Health, 4 (2) 12-20, 1988

Hattis D, Welch LS, Schrader S. Male fertility effects of ethoxyethanol: A quantitative analysis. NIOSH Technical Report, 1988

Messite J and Welch LS. Occupational Health of Women Workers: An Overview. Women and Work. Sage Publications, Beverly Hills, CA. 1987, p 2-18.

Welch LS. Occupational Endocrine and Reproductive Disorders. in: Rosenstock L and Cullen MR. Clinical Occupational Medicine. WB Saunders. 1986

Welch LS, Hertz J, Cullen MR and Gee JBL: Occupational Lung Disease. in: Current Pulmonology Vol 6. Simmons DH Ed. Year Book Medical Publishers p. 137-165, 1985

**Abstracts/Papers Presented at Scientific Meetings:**

Evaluation of low dose sensitivity: the role of the internist, industrial hygienist, and psychiatrist. Presented at the American Public Health Association, Dallas, November 1983

Ethical dilemmas in occupational medicine. Presented at APHA regional meeting, Baltimore, April 1984

Use of Semen Analysis in the Detection of the Effect of Occupational Exposures on Fertility. Presented at APHA regional meeting, Worcester MA, April 1985

Clinical Effects of Methylene Chloride Exposure, Presented at APHA regional meeting, Rutgers, NJ. April 1986

Asbestos Surveillance Programs. Presented at the American Public Health Association Annual Meeting, New Orleans October 1987

Teitelman A, Welch LS and Bracken MB. Work Activity and Prematurity (abstract), annual meeting of the American Public Health Association, Boston MA, November 1988

Welch LS, Michaels D, and Zoloth S, Asbestos Disease in the Sheet Metal Industry. (abstract). annual meeting of the American Public Health Association, Boston MA, November 1988

Indoor Air Quality: Severity of Health Effects. EPA sponsored conference on assessment of health effects of complex mixtures in indoor air, Arlington, VA April 1990

Health Effects of Ethylene Glycol Ethers. Society for Occupational and Environmental Health Annual Meeting. Bethesda, MD, April 1990

Welch LS, Michaels D, and Zoloth S. Asbestos Disease in the Sheet Metal Industry. presented June 1990 at conference of Annals of New York Academy of Sciences: The Third Wave of Asbestos Disease

Multiple Chemical Sensitivity following an outbreak of tight building syndrome. Presented at National Workshop on MCS, Washington, DC, September 1991

Hunting KL and Welch LS. Occupational Dust Exposure and Lung Disease Among Sheet Metal Workers. Epidemiology in Occupational Health, ICOH, Cincinnati, OH September 1992

Sokas RK, Simmens S, Welch LS. "Background" lead levels in construction workers. Epidemiology in Occupational Health, ICOH, Cincinnati, OH September 1992

Welch LS and Cuccherini B. Medical Surveillance for Hazardous Waste Workers. presented at annual meeting of the American Public Health Association, Washington, DC, November 1992

McGarahan S, Zoloth S, Michaels D and Welch LS. Asbestos exposure and medical symptoms in sheet metal workers. American Public Health Association, San Francisco, October 1993.

Schrader SM, Turner TW, Ratcliffe JM, Welch LS and Simon SD. Combining reproductive studies of men exposed to 2-ethoxyethanol to increase statistical power. Presented at ICOH meeting on glycol ethers, Nancy France, April 1994.

Welch, LS. Use of a passive surveillance system for construction worker injury and illness. NIOSH Symposium on Efforts to Prevent Injury and Disease among Construction Workers, Cincinnati Ohio, July 1994

Hunting KH, Nessel-Stephens L, Sanford SM, Shesser R, Welch LS. Surveillance of construction worker injuries through an urban emergency department. Presented at the American Public Health Association, New York, NY, November 1996

Hunting KL, Nessel-Stephens L, Welch, LS. Longitudinal study of musculoskeletal injuries in construction workers. Presented at the American Public Health Association, New York, NY, November 1996

Welch, LS, Hunting KL, Nessel-Stephens L. Longitudinal study of musculoskeletal injuries in construction workers. Presented at the International Ergonomics Association/International Committee on Occupational Health, Tampere Finland, July 1997

Hunting KL, Nessel-Stephens L, Welch, LS. Validity of task assessment in sheet metal workers. Presented at the International Ergonomics Association/International Committee on Occupational Health, Tampere Finland, July 1997

Nessel-Stephens L, Welch LS, Hunting KL. Trade specific injury rates among construction workers. National Occupational Injury Research Symposium, Morgantown WVa November 1997

Welch LS, Hunting KL, Mendes M. Trade specific injury rates at a large construction project. Presented at American Public Health Association, Washington DC, November 1998

Welch LS, Hunting KL, Mendes M. Morbidity surveillance in sheet metal workers. Presented at American Public Health Association, Washington DC, November 1998

Hunting KL, Welch, LS, Anderson JTL, Mawudeku A. A follow-up study of falls among construction workers. Presented at American Public Health Association, Washington DC, November 1998

Hunting KL, Welch, LS, Anderson JTL, Mawudeku A. Use of emergency department records for construction injury surveillance. Presented at American Public Health Association, Washington DC, November 1998

Hunting KL, Welch, LS, Anderson JTL, Mawudeku A. A follow-up study of falls among construction workers. Presented at American Public Health Association, Washington DC, November 1998

Welch LS and the NORA Musculoskeletal Team. Implementing the NIOSH-NORA agenda for work-related musculoskeletal disorders. Presented at Work and Stress, the American Psychological Association, Baltimore MD March 1999

Welch, LS, Hunting KL, Anderson JTL. Occupational injuries among laborers. Presented at American Public Health Association, Indianapolis, November 1999

Mawudeku A, Hunting KL, Welch, LS, Anderson JTL. Follow-up study of eye injuries among construction workers. Presented at American Public Health Association, Indianapolis, November 1999

Anderson JTL, Hunting KL, Welch, LS.. Non-fatal injuries among Hispanic construction workers. Presented at American Public Health Association, Indianapolis, November 1999

Welch LS, Hunting KL, Anderson JTL. Concrete form work, injury, and musculoskeletal disorders. Presented at the International Ergonomic Association, San Diego, August 2000

Hunting KL, Anderson JTL, Welch LS. Follow-up Study of Musculoskeletal Injuries Among Construction Workers. Presented at the International Ergonomic Association, San Diego, August 2000

Hunting KL, Welch LS, Hsu L. Follow-up Study of Musculoskeletal Injuries Among Construction Workers. National Occupational Injury Research Symposium, Pittsburgh PA November 2000

Hunting KL, Anderson JTL, Welch LS. Injuries and Employment Patterns Among Hispanic Construction Workers. National Occupational Injury Research Symposium, Pittsburgh PA November 2000

Tim K. Takaro, Katherine Ertell, John Dement[1], Kathleen Omri, Knut Ringen[2], Laura S.Welch[3], Elaine Faustman, Scott Barnhart. Beryllium Sensitization and Respiratory Disease in Former Workers at a Nuclear Weapons Site. American Thoracic Society, 2002

Tim Takaro, Kathlene Omri, Knut Ringen, Carl Brodkin, Kathy Ertell, Laura Welch, Lillian Sjong, Hank Hartley, Jeanne Sears, John Dement, and Scott Barnhart Latent Disease Findings in Former Hanford Workers. North West Occupational Health Conference, Pasco, WA. Oct. 17 2002

Tim K. Takaro, Katherine Ertell, John Dement[1], Kathleen Omri, Knut Ringen[2],Laura S.Welch[2], Elaine Faustman, Scott Barnhart. Beryllium Sensitization And Respiratory Disease In Former Workers At A Large Nuclear Weapons Site. Current Issues in Beryllium Disease. Denver, CO Jan 2003

,Laura S.Welch, John Dement, Knut Ringen, Tom Petersen, Tim K. Takaro. Beryllium Sensitization In Former DOE Construction Workers. Current Issues in Beryllium Disease. Montreal, CA March 2005

**Other invited papers (since 1993):**

Welch LS. Medical management of cumulative trauma disorders. Presented at the Metropolitan Washington chapter of American College of Occupational and Environmental Medicine, November 1994

Welch LS. Medical management of cumulative trauma disorders. Occupational Ergonomics: Control of Work Related Upper Extremity Disorders, Charlotte, NC, Sponsored by the University of Michigan and the University of North Carolina, Jan 1995

Welch LS. Social and economic costs of injuries in construction. Metropolitan Washington Public Health Association, April 1999.

Welch LS. Accommodation of musculoskeletal disorders in construction workers. Occupational Ergonomics: Control of Work Related Upper Extremity Disorders, Milbrae CA, Sponsored by the University of Michigan and the University of California, Dec 2001

Welch LS. Accommodation of musculoskeletal disorders in construction workers. Occupational Ergonomics: Control of Work Related Upper Extremity Disorders, Milbrae CA, Sponsored by the University of Michigan and the University of California, Dec 2002

Welch LS Bend Your Knees, not your Back: Work Accommodation for Stooped Postures among Construction Workers. UC Davis Conference on Stopped Postures July 2004

Welch LS. Screening For Asbestos-Related Disease: A Medical Perspective. Mealy's National Asbestos Litigation Conference, Philadelphia, PA September 2004

Welch LS, Goldberg M, Trahan C. Reducing Dermal Exposure to Portland Cement and Epoxies in the Trowel Trades. Meeting of Contact Dermatitis Society, Bethesda MD, October 2004

Welch LS. Women in Construction: Occupational Health and Working Conditions. Annual meeting of American Women's Medical Association, Washington DC January 2005

Platner J, Welch LS Developing a Databank of Solutions and Controls for Construction Hazards. Construction Safety Conference, Chicago IL February 2005

Welch LS, Entzel P, Albers J, Schneider S. Ergonomic Best Practices for Masonry Construction. Construction Safety Conference, Chicago IL February 2005

Platner J, Welch LS Developing a Databank of Solutions and Controls for Construction Hazards. Construction Safety Conference, Boston MA March 2005

3/15/05