# EXHIBIT 2

Laura S Welch, MD
Occupational and Environmental Medicine
7118 Cedar Ave.
Takoma Park, MD 20912
Laurawelch123@msn.com
301-928-1624

Consulting fee schedule

| | |
|---|---|
| Record review, telephone consultation, report preparation | $300/hour |
| Travel | $300/hour |
| Deposition, court testimony | $400/hour |
| Cancellation with at least 48 hours notice | no charge |
| Cancellation with less than 48 hours notice | charge for 2 hours |