# EXHIBIT 3

Laura S Welch
Depositions and trials in the past four years
December 2004

| Date | Plaintiff/Party | | Attorney | Location | Disease |
|---|---|---|---|---|---|
| **2005** | | | | | |
| 01/14/05 | Owens Corning ACC | Trial | Caplan and Drysdale | Philadelphia | N/A |
| 02/01/05 | Charles Winkler | Depo | Law Offices of Peter Angelos | Baltimore | mesothelioma |
| **2004** | | | | | |
| 3/25/04 | Milton Cichy | Depo | Law Offices of Peter Angelos | Baltimore | mesothelioma |
| 4/15/04 | Pittsburgh Corning ACC | Depo | Caplan and Drysdale | Washington, DC | N/A |
| 9/08/04 | Kerrie and Sandra Gonella | Depo | Law Offices of Peter Nichols | Baltimore | allergy |
| 11/17/04 | Owens Corning ACC | Depo | Caplan and Drysdale | Washington, DC | N/A |
| **2003** | | | | | |
| 01/09/03 | Charles Bildstein | Depo | Law Offices of Peter Angelos | Baltimore | mesothelioma |
| 01/31/03 | Frederick Arnold + Joseph Essex | Depo | Law Offices of Peter Angelos | Baltimore | mesothelioma |
| 5/15/03 | Charles Bildstein | Trial | Law Offices of Peter Angelos | Baltimore | mesothelioma |

Welch, trials and depositions

| | | | | | |
|---|---|---|---|---|---|
| | 05/07/03 | Richard Franz and Joseph Stewart | Depo | Law Offices of Peter Angelos | Baltimore | mesothelioma |
| | 05/19/03 | Carolyn Seemens | Depo | David Hilton | Virginia | allergy |
| | 10/07/03 | Jerome Bozek | Depo | Law Offices of Peter Angelos | Baltimore | mesothelioma |
| 2002 | | | | | | |
| | 12/17/02 | Donald Stimmel + William Goulart | Depo | Law Offices of Peter Angelos | Baltimore | mesothelioma |
| | 11/6/02 | Charles Johnson, Richard Norair, Thomas Sibley, Donald Marcellino | Depo | Parker, Dumler, Kiely | Baltimore | mesothelioma |
| | | Charles Sledz | Depo | Parker, Dumler, Kiely | Baltimore | mesothelioma |
| | 3/26/02 | Ann Sweet | Depo | Law Offices of Ron Simon | District of Columbia | mesothelioma |
| | Fall 02 | Donald Morsell | Depo | Law Offices of Peter Angelos | Baltimore | mesothelioma |
| 2001 | | | | | | |
| | 12/10/01 | Robert Day and Paul Rugulla | Depo | Law Offices of Peter Angelos | Baltimore | mesothelioma |
| | 1/14/01 | Joseph Gilmore, Alfred Peak, Henry Gerick, Elmer Wallace | Trial | Law Offices of Peter Angelos | District of Columbia | Asbestos-related disease |
| | 07/01 | John Gallucio and John Lloyd | Depo | Embry and Neusner | Connecticut | Asbestos-related disease |

Welch, trials and depositions

| 04/06/01 | Richard Gallagher | Trial | Law Offices of Peter Angelos | Baltimore | mesothelioma |
|---|---|---|---|---|---|
| 1/30/01 | Al Pappas | Depo | Embry and Neusner | Connecticut | Asbestos-related disease |
|  | Joe Evans | Trial | Law Offices of Peter Angelos | Baltimore | Asbestos-related disease |
| 09/01 | Betty Cole | Trial | Law Offices of Peter Angelos | Baltimore | mesothelioma |
| 07/01 | Alexander Wilson | Trial | Sheppard Hoffman | Baltimore | mesothelioma |

Welch, trials and depositions