## Table 1-4. Asbestosis: Number of deaths by state, U.S. residents age 15 and over, 1990-1999

| State | 1990 | 1991 | 1992 | 1993 | 1994 | 1995 | 1996 | 1997 | 1998 | 1999 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Alabama | 21 | 23 | 18 | 23 | 29 | 36 | 43 | 41 | 40 | 44 | **318** |
| Alaska | 1 | 1 | 1 | 2 | 2 | – | 2 | 2 | 5 | 2 | **18** |
| Arizona | 6 | 6 | 8 | 12 | 9 | 13 | 13 | 15 | 12 | 21 | **115** |
| Arkansas | 4 | 6 | 5 | 9 | 5 | 9 | 6 | 6 | 5 | 7 | **62** |
| California | 102 | 94 | 95 | 93 | 101 | 113 | 100 | 104 | 91 | 107 | **1,000** |
| Colorado | 4 | 5 | 4 | 7 | 12 | 6 | 13 | 9 | 6 | 7 | **73** |
| Connecticut | 11 | 14 | 17 | 8 | 7 | 13 | 18 | 13 | 12 | 15 | **128** |
| Delaware | 6 | 14 | 8 | 8 | 12 | 10 | 10 | 7 | 13 | 21 | **109** |
| District of Columbia | – | 1 | – | 1 | 2 | – | 1 | – | – | – | **5** |
| Florida | 43 | 54 | 52 | 39 | 60 | 67 | 84 | 61 | 65 | 95 | **620** |
| Georgia | 13 | 10 | 18 | 9 | 12 | 11 | 9 | 12 | 15 | 16 | **125** |
| Hawaii | 3 | 4 | 4 | 1 | 2 | 5 | 1 | 1 | 1 | 1 | **23** |
| Idaho | 4 | 6 | 3 | 2 | 3 | 4 | 4 | 4 | 3 | 7 | **40** |
| Illinois | 18 | 20 | 21 | 24 | 22 | 21 | 17 | 22 | 28 | 25 | **218** |
| Indiana | 8 | 4 | 4 | 4 | 6 | 6 | 7 | 7 | 11 | 7 | **64** |
| Iowa | 4 | 3 | 7 | 3 | 8 | 8 | 4 | 3 | 9 | 5 | **54** |
| Kansas | 2 | 3 | 7 | 9 | 5 | 10 | 6 | 6 | 4 | 4 | **56** |
| Kentucky | 1 | 5 | 5 | 11 | 5 | 3 | 9 | 12 | 10 | 4 | **65** |
| Louisiana | 20 | 20 | 14 | 20 | 15 | 18 | 20 | 21 | 27 | 19 | **194** |
| Maine | 17 | 8 | 8 | 13 | 12 | 8 | 6 | 8 | 16 | 15 | **111** |
| Maryland | 36 | 27 | 33 | 35 | 44 | 53 | 50 | 43 | 45 | 46 | **412** |
| Massachusetts | 36 | 27 | 48 | 25 | 45 | 40 | 39 | 43 | 40 | 37 | **380** |
| Michigan | 17 | 15 | 16 | 16 | 17 | 27 | 21 | 24 | 16 | 30 | **199** |
| Minnesota | 8 | 6 | 17 | 19 | 17 | 18 | 7 | 12 | 18 | 20 | **142** |
| Mississippi | 16 | 25 | 25 | 20 | 25 | 34 | 33 | 31 | 25 | 27 | **261** |
| Missouri | 9 | 11 | 14 | 18 | 13 | 11 | 11 | 11 | 13 | 13 | **124** |
| Montana | 6 | 2 | 4 | 4 | 4 | – | 4 | 2 | 6 | 2 | **34** |
| Nebraska | 3 | 3 | 2 | 6 | 4 | 4 | 2 | 5 | 1 | 6 | **36** |
| Nevada | 2 | 3 | 1 | 3 | 6 | 5 | 5 | 3 | 7 | 7 | **42** |
| New Hampshire | 2 | 1 | 4 | 8 | 6 | 6 | 4 | 7 | 6 | 6 | **50** |
| New Jersey | 115 | 93 | 80 | 80 | 81 | 93 | 109 | 78 | 93 | 93 | **915** |
| New Mexico | 2 | 3 | 1 | 3 | 6 | 8 | 2 | 1 | 1 | 4 | **31** |
| New York | 44 | 37 | 30 | 26 | 34 | 43 | 42 | 46 | 47 | 54 | **403** |
| North Carolina | 25 | 21 | 25 | 12 | 32 | 29 | 33 | 37 | 50 | 34 | **298** |
| North Dakota | – | 3 | – | 2 | 3 | – | 3 | 3 | 2 | 4 | **20** |
| Ohio | 27 | 24 | 32 | 29 | 31 | 35 | 43 | 43 | 31 | 45 | **340** |
| Oklahoma | 6 | 6 | 5 | 1 | 5 | 5 | 5 | 8 | 9 | 6 | **56** |
| Oregon | 12 | 22 | 22 | 29 | 26 | 18 | 30 | 21 | 33 | 31 | **244** |
| Pennsylvania | 67 | 83 | 100 | 114 | 90 | 114 | 106 | 112 | 99 | 77 | **962** |
| Rhode Island | 7 | 1 | 5 | 4 | 6 | 5 | 2 | 4 | 9 | 4 | **47** |
| South Carolina | 11 | 8 | 13 | 21 | 13 | 17 | 18 | 24 | 23 | 19 | **167** |
| South Dakota | – | – | – | – | – | – | 3 | – | – | 1 | **4** |
| Tennessee | 6 | 8 | 4 | 8 | 13 | 12 | 14 | 18 | 16 | 12 | **111** |
| Texas | 91 | 95 | 54 | 72 | 80 | 93 | 87 | 88 | 98 | 80 | **838** |
| Utah | 3 | – | 4 | 5 | 2 | 4 | 5 | 7 | – | 6 | **36** |
| Vermont | 1 | – | 3 | 3 | – | 2 | 2 | 1 | 2 | 2 | **16** |
| Virginia | 47 | 36 | 43 | 47 | 38 | 44 | 37 | 41 | 55 | 60 | **448** |
| Washington | 34 | 50 | 40 | 59 | 60 | 44 | 48 | 56 | 60 | 75 | **526** |
| West Virginia | 17 | 20 | 28 | 18 | 20 | 32 | 32 | 34 | 28 | 27 | **256** |
| Wisconsin | 9 | 11 | 6 | 10 | 9 | 10 | 3 | 13 | 13 | 15 | **99** |
| Wyoming | 1 | 4 | 1 | 4 | 1 | 2 | 3 | 1 | 2 | – | **19** |
| **TOTAL** | **948** | **946** | **959** | **999** | **1,060** | **1,169** | **1,176** | **1,171** | **1,221** | **1,265** | **10,914** |

– indicates no deaths listed.

NOTE: See appendices for source description, methods, and ICD codes. SOURCE: National Center for Health Statistics multiple cause of death data.

## Table 1-5. Asbestosis: Number of deaths, mortality rates (per million population), and years of potential life lost (YPLL) by state, U.S. residents age 15 and over, 1990-1999

| State | No. of Deaths | Rank | Crude Mortality Rate | Crude Mortality Rank | Age-Adjusted Mortality Rate | Age-Adjusted Mortality Rank | YPLL to Life Expectancy Total | Rank | YPLL/death | Rank |
|---|---|---|---|---|---|---|---|---|---|---|
| Alabama | 318 | 12 | 9.59 | 10 | 9.29 | 11 | 4,047 | 12 | 12.7 | 8 |
| Alaska | 18 | 48 | 4.12 | 24 | 10.62 | 8 | 242 | 47 | 13.4 | 2 |
| Arizona | 115 | 25 | 3.54 | 29 | 3.48 | 31 | 1,358 | 26 | 11.8 | 28 |
| Arkansas | 62 | 33 | 3.21 | 32 | 2.82 | 35 | 819 | 31 | 13.2 | 3 |
| California | 1,000 | 1 | 4.10 | 25 | 4.90 | 21 | 11,489 | 1 | 11.5 | 38 |
| Colorado | 73 | 30 | 2.52 | 40 | 3.10 | 33 | 905 | 30 | 12.4 | 14 |
| Connecticut | 128 | 22 | 4.86 | 22 | 4.67 | 23 | 1,548 | 23 | 12.1 | 19 |
| Delaware | 109 | 28 | 19.29 | 1 | 20.63 | 1 | 1,311 | 27 | 12.0 | 23 |
| District of Columbia | 5 | 50 | 1.08 | 50 | 1.12 | 50 | 57 | 50 | 11.3 | 40 |
| Florida | 620 | 5 | 5.40 | 18 | 4.05 | 26 | 7,087 | 5 | 11.4 | 39 |
| Georgia | 125 | 23 | 2.25 | 46 | 2.75 | 38 | 1,641 | 22 | 13.1 | 4 |
| Hawaii | 23 | 45 | 2.49 | 42 | 2.89 | 34 | 285 | 45 | 12.4 | 14 |
| Idaho | 40 | 40 | 4.65 | 23 | 4.59 | 24 | 453 | 40 | 11.3 | 40 |
| Illinois | 218 | 17 | 2.37 | 45 | 2.37 | 44 | 2,579 | 17 | 11.8 | 28 |
| Indiana | 64 | 32 | 1.42 | 49 | 1.41 | 49 | 778 | 33 | 12.2 | 18 |
| Iowa | 54 | 36 | 2.44 | 44 | 2.02 | 48 | 654 | 35 | 12.1 | 19 |
| Kansas | 56 | 34 | 2.84 | 35 | 2.55 | 42 | 649 | 36 | 11.6 | 35 |
| Kentucky | 65 | 31 | 2.15 | 48 | 2.13 | 46 | 782 | 32 | 12.0 | 23 |
| Louisiana | 194 | 19 | 5.96 | 13 | 6.55 | 16 | 2,466 | 19 | 12.7 | 8 |
| Maine | 111 | 26 | 11.38 | 6 | 10.75 | 7 | 1,216 | 28 | 11.0 | 44 |
| Maryland | 412 | 8 | 10.35 | 7 | 12.40 | 6 | 5,219 | 8 | 12.7 | 8 |
| Massachusetts | 380 | 10 | 7.76 | 12 | 7.47 | 13 | 4,165 | 11 | 11.0 | 44 |
| Michigan | 199 | 18 | 2.69 | 37 | 2.79 | 36 | 2,575 | 18 | 12.9 | 7 |
| Minnesota | 142 | 21 | 4.01 | 27 | 4.01 | 27 | 1,774 | 21 | 12.5 | 13 |
| Mississippi | 261 | 14 | 12.81 | 4 | 12.71 | 5 | 3,398 | 14 | 13.0 | 6 |
| Missouri | 124 | 24 | 2.99 | 33 | 2.69 | 40 | 1,505 | 24 | 12.1 | 19 |
| Montana | 34 | 43 | 5.11 | 21 | 4.87 | 22 | 407 | 41 | 12.0 | 23 |
| Nebraska | 36 | 41 | 2.87 | 34 | 2.46 | 43 | 367 | 43 | 10.2 | 51 |
| Nevada | 42 | 39 | 3.49 | 31 | 4.26 | 25 | 528 | 39 | 12.6 | 12 |
| New Hampshire | 50 | 37 | 5.56 | 17 | 6.17 | 18 | 580 | 37 | 11.6 | 35 |
| New Jersey | 915 | 3 | 14.39 | 3 | 14.31 | 3 | 10,230 | 3 | 11.2 | 43 |
| New Mexico | 31 | 44 | 2.46 | 43 | 2.73 | 39 | 365 | 44 | 11.8 | 28 |
| New York | 403 | 9 | 2.79 | 36 | 2.79 | 36 | 4,752 | 9 | 11.8 | 28 |
| North Carolina | 298 | 13 | 5.21 | 20 | 5.46 | 19 | 3,702 | 13 | 12.4 | 14 |
| North Dakota | 20 | 46 | 4.08 | 26 | 3.63 | 30 | 271 | 46 | 13.5 | 1 |
| Ohio | 340 | 11 | 3.91 | 28 | 3.82 | 28 | 4,446 | 10 | 13.1 | 4 |
| Oklahoma | 56 | 34 | 2.21 | 47 | 2.05 | 47 | 668 | 34 | 11.9 | 27 |
| Oregon | 244 | 16 | 9.94 | 9 | 9.32 | 10 | 2,604 | 16 | 10.7 | 47 |
| Pennsylvania | 962 | 2 | 9.97 | 8 | 8.53 | 12 | 11,316 | 2 | 11.8 | 28 |
| Rhode Island | 47 | 38 | 5.89 | 15 | 5.21 | 20 | 546 | 38 | 11.6 | 35 |
| South Carolina | 167 | 20 | 5.85 | 16 | 6.62 | 15 | 1,967 | 20 | 11.8 | 28 |
| South Dakota | 4 | 51 | 0.73 | 51 | 0.60 | 51 | 45 | 51 | 11.3 | 40 |
| Tennessee | 111 | 26 | 2.68 | 39 | 2.69 | 40 | 1,404 | 25 | 12.7 | 8 |
| Texas | 838 | 4 | 5.92 | 14 | 7.11 | 14 | 10,131 | 4 | 12.1 | 19 |
| Utah | 36 | 41 | 2.69 | 37 | 3.42 | 32 | 380 | 42 | 10.6 | 48 |
| Vermont | 16 | 49 | 3.50 | 30 | 3.73 | 29 | 174 | 49 | 10.9 | 46 |
| Virginia | 448 | 7 | 8.56 | 11 | 10.50 | 9 | 5,259 | 7 | 11.7 | 34 |
| Washington | 526 | 6 | 12.50 | 5 | 13.49 | 4 | 5,490 | 6 | 10.4 | 49 |
| West Virginia | 256 | 15 | 17.60 | 2 | 15.29 | 2 | 3,074 | 15 | 12.0 | 23 |
| Wisconsin | 99 | 29 | 2.50 | 41 | 2.35 | 45 | 1,215 | 29 | 12.3 | 17 |
| Wyoming | 19 | 47 | 5.31 | 19 | 6.27 | 17 | 198 | 48 | 10.4 | 49 |

- indicates no deaths listed.

NOTE: See appendices for source description, methods, and ICD codes.

SOURCE: National Center for Health Statistics multiple cause of death data. Population estimates from U.S. Bureau of the Census.

**Table 1-6. Asbestosis: Most frequently recorded industries on death certificate, U.S. residents age 15 and over, selected states and years, 1990-1999**

| CIC | Industry | Number of Deaths | Percent |
|---|---|---|---|
| 060 | Construction | 702 | 24.6 |
| 360 | Ship and boat building and repairing | 171 | 6.0 |
| 192 | Industrial and miscellaneous chemicals | 124 | 4.3 |
| 400 | Railroads | 89 | 3.1 |
| 262 | Miscellaneous nonmetallic and stone products | 75 | 2.6 |
| 901 | General government, n.e.c. | 71 | 2.5 |
| 270 | Blast furnaces, steelworks, rolling and finishing mills | 67 | 2.3 |
| 392 | Not specified manufacturing industries | 61 | 2.1 |
| 460 | Electric light and power | 55 | 1.9 |
| 842 | Elementary and secondary schools | 53 | 1.9 |
| | All other industries | 1,286 | 45.0 |
| | Industry not reported | 105 | 3.7 |
| | **TOTAL** | **2,859** | **100.0** |

CIC - Census Industry Code n.e.c. - not elsewhere classified

NOTE: Percentages may not total to 100% due to rounding. See appendices for source description, methods, and ICD codes, industry and occupation codes, and list of selected states and years.

SOURCE: National Center for Health Statistics multiple cause of death data.

**Table 1-7. Asbestosis: Most frequently recorded occupations on death certificate, U.S. residents age 15 and over, selected states and years, 1990-1999**

| COC | Occupation | Number of Deaths | Percent |
|---|---|---|---|
| 585 | Plumbers, pipefitters, and steamfitters | 238 | 8.3 |
| 019 | Managers and administrators, n.e.c. | 129 | 4.5 |
| 575 | Electricians | 125 | 4.4 |
| 567 | Carpenters | 120 | 4.2 |
| 593 | Insulation workers | 108 | 3.8 |
| 889 | Laborers, except construction | 95 | 3.3 |
| 633 | Supervisors, production occupations | 85 | 3.0 |
| 783 | Welders and cutters | 78 | 2.7 |
| 453 | Janitors and cleaners | 74 | 2.6 |
| 804 | Truck drivers | 66 | 2.3 |
| | All other occupations | 1,639 | 57.3 |
| | Occupation not reported | 102 | 3.6 |
| | **TOTAL** | **2,859** | **100.0** |

COC - Census Occupation Code n.e.c. - not elsewhere classified

NOTE: Percentages may not total to 100% due to rounding. See appendices for source description, methods, and ICD codes, industry and occupation codes, and list of selected states and years.

SOURCE: National Center for Health Statistics multiple cause of death data.

**Table 1-8. Asbestosis: Proportionate mortality ratio (PMR) adjusted for age, sex, and race by usual industry, U.S. residents age 15 and over, selected states and years, 1990-1999**

| CIC | Industry | Number of Deaths | PMR | 95% Confidence Interval LCL | 95% Confidence Interval UCL |
|---|---|---|---|---|---|
| 262 | Miscellaneous nonmetallic mineral and stone products | 75 | 16.39 | 13.00 | 20.70 |
| 360 | Ship and boat building and repairing | 171 | 15.70 | 13.48 | 18.29 |
| 502 | Lumber and construction materials | 20 | 6.95 | 4.24 | 10.75 |
| 192 | Industrial and miscellaneous chemicals | 124 | 4.78 | 4.00 | 5.73 |
| 211 | Other rubber products, and plastics footwear and belting | 40 | 4.31 | 3.08 | 5.87 |
| 462 | Electric and gas, and other combinations | 14 | 3.05 | 1.66 | 5.11 |
| 180 | Plastics, synthetics, and resins | 12 | 2.80 | 1.44 | 4.89 |
| 200 | Petroleum refining | 31 | 2.74 | 1.86 | 3.89 |
| 272 | Primary aluminum industries | 16 | 2.65 | 1.52 | 4.31 |
| 460 | Electric light and power | 55 | 2.65 | 2.02 | 3.48 |
| 250 | Glass and glass products | 30 | 2.58 | 1.74 | 3.68 |
| 881 | Membership organizations | 13 | 2.47 | 1.31 | 4.22 |
| 060 | Construction | 702 | 2.38 | 2.21 | 2.57 |
| 282 | Fabricated structural metal products | 28 | 2.29 | 1.52 | 3.30 |
| 420 | Water transportation | 24 | 2.28 | 1.46 | 3.39 |
| 210 | Tires and inner tubes | 15 | 2.23 | 1.25 | 3.69 |
| 400 | Railroads | 89 | 1.64 | 1.33 | 2.03 |
| 270 | Blast furnaces, steelworks, rolling and finishing mills | 67 | 1.30 | 1.02 | 1.67 |

CIC - Census Industry Code n.e.c. - not elsewhere classified LCL - lower confidence limit UCL - upper confidence limit
NOTE: See appendices for source description, methods, and ICD codes, industry and occupation codes, and list of selected states and years.
SOURCE: National Center for Health Statistics multiple cause of death data.

**Table 1-9. Asbestosis: Proportionate mortality ratio (PMR) adjusted for age, sex, and race by usual occupation, U.S. residents age 15 and over, selected states and years, 1990-1999**

| COC | Occupation | Number of Deaths | PMR | 95% Confidence Interval LCL | 95% Confidence Interval UCL |
|---|---|---|---|---|---|
| 593 | Insulation workers | 108 | 84.30 | 69.54 | 102.28 |
| 643 | Boilermakers | 59 | 20.26 | 15.59 | 26.38 |
| 585 | Plumbers, pipefitters, and steamfitters | 238 | 9.38 | 8.25 | 10.68 |
| 058 | Marine and naval architects | 7 | 8.25 | 3.31 | 17.01 |
| 646 | Lay-out workers | 7 | 8.21 | 3.30 | 16.92 |
| 584 | Plasterers | 9 | 6.43 | 2.95 | 12.20 |
| 676 | Patternmakers, lay-out workers, and cutters | 5 | 6.34 | 2.05 | 14.82 |
| 653 | Sheet metal workers | 53 | 6.14 | 4.66 | 8.12 |
| 557 | Supervisors: plumbers, pipefitters, and steamfitters | 7 | 5.34 | 2.14 | 11.01 |
| 224 | Chemical technicians | 8 | 4.89 | 2.11 | 9.62 |
| 757 | Separating, filtering, and clarifying machine operators | 21 | 4.77 | 2.94 | 7.29 |
| 829 | Sailors and deckhands | 12 | 4.22 | 2.18 | 7.37 |
| 534 | Heating, air conditioning, and refrigeration mechanics | 16 | 4.13 | 2.36 | 6.71 |
| 544 | Millwrights | 34 | 4.10 | 2.85 | 5.73 |
| 575 | Electricians | 125 | 4.10 | 3.43 | 4.91 |
| 555 | Supervisors, electricians, power transmission installers | 9 | 3.62 | 1.66 | 6.87 |
| 783 | Welders and cutters | 78 | 3.08 | 2.46 | 3.87 |
| 547 | Specified mechanics and repairers, n.e.c. | 21 | 2.55 | 1.58 | 3.90 |
| 518 | Industrial machinery repairers | 34 | 2.22 | 1.54 | 3.10 |
| 563 | Brickmasons and stonemasons | 26 | 2.14 | 1.40 | 3.14 |
| 856 | Industrial truck and tractor equipment operators | 17 | 2.09 | 1.22 | 3.35 |
| 738 | Winding and twisting machine operators | 11 | 2.09 | 1.04 | 3.73 |
| 849 | Crane and tower operators | 15 | 2.05 | 1.14 | 3.38 |
| 696 | Stationary engineers | 26 | 1.88 | 1.23 | 2.76 |
| 503 | Supervisors, mechanics and repairers | 17 | 1.85 | 1.08 | 2.96 |
| 567 | Carpenters | 120 | 1.83 | 1.52 | 2.20 |
| 507 | Bus, truck, and stationary engine mechanics | 16 | 1.80 | 1.03 | 2.92 |
| 549 | Not specified mechanics and repairers | 22 | 1.75 | 1.09 | 2.65 |
| 777 | Miscellaneous machine operators, n.e.c. | 38 | 1.62 | 1.15 | 2.22 |
| 779 | Machine operators, not specified | 49 | 1.53 | 1.13 | 2.02 |
| 633 | Supervisors, production occupations | 85 | 1.34 | 1.08 | 1.67 |
| 869 | Construction laborers | 58 | 1.34 | 1.03 | 1.74 |

COC - Census Occupation Code n.e.c. - not elsewhere classified LCL - lower confidence limit UCL - upper confidence limit
NOTE: See appendices for source description, methods, and ICD codes, industry and occupation codes, and list of selected states and years.
SOURCE: National Center for Health Statistics multiple cause of death data.

**Figure 1-3. Asbestosis: Age-adjusted mortality rates by county, U.S. residents age 15 and over, 1970-1999**




NOTE: Age-adjusted rates are not calculated for those counties with 1-4 deaths. See appendices for source description, methods, and ICD codes.
SOURCE: National Center for Health Statistics multiple cause of death data. Population estimates from U.S. Bureau of the Census.

**Figure 1-4. Asbestosis: Age-adjusted mortality rates by county, U.S. residents age 15 and over, 1970-1984 and 1985-1999**




NOTE: Age-adjusted rates are not calculated for those counties with 1-4 deaths. See appendices for source description, methods, and ICD codes.
SOURCE: National Center for Health Statistics multiple cause of death data. Population estimates from U.S. Bureau of the Census.

## Table 1-10. Asbestosis: Counties with highest age-adjusted mortality rates (per million population), U.S. residents age 15 and over, 1985-1999

| County | State | Age-Adjusted Rate | Crude Rate | Number of Deaths | % Female |
|---|---|---|---|---|---|
| Poquoson City | Virginia | 140.6 | 100.8 | 13 | 0.0 |
| Orange County | Texas | 127.3 | 108.3 | 102 | 3.9 |
| Jackson County | Mississippi | 111.2 | 81.0 | 110 | 3.6 |
| Somerset County | New Jersey | 105.7 | 86.5 | 263 | 17.1 |
| George County | Mississippi | 98.0 | 88.1 | 17 | 0.0 |
| Lincoln County | Montana | 96.2 | 96.2 | 19 | 5.3 |
| Sagadahoc County | Maine | 82.2 | 71.2 | 28 | 7.1 |
| Kitsap County | Washington | 68.1 | 57.2 | 137 | 2.2 |
| Newport News City | Virginia | 62.8 | 42.3 | 86 | 4.7 |
| Greene County | Mississippi | 61.6 | 57.9 | 7 | 0.0 |
| Hampton City | Virginia | 57.6 | 39.8 | 64 | 1.6 |
| Isle of Wight County | Virginia | 56.0 | 49.2 | 15 | 0.0 |
| Camden County | New Jersey | 52.6 | 49.6 | 291 | 3.1 |
| Jefferson County | Texas | 51.4 | 56.9 | 159 | 2.5 |
| York County | Virginia | 49.9 | 26.3 | 14 | 0.0 |
| Gloucester County | New Jersey | 48.6 | 40.0 | 109 | 1.8 |
| Mason County | West Virginia | 47.8 | 54.6 | 16 | 0.0 |
| Jones County | Mississippi | 44.7 | 50.2 | 36 | 2.8 |
| Portsmouth City | Virginia | 43.7 | 47.5 | 57 | 0.0 |
| Currituck County | North Carolina | 42.9 | 46.6 | 8 | 0.0 |
| Washington County | Alabama | 41.9 | 42.5 | 8 | 0.0 |
| Putnam County | West Virginia | 41.7 | 36.0 | 19 | 0.0 |
| Suffolk City | Virginia | 39.8 | 39.2 | 24 | 4.2 |
| Jasper County | Texas | 37.7 | 44.5 | 16 | 0.0 |
| Chesapeake City | Virginia | 37.7 | 25.1 | 47 | 4.3 |
| Hardin County | Texas | 37.0 | 36.7 | 18 | 0.0 |
| Mobile County | Alabama | 36.9 | 35.3 | 156 | 1.9 |
| Newton County | Texas | 36.4 | 39.7 | 6 | 0.0 |
| Burleson County | Texas | 35.6 | 43.5 | 7 | 0.0 |
| Charleston County | South Carolina | 34.3 | 25.1 | 89 | 10.1 |
| Kanawha County | West Virginia | 34.2 | 39.9 | 100 | 4.0 |
| Berkeley County | South Carolina | 33.8 | 15.0 | 22 | 22.7 |
| Sabine County | Texas | 29.6 | 58.6 | 7 | 0.0 |
| Solano County | California | 27.3 | 18.1 | 73 | 1.4 |
| Delaware County | Pennsylvania | 27.3 | 32.5 | 214 | 1.9 |
| Tyler County | Texas | 27.0 | 37.7 | 8 | 0.0 |
| Lincoln County | West Virginia | 26.0 | 28.0 | 7 | 0.0 |
| Sussex County | Delaware | 25.6 | 31.0 | 44 | 4.5 |
| Galveston County | Texas | 25.2 | 19.9 | 52 | 0.0 |
| Jasper County | Mississippi | 25.1 | 31.1 | 6 | 16.7 |
| Napa County | California | 25.0 | 30.0 | 41 | 0.0 |
| Salem County | New Jersey | 24.9 | 27.4 | 21 | 4.8 |
| Clarke County | Alabama | 24.0 | 25.5 | 8 | 0.0 |
| Wayne County | Mississippi | 23.8 | 23.2 | 5 | 0.0 |
| Benton County | Washington | 23.7 | 18.7 | 25 | 4.0 |
| Boone County | West Virginia | 22.8 | 19.3 | 6 | 0.0 |
| Gloucester County | Virginia | 22.2 | 22.2 | 8 | 0.0 |
| Lincoln County | Maine | 22.0 | 27.6 | 10 | 10.0 |
| Effingham County | Georgia | 21.8 | 16.5 | 5 | 0.0 |
| Allegany County | Maryland | 21.6 | 29.5 | 27 | 7.4 |
| **Overall United States** | | **5.0** | **4.9** | **14,507** | **3.6** |

NOTE: Only counties with at least 5 deaths from the disease of interest are included. See appendices for source description, methods, and ICD codes.
SOURCE: National Center for Health Statistics multiple cause of death data. Population estimates from U.S. Bureau of the Census.

**Table 1-11. Asbestosis: Estimated number of discharges from short-stay nonfederal hospitals, 1970-2000**

| Year | Number of Discharges |
|---|---|
| 1970 | 300 |
| 1971 | 400 |
| 1972 | 100 |
| 1973 | 2,000 |
| 1974 | 1,000 |
| 1975 | 1,000 |
| 1976 | 1,000 |
| 1977 | 1,000 |
| 1978 | 3,000 |
| 1979 | 3,000 |
| 1980 | 4,000 |
| 1981 | 2,000 |
| 1982 | 2,000 |
| 1983 | 4,000 |
| 1984 | 6,000 |
| 1985 | 6,000 |
| 1986 | 6,000 |
| 1987 | 11,000 |
| 1988 | 8,000 |
| 1989 | 8,000 |
| 1990 | 5,000 |
| 1991 | 7,000 |
| 1992 | 11,000 |
| 1993 | 8,000 |
| 1994 | 10,000 |
| 1995 | 9,000 |
| 1996 | 13,000 |
| 1997 | 14,000 |
| 1998 | 15,000 |
| 1999 | 14,000 |
| 2000 | 20,000 |

NOTE: Number of discharges has been rounded. NCHS recommends that, in statistical comparisons, estimates of less than 5,000 not be used and that estimates of 5,000 to 10,000 be used with caution. See appendices for source description and methods.
SOURCE: National Center for Health Statistics National Hospital Discharge Survey.

**Figure 1-5. Asbestos: Geometric mean exposures by major industry division, MSHA and OSHA samples, 1979-1999**




PEL - permissible exposure limit    REL - recommended exposure limit    f/cc - fibers per cubic centimeter
NOTE: The MSHA PEL is 2 f/cc. See appendices for source description, methods, and agents.
SOURCE: Mine Safety and Health Administration (MSHA) metal/nonmetal mine data. Occupational Safety and Health Administration (OSHA) Integrated Management Information System.

**Table 1-12. Asbestos: Geometric mean exposures and percent exceeding designated occupational exposure limits by major industry division, MSHA and OSHA samples, 1979-1999**

| Industry Division | | OSHA PEL = 2 f/cc | | | | | | | | OSHA PEL = 0.2 f/cc | | | | | | | | OSHA PEL = 0.1 f/cc | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 1979 | 1980 | 1981 | 1982 | 1983 | 1984 | 1985 | 1986 | 1987 | 1988 | 1989 | 1990 | 1991 | 1992 | 1993 | 1994 | 1995 | 1996 | 1997 | 1998 | 1999 |
| Construction SIC 15-17 | GM (f/cc) | 0.024 | 0.020 | 0.017 | 0.042 | 0.032 | 0.023 | 0.026 | 0.007 | 0.006 | 0.007 | 0.007 | 0.005 | 0.003 | 0.003 | 0.004 | 0.002 | 0.001 | 0.001 | 0.001 | 0.002 | 0.003 |
| | No. of samples | 97 | 172 | 112 | 168 | 383 | 629 | 474 | 279 | 254 | 254 | 266 | 175 | 214 | 200 | 144 | 82 | 45 | 75 | 52 | 35 | 31 |
| | % > PEL | 3.1 | 3.5 | 1.8 | 7.7 | 4.2 | 5.1 | 5.3 | 3.2 | 4.7 | 9.1 | 11.3 | 9.7 | 2.8 | 4.5 | 1.4 | 3.7 | 2.2 | 0.0 | 0.0 | 0.0 | 12.9 |
| | % > REL | 36.1 | 30.2 | 22.3 | 32.1 | 37.9 | 32.4 | 30.4 | 12.9 | 9.1 | 12.2 | 15.0 | 13.7 | 4.7 | 7.5 | 4.9 | 6.1 | 2.2 | 0.0 | 0.0 | 0.0 | 12.9 |
| Manufacturing SIC 20-39 | GM (f/cc) | 0.030 | 0.035 | 0.007 | 0.032 | 0.020 | 0.012 | 0.009 | 0.005 | 0.010 | 0.005 | 0.004 | 0.006 | 0.003 | 0.003 | 0.003 | 0.003 | 0.002 | 0.001 | 0.001 | 0.002 | 0.003 |
| | No. of samples | 335 | 313 | 153 | 181 | 372 | 438 | 428 | 278 | 447 | 347 | 292 | 203 | 277 | 142 | 131 | 76 | 108 | 149 | 48 | 33 | 18 |
| | % > PEL | 3.0 | 7.7 | 0.7 | 1.1 | 4.6 | 2.3 | 2.3 | 2.5 | 16.6 | 6.3 | 6.2 | 11.8 | 7.9 | 0.0 | 5.3 | 0.0 | 0.9 | 1.3 | 0.0 | 0.0 | 5.6 |
| | % > REL | 37.3 | 41.2 | 14.4 | 35.4 | 27.2 | 26.3 | 21.0 | 10.1 | 21.5 | 13.3 | 10.6 | 15.8 | 10.5 | 1.4 | 9.9 | 3.9 | 0.9 | 1.3 | 0.0 | 0.0 | 5.6 |
| Mining SIC 10-12, 14 | GM (f/cc) | 0.244 | 0.121 | 0.129 | 0.430 | 0.239 | 0.346 | 0.359 | 0.036 | 0.013 | 0.007 | 0.010 | 0.006 | 0.014 | 0.004 | 0.003 | 0.002 | 0.002 | 0.004 | 0.002 | 0.002 | 0.002 |
| | No. of samples | 204 | 301 | 276 | 64 | 73 | 23 | 43 | 37 | 16 | 53 | 29 | 46 | 34 | 28 | 14 | 157 | 77 | 28 | 7 | 3 | 2 |
| | % > PEL | 10.8 | 5.6 | 5.4 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 4.3 | 2.9 | 7.1 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| | % > REL | 70.6 | 60.8 | 60.9 | 90.6 | 78.1 | 91.3 | 86.0 | 48.6 | 12.5 | 18.9 | 20.7 | 19.6 | 32.4 | 7.1 | 7.1 | 0.6 | 0.0 | 10.7 | 0.0 | 0.0 | 0.0 |
| Other SIC 1-9, 13, 40-99 | GM (f/cc) | 0.003 | 0.006 | 0.003 | 0.007 | 0.002 | 0.003 | 0.002 | 0.002 | 0.002 | 0.002 | 0.002 | 0.002 | 0.002 | 0.002 | 0.002 | 0.002 | 0.001 | 0.001 | 0.002 | 0.002 | 0.001 |
| | No. of samples | 94 | 124 | 68 | 51 | 469 | 834 | 732 | 505 | 814 | 509 | 625 | 472 | 462 | 285 | 231 | 214 | 144 | 166 | 136 | 93 | 71 |
| | % > PEL | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.1 | 0.6 | 1.0 | 0.6 | 0.5 | 0.2 | 0.0 | 0.0 | 0.0 | 0.0 | 0.7 | 0.6 | 0.0 | 0.0 | 0.0 |
| | % > REL | 7.4 | 13.7 | 2.9 | 9.8 | 1.5 | 2.6 | 2.3 | 1.0 | 1.4 | 1.8 | 1.0 | 0.6 | 0.4 | 1.1 | 1.3 | 0.5 | 0.7 | 0.6 | 0.0 | 0.0 | 0.0 |

SIC - Standard Industrial Classification PEL - permissible exposure limit REL - recommended exposure limit GM - geometric mean f/cc - fibers per cubic centimeter

NOTE: The MSHA PEL is 2 f/cc. The NIOSH REL is 0.1 f/cc. See appendices for source description, methods, and agents.

SOURCE: Mine Safety and Health Administration (MSHA) metal/nonmetal mine data. Occupational Safety and Health Administation (OSHA) Integrated Management Information System.

**Table 1-13. Asbestos: Number of samples, geometric mean exposures, and percent exceeding designated occupational exposure limits by industries with elevated asbestosis mortality, MSHA and OSHA samples, 1990-1999**

| Asbestosis Mortality, Selected States and Years, 1990-1999 | | | | | | | |
|---|---|---|---|---|---|---|---|
| **CIC** | **Industries with elevated PMRs and most frequently recorded on death certificates** | **Number of Deaths** | **PMR** | **Number of Samples** | **GM (f/cc)** | **% > PEL** | **% > REL** |
| 262 | Miscellaneous nonmetallic mineral and stone products | 75 | 16.39 | 115 | 0.031 | 26.1 | 40.9 |
| 360 | Ship and boat building and repairing | 171 | 15.70 | 21 | 0.002 | 0.0 | 9.5 |
| 192 | Industrial and miscellaneous chemicals | 124 | 4.78 | 19 | 0.003 | 0.0 | 5.3 |
| 211 | Other rubber products, and plastics footwear and belting | 40 | 4.31 | 28 | 0.002 | 0.0 | 0.0 |
| 200 | Petroleum refining | 31 | 2.74 | 11 | 0.001 | 0.0 | 0.0 |
| 460 | Electric light and power | 55 | 2.65 | 41 | 0.002 | 0.0 | 0.0 |
| 250 | Glass and glass products | 30 | 2.58 | 8 | 0.004 | 0.0 | 0.0 |
| 060 | Construction | 702 | 2.38 | 1,051 | 0.003 | 4.0 | 6.3 |
| 400 | Railroads | 89 | 1.64 | 9 | 0.001 | 0.0 | 0.0 |
| 270 | Blast furnaces, steelworks, rolling and finishing mills | 67 | 1.30 | 26 | 0.002 | 0.0 | 0.0 |
| | All other industries | 1,370 | | 3,561 | 0.002 | 1.0 | 2.1 |
| | **TOTAL** | | | **4,890** | **0.002** | **2.2** | **3.9** |

CIC - Census Industry Code PEL - permissible exposure limit REL - recommended exposure limit PMR - proportionate mortality ratio
GM - geometric mean f/cc - fibers per cubic centimeter
NOTE: The MSHA PEL is 2 f/cc. The OSHA PEL is 2 f/cc before July 21, 1986, 0.2 f/cc from July 21, 1986 to October 10, 1994, and 0.1 f/cc after October 10, 1994. The NIOSH REL is 0.1 f/cc. See appendices for source description, methods, ICD codes, industry codes, agents, and list of selected states (and years) for which usual industry has been reported.
SOURCE: Mine Safety and Health Administration (MSHA) metal/nonmetal mine data. Occupational Safety and Health Administration (OSHA): Integrated Management Information System. National Center for Health Statistics multiple cause of death data.

**Table 1-14 (page 1 of 2). Asbestos: Geometric mean exposures and percent exceeding designated occupational exposure limits by MSHA metal/nonmetal district and state, MSHA samples, 1979-1999**

| | All years | | 1979 - 1986 | | | | 1987 - 1994 | | | | 1995 - 1999 | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MSHA Metal/Nonmetal District | No. of Samples | GM (f/cc) | No. of Samples | GM (f/cc) | % > PEL | % > REL | No. of Samples | GM (f/cc) | % > PEL | % > REL | No. of Samples | GM (f/cc) | % > PEL | %> REL |
| **Northeast** | 318 | 0.159 | 240 | 0.430 | 6.3 | 85.0 | 70 | 0.009 | 7.1 | 21.4 | 8 | 0.002 | 0.0 | 0.0 |
| Connecticut | 0 | – | 0 | – | – | – | 0 | – | – | – | 0 | – | – | – |
| Delaware | 0 | – | 0 | – | – | – | 0 | – | – | – | 0 | – | – | – |
| District of Columbia | 0 | – | 0 | – | – | – | 0 | – | – | – | 0 | – | – | – |
| Maine | 0 | – | 0 | – | – | – | 0 | – | – | – | 0 | – | – | – |
| Maryland | 45 | 0.021 | 26 | 0.119 | 0.0 | 53.8 | 18 | 0.002 | 0.0 | 0.0 | 1 | 0.002 | 0.0 | 0.0 |
| Massachusetts | 1 | 0.002 | 0 | – | – | – | 1 | 0.002 | 0.0 | 0.0 | 0 | – | – | – |
| New Hampshire | 0 | – | 0 | – | – | – | 0 | – | – | – | 0 | – | – | – |
| New Jersey | 14 | 0.191 | 14 | 0.191 | 0.0 | 78.6 | 0 | – | – | – | 0 | – | – | – |
| New York | 40 | 0.187 | 34 | 0.439 | 0.0 | 91.2 | 6 | 0.002 | 0.0 | 0.0 | 0 | – | – | – |
| Pennsylvania | 19 | 0.001 | 0 | – | – | – | 12 | 0.002 | 0.0 | 0.0 | 7 | 0.002 | 0.0 | 0.0 |
| Rhode Island | 0 | – | 0 | – | – | – | 0 | – | – | – | 0 | – | – | – |
| Vermont | 176 | 0.560 | 154 | 0.599 | 9.7 | 89.6 | 22 | 0.350 | 22.7 | 68.2 | 0 | – | – | – |
| Virginia | 20 | 0.031 | 12 | 0.239 | 0.0 | 83.3 | 8 | 0.002 | 0.0 | 0.0 | 0 | – | – | – |
| West Virginia | 3 | 0.002 | 0 | – | – | – | 3 | 0.002 | 0.0 | 0.0 | 0 | – | – | – |
| **Southeast** | 91 | 0.036 | 71 | 0.086 | 5.6 | 42.3 | 14 | 0.002 | 0.0 | 0.0 | 6 | 0.002 | 0.0 | 0.0 |
| Alabama | 1 | 0.020 | 0 | – | – | – | 1 | 0.020 | 0.0 | 0.0 | 0 | – | – | – |
| Florida | 6 | 0.013 | 6 | 0.013 | 0.0 | 33.3 | 0 | – | – | – | 0 | – | – | – |
| Georgia | 8 | 0.124 | 4 | 10.3 | 100.0 | 100.0 | 2 | 0.002 | 0.0 | 0.0 | 2 | 0.002 | 0.0 | 0.0 |
| Kentucky | 0 | – | 0 | – | – | – | 0 | – | – | – | 0 | – | – | – |
| Mississippi | 0 | – | 0 | – | – | – | 0 | – | – | – | 0 | – | – | – |
| North Carolina | 0 | – | 0 | – | – | – | 0 | – | – | – | 0 | – | – | – |
| Puerto Rico | 0 | – | 0 | – | – | – | 0 | – | – | – | 0 | – | – | – |
| South Carolina | 76 | 0.035 | 61 | 0.076 | 0.0 | 39.3 | 11 | 0.002 | 0.0 | 0.0 | 4 | 0.002 | 0.0 | 0.0 |
| Tennessee | 0 | – | 0 | – | – | – | 0 | – | – | – | 0 | – | – | – |
| Virgin Islands | 0 | – | 0 | – | – | – | 0 | – | – | – | 0 | – | – | – |
| **North Central** | 354 | 0.007 | 119 | 0.075 | 0.8 | 45.4 | 172 | 0.002 | 0.0 | 1.7 | 63 | 0.002 | 0.0 | 0.0 |
| Illinois | 11 | 0.038 | 9 | 0.079 | 0.0 | 55.6 | 2 | 0.002 | 0.0 | 0.0 | 0 | – | – | – |
| Indiana | 1 | 0.010 | 1 | 0.010 | 0.0 | 0.0 | 0 | – | – | – | 0 | – | – | – |
| Iowa | 0 | – | 0 | – | – | – | 0 | – | – | – | 0 | – | – | – |
| Michigan | 176 | 0.002 | 2 | 0.002 | 0.0 | 0.0 | 134 | 0.002 | 0.0 | 0.0 | 40 | 0.001 | 0.0 | 0.0 |
| Minnesota | 161 | 0.027 | 106 | 0.083 | 0.9 | 46.2 | 34 | 0.005 | 0.0 | 8.8 | 21 | 0.001 | 0.0 | 0.0 |
| Ohio | 1 | 0.010 | 1 | 0.010 | 0.0 | 0.0 | 0 | – | – | – | 0 | – | – | – |
| Wisconsin | 4 | 0.002 | 0 | – | – | – | 2 | 0.002 | 0.0 | 0.0 | 2 | 0.004 | 0.0 | 0.0 |

See footnotes at end of table.

**Table 1-14 (page 2 of 2). Asbestos: Geometric mean exposures and percent exceeding designated occupational exposure limits by MSHA metal/nonmetal district and state, MSHA samples, 1979-1999**

| | All years | | 1979 - 1986 | | | | 1987 - 1994 | | | | 1995 - 1999 | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MSHA Metal/Nonmetal District | No. of Samples | GM (f/cc) | No. of Samples | GM (f/cc) | % > PEL | % > REL | No. of Samples | GM (f/cc) | % > PEL | % > REL | No. of Samples | GM (f/cc) | % > PEL | %> REL |
| South Central | 304 | 0.017 | 231 | 0.035 | 1.3 | 39.0 | 47 | 0.002 | 0.0 | 2.1 | 26 | 0.001 | 0.0 | 0.0 |
| Arkansas | 0 | – | 0 | – | – | – | 0 | – | – | – | 0 | – | – | – |
| Louisiana | 45 | 0.002 | 0 | – | – | – | 45 | 0.002 | 0.0 | 2.2 | 0 | – | – | – |
| Missouri | 0 | – | 0 | – | – | – | 0 | – | – | – | 0 | – | – | – |
| New Mexico | 112 | 0.042 | 112 | 0.042 | 1.8 | 42.9 | 0 | – | – | – | 0 | – | – | – |
| Oklahoma | 27 | 0.033 | 27 | 0.033 | 0.0 | 40.7 | 0 | – | – | – | 0 | – | – | – |
| Texas | 120 | 0.014 | 92 | 0.028 | 1.1 | 33.7 | 2 | 0.002 | 0.0 | 0.0 | 26 | 0.001 | 0.0 | 0.0 |
| Rocky Mountain | 254 | 0.211 | 225 | 0.324 | 4.9 | 87.1 | 29 | 0.008 | 0.0 | 20.7 | 0 | 0.000 | 0.0 | 0.0 |
| Arizona | 89 | 0.525 | 89 | 0.525 | 11.2 | 92.1 | 0 | – | – | – | 0 | – | – | – |
| Colorado | 35 | 0.055 | 31 | 0.088 | 0.0 | 64.5 | 4 | 0.002 | 0.0 | 0.0 | 0 | – | – | – |
| Kansas | 0 | – | 0 | – | – | – | 0 | – | – | – | 0 | – | – | – |
| Montana | 74 | 0.278 | 62 | 0.376 | 1.6 | 91.9 | 12 | 0.058 | 0.0 | 50.0 | 0 | – | – | – |
| Nebraska | 0 | – | 0 | – | – | – | 0 | – | – | – | 0 | – | – | – |
| Nevada | 6 | 0.002 | 0 | – | – | – | 6 | 0.002 | 0.0 | 0.0 | 0 | – | – | – |
| North Dakota | 0 | – | 0 | – | – | – | 0 | – | – | – | 0 | – | – | – |
| South Dakota | 47 | 0.157 | 41 | 0.287 | 0.0 | 90.2 | 6 | 0.003 | 0.0 | 0.0 | 0 | – | – | – |
| Utah | 3 | 0.005 | 2 | 0.010 | 0.0 | 0.0 | 1 | 0.002 | 0.0 | 0.0 | 0 | – | – | – |
| Wyoming | 0 | – | 0 | – | – | – | 0 | – | – | – | 0 | – | – | – |
| Western | 194 | 0.158 | 135 | 0.389 | 14.8 | 83.0 | 45 | 0.025 | 0.0 | 37.8 | 14 | 0.010 | 0.0 | 21.4 |
| Alaska | 0 | – | 0 | – | – | – | 0 | – | – | – | 0 | – | – | – |
| California | 185 | 0.195 | 128 | 0.515 | 15.6 | 87.5 | 43 | 0.029 | 0.0 | 39.5 | 14 | 0.010 | 0.0 | 21.4 |
| Hawaii | 1 | 0.002 | 0 | – | – | – | 1 | 0.002 | 0.0 | 0.0 | 0 | – | – | – |
| Idaho | 1 | 0.002 | 0 | – | – | – | 1 | 0.002 | 0.0 | 0.0 | 0 | – | – | – |
| Oregon | 0 | – | 0 | – | – | – | 0 | – | – | – | 0 | – | – | – |
| Washington | 7 | 0.002 | 7 | 0.002 | 0.0 | 0.0 | 0 | – | – | – | 0 | – | – | – |
| TOTAL | 1,515 | 0.046 | 1,021 | 0.165 | 5.3 | 67.2 | 377 | 0.004 | 1.3 | 11.1 | 117 | 0.002 | 0.0 | 2.6 |

– indicates incalculable field
PEL - permissible exposure limit  REL - recommended exposure limit  GM - geometric mean  f/cc - fibers per cubic centimeter
NOTE: The MSHA PEL is 2 f/cc. The NIOSH REL is 0.1 f/cc. See appendices for source description, methods, and agents.
SOURCE: Mine Safety and Health Administration (MSHA) metal/nonmetal mine data.

**Table 1-15 (page 1 of 3). Asbestos: Geometric mean exposures and percent exceeding designated occupational exposure limits by OSHA region and state, OSHA samples, 1979-1999**

| | All years | | 1979 – 1986 OSHA PEL=2 f/cc | | | | 1987 – 1994 OSHA PEL=0.2 f/cc | | | | 1995 – 1999 OSHA PEL=0.1 f/cc NIOSH REL=0.1 f/cc | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| OSHA Region | Number of Samples | GM (f/cc) | Number of Samples | GM (f/cc) | % > PEL | % > REL | Number of Samples | GM (f/cc) | % > PEL | % > REL | Number of Samples | GM (f/cc) | % > PEL |
| **Region 1** | 1,430 | 0.006 | 836 | 0.014 | 5.0 | 27.0 | 500 | 0.002 | 4.2 | 5.6 | 94 | 0.001 | 0.0 |
| Connecticut | 619 | 0.003 | 319 | 0.005 | 1.3 | 16.0 | 254 | 0.001 | 0.0 | 0.4 | 46 | 0.001 | 0.0 |
| Maine | 103 | 0.008 | 83 | 0.010 | 2.4 | 16.9 | 20 | 0.004 | 20.0 | 20.0 | 0 | – | – |
| Massachusetts | 481 | 0.014 | 285 | 0.032 | 10.2 | 38.6 | 172 | 0.005 | 7.0 | 10.5 | 24 | 0.001 | 0.0 |
| New Hampshire | 156 | 0.007 | 89 | 0.021 | 1.1 | 37.1 | 44 | 0.002 | 2.3 | 2.3 | 23 | 0.001 | 0.0 |
| Rhode Island | 70 | 0.033 | 60 | 0.032 | 10.0 | 30.0 | 9 | 0.062 | 44.4 | 44.4 | 1 | 0.002 | 0.0 |
| Vermont | 1 | 0.002 | 0 | – | – | – | 1 | 0.002 | 0.0 | 0.0 | 0 | – | – |
| **Region 2** | 2,891 | 0.004 | 1,279 | 0.006 | 1.5 | 14.9 | 1,359 | 0.003 | 4.3 | 6.7 | 253 | 0.002 | 2.4 |
| New Jersey | 700 | 0.008 | 384 | 0.010 | 2.9 | 20.8 | 288 | 0.006 | 14.9 | 20.8 | 28 | 0.001 | 0.0 |
| New York | 2,061 | 0.003 | 861 | 0.005 | 0.9 | 12.5 | 991 | 0.003 | 1.2 | 2.6 | 209 | 0.002 | 2.9 |
| Puerto Rico | 109 | 0.002 | 29 | 0.003 | 0.0 | 6.9 | 64 | 0.002 | 1.6 | 4.7 | 16 | 0.001 | 0.0 |
| Virgin Islands | 21 | 0.005 | 5 | 0.002 | 0.0 | 0.0 | 16 | 0.007 | 12.5 | 12.5 | 0 | – | – |
| **Region 3** | 1,773 | 0.010 | 1,043 | 0.013 | 3.4 | 25.8 | 659 | 0.007 | 14.0 | 18.4 | 71 | 0.001 | 0.0 |
| Delaware | 22 | 0.022 | 20 | 0.029 | 0.0 | 40.0 | 2 | 0.002 | 0.0 | 0.0 | 0 | – | – |
| District of Columbia | 131 | 0.003 | 114 | 0.003 | 0.9 | 10.5 | 17 | 0.001 | 0.0 | 0.0 | 0 | – | – |
| Maryland | 129 | 0.003 | 71 | 0.003 | 0.0 | 4.2 | 31 | 0.008 | 16.1 | 19.4 | 27 | 0.001 | 0.0 |
| Pennsylvania | 1,014 | 0.008 | 587 | 0.013 | 3.4 | 25.7 | 394 | 0.004 | 5.6 | 7.9 | 33 | 0.001 | 0.0 |
| Virginia | 362 | 0.041 | 163 | 0.060 | 7.4 | 45.4 | 198 | 0.031 | 29.8 | 39.4 | 1 | 0.0003 | 0.0 |
| West Virginia | 115 | 0.010 | 88 | 0.012 | 2.3 | 23.9 | 17 | 0.015 | 35.3 | 35.3 | 10 | 0.001 | 0.0 |
| **Region 4** | 2,128 | 0.004 | 714 | 0.014 | 4.1 | 24.6 | 1,085 | 0.003 | 2.0 | 4.2 | 331 | 0.002 | 0.9 |
| Alabama | 187 | 0.009 | 104 | 0.020 | 6.7 | 28.8 | 74 | 0.003 | 0.0 | 0.0 | 9 | 0.008 | 11.1 |
| Florida | 269 | 0.003 | 93 | 0.008 | 3.2 | 14.0 | 161 | 0.002 | 1.9 | 3.7 | 15 | 0.001 | 0.0 |
| Georgia | 336 | 0.009 | 217 | 0.015 | 7.4 | 25.3 | 112 | 0.003 | 3.6 | 8.9 | 7 | 0.001 | 0.0 |
| Kentucky | 351 | 0.003 | 104 | 0.004 | 0.0 | 5.8 | 194 | 0.003 | 0.5 | 2.6 | 55 | 0.002 | 0.0 |
| Mississippi | 138 | 0.005 | 33 | 0.099 | 3.0 | 63.6 | 87 | 0.002 | 0.0 | 0.0 | 18 | 0.001 | 0.0 |
| North Carolina | 472 | 0.005 | 87 | 0.055 | 2.3 | 47.1 | 230 | 0.005 | 4.3 | 7.4 | 155 | 0.001 | 0.0 |
| South Carolina | 188 | 0.002 | 45 | 0.008 | 0.0 | 20.0 | 114 | 0.001 | 2.6 | 2.6 | 29 | 0.001 | 0.0 |
| Tennessee | 187 | 0.004 | 31 | 0.003 | 0.0 | 3.2 | 113 | 0.004 | 0.9 | 4.4 | 43 | 0.003 | 4.7 |

See footnotes at end of table.

**Table 1-15 (page 2 of 3). Asbestos: Geometric mean exposures and percent exceeding designated occupational exposure limits by OSHA region and state, OSHA samples, 1979-1999**

| | All years | | 1979 – 1986 PEL=2 f/cc | | | | 1987 – 1994 PEL=0.2 f/cc | | | | 1995 – 1999 OSHA PEL=0.1 f/cc NIOSH REL=0.1 f/cc | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| OSHA Region | Number of Samples | GM (f/cc) | Number of Samples | GM (f/cc) | % > PEL | % > REL | Number of Samples | GM (f/cc) | % > PEL | % > REL | Number of Samples | GM (f/cc) | % > PEL |
| **Region 5** | **3,255** | **0.004** | **1,301** | **0.010** | **1.9** | **19.4** | **1,722** | **0.003** | **2.0** | **3.4** | **232** | **0.001** | **0.4** |
| Illinois | 835 | 0.003 | 352 | 0.007 | 0.0 | 12.8 | 434 | 0.002 | 0.0 | 0.7 | 49 | 0.001 | 0.0 |
| Indiana | 440 | 0.006 | 213 | 0.033 | 4.2 | 41.8 | 152 | 0.001 | 0.0 | 0.7 | 75 | 0.001 | 0.0 |
| Michigan | 453 | 0.002 | 36 | 0.001 | 0.0 | 0.0 | 376 | 0.002 | 1.9 | 2.7 | 41 | 0.003 | 2.4 |
| Minnesota | 61 | 0.003 | 14 | 0.010 | 14.3 | 21.4 | 47 | 0.002 | 0.0 | 2.1 | 0 | – | – |
| Ohio | 863 | 0.005 | 381 | 0.009 | 0.8 | 18.4 | 435 | 0.004 | 5.5 | 7.8 | 47 | 0.001 | 0.0 |
| Wisconsin | 603 | 0.006 | 305 | 0.012 | 3.6 | 15.1 | 278 | 0.003 | 1.4 | 3.2 | 20 | 0.001 | 0.0 |
| **Region 6** | **1,315** | **0.005** | **695** | **0.007** | **1.7** | **15.5** | **557** | **0.004** | **5.6** | **9.9** | **63** | **0.001** | **0.0** |
| Arkansas | 253 | 0.005 | 100 | 0.005 | 4.0 | 13.0 | 143 | 0.006 | 7.0 | 14.0 | 10 | 0.001 | 0.0 |
| Louisiana | 121 | 0.005 | 69 | 0.006 | 1.4 | 8.7 | 52 | 0.003 | 1.9 | 1.9 | 0 | – | – |
| New Mexico | 30 | 0.002 | 2 | 0.002 | 0.0 | 0.0 | 27 | 0.002 | 0.0 | 0.0 | 1 | 0.001 | 0.0 |
| Oklahoma | 166 | 0.006 | 108 | 0.008 | 4.6 | 15.7 | 49 | 0.003 | 4.1 | 6.1 | 9 | 0.004 | 0.0 |
| Texas | 745 | 0.005 | 416 | 0.008 | 0.5 | 17.3 | 286 | 0.004 | 6.3 | 10.8 | 43 | 0.001 | 0.0 |
| **Region 7** | **1,304** | **0.004** | **910** | **0.006** | **1.9** | **10.9** | **373** | **0.002** | **1.1** | **1.1** | **21** | **0.001** | **0.0** |
| Iowa | 339 | 0.004 | 230 | 0.006 | 2.6 | 14.8 | 106 | 0.002 | 0.0 | 0.0 | 3 | 0.001 | 0.0 |
| Kansas | 247 | 0.010 | 177 | 0.018 | 2.8 | 19.2 | 64 | 0.003 | 3.1 | 3.1 | 6 | 0.001 | 0.0 |
| Missouri | 548 | 0.003 | 416 | 0.004 | 1.4 | 6.0 | 126 | 0.002 | 1.6 | 1.6 | 6 | 0.001 | 0.0 |
| Nebraska | 170 | 0.003 | 87 | 0.004 | 0.0 | 6.9 | 77 | 0.002 | 0.0 | 0.0 | 6 | 0.001 | 0.0 |
| **Region 8** | **628** | **0.005** | **445** | **0.007** | **0.9** | **15.1** | **158** | **0.003** | **2.5** | **3.2** | **25** | **0.001** | **0.0** |
| Colorado | 320 | 0.005 | 226 | 0.005 | 0.4 | 14.2 | 82 | 0.004 | 4.9 | 6.1 | 12 | 0.001 | 0.0 |
| Montana | 164 | 0.009 | 134 | 0.012 | 2.2 | 21.6 | 27 | 0.003 | 0.0 | 0.0 | 3 | 0.001 | 0.0 |
| North Dakota | 16 | 0.003 | 9 | 0.006 | 0.0 | 11.1 | 0 | – | – | – | 7 | 0.001 | 0.0 |
| South Dakota | 66 | 0.002 | 32 | 0.003 | 0.0 | 6.3 | 33 | 0.001 | 0.0 | 0.0 | 1 | 0.001 | 0.0 |
| Utah | 35 | 0.012 | 22 | 0.023 | 0.0 | 13.6 | 12 | 0.005 | 0.0 | 0.0 | 1 | 0.001 | 0.0 |
| Wyoming | 27 | 0.003 | 22 | 0.003 | 0.0 | 0.0 | 4 | 0.010 | 0.0 | 0.0 | 1 | 0.001 | 0.0 |

See footnotes at end of table.

Case 1:05-cv-00059-JHR Document 23-6 Filed 04/26/2005 Page 17 of 18



**Table 1-15 (page 3 of 3). Asbestos: Geometric mean exposures and percent exceeding designated occupational exposure limits by OSHA region and state, OSHA samples, 1979-1999**

| | All years | | 1979 – 1986 PEL=2 f/cc | | | | 1987 – 1994 PEL=0.2 f/cc | | | | 1995 – 1999 OSHA PEL=0.1 f/cc NIOSH REL=0.1 f/cc | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| OSHA Region | Number of Samples | GM (f/cc) | Number of Samples | GM (f/cc) | % > PEL | % > REL | Number of Samples | GM (f/cc) | % > PEL | % > REL | Number of Samples | GM (f/cc) | % > PEL |
| Region 9 | 715 | 0.002 | 177 | 0.003 | 0.6 | 9.0 | 471 | 0.002 | 3.2 | 6.2 | 67 | 0.004 | 0.0 |
| American Samoa | 0 | – | 0 | – | – | – | 0 | – | – | – | 0 | – | – |
| Arizona | 103 | 0.004 | 45 | 0.002 | 0.0 | 8.9 | 56 | 0.006 | 1.8 | 3.6 | 2 | 0.043 | 0.0 |
| California | 450 | 0.003 | 71 | 0.004 | 1.4 | 12.7 | 320 | 0.002 | 3.4 | 7.2 | 59 | 0.004 | 0.0 |
| Guam | 3 | 0.000 | 3 | 0.0003 | 0.0 | 0.0 | 0 | – | – | – | 0 | – | – |
| Hawaii | 50 | 0.001 | 29 | 0.001 | 0.0 | 3.4 | 19 | 0.001 | 0.0 | 0.0 | 2 | 0.001 | 0.0 |
| Nevada | 109 | 0.002 | 29 | 0.004 | 0.0 | 6.9 | 76 | 0.001 | 3.9 | 5.3 | 4 | 0.003 | 0.0 |
| Region 10 | 568 | 0.005 | 289 | 0.007 | 2.4 | 16.3 | 232 | 0.003 | 0.9 | 3.4 | 47 | 0.001 | 2.1 |
| Alaska | 220 | 0.003 | 149 | 0.003 | 1.3 | 2.7 | 50 | 0.004 | 2.0 | 2.0 | 21 | 0.002 | 0.0 |
| Idaho | 95 | 0.003 | 27 | 0.013 | 0.0 | 22.2 | 66 | 0.002 | 0.0 | 0.0 | 2 | 0.001 | 0.0 |
| Oregon | 154 | 0.011 | 107 | 0.013 | 2.8 | 29.9 | 41 | 0.010 | 0.0 | 9.8 | 6 | 0.003 | 16.7 |
| Washington | 99 | 0.003 | 6 | 0.385 | 33.3 | 83.3 | 75 | 0.003 | 1.3 | 4.0 | 18 | 0.001 | 0.0 |
| TOTAL | 16,007 | 0.005 | 7,689 | 0.009 | 2.5 | 18.9 | 7,116 | 0.003 | 4.0 | 6.3 | 1,204 | 0.001 | 0.9 |

– indicates incalculable field

PEL - permissible exposure limit REL - recommended exposure limit GM - geometric mean f/cc - fibers per cubic centimeter

NOTE: The NIOSH REL is 0.1 f/cc. See appendices for source description, methods, and agents.

SOURCE: Occupational Safety and Health Administation (OSHA) Integrated Management Information System.



**Figure 1-6. Asbestos: Geometric mean exposures by state, OSHA samples, 1979-1999**




PEL - permissible exposure limit REL - recommended exposure limit f/cc - fibers per cubic centimeter
NOTE: The NIOSH REL is 0.1 f/cc. See appendices for source description, methods, and agents.
SOURCE: Occupational Safety and Health Administration (OSHA) Integrated Management Information System.