# MARK A. PETERSON

| | |
|---|---|
| 1700 Main Street<br>Santa Monica,<br>California 90406<br>(310) 393-0411 | 970 Calle Arroyo<br>Thousand Oaks,<br>California 91360<br>(805) 499-3572 |

**EDUCATION**
- Ph.D. Social Psychology, 1976, UCLA
- M.A. Social Psychology, 1973, UCLA
- J.D. (cum laude), 1969, Harvard University
- B.A. (summa cum laude, Phi Beta Kappa), 1966, University of Minnesota

**PROFESSIONAL EXPERIENCE**

**1976-Present**—Policy analysis and research, Senior Research Scientist, RAND, Santa Monica, California.

Principal Investigator for following studies:

Workers Compensation. Evaluation of California worker compensation system and suggestions for change for California Commission on Health and Safety and Workers Compensation.

Mass Tort Litigation. Examines uses of alternative legal procedures and methods of alternative dispute resolution in toxic and other mass torts.

Economic Effects of Product Liability Law. Case Studies and Statistical Analyses of Selected Industries.

Punitive Damages Study. Described frequency, size, and types of cases in which punitive damages are awarded; trends over time; effects of post-trial actions; possible effects of legal changes. In collaboration with Special Committee on Punitive Damages of the Litigation Section of the American BarAssociation.

Trends and Patterns in Jury Trials and Verdicts. Data collection and analysis of civil jury trials in California and Cook County, Illinois, between 1959-1985.

Expert System for Evaluating Asbestos Cases. Examined how lawyers and adjusters evaluate claims; developed artificial intelligence computer model to describe evaluation process.

Modeling of Trial Lawyers' Decisionmaking. Development of a prototype expert system of settlement practices for product liability claims.

RAND Criminal Offender Survey. Survey of inmates in five California prisons. Estimated crime parameters; examined incapacitation effects; examined relationships between crime and inmate characteristics.

RAND Criminal Offender Survey II. Examined preincarceration crimes for sample of 2500 jail and prison inmates in three states.

Effects of California Determinate Sentencing.

1

Peterson

**1984-Present—Legal Analysis Systems, Inc.  Special master/expert/ consultant in complex litigation.**

Findley v. Falise, Findley v. Blinken (mandatory, limited fund class actions to reorganize Manville Personal Injury Settlement Trust); Special Advisor to U.S. District Courts for Eastern and Southern Districts of New York, U.S. Bankruptcy Court for Southern District of New York.  Special master and technical consultant to the courts and parties.

Fuller-Austin Settlement Trust: Trustee, Chairman of the Trust and expert on estimation of claims for trust created to allow and pay asbestos personal injury claims.

NGC Asbestos Disease and Property Damage Settlement Trust: Consultant for estimating present and future asbestos personal injury claims and cash flow analyses of Trust's ability to pay projected claims.

UNR Asbestos Disease Claimants Trust: Consultant on estimation of present and future asbestos claims and claims distribution procedures.

Eagle-Picher Asbestos Trust:  Consultant on estimation of present and future asbestos claims and claims distribution procedures.

Celotex Trust: Consultant to Representative of Future Claimants regarding estimation of asbestos liabilities.

Keene Asbestos Claimants Trust:  Expert of estimation of liabilities for asbestos personal injury claimants.

CNA: Expert for CNA Insurance on liabilities of an asbestos defendant insured by CNA.

H. K. Porter Inc. Asbestos Claimants Trust:  Consultant on estimation of present and future asbestos claims and claims distribution procedures.

In re: Celotex and Carey Canada:  Expert for Asbestos Claimants' Committee on estimation and treatment of asbestos personal injury claims.

Ahearn v. Fibreboard (mandatory class action):  Expert for CNA and Continental Insurance Companies regarding estimation of values of future asbestos personal injury claims and likely performan of the proosed Fibreboard Trust.

In re Bankruptcy of Dow Corning Corporation: Expert for Tort Claimants' Committee regarding estimation and treatment of breast implant and other medical implant claimants.

In re: Bankruptcy of Wallace and Gale Corporation:  Expert for Asbestos Claimants' Committee regarding estimation and treatment of asbestos personal injury claims.

In re: Bankruptcy of Fuller-Austin Insurance Company:  Expert for Asbestos Claimants' Committee regarding estimation and treatment of asbestos personal injury claims, negotitation of prepackaged bankruptyc plan and cash-flow analyses for proposed claimants' trust.

In re: Bankruptcy of Raytech Corporation: Expert for Asbestos Claimants' Committee regarding estimation and

Peterson

treatment of asbestos personal injury claims and for design of procedures to pay such claims.

In re: Bankruptcy of Raymark Corporation: Expert for Unsecured Claimants' Committee regarding estimation of liabilities for asbestos personal injury claims.

In re: The Babcock and Wilcox Company et. al.: Expert for Asbestos Claimants' Committee in bankruptcy proceedings regarding estimation and treatment of asbestos personal injury claims.

In re: Pittsburgh Corning Corporation: Expert for Official Committee of Unsecured Asbestos Creditors in bankruptcy proceedings regarding estimation and treatment of asbestos personal injury claims.

In re: Owens Corning, et. al.: Expert for Official Committee of Asbestos Claimants in bankruptcy proceedings regarding estimation and treatment of asbestos personal injury claims.

In re: Bankruptcy of Eagle-Picher Industries, Inc.: Expert for Injury Claimants Committee regarding estimation and treatment of present and future asbestos injury claims and design of Trust distribution procedures to pay asbestos and potential lead claims.

In re: Bankruptcy of National Gypsum Corporation: Expert for Asbestos Claimants Committee regarding estimation and treatment of present and future asbestos injury claims and design of Trust distribution procedures to pay asbestos personal injury claims.

In re: Bankruptcy of H. K. Porter Company, Inc.: Expert for Unsecured Creditors Committee regarding estimation and treatment of present and future asbestos injury claims.

In re: Bankruptcy of Hillsborough Holdings Corporation: Expert for Asbestos Claimants regarding estimation of values of present and projected future claims against Celotex Corporation at various points in time.

In re: Bankruptcy of Keene Corporation: Expert for Asbestos Claimants Committee regarding estimation of present a and future asbestos claims.

Manville Personal Injury Settlement Trust: Developed "expert system"--rules for evaluating asbestos personal injury claims derived from plaintiffs and defense lawyers.

In re: Bankruptcy of A. H. Robins Company, Inc.: Neutral expert for the U.S. Bankruptcy Court for Eastern District of Virginia. Developed "expert system," data bases and statistical analyses to evaluate claims for personal injuries from Dalkon Shield.

Jenkins v Raymark (Voluntary class action): Neutral expert for the U.S. District Court, Eastern District of Texas to evaluate asbestos personal injury claims.

Ohio Asbestos Litigation Plan: Neutral expert for the U.S. District Court, Northern District of Ohio to evaluate asbestos personal injury claims.

Peterson

        MGM Grand Hotel Fire Insurance Litigation: Expert for Frank B. Hall, Inc. to evaluate wrongful death and personal injury claims arising from MGM Grand Hotel fire.

**1969-1974**--Private Law practice in Los Angeles, California.

        Selective service practice, with some litigation and commercial practice (1970-1974).

        Tax, selective service, and trial practice, Margolis, McTernan, Smith, Scope and Herring (1970).

        Corporate and Tax practice, Kindel and Anderson (1969--1970).

**1965-1969**--Computer programming and systems analyst.

        Law firm case accounting and monitoring system, Hale and Dorr, Boston (1967-1969).

        American Oil Company, Minneapolis, Minnesota (1965-1966).

        International Business Machines, St. Paul, Minnesota (1965).

**OTHER PROFESSIONAL ACTIVITIES**
California Legislature, Joint Rules Committee, Sacramento--Consultant. Supervised three research projects on prisons, sentencing, and prison alternatives.

California Board of Prison Terms, Sacramento--Consultant. Developed computer system for reviewing disparity in felony sentencing.

National Jury Project--Attorney and researcher for jury selection in cases involving racial issues. Designed and analyzed public opinion surveys.
Los Angeles County District Attorney--Lecturer on methods for jury selection.

Los Angeles County Superior Court--Consultant. Examined effects of massive pretrial publicity on jurors' opinions and decisions.

Los Angeles County Superior Court; U.S. District Court--Appointed expert on eye witness identification.

**TEACHING**
Law School, University of California, Los Angeles--Visiting Professor. Advanced Torts: Mass Torts; Law and Social Sciences Seminar, Fall 1989.
RAND Graduate School--Policy Analysis of Legal Issues, Fall 1984.

Department of Psychology, University of California, Los Angeles---
Psychological Analyses of Legal Issues, Spring 1973, Spring 1975.

Law School, University of California, Los Angeles--Trial Tactics (with W.L.F. Felstiner), Spring 1974, Fall 1974, Spring 1975.

**PROFESSIONAL ORGANIZATIONS**
California Bar Association

American Bar Association

4

Peterson

**PUBLICATIONS**

"Compensating Permanent Workplace Injuries: A Study of the California System, RAND. 1998. Coauthored.

"Findings and Recommendations of California's Permanent Partial Disability System, RAND, 1998. Coauthored.

"Understanding Mass Personal Injury Litigation: A Socio-Legal Analysis," *Brooklyn Law Review*, Vol. 59, Fall 1993 (coauthored).

"Mass Justice: The Limited and Unlimited Power of Courts," *Law and Contemporary Problems*, Vol. 54, Summer 1991 (coauthored).

"Giving Away Money: Comparative Comments on Claims Facilities," *Law and Contemporary Problems*, Vol. 53, Autumn 1990.

*Resolution of Mass Torts: Toward a Framework for Evaluation of Aggregative Procedures*, RAND, N-2805-ICJ, 1988 (coauthored).

"Expert Systems for Legal Decisionmaking," in *Knowledge-Based Systems for Management Decisions*, Robert J. Mockler, Englewood Cliffs, NJ: Prentice Hall, 1988 (coauthored).

*Trends in Tort Litigation: The Story Behind the Statistics*, RAND, R-3583-ICJ, 1987 (coauthored).

*Punitive Damages: Empirical Findings*, RAND, R-3311-ICJ, 1987 (coauthored).

*Civil Juries in the 1980s: Trends in Jury Trials and Verdicts in California and Cook County Illinois*, RAND, R-3466-ICJ, 1987.

*Summary of Research Results: Trends and Patterns in Civil Jury Verdicts*, RAND, P-7222-ICJ, 1986.

"SAL: An Expert System for Evaluating Asbestos Claims," in *Proceedings of the Australian Artificial Intelligence Congress*, November 1986 (coauthored).

"Remarks on the Role of Juries in Cases Involving Medical Causation," in *Causation and Financial Compensation for Claims of Personal Injury from Toxic Chemical Exposure*, The Institute for Health Policy Analysis of the Georgetown University Medical Center and the Georgetown University Law Center, 1986.

*Deep Pockets, Empty Pockets: Who Wins in Cook County Courts*, RAND, R-3249-ICJ, 1985 (coauthored).

"An Expert System Approach to Evaluating Product Liability Cases," in *Computing Power and Legal Reasoning*, Charles Walter (ed.), St. Paul: West Publishing Co., 1985 (coauthored).

Peterson

*Evaluating Civil Claims: An Expert Systems Approach*, RAND, P-7073-ICJ, 1985; also in *Expert Systems: The International Journal of Knowledge Engineering*, Vol. 1, No. 1, 1984 (coauthored).

*Compensation of Injuries: Civil Jury Verdicts in Cook County*, RAND, R-3011-ICJ, 1984.

*New Tools for Reducing Civil Litigation Expenses*, RAND, R-3013-ICJ, 1983.

*Comparative Justice: Civil Jury Verdicts in San Francisco and Cook Counties, 1959-1980*, RAND, R-3006-ICJ, 1983 (coauthored).

*The Civil Jury: Trends in Trials and Verdicts, Cook County, Ill., 1960-1979*, RAND, R-2881-ICJ, 1982 (coauthored). Also in *Federation of Insurance Council Quarterly*, Summer 1982.

*The Pace of Litigation*, RAND, R-2922-ICJ, 1981 (coauthored).

*Models of Legal Decisionmaking*, RAND, R-2717-ICJ, 1981 (coauthored).

*Punitive Damages: Preliminary Empirical Findings*, RAND, N-2342-ICJ, 1985.

*Who Commits Crime: A Survey of Prison Inmates*, Oelgeschlager, Gunn and Hain, Cambridge, 1981 (coauthored).

*Survey of Prison and Jail Inmates: Background and Method*, RAND, N-1635-NIJ, 1982 (coauthored).

*California Justice Under Determinate Sentencing: A Review and Agenda for Research*, RAND, R-2497-CRB, 1980 (coauthored).

*Doing Crime: A Survey of California Prison Inmates*, RAND, R-2200-DOJ, 1980 (coauthored).

*Recommendations and Report of the Citizens' Advisory Committee on Alternatives to Incarceration*, California Legislature, Joint Rules Committee, 1980.

*Witnesses' Perception of Meaning*, RAND, P5975, 1977.

*Results of YLS Survey on Specialization/Relicensing*, RAND, P-5752, 1976.

"Specialization and Relicensing," *Barrister Magazine*, 1976.

"Right to Jury Trial in Public Employee Strikes," *Harvard Civil Rights-Civil Liberties Law Review*, 1969.

March 2001

6