MARK A. PETERSON, J.D., Ph.D.

**Deposition or Trial Testimony in the Past Four Years**

1. <u>Fuller Austin Insulation Co. v. Fireman's Fund Insurance Company, et. al.</u>
   Superior Court, Los Angeles, BC 116835 (deposition and trial testimony) (2003)

2. <u>In re: Bankruptcy of National Gypsum</u>
   U.S. Bankruptcy Court, Dallas (deposition and trial testimony) (2000)

3. <u>In re: Phen-Fen Diet Drugs Products Liability Litigation</u>
   (E.D. Pa.) (deposition and trial testimony)

4. <u>Lippe v. Bairnco Corp. et. al.</u>
   (S.D.N.Y.) (deposition only)

5. <u>Grace Asbestos Creditors Committee et. al. v. Sealed Air Corp. et al.</u>
   (D. Del.) (deposition only) (2002)

6. <u>Western MacArthur, et. al. v. General Accident Ins. Co., et. al.</u>
   (State Court, Alameda County, California) (deposition and trial testimony) (2002)

7. <u>B&W Asbestos Creditors Committee, et. al., v. BWICO, et. al.</u>
   (Bankr. E.D. La.) (deposition and trial testimony) (2001)

8. <u>In re Western MacArthur</u> (Bankruptcy Court Oakland California – deposition and trial) (2003)

9. <u>Armstrong v. CCR</u> (Bnkr. Del.)(deposition) (2003)

10. <u>In re Armstrong World Industries</u> (Bnkr. Del.)(confirmation hearing) (2003)

11. <u>In re Babcock & Wilcox Company</u> (Bnkr. E.D. La.)(deposition and trial) (2003)

12. <u>In re Oglebay Norton</u> (Bnkr. Del.)(trial – October 2004)

**Dated: October, 2004**