

**Attachment A**



# Robin Ann Cantor

**Robin Ann Cantor**
Director

**Navigant Consulting**
Navigant Consulting
1801 K Street NW
Suite 500
Washington, DC 20006
Tel: (202) 973-7203
Fax: (202) 973-2401

rcantor@navigantconsulting.com

**Education**

- Ph.D., Economics, Duke University, 1985
- B.S., Mathematics, Indiana University of Pennsylvania, 1978

**Professional Associations**

- Women's Council on Energy and the Environment
- Society for Risk Analysis
- American Economic Association

**Honors and Fellowships**

- Fellow, Society for Risk Analysis, 2002.
- President, Society for Risk Analysis, 2002.
- YWCA Tribute to Women Award for Business and Industry, 1990

Dr. Robin Cantor is a Director in the Financial & Insurance Claims Services practice in the Washington, DC office.

## Professional Experience

Dr. Cantor specializes in environmental and energy economics, statistics, risk management, and insurance claims analysis. In addition, she leads the Liability Estimation and Insurance Coverage Analysis practice, which helps companies and financial institutions better understand asbestos and other product liability exposures and insurance coverage issues. Prior to joining Navigant Consulting in 2004, she was a Principal and Managing Director of the Environmental and Insurance Claims Practice at LECG, LLC. Other positions she has held include Program Director for Decision, Risk, and Management Sciences, a research program of the National Science Foundation, and various research appointments at Oak Ridge National Laboratory. Dr. Cantor has a faculty appointment in the Graduate Part-time Program in Engineering of the Johns Hopkins University. She was the President of the Society for Risk Analysis in 2002, and from 2001-2003, she served as an appointed member of the Research Strategies Advisory Committee of the US Environmental Protection Agency's Science Advisory Board. Dr. Cantor has submitted analysis, testimony and affidavits in federal arbitration, regulatory and Congressional proceedings, and federal court. Dr. Cantor's publications include refereed journal articles, book chapters, expert reports, reports for federal sponsors, and a co-authored book on economic exchange under alternative institutional and resource conditions.





## PROFESSIONAL HISTORY

JOHNS HOPKINS UNIVERSITY, Part-time Program in Environmental Engineering and Science, 1996 - present
Lecturer, Graduate Part-Time Program in Environmental Engineering and Science

LECG, September 1996 – September 2004
Principal and Managing Director, May 1999 - September 2004
Senior Managing Economist, January 1999 – April 1999
Managing Economist, September 1996 – December 1998

U.S. ENVIRONMENTAL PROTECTION AGENCY, SCIENCE ADVISORY BOARD, RESEARCH STRATEGIES ADVISORY COMMITTEE
Member, October 2001 – November 2003.

NATIONAL SCIENCE FOUNDATION, Washington, D.C., 1992 - 1996
Program Director, Decision, Risk, and Management Science

NSF HUMAN DIMENSIONS OF GLOBAL CHANGE, 1992 - 1996
Coordinator
Coordinator for the Methods and Models for Integrated Assessment, and Team Leader for the Decision-Making and Valuation for Environmental Policy funding competitions.

OAK RIDGE NATIONAL LABORATORY
Project Manager, November 1990 - December 1991.
Technical Assistant, September 1989 - November 1990.
Assistant to the Associate Director for Advanced Energy Systems
Group Leader, June 1987 - July 1989.
Social Choice and Risk Analysis Group, Energy and Economic Analysis Section
Research Staff, October 1982 - June 1987.
Energy and Economic Analysis Section, Oak Ridge National Laboratory

HARVARD INSTITUTE FOR INTERNATIONAL DEVELOPMENT, July 1987.
Consultant, Indonesian Energy Project

NORTH CAROLINA CENTRAL UNIVERSITY, Durham, N. C., Spring 1982.
Visiting instructor





## JOURNALS AND BOOKS

1) "State of the Art and New Directions in Risk Assessment and Risk Management: Fundamental Issues of Measurement and Management" with Rae Zimmerman in *Risk Analysis and Society: An Interdisciplinary Characterization of the Field*, Timothy L. McDaniels and Mitchell J. Small, eds., Cambridge University Press, 2004.

2) "Introduction to the 2001 Best Paper Special Issue" in *Risk Analysis, An International Journal,* Vol 23, Number 6, pp 1209-1210, Blackwell Publishing, 2003.

3) "Risk, Stigma, and Property Values: What are People Afraid Of?" with Gregory D. Adams in *Risk, Media and Stigma*, J. Flynn, H. Kunreuther, and P. Slovic, eds. pp. 175-186, Earthscan Publications, Ltd., 2001.

4) *Markets, Distribution & Exchange After Societal Cataclysm* with Steve Rayner and Stuart Henry, Books for Business, December, 2000.

5) "Discussion Paper 2 on Net Environmental Benefits Assessment for Restoration Projects after Oil Spills, or Some Reflections on the Decision Process," in *Restoration of Lost Human Uses of the Environment,* Grayson Cecil, ed., SETAC Press, pp. 145-152, 1999.

6)"Economic Analysis" chapter editor with Gary Yohe in *Human Choice and Climate Change: An International Assessment*, S. Rayner and E.L. Malone, eds., Battelle Press, Vol. 3, Tools for Policy Analysis, pp. 1-93, 1998.

7)"Rethinking Risk Management in the Federal Government," *The Annals of the American Academy of Political and Social Science*, 545, special editors H. Kunreuther and P. Slovic, 135-143, May 1996.

8) *Estimating Externalities of Coal Fuel Cycles*, Russell Lee, ed., Report 3, Utility Data Institute, McGraw-Hill, Washington, DC, 1994.

9) "Changing Perceptions of Vulnerability," with Steve Rayner in *Industrial Ecology and Global Change*, R. Socolow, C. Andrews, F. Berkhout, and V. Thomas, eds., Cambridge University Press, 1994.

10) "Risk, Rationality, and Community: Psychology, Ethnography, and Transactions in the Risk Management Process," with Mark Schoepfle, *The Environmental Professional*, 15, special issue on *Communities at Risk: Communication and Choice of Environmental Hazards*, A. K. Wolfe and E. B. Liebow, eds., 293-303, 1993.

11) *Making Markets: An Interdisciplinary Perspective on Economic Exchange*, with Stuart Henry and Steve Rayner, Greenwood Press, Delaware, 1992.

12) "The Potential Role of Nuclear Power in Controlling $CO_2$ Emissions," with W. Fulkerson, John Jones, Jerry Delene, and Alfred M. Perry, in *Limiting the Greenhouse Effect: Options for Controlling Atmospheric $CO_2$ Accumulation*, G. I. Pearman, ed., John Wiley and Sons, 1992.





13) "Sources and Consequences of Hypothetical Bias in Economic Analysis of Risk Behavior," with Mark Schoepfle and Ellen Szarleta, in B. John Garrick and Willard C. Gekler, eds., *The Analysis, Communication, and Perception of Risk*, Plenum Press, New York, 1991.

14) "Applying Construction Lessons to Decommissioning Estimates," *The Energy Journal*, 12, special issue edited by M. J. Pasqualetti, 105-117, 1991.

15) "Biomass Energy: Exploring the Risks of Commercialization in the United States of America," with Colleen Rizy, *Bioresource Technology*, 35(1), 1-13, 1991.

16) "Beyond the Market: Recent Regulatory Responses to the Externalities of Energy Production," with Alan Krupnick and Colleen Rizy, in *Proceedings of the 1991 Conference of the National Association of Environmental Professionals*, pp. 51-61, 1991.

17) "Thinking the Unthinkable: Preparing for Global Disaster," with S. Rayner, in P. Ricci (ed.), *New Risk: Issues in Management*, Plenum Press, New York, 1990.

18) "Policies to Encourage Private Sector Responses to Potential Climate Change," with Don Jones, Paul Lieby, and Steve Rayner, in A. Finizza and J.P. Weyant, eds., *Energy Markets in the 1990s and Beyond*, IAEE, Washington, D.C., 1989.

19) "The Economics of Nuclear Power: Some New Evidence on Learning, Economies of Scale, and Cost Estimation," with Jim Hewlett, in *Resources and Energy*, 10, 315-335, 1988.

20) "Quand Le Risque Acceptable Est-it Socialement Justifié," with S. Rayner, in J-L Fabiani and J. Theys, eds., *La Societé Vulnerable*, Presses De L'École Normale Supérieure, Paris, 1987.

21) "The Role of Liability Preferences in Societal Technology Choices: Results of a Pilot Study," with S. Rayner and R. B. Braid, in L. Lave, ed., *Risk Assessment and Management*, Plenum Press, New York, 1987.

22) "How Fair is Safe Enough? The Cultural Approach to Societal Technology Choice," with S. Rayner, *Risk Analysis: An International Journal*, 7(1), 3-9, 1987.

23) "The Fairness Hypothesis and Managing the Risks of Societal Technology Choices," with S. Rayner, *ASME*, paper 86-WA/TS-5, December 1986.

24) "Regulatory Trends and Practices Related to Nuclear Reactor Decommissioning," in John P. Weyant and Dorothy B. Sheffield, eds., *The Energy Industries in Transition 1985 - 2000*, IAEE, Washington, D.C., 1984.





## REPORTS

1) "Analysis of the Estimated Production Cost Savings From Replacing the Dollar Note with the Dollar Coin," with Jessica B. Horewitz and Robert N. Yerman, final report of analysis submitted to Congressional Record, June 12, 2000.
2) Rebuttal Verified Statement with Gordon C. Rausser for CSX Corporation and CSX Transportation, Inc., Norfolk Southern Corp., and Norfolk Southern Railway Co., Control and Operating Leases/Agreements, Conrail Inc. and Consolidated Rail Corp., Railroad Control Application, Applicants' Rebuttal Vol. 2B of 3, December, 1997.
3) "Community Preferences and Superfund Responsibilities," prepared for the USEPA under Interagency Agreement 1824-B067-A1 with Oak Ridge National Laboratory, August 1993.
4) The U.S.-EC Fuel Cycle Study: Background Document to the Approach and Issues, with L. W. Barnthouse, D. Burtraw (Resources for the Future), G. F. Cada, C. E. Easterly, A. M. Freeman (Bowdoin College), W. Harrington (Resources for the Future), T.D. Jones, R. L. Kroodsma, A. J. Krupnick (Resources for the Future), R. Lee, H. Smith (DOE), A. Schaffhauser, and R. S. Turner, Oak Ridge National Laboratory, ORNL/M-2500, November, 1992.
5) "What are the Problems of Equity and Legitimacy Facing a Management Strategy for the Global Commons?" with Roger Kasperson in Steve Rayner, Wolfgang Naegeli, and Patricia Lund, Managing the Global Commons: Decision Making and Conflict Resolution in Response to Climate Change, Oak Ridge National Laboratory, ORNL/TM-11619, July, 1990.
6) Markets, Distribution, and Exchange after Societal Cataclysm, with S. Rayner and S. Henry, Oak Ridge National Laboratory, ORNL-6384, November 1989.
7) "Information," with G. G. Stevenson and P. J. Sullivan, Chapter 5 of A Compendium of Options for Government Policy to Encourage Private Sector Responses to Potential Climate Change, DOE/EH-0102, Report to Congress, October, 1989.
8) "Agriculture and Forestry," with W. Naegeli and A. F. Turhollow, Jr., Chapter 10 of A Compendium of Options for Government Policy to Encourage Private Sector Responses to Potential Climate Change, DOE/EH-0102, Report to Congress, October, 1989.
9) *Evaluation of Implementation, Enforcement and Compliance Issues of the Bonneville Model Conservation Standards Program*, Vol. I and II, with Steve Cohn, ORNL/CON-263, July 1989.
10) Gas Furnace Purchases: A Study of Consumer Decision Making and Conservation Investments, with David Trumble, ORNL/TM-10727, October 1988.
11) An Analysis of Nuclear Power Plant Construction Costs, with J. G. Hewlett and C. G. Rizy, DOE/EIA-0485, 1986.
12) Nuclear Reactor Decommissioning: A Review of the Regulatory Environments, ORNL/TM-9638, 1986.






13) Nuclear Power Options Viability Study, Vol. I, Executive Summary, with D. B. Trauger et al., ORNL/TM-9780/1, 1986.

14) Nuclear Power Options Viability Study, Vol III, Nuclear Discipline Topics, with D. B. Trauger et al., ORNL/TM-9780/3, 1986.

15) Clinch River Breeder Reactor: An Assessment of Need for Power and Regulatory Issues, with D. M. Hamblin et al., ORNL/TM-8892, September 1983.

## OTHER PUBLICATIONS

1) "Price Dispersion, the "Bogosian Short Cut," and Class Certification in Antitrust Cases" with James Nieberding, ABA Antitrust Law, *Economics Committee Newsletter,* 4 (1), pp. 5-9, Spring 2004.

2) "First World Congress on Risk "Risk and Governance" Conference Highlights," with Rae Zimmerman, *Risk Newsletter*, 23 (4), pp. 1-10, Fourth Quarter 2003.

3) "Risk Analysis in an Interconnected World," *RISK Newsletter,* 21 (3), pp. 1-3, Third Quarter 2001.

4) "Risk and Governance: An International Symposium," with Rae Zimmerman, *RISK Newsletter*, 21 (1), pp. 20-21, First Quarter 2001.

5) "Decision Analysis," contributing author to edited chapter, C.C. Jaeger, O. Renn, E.A. Rosa T. Webler, G. McDonell, and G. Sergen, eds., in *Human Choice and Climate Change: An International Social Science Assessment State of the Art Report*, S. Rayner and E.L. Malone, eds., Battelle Press, Vol. 3, pp.141-216, 1998.

6) Book review of Public Reactions to Nuclear Waste by Riley E. Dunlap, Michael E. Kraft, and Eugene A. Rosa, *Science*, 266, p. 145, Oct. 1994.

7) "News from Washington," *Human Dimensions Quarterly*, 1(2), 20-21, Fall 1994.

8) Book review of The Risk Professionals by Thomas M. Dietz and Robert W. Rycroft, *The Environmental Professional*, 11(4), 458-9, 1989.

9) "Decommissioning: The Next Chapter in the Nuclear Saga," in *FORUM*, 3(3), 105-106, invited letter to the Editor, 1988.

## SELECTED PRESENTATIONS

"Economic Appraisal of Ecological Assets" invited presentation for the US EPA Science Advisory as part of the series, "Science and the Human Side of Environmental Protection," Washington, DC, July 6, 2002,

"Scientists and Homeland Security—The Relevance of Risk Analysis" invited presentation to the Council of Scientific Society Presidents, Washington, DC, May 2002.

"NRD Rules and Economics," invited presentation to the Environmental and Admiralty Law Committees of the Association of the Bar of the City of New York, December 7, 2000.

"Revealed Preferences and Environmental Risks: Lessons Learned from Two Policy Debates," presented at the Annual Meetings of the Society For Risk Analysis, Phoenix, Arizona, December 8, 1998.

"Valuing Environmental Impacts: Lessons Learned from the Natural Resource Damage Debate," invited paper, Society of Environmental Toxicology and Chemistry, 19th Annual Meeting, November 19, 1998.

"How Will Climate Change Affect Economics and Politics?" Invited panel speaker for Policy and Politics of Climate Change, ABA Section of Natural Resources, Energy, and Environmental Law Fall Meeting, October 8, 1998.

"Natural Resource Damage Rules: A Search for the Path of Least Resistance in Value Disputes?" George Washington University Seminar Series on Environmental Values and Strategies, September 1997.

"Rethinking the Science of Risk Management: Changing paradigms of the process and function," Operations and Information Management Department Workshop, Wharton School of the University of Pennsylvania, November 1995.

"Interdisciplinary Perspectives on Experimental Methods," presented with Hal Arkes at the 1995 Meetings of the American Economic Association, January 1995.

"Risk Management: Four different views," invited presentation to the Conservation of Great Plains Ecosystems Symposium, April 1993.

"Human Dimensions of Global Change: A white paper on the USGCRP research programs," presented to the National Academy of Sciences Board on Global Change, November 1993.

"Changing Perceptions of Vulnerability," invited paper presented with Steve Rayner at the NCAR/UCAR Summer Institute on Industrial Ecology and Global Change, July 17-31, 1992.

"Should Economic Considerations Limit the Conservatism of Risk Assessment?" invited paper presented at the Workshop of the International Society of Regulatory Toxicology and Pharmacology on Risk Assessment and OMB's Report on its Application in Regulatory Agencies, Washington, D.C., June 11, 1991.

"Beyond the Market: Recent Regulatory Responses to the Externalities of Energy Production," presented at the Annual Meetings of the National Association of Environmental Professionals, Baltimore, MD, April 30, 1991.





"Understanding Community Preferences at Superfund Sites," presented at the National Meeting of EPA Community Relations Coordinators, Chicago, Illinois, April 4-6, 1990.

"Methodological Myths and Modeling Markets: A Common Framework for Analyzing Exchange," presented at the Second Annual International Conference on Socio-Economics, Washington, D.C., March 1990.

"Sources and Consequences of Hypothetical Bias in Economic Analyses of Risk Behavior," with G. M. Schoepfle and E. J. Szarleta, presented at the 1989 Meetings of Society for Risk Analysis, October 1989.

"Policies to Encourage Private Sector Responses to Potential Climate Change," with Don Jones, Paul Lieby, and Steve Rayner, presented at the 1989 Meetings of International Association of Energy Economists, October 1989.

"The Experimental Approach in Public Policy Analysis: Precepts and Possibilities," with Ellen J. Szarleta, presented at the Public Choice Society and Economic Science Association Annual Meetings, Orlando, Florida, March 17-19, 1989.

"Global Disaster Management: Developing Principles for Research," with Steve Rayner, presented at the 1988 Meetings of the Association for Public Policy Analysis and Management, October 1988.

"Implementation and Enforcement Issues from Early Adopter Experience," meeting of the Regional Evaluation Network, Northwest Power Planning Council, Portland, Oregon, June 1988.

"Using Information from Toxic-Tort Litigation to Value the Health and Safety Consequences of Regulatory Decisions," Public Policy Workshop, the Department of Economics and Waste Management Research and Education Institute, University of Tennessee, Knoxville, February, 1988.

"Valuing Safety and Health Effects in Regulatory Decisions: A Revealed-Preference Approach," with R. Bishop Jr., presented at the 1987 Annual Meeting of the Society for Risk Analysis, November 3, 1987.

"Government Intervention and Technology Prices: The CANDU Example," invited paper presented at the WATTEC Conference, February 19, 1987, Knoxville, Tennessee.

"Fairness Hypothesis and Managing the Risks of Societal Technology Choices," with S. Rayner, presented at the 1986 Winter Annual Meeting of the American Society of Mechanical Engineers, Anaheim, California, December 10-12, 1986.

"A Retrospective Analysis of Technological Risk: The Case of Nuclear Power," invited paper presented in the Center of Resource and Environmental Policy Workshop Series, Vanderbilt University, Nashville, Tennessee, December 4, 1986.





"Evaluation of a Large-Scale Charcoal Project in Madagascar: Attacking the Deforestation Problem from the Supply Side," with Carl Petrich and Jean-Roger Mercier, presented at the 1986 IAEE North American Conference, Cambridge, Massachusetts, November 19-21, 1986.

"Tools for the Job: Choosing Appropriate Strategies for Risk Management," with S. Rayner, presented at the 1986 Annual Meeting of the Society for Risk Analysis, Boston, Massachusetts, November 9-12, 1986.

"Thinking the Unthinkable: Preparing for Global Disaster," with S. Rayner, presented at the 1986 Annual Meeting of the Society for Risk Analysis, Boston, Massachusetts, November 9-12, 1986.

"The Role of Liability Preferences in Societal Technology Choices: Results of a Pilot Study, with S. Rayner and B. Braid, presented at the 1985 Annual Meetings of Society for Risk Analysis, Washington, D.C., October 8, 1985.

## CONFERENCE PARTICIPATION

Session Chair, "Challenges Facing Industrial Countries," with key-note speeches by Philippe Busquin, EU Commissioner for Research, and Dr. John Graham, Administrator of the US Office of Information and Regulatory Affairs, Inaugural Conference of the International Risk Governance Council, Geneva, Switzerland, June 29, 2004.

Co-Chair, "First World Congress on Risk," Brussels, Belgium, June 2003.

Chair of the Organizing Committee, 2001 Annual Meetings for the Society for Risk Analysis.

Member of the Organizing Committee, Risk and Governance Symposium, Society for Risk Analysis, June 2000.

Organizing Committee Member for the 1996, 1997, 1998, and 2002 Annual Meetings of the Society for Risk Analysis.

Panelist for Net Environmental Benefits Assessment for Restoration Projects after Oil Spills, Conference on Restoration for Lost Human Uses of the Environment, Washington, DC, May 1997.

Session Organizer and Chair for Cost Benefit Analysis and Risk Assessment at the 1996 Annual Meeting of the Society for Risk Analysis.

Panelist for Challenges in Risk Assessment and Risk Management sponsored by The Annenberg Public Policy Center of the University of Pennsylvania at the National Press Club, Washington, DC, May 16, 1996.





Panelist for Media and Risk in a Democracy: Who Decides What Hazards Are Acceptable? At the 1995 Annual convention of the Association for Education in Journalism and Mass Communication.

Session Organizer and Co-Chair for Experimental Methods: Insights from Economics and Psychology at the 1995 Meetings of the American Economic Association.

US Organizer for the Third Japan-US Workshop on Global Change Modeling and Assessment: Improving Methodologies and Strategies, Hawaii, October 1994.

Cluster Organizer for three sessions on Competitiveness at the Fall Meeting of the Operations Research Society of America/ The Institute of Management Sciences, 1994.

Roundtable Panelist for Risk Communication Research: Defining Practitioner Needs at the 1994 Meetings of the Society for Risk Analysis.

Workshop Organizer for Organizational Transformation and Quality Systems, National Science Foundation, 1993.

Session Chair and Organizer for the NSF/Private Sector Research Initiative Projects at the 1992 Meetings of the Society for Risk Analysis.

Roundtable Panelist for the EPA Session on Risk Communication at the 1990 Meetings of the Society for Risk Analysis.

Session Chair and Organizer for the Computer Assisted Market Institutions Session at the Advanced Computing for the Social Sciences Conference, April 1990.

Discussant for the Issues in LDC Public Finance Session at the 1988 Meetings of the American Economic Association.

Session Chair and Organizer for Social Science Innovations in Risk-Analysis Methods, Special Session at the 1988 Meetings of the Society for Risk Analysis.

## PROFESSIONAL ACTIVITIES

Board Member, Women's Council on Energy and the Environment, 2004

Special Interest Group Co-Coordinator, Women's Council on Energy and the Environment, 2004

Member, Advisory Group for the Joint Global Change Research Institute, a collaboration between Pacific Northwest National Laboratory and the University of Maryland, 2004

Member, Planning Committee for a study to evaluate the US National Assessment of the Potential Consequences of Climate Variability and Change, coordinated through Carnegie Mellon University, 2004





Neutral technical panelist working with Arbitrator Anthony Sinicropi on negotiation issues related to the pilots' compensation contract. Retained by USAirways and the Air Line Pilots Association (ALPA), 2001 and 2002.

President, Society for Risk Analysis, 2002.

President-Elect, Society for Risk Analysis, 2001.

Advisory Board Member, Johns Hopkins University Graduate Part-Time Program in Environmental Engineering and Science.

Editorial Board, *Journal of Risk Analysis*, 1997 - present.

Editorial Board, *Journal of Risk Research*, 1997 - 2005.

Associate Editor, *Journal of Risk Research*, 2005 – present.

Planning Committee Member, Carnegie Council on Ethics and International Affairs Long Term Study of Culture, Social Welfare, and Environmental Values in the US, China, India, and Japan, initiated January 1997.

Councilor, Society for Risk Analysis, 1996-1999.

Vice-Chair, US Global Change Research Program working group on Assessment Tools and Policy Sciences, 1994-1996.

US Federal Reviewer for the Intergovernmental Panel on Climate Change working group III 1995 Report on Socioeconomics.

NSF Principal for the Committee on the Environment and Natural Resources' Subcommittee on Risk Assessment, 1993-1996. I also served as the liaison between the Subcommittee on Risk Assessment and the Subcommittee on Social and Economic Sciences.

Advisory panel member for Environmental Ethics and Risk Management, National Academy of Public Administration and George Washington University, 1993-4.

Science Advisory Board member for Consortium for International Earth Science Information Network, 1993.

Review Panel member for Economics and the Value of Information, NOAA, 1993.

NSF technical representative to the FCCSET Ad Hoc Working Group on Risk Assessment and member of its Subcommittee on Risk Assessment, 1992-3.

NSF representative to Working Party of the FCCSET Subcommittee for Global Change Research on Assessment, 1992-3.

Membership in professional societies: American Economic Association, Committee on the Status of Women in the Economics Profession, and Society for Risk Analysis.





Affirmative Action Representative for the Energy Division, Oak Ridge National Laboratory 1984-89, AA Rep for the Central Management Organization of ORNL, October 1989 to November 1990.

Board of Directors, Vice President (1987-88), President (1988-89), Matrix Organization, The Business Center for Women and Minorities, Knoxville, Tennessee.

Referee for: *The Energy Journal, Climate Change, Contemporary Economic* Policy, *Growth and Change, Ecological Applications, Risk Analysis*, Duke University Press, Princeton University Press, *J. of Environmental Economics and Management, Resources and Energy, The Environmental Professional, Journal of Risk Research*, National Science Foundation, National Oceanic and Atmospheric Administration, *FORUM*, U.S. Environmental Protection Agency.

**AWARDS and SCHOLARSHIPS**

Fellow, Society for Risk Analysis, 2002.

Society for Risk Analysis, Outstanding Service Award, 1999

NSF Director's Award for Superior Accomplishment, 1996

NSF Special Act Award, 1995

NSF Director's Award for Program Officer Excellence, 1994

Oak Ridge National Laboratory Significant R&D Accomplishment Award, 1993

YWCA Tribute to Women Award for Business and Industry, 1990

Martin Marietta Special Achievement Award, 1990

Martin Marietta Special Achievement Award, 1989

Martin Marietta Energy Systems Significant Event Award, 1988

C. B. Hoover Scholar, 1980 - 1981

Mellon Fellowship, 1978 – 1981

**EXPERT TESTIMONY AND RELATED**

**Conrail Acquisition Proceeding**
Norfolk Southern Corporation
- Rebuttal Verified Statement (December, 1997)





**Armstrong World Industries v. Aetna et al.**
Budd, Larner, Gross, Rosenbaum, Greenberg & Sade (Responding Parties)
- Report (with Gordon Rausser, February, 1998)

**C.E. Thurston & Sons, Inc., *v.* Liberty Mutual Insurance Company**
Dinsmore & Shohl (Responding Party)
- Report (May, 1999)
- Report Addendum (May, 1999)
- Deposition (May, 1999)
- Hearing Testimony (June, 1999)

**Browing-Ferris Industries LTD., Waste Management Inc., Canadian Waste Services Holdings Inc. and Allied Waste Industries, Inc.**
Canadian Competition Commission (Applicant)
- Affidavit (October 1999)

**William E. Haik, MD *v.* Columbia/HCA Healthcare**
McGuireWoods (Defendant)
- Affidavit (March, 2000)

**House Appropriations Subcommittee on Treasury, Postal Service, and General Government**
Statement of Jim C. Miller III on behalf of Save the Greenback (April 11, 2000).
LECG retained by Kirkland & Ellis on behalf of Crane Paper Company.
- Preliminary Analysis of the Productions Cost Savings from Replacing the Dollar Note with the Dollar Coin, with Jessica Horewitz and Robert Yerman (submitted to Congressional Hearing Record).

**In re Linerboard Antitrust Litigation**
Spector, Roseman & Kodroff (Class Plaintiffs)
- Affidavit (January, 2001)
- Deposition (February, 2001)
- Cited favorably by the U.S. Court of Appeals for the Third Circuit (*In re Linerboard Antitrust Litigation*, 3d Cir., No. 01-4535, 9/5/02; *Winoff Industries, Inc. v. Stone Container Corp.*, 3d Cir., No. 01-4535, 9/5/02; *General Refractories Co. v. Stone Container Corp.*, 3d Cir., No. 01-4535, 9/5/02).





**Miami-Dade County Florida *v.* United Stated of America**
The Rotbert Law Group, LLC (Plaintiff)

- Supplemental and Rebuttal Report (July 1, 2003)
- Deposition (July 17-18, 2003)
- Deposition (November 14, 2003)
- Trial Testimony (December 17, 2003)

**Federal Trade Commission v. Perrigo Company and Alpharma Inc.**
Morgan Lewis (Defendant)

- White Paper on economic issues associated with horizontal agreement (2004)

**In re Federal-Mogul Global, Inc. et al. Debtors**
Weil, Gotshal & Manges LLP (Official Committee of the Asbestos Property Damage Claimants)

- Affidavit (October, 2004)
- Expert Report (November 30, 2004)
- Deposition (December 2, 2004)
- Affidavit (January, 2005)

**Congoleum v. Ace American Insurance Co., et al.**
Dughi, Hewit, Palatucci, P.C. (Plaintiff)

- Expert Report (January, 2005)
- Supplemental Expert Report (March, 2005)