## ATTACHMENT B
## MATERIALS CONSIDERED

Andrew Churg and Francis H. Y. Green, Neoplastic Asbestos-Induced Disease, in Pathology of Occupational Lung Disease (2 ed. 1998).

The claims data file "Federal-Mogul Consolidated Claims 02-06-03.mdb" delivered to NCI by messenger from Adam Strochak of Weil, Gotshal & Manges LLP on October 26, 2004; and an additional database of 4,498 records transmitted to NCI staff on November 24, 2004 by Kristen Schweninger of Federal-Mogul.

CMIC Position Paper on Need for Tort Reform in Medical Malpractice Cases, February 2003, http:/www.cmic.biz/legislative/legislative.stm

Edward A. Gaensler et al., Idiopathic Pulmonary Fibrosis in Asbestos Exposed Workers, 144 Am. Rev. Resp. Dis. 689, (1991).

Federal-Mogul Corporation, Annual Report Pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 (Form 10-K) for the fiscal year ended December 31, 2000.

Dr. Francine F. Rabinovitz, "Estimated Number and Value of Pending and Future Asbestos Personal Injury Claims Against Owens Corning Corporation." October 15, 2004.

Frederick C. Dunbar et al., Estimating Future Claims: Case Studies from Mass Tort and Product Liability, Andrews Professional Books, 1996.

Geoffrey Tweedale, *Magic Mineral to Killer Dust, Turner & Newall and the Asbestos Hazard*, Oxford University Press, 2000.

In re: Federal-Mogul Global Inc., T&N Limited, *et al.*, Disclosure Statement Describing Third Amended Joint Plan of Reorganization (Nos. 01-10578) (Bankr. Del.) (2004).

KPMG Peat Marwick Policy Economics Groups, Estimation of Company Liability Personal Injury, Vol. 1.

Manville Trust e-Extract Version 1.0 database as of December 31, 2003.

Mark A. Peterson, Armstrong World Industries, Inc. Projected Liabilities for Asbestos Personal Injury Cliams As of December 2000, In re Armstrong World Industries, Inc., et al. (No. 00-4471) (Bankr. Del.) (2003).

Mark A. Peterson, Owens Corning and Fibreboard Projected Liabilities for Asbestos Personal Injury Claims As of October 2000, In re: Owens Corning, et al (No. 00-03837) (Bankr. Del.) (2004).

Mark A. Peterson, Report for the National Gypsum Trust on Number of Projected Future Asbestos Personal Injury Claims, September 5, 1997.

Mark Peterson, Syman Sarma, and Michael Shanley, *Punitive Damages, Empirical Findings*, RAND Institute for Civil Justice, R-331-ICJ 1987.

Memorandum to file from Elihu Inselbuch, Nathan D. Finch and Rita C. Tobin regarding Federal Mogul Asbestos Liabilities (October 25, 2002).

Memorandum from Mark Peterson to Elihu Inselbuch and Julie Davis (February 19, 2004).

Memorandum from Mark Peterson to Elihu Inselbuch and Julie Davis regarding Turner & Newall Liabilities for U.K. and U.S. Claims (March 2, 2004).

Period Life Tables in 2004 OASDI Trustees Report (March 23, 2004).

List of Limpet product use sites found online at http://www.fmoclaims.com/LLA.html.

Regulation Magazine, "Private Antitrust Enforcement: Compensation, Deterrence, or Extortion." Volume 13, Number 3, Fall 1990.

Stephen Carroll *et al.*, Asbestos Litigation Costs and Compensation: An Interim Report (2002).

U.S. Department of Commerce, Bureau of the Census, 1967 Census of Construction Industries, Special Reports 1B and 26.

U.S. Department of Commerce, Bureau of Economic Analysis historical Gross Domestic Product by Industry tables, found online at (www.bea.gov).

U.S. Department of Labor, Bureau of Labor Statistics historical Current Employment Surveys, found online at www.bls.gov.

White, Michelle, "Asbestos Litigation: Procedural Innovations and Forum-Shopping," February 2005, NBER working paper.

William J. Nicholson, George Perkel and Irving Selikoff, "Occupational Exposure to Asbestos: Population at Risk and Projected Mortality -- 1980-2030," American Journal of Industrial Medicine 259, 1982.

"UK Asbestos – The Definitive Guide"
www.actuaries.org.uk/filed/pdf/proceedings/giro2004/Lowe.pdf

36 Fed. Reg. 10466 (1971)

36 Fed. Reg. 23207 (1971)

B-3

48 Fed. Reg. 51086 (1983)

48 Fed. Reg. 51089 (1994)

59 Fed. Reg. 40964 (1994)

1983 OSHA Regulations

1986 OSHA Regulations

2004 10K American Standard Company

2004 10K Crane Company

2004 10K Crown Cork and Seal

2004 10K Georgia-Pacific Corp.

2004 10K Goodyear Tire & Rubber Co.