UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

```
-----------------------------------------------------x
                                              :
In re                                         :        Chapter 11
                                              :
FEDERAL-MOGUL GLOBAL, INC., et al. :                   Jointly Administered
T&N LIMITED, et al.,                          :
                            Debtors.          :
-----------------------------------------------------x
                                              :
THE OFFICIAL COMMITTEE OF                     :
ASBESTOS CLAIMANANTS and                      :
ERIC D. GREEN, as the                         :
LEGAL REPRESENTATIVE FOR                      :
FUTURE ASBESTOS CLAIMAINTS,                   :
                                              :
            Plaintiffs,                       :
                                              :
v.                                            :        Case No. 05-00059 (JHR)
                                              :
ASBESTOS PROPERTY                             :
DAMAGE COMMITTEE,                             :
                                              :
            Defendant.                        :
-----------------------------------------------------x
```

## ORDER MODIFYING THE RETENTION AND EMPLOYMENT OF NAVIGANT CONSULTING, INC. AS ASBESTOS CLAIMS CONSULTANTS FOR THE OFFICIAL COMMITTEE OF ASBESTOS PROPERTY DAMAGE CLAIMANTS

Upon the application dated April 20, 2005 (the "Application") of the

Official Committee of Asbestos Property Damage Claimants (the "Property Damage

Committee"), pursuant to sections 327(a) and 328(a) of title 11 of the United States Code

(the "Bankruptcy Code"), seeking to modify the order approving the retention and

employment of Navigant Consulting, Inc. ("Navigant") as its as asbestos claims

consultants, as is more fully set forth in the Application; and due notice of the

2

Application having been provided; and upon the Application and all the proceedings had

before the Court; and after due deliberation and sufficient cause appearing therefore, it is

ORDERED that the Application is GRANTED; and it is further

ORDERED that the Fee Cap for Navigant Consulting with respect to work performed for

the estimation hearing is lifted.

Dated: _____, 2005


_____
The Honorable Joseph H. Rodriguez
United States District Court Judge