UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------x
                                                   :
In re                                              :   Chapter 11
                                                   :
FEDERAL-MOGUL GLOBAL, INC., et al. :   Jointly Administered
T&N LIMITED, et al.,                               :
                        Debtors.                   :
---------------------------------------------------x
                                                   :
THE OFFICIAL COMMITTEE OF                          :
ASBESTOS CLAIMANANTS and                           :
ERIC D. GREEN, as the                              :
LEGAL REPRESENTATIVE FOR                           :
FUTURE ASBESTOS CLAIMAINTS,                        :
                                                   :
            Plaintiffs,                            :
                                                   :
v.                                                 :   Case No. 05-00059 (JHR)
                                                   :
ASBESTOS PROPERTY                                  :
DAMAGE COMMITTEE,                                  :   **Objection Deadline: May 4, 2005 at 4:30 p.m.**
                                                   :   **Hearing Date: To be determined.**
            Defendant.                             :
                                                   :
---------------------------------------------------x

**CERTIFICATION OF NO OBJECTION
REGARDING DOCKET NO. 21**

The undersigned hereby certifies that he has received no answer, objection or any other responsive pleading to the Application to Modify the Order Pursuant to 11 U.S.C. §§ 327(a) and 328(a) Approving the Retention and Employment of Navigant Consulting, Inc. as Asbestos Claims Consultants for the Official Committee of Asbestos Property Damage Claimants, Nunc Pro Tunc to October 26, 2004 [Docket No. 21] (the "Application"). The undersigned further certifies that the Court's docket in this case reflects that no answer, objection or other responsive pleading to the Application has been filed. Pursuant to the Notice of Application, objections to the Application were to be filed and served no later than May 4, 2005.

It is hereby respectfully requested that the proposed form of order, attached hereto as Exhibit A, be entered at the earliest convenience of the Court.

Dated: May 5, 2005                    FERRY, JOSEPH & PEARCE, P.A.

/s/ Theodore J. Tacconelli
Theodore J. Tacconelli (No. 2678)
Rick S. Miller (No. 3418)
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899
Tel:   (302) 575-1555
Fax:   (302) 575-1714

-and-

Martin J. Bienenstock, Esquire
Michael P. Kessler, Esquire
Adam P. Strochak, Esquire
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153
Tel:   (212) 310-8000
Fax:   (212) 310-8007

Co-Counsel to the Official Committee of Asbestos Property Damage Claimants

# EXHIBIT A

Case 1:05-cv-00059-JHR    Document 29-6    Filed 05/05/2005    Page 3 of 5

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

----------------------------------------------------------x
                                                          :
In re                                                     :    Chapter 11
                                                          :
FEDERAL-MOGUL GLOBAL, INC., et al. :    Jointly Administered
T&N LIMITED, et al.,                                      :
       Debtors.        :
----------------------------------------------------------x
                                                          :
THE OFFICIAL COMMITTEE OF                                 :
ASBESTOS CLAIMANANTS and                                  :
ERIC D. GREEN, as the                                     :
LEGAL REPRESENTATIVE FOR                                  :
FUTURE ASBESTOS CLAIMAINTS,                               :
                                                          :
      Plaintiffs,           :
                                                          :
v.                                                        :    Case No. 05-00059 (JHR)
                                                          :
ASBESTOS PROPERTY                                         :
DAMAGE COMMITTEE,                                         :
                                                          :
      Defendant.            :
----------------------------------------------------------x

**ORDER MODIFYING THE RETENTION AND EMPLOYMENT
OF NAVIGANT CONSULTING, INC. AS ASBESTOS CLAIMS
CONSULTANTS FOR THE OFFICIAL COMMITTEE
OF ASBESTOS PROPERTY DAMAGE CLAIMANTS**

Upon the application dated April 20, 2005 (the "Application") of the Official Committee of Asbestos Property Damage Claimants (the "Property Damage Committee"), pursuant to sections 327(a) and 328(a) of title 11 of the United States Code (the "Bankruptcy Code"), seeking to modify the order approving the retention and employment of Navigant Consulting, Inc. ("Navigant") as its as asbestos claims consultants, as is more fully set forth in the Application; and due notice of the

2

Application having been provided; and upon the Application and all the proceedings had before the Court; and after due deliberation and sufficient cause appearing therefore, it is

ORDERED that the Application is GRANTED; and it is further

ORDERED that the Fee Cap for Navigant Consulting with respect to work performed for the estimation hearing is lifted.

Dated: _____, 2005

_____
The Honorable Joseph H. Rodriguez
United States District Court Judge