IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------x
:
In re: :   Bankruptcy No. 01-10578 (RTL)
:
FEDERAL-MOGUL GLOBAL, INC., et al. :
T&N LIMITED, et al., :
                       Debtors. :
------------------------------------------------------------x
:
THE OFFICIAL COMMITTEE OF :
ASBESTOS CLAIMANANTS and :
ERIC D. GREEN, as the :
LEGAL REPRESENTATIVE FOR :
FUTURE ASBESTOS CLAIMAINTS, :
:
                       Plaintiffs, :
:
v. :   Civil Action No. 05-59 (JHR)
:
ASBESTOS PROPERTY :
DAMAGE COMMITTEE, :
:
                       Defendant. :
:
------------------------------------------------------------x

## NOTICE OF DEPOSITION UPON ORAL EXAMINATION

Please take notice that the Official Committee of Asbestos Property Damage Claimants, pursuant to Federal Rule of Bankruptcy Procedure 7030 will take the oral deposition of Barbara Dohmann, Q.C., Blackstone House, Temple, London, EC4Y 9BW, U.K., at the law office of Caplin & Drysdale, One Thomas Circle NW, Washington D.C., beginning on *May 12, 2005 at 9:30 a.m.*, or at some other location and date as mutually agreed upon.

The deposition will be recorded stenographically by an officer duly authorized to administer the oath and will continue day-to-day until completed. You are invited to attend and cross-examine the witness.

Dated: May 11, 2005

Respectfully Submitted,

FERRY, JOSEPH & PEARCE, P.A.

/s/ Theodore J. Tacconelli
Theodore J. Tacconelli (No. 2678)
Rick S. Miller (No. 3418)
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899
(302) 575-1555

LOCAL COUNSEL TO THE OFFICIAL
COMMITTEE OF ASBESTOS
PROPERTY DAMAGE CLAIMANTS

WEIL, GOTSHAL & MANGES LLP
Martin J. Bienenstock
Michael P. Kessler
Adam P. Strochak
767 Fifth Avenue
New York, NY 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

ATTORNEYS FOR THE OFFICIAL
COMMITTEE OF ASBESTOS
PROPERTY DAMAGE CLAIMANTS