## CERTIFICATE OF SERVICE

I hereby certify that on **May 13, 2005,** I electronically filed a true and correct copy of

**Rebuttal Report of Loreto T. Tersigni, CPA, CFE,** with the Clerk of the Court using

CM/ECF, which will send notification that such filing is available for viewing and downloading

to the following counsel of record:

Ian Connor Bifferato, Esq.
Bifferato, Bifferato & Gentilotti
1308 Delaware Avenue
P.O. Box 2165
Wilmington, DE 19899-2165

John S. Spadaro, Esq.
Murphy Spadro & Landon
1011 Centre Road, Suite 210
Wilmington, DE 19805

Marla R. Eskin, Esq.
Campbell & Levine, LLC
800 N. King Street, Suite 300
Wilmington, DE 19801

James O'Neill, Esq.
Pachulski, Stang, Ziehl, Young & Jones
919 N. Market Street, Suite 1600
Wilmington, DE 19801

Theodore J. Tacconelli, Esq.
Ferry, Joseph & Pearce, P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899

I further certify that on **May 13, 2005,** I caused the **Rebuttal Report of Loreto T.**

**Tersigni, CPA, CFE, dated May 13, 2005** to be served by hand-delivery and email on the

following counsel of record:

BY EMAIL AND HAND DELIVERY:

> Marla R. Eskin, Esq. (local counsel)
> Kathleen Campbell, Esq.
> Campbell & Levine, LLC
> 800 N. King Street, Suite 300
> Wilmington, DE 19801
> (Counsel to the ACC)
> meskin@del.camlev.com
> kcampbell@camlev.com

> Theodore J. Tacconelli, Esq. (local counsel)
> Ferry,  Joseph & Pearce,  P.A.
> 824 Market Street, Suite 904
> P.O. Box 1351
> Wilmington, DE 19899
> ttacconelli@ferryjoseph.com

> John S. Spadaro, Esq. (local counsel)
> Murphy Spadro & Landon
> 1011 Centre Road, Suite 210
> Wilmington, DE  19805
> (Counsel for LMI)
> jspadaro@msllaw.com

> Laura Davis Jones, Esq. (local counsel)
> James O'Neill, Esq.
> Pachulski, Stang, Ziehl, Young & Jones
> 919 N. Market Street, Suite 1600
> Wilmington, DE 19801
> (Counsel to the Debtors)
> ljones@pszyj.com
> joneill@pszyjw.com

> Christopher S. Sontchi, Esq. (local counsel)
> Ashby & Geddes
> 222 Delaware Avenue, 17th Floor
> P.O. Box 1150
> Wilmington, DE 19899-1150
> (Counsel to the U.K. Administrators)
> csontchi@ashby-geddes.com

David B. Stratton, Esq. (local counsel)
Pepper Hamilton LLP
1313 Market Street, Hercules Plaza, Suite 5100
PO Box 1709
Wilmington, DE 19899-1709
(Counsel to the T&N Pension Trustee)
strattond@pepperlaw.com

Charlene D. Davis, Esq. (local counsel)
The Bayard Firm
222 Delaware Avenue, Suite 900
Wilmington, DE 19801
(Counsel to the Committee)
cdavis@bayardfirm.com

Ian Connor Bifferato, Esq. (local counsel)
Bifferato, Bifferato & Gentilotti
1308 Delaware Avenue
P.O. Box 2165
Wilmington, DE 19899-2165
(Counsel to the Equity Committee)
icb@bbglaw.com

Mark D. Collins, Esq. (local counsel)
Richards Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19801
(Counsel to the Lenders)
Collins@RLF.com

Richard Schepacarter, Esq. (local counsel)
Office of the United States Trustee
844 King Street, Suite 2313
Wilmington, DE 19801
richard.schepacarter@usdoj.gov

59066.1001

I further certify that on **May 13, 2005,** I served the **Rebuttal Report of Loreto T.**

**Tersigni, CPA, CFE, dated May 13, 2005** on the following non-registered participants in the

manner indicated below:

BY EMAIL AND FEDERAL EXPRESS:

> Elihu Inselbuch, Esq.
> Caplin & Drysdale, Chartered
> 399 Park Avenue
> New York, NY 10022
> (Counsel to the ACC)
> ei@capdale.com

> Peter Van L. Lockwood, Esq.
> Nathan D. Finch, Esq.
> Danielle K. Graham, Esq.
> Caplin & Drysdale, Chartered
> 1 Thomas Circle NW
> Washington, DC 20005
> (Counsel to the ACC)
> pvnl@capdale.com
> NDF@Capdale.com
> DKG@Capdale.com

> Martin J. Bienenstock, Esq.
> Weil, Gotshal & Manges, LLP
> 767 Fifth Avenue
> New York, NY 10153
> (Counsel to the PD Committee)
> martin.bienenstock@weil.com

> Adam P. Strochak, Esq.
> Weil, Gotshal & Manges, LLP
> 1501 K Street, NW
> Suite 100
> Washington, DC 20005
> (Counsel to the PD Committee)
> adam.strochak@weil.com

> Thomas J. Quinn, Esq.
> Mendes & Mount, LLP
> 750 Seventh Avenue
> New York, NY 10019
> (Counsel for LMI)
> thomas.quinn@mendes.com

Russell W. Roten, Esq.
Coudert Brothers LLP
333 South Hope Street, 23rd Floor
Los Angeles, CA  90071
(Counsel for LMI)
rroten@coudert.com

Kevin Lantry, Esq.
Sidley Austin Brown & Wood
555 West Fifth Street, 40th Floor
Los Angeles, CA 90013
(Counsel to the Debtors)
klantry@sidley.com

James F. Conlan, Esq.
Sidley Austin Brown & Wood
One Bank One Plaza
10 South Dearborn Street
Chicago, IL 60603
(Counsel to the Debtors)
jconlan@sidley.com

Patrick Corr
Robin E. Parsons
Sidley Austin Brown & Wood
Woolgate Exchange
25 Basinghall Street
London EC2V 5HA
England
(Counsel to the Debtors)
pcorr@sidley.com
RParsons@Sidley.com

George Wade, Esq.
Shearman & Sterling
599 Lexington Avenue
New York, NY 10022
(Counsel to the U.K. Administrators)
GWade@shearman.com

Mark Andrews (UK counsel)
Denton Wilde Sapte
Five Chancery Lane
Clifford's Inn
London, United Kingdon EC4A 1BU
(Counsel to the U.K. Administrators)
mark.andrews@dentonwildesapte.com

Kenneth P. Coleman, Esq.
Allen & Overy LLP
1221 Avenue of the Americas
New York, NY 10020
(Counsel to the T&N Pension Trustee)
kenneth.coleman@newyork.allenovery.com

David Allen, Q.C. (U.K. counsel)
Byrom Street Chambers
12 Byrom Street
Manchester M34PP
(Counsel to the T&N Pension Trustee)
clerks@byromstreet.com

Gordon Stewart (U.K. Counsel)
Susan Hazeldine
Allen & Overy LLP
One New Change
London
EC4M 9QQ
United Kingdom
(Counsel to the T&N Pension Trustee)
gordon.stewart@allenovery.com
susan.hazledine@allenovery.com

Peter D Wolfson, Esq.
Thomas A. Labuda, Esq.
Sonnechein Nath & Rosenthal
8000 Sears Tower
233 South Wacker Drive
Chicago, IL 60606
(Counsel to the Committee)
pwolfson@sonnenschein.com
tlabuda@sonnenschein.com

David F. Heroy, Esq.
Robert Shannon, Esq.
Bell Boyd & Lloyd
70 West Madison Street, Suite 3300
Chicago, IL 60602
(Counsel to the Equity Committee)
dheroy@bellboyd.com
rshannon@bellboyd.com

Steven M. Fuhrmann, Esq.
R. Douglas, Esq.
Simpson Thacher & Bartlett
425 Lexington Avenue
New York, NY 10017-3954
(Counsel to the Lenders)
sfuhrman@stblaw.com
rdouglas@stblaw.com

Laurence Elliot
Charlie Trigg
HERBERT SMITH
Exchange House
Primrose Street
London ECZA 2AS
ENGLAND
(Counsel to Futures Representative)
laurence.elliott@herbertsmith.com
c.trigg@herbertsmith.com

I further certify that on **May 13, 2005,** I served the **Rebuttal Report of Loreto T. Tersigni, CPA, CFE, dated May 13, 2005** on the following non-registered participants in the manner indicated on the attached service list:

James L. Patton, Jr. (No. 2202)
Edwin J. Harron (No. 3396)
Maribeth Minella (No. 4185)
Rolin Bissell (No. 4478)
YOUNG CONAWAY STARGATT & TAYLOR, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
P.O. Box 391
Wilmington, DE 19899-0391
(302) 571-6681
eharron@ycst.com
mminella@ycst.com
bank@ycst.com

*Attorneys for the Legal Representative*

## 2002 SERVICE LIST
### Federal Mogul
### 5/13/2005

ABN Amro Trust Company
Attn: Managing Director
8 Hill Street
St. Helier, Jersey JE48TB
***First Class Mail (International)***

Aetna US Healthcare
National Collections Department
Attn: Sherry Marrone
930 Harvest Drive
Blue Bell, PA 19422
***First Class Mail***

Moniquie D. Almy, Esq
Randall L. Hagen, Esq.
Ober, Kaler, Grimes & Shriver
A Professional Corporation
120 East Baltimore Street
Baltimore, MD 21202-1643
***First Class Mail***

Amroc Investments, LLP
Attn: Officer, Managing Agent, or General Agent
535 Madison Avenue
15th Floor
New York, NY 10022
***First Class Mail***

Philip D. Anker, Esq
Wilmer Cutler Pickering Hale and Dorr LLP☐☐
399 Park Avenue
New York, NY 10019
(Hartford Accident and Indemnity Company, et al.)
***First Class Mail***

David G. Aelvoet, Esq
Linebarger Goggan Blair Pena & Sampson, LLP
711 Navarro, Suite 300
San Antonio, TX 78205
***First Class Mail***

David Allen
Byrom Street Chambers
12 Byrom Street
Manchester M34PP

***First Class Mail (International)***

Jonathan B. Alter, Esquire
Tany Tymchenko
Bingham McCutchen LLP
One State Street
Hartford, CT 06013
(Counsel to Travelers Casualty & Surety Co.)
***First Class Mail***

Mark Andrews
Denton Wilde Sapte
Five Chancery Lane
Clifford's Inn
London, United Kingdon EC4A 1BU
***First Class Mail (International)***

John R. Ashmead
Sean C. Serpe
Seward & Kissel LLP
One Battery Park Plaza
New York, NY 10004
***First Class Mail***

**2002 SERVICE LIST**
**Federal Mogul**
**5/13/2005**

Robert T. Aulgur, Jr., Esq.
Kristi J. Doughty
Whittington & Aulgur
313 N. DuPont Highway, Suite 110
P.O. Box 617
Odessa, DE 19730
(Toyota Motor Credit Corporation)
***First Class Mail***

Virginia Baker
Office of Legal Services
Fifth Floor Capital Plaza Tower
Frankfort, KY 40601
(Kentucky Natural Resource and)
(Environmental Protection Cabinet)
***First Class Mail***

Gary D. Barnes, Esquire
Husch & Eppenberger, LLC
1200 Main Street, Suite 1700
Kansas City, MO 64105
(Counsel to William Jewel College)
***First Class Mail***

Steven T. Baron, Esq
Siber Pearlman, LLP
2711 North Haskell Avenue
Cityplace Center East-5th Floor   L.B. 32
Dallas, TX 75204
***First Class Mail***

John H. Bae, Esq
Cadwalader, Wickersham & Taft
100 Maiden Lane
New York, NY 10038
***First Class Mail***

Craig A. Barbarosh, Esq
Pillsbury Winthrop LLP
650 Town Center Drive, 7th Floor
Costa Mesa, CA 92626
***First Class Mail***

Gary L. Barnheart, Esq
General Counsel's Office
Missouri Department of Revenue
301 W. High Street, Room 670
P.O. Box 475
Jefferson City, MO 65105-0475
***First Class Mail***

William J. Barrett, Esquire
Barack, Ferrazzano, Kirschbaum, Perlman & Nagelber
333 West Wacker Drive, Suite 2700
Chicago, ILL 60606
(Counsel to Motion Industries, Inc. and Genuine)
(Parts Company)
***First Class Mail***

Mr. Jon Bauer
Contrarian Capital Management L.L.C.
411 West Putnam Ave., Suite 225
Greenwich, CT 06830
***First Class Mail***

John M. Baumann, Esquire
Steel Technologies, Inc.
15415 Shelbyville Road
P.O. Box 43339
Louisville, KY 40253
(Counsel to Steel Technologies, Inc.)
***First Class Mail***

## 2002 SERVICE LIST
### Federal Mogul
### 5/13/2005

Richard Baumfield, Esq
Andrews & Kurth LLP
450 Lexington Avenue, 15th Floor
New York, NY 10017
***First Class Mail***

Sean J. Bellew, Esquire
Cozen O'Connor
1201 N. Market Street, Suite 1400
Wilmington, DE 19801
(Counsel for Federal Insurance Company)
(Mt. McKinley Insurance Company, et al.)
***Hand Delivery***

David M. Bernick, Esq
Thomas E. Dutton, Esq.
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601
***First Class Mail***

Ian Connor Bifferato, Esq.
Bifferato, Bifferato & Gentilotti
1308 Delaware Avenue
P.O. Box 2165
Wilmington, DE 19899-2165
(Counsel to Equity Security Holders)
***Hand Delivery***

Ms. Linda Bonner
CenturyTel
100 Century Park Dr.
Monroe, LA 71203
***First Class Mail***

Richard M. Beck, Esquire
Klehr Harrison Harvey Branzburg & Ellers, LLP
919 Market Street, Suite 1000
Wilmington, DE 19801
Counsel to Citicorp Vendor Finance f/k/a
Copelco Capital, Inc.
***Hand Delivery***

Brad A. Berish, Esq
Adelman, Gettleman, Merens, Berish & Carter, Ltd.
53 West Jackson Blvd.
Suite 1050
Chicago, IL 60604
(Safeco Insurance Company of America)
***First Class Mail***

Martin J. Bienenstock, Esq.
Greg A. Danilow, Esq.
Richard L. Levine, Esq.
Weil, Gotshal & Manges, LLP
767 Fifth Avenue
New York, NY 10153
***First Class Mail***

Barbara G. Billet, Esquire
Christopher O'Brien, Esquire
Elaine Z. Cole, Esq.
Department of Taxation and Finance (NY)
Building 9, Room 100, W A Harriman Campus
Albany, NY 12227
(District Tax Attorney)
***First Class Mail***

Sal Boscia, Esq
Key Equipment Finance
1000 S. McCaslin Boulevard
Superior, CO 80027
***First Class Mail***

**2002 SERVICE LIST**
**Federal Mogul**
**5/13/2005**

William J. Bowman
Hogan & Hartson LLP
555 Thirteenth Street, NW
Washington, DC 20004
(Hartford Accident and Indemnity Company, et al.)
***First Class Mail***

Linda Boyle, Esq
Timw Warner Telecom Inc.
10475 Park Meadows Drive, #400
Littleton, CO 80124
***First Class Mail***

Charles J. Brown, III, Esq.
Elzufon Austin Reardon Tarlov & Mondell, P.A.
300 Delaware Aveune, Suite 1700
Wilmington, DE 19801
(Lumbermans Mutual Casualty Company)
***Hand Delivery***

Russell W. Budd, Esq
Alan B. Rich, Esq.
Baron & Budd, P.C.
3102 Oak Lawn Aveneu
Suite 1100
Dallas, TX 75219
***First Class Mail***

Noel C Burnham
Montgomery, McCracken, Walker & Rhoads, LLP
300 Delaware Avenue, Suite 750
Wilmington, DE 19801
***Hand Delivery***

Michael L Boykins
McDermott, Will & Emery
227 W. Monroe Street
Suite 5400
Chicago, IL 60606
***First Class Mail***

Alan R. Brayton, Esq
Brayton Purcell
222 Rush Landing Road
Novato, CA 94945
(Counsel for Claimant Creditors)
***First Class Mail***

Brown & Connery, LLP
Attn: Officer, Managing Agent, or General Agent
P.O. Box 539
Westmont, NJ 08108
***First Class Mail***

Ellen J. Burchfield, Esq
Legal Department
The Dow Chemical Company
2030 Dow Center
Midland, MI 48674
***First Class Mail***

Michael G. Busenkell, Esq
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19801
(Counsel to Mahle)
***Hand Delivery***

## 2002 SERVICE LIST
### Federal Mogul
### 5/13/2005

Daniel A. Bushell
Malakoff Doyle & Finberg, P.C.
Suite 200, The Frick Building, 437 Grant Street
Pittsburgh, PA 15219
*First Class Mail*

Stefano Calogero, Esq
Cuyler Burk, LLP
Parsippany Corporate Center
Four Century Drive
Parsippany, NJ 07054
(Counsel for Allstate Insurance Company)
*First Class Mail*

S Carr, Esq
Kelley Drye & Warren LLP
101 Park Avenue
New York, NY 10178
*First Class Mail*

J. David Cecil
James F. Humphreys & Associates, L.C.
800 United Center
500 Virginia Street, East
Charleston, WV 25301
*First Class Mail*

David I Cisar
von Briesen, Purtell & Roper, s.c.
411 E. Wisconsin Avenue, Suite 700
Milwaukee, WI 53202
*First Class Mail*

Daniel A. Bushell
Malakoff Doyle & Finberg, P.C.
Suite 200, The Frick Building, 437 Grant Street
Pittsburgh, PA 15219
*First Class Mail*

Rhett G. Campbell, Esq
Morris & Campbell, P.C.
600 Jefferson
Suite 800
Houston, TX 77002
*First Class Mail*

Michael P. Cascino, Esquire
Cascino Vaughan Law Offices, Ltd.
220 South Ashland Avenue
Chicago, IL 60610
(Counsel to Asbestos Claimants)
*First Class Mail*

Frank Ciaccio, Esquire
King & Spalding
1185 Avenue of the Americas
New York, NY 10036
(Counsel to National City Bank of Indiana)
*First Class Mail*

David Cohen, Esq
Herzfeld & Rubin, P.C.
40 Wall Street
54th Floor
New York, NY 10005
(Counsel to Volkswagon of America, Inc.)
*First Class Mail*

**2002 SERVICE LIST**
**Federal Mogul**
**5/13/2005**

Kenneth P. Coleman
Allen & Overy LLP
1221 Avenue of the Americas
New York, NY 10020
(Pension Trustee)
*First Class Mail*

Neal D. Colton, Esq
Cozen O'Connor
1900 Market Street
The Atrium
Philadelphia, PA 19103
(Counsel to National Union Fire Insurance Co.,)
(Continentaly Casualty Company)
*First Class Mail*

Kenneth J. Cooper, Esq
Office of the General Counsel
Pension Benefit Guaranty Corporation
1200 K Street, N.W.
Washington, DC 20005-4026
(PBGC)
*First Class Mail*

L. Jason Cornell, Esq
Neal Levitsky, Esquire
Fox Rothschild
919 N. Market Street, Suite 1300
Wilmington, DE 19899
(Counsel for Travelers Indemnity Company and
Affil.)
(Counsel for Fireman's Fund Insurance Company)
*Hand Delivery*

Mark D. Collins, Esq
Richards Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19801
Counsel for Lenders
*Hand Delivery*

James F. Conlan, Esq.
Matthew Clemente, Esq.
Sidley Austin Brown & Wood
One Bank One Plaza
10 South Dearborn Street
Chicago, IL 60603
(Counsel for the Debtors)
*First Class Mail*

William L. Cooper, Esq
Attorney for Sevier County Utility District
700 Sevier Avenue
Knoxville, TN 37920
*First Class Mail*

Patrick Corr, Esq
Robin E. Parsons
Matthew Clemente, Esq.
Sidley Austin Brown & Wood
Woolgate Exchange
25 Basinghall Street
London, EC2V 5HAV England
(Counsel for the Debtors)
*First Class Mail (International)*

Kathe L. Corson
Environmental Response Division
Michigan Dept. of Environmental Quality
Constitution Hall
P.O. Box 30426
Lansing, MI 48909-7926
(Counsel to MDEQ)
***First Class Mail***

Scott D. Cousins, Esquire
Victoria Watson Counihan, Esquire
William E. Chipman, Esquire
Greenberg Traurig
The Brandywine Bldg., Suite 1540
1000 West Street
Wilmington, DE 19801
(Counsel to Indenture Trustee)
***Hand Delivery***

**2002 SERVICE LIST**
**Federal Mogul**
**5/13/2005**

JH Crabtree
Barton Fields Cottage
Ecton, Northants
United Kingdom,  NN6 0BF
*First Class Mail*

Steven M. Crane, Esquire
Berkes, Crane, Robinson & Seal, LLP
515 S. Figueroa St., Suite 1500
Los Angeles, CA 90071
(Counsel for Columbia Casual Company)
(Continental Casualty Company)
*First Class Mail*

Michael G. Cruse, Esquire
Warner Norcross & Judd LLP
2000 Town Center
Suite 2700
Southfield, MI 48075-1318
*First Class Mail*

Timothy J. Curtin, Esquire
Varnum, Riddering, Schmidt & Howlett LLP
Bridgewater Place
P.O. Box 352
Grand Rapids, MI 49501
(Counsel to Trident Lighting LLC)
*First Class Mail*

Daily Insights
Attn: Officer, Managing Agent, or General Agent
JAF Box 3127
New York, NY 10116
*First Class Mail*

Janet Cradeur
State of Louisiana
Department of Revenue and Taxation
P.O. Box 66658
Baton Rouge, LA 70896
State of Louisiana Dept. of Revenue & Taxation
*First Class Mail*

Leo T. Crowley, Esq
Pillsbury Winthrop LLP
1540 Broadway
New York, NY 10036
*First Class Mail*

Teresa K. Currier, Esq
Daniel B. Rath, Esq.
Klett Ronney Lieer & Schorling, P.C.
The Brandywine Building
1000 West Street, Suite 1410
Wilmington, DE 19801
*Hand Delivery*

Robert F. Cusumano, Esq
Patricia A. Taylor, Esq.
Simpson Thacher & Bartlett
425 Lexington Avenue
New York, NY 10017
*First Class Mail*

John K. Daly, Esq
Meckler Bulger & Tilson
123 N. Whacker Drive, Suite 1800
Chicago, IL 60606
(Zurich International, Ltd.)
*First Class Mail*

**2002 SERVICE LIST**
**Federal Mogul**
**5/13/2005**

David M. Dare, Esq
Herren, Dare, & Streett
1051 N. Harrison Avenue
St. Louis, MO 63122
*First Class Mail*

Amanda D Darwin, Esquire
Frank S. Hamblett, Esq.
Nixon Peabody LLP
101 Federal Street
Boston, MA 02110
*First Class Mail*

Steven T. Davis, Esq
Edmond M. George, Esq.
Obermayer Rebmann Maxwell & Hippel LLP
One Penn Center, Suite 1900
1617 John F. Kennedy Boulevard
Philadelphia, PA 19103
*First Class Mail*

Charlene D. Davis, Esq
The Bayard Firm
222 Delaware Avenue, Suite 900
Wilmington, DE 19801
(Counsel to Creditors Committee)
*Hand Delivery*

J. Michael Debbeler, Esq
Graydon Head & Ritchey LLP
1900 Fifth Third Center
511 Walnut Street
Cincinnati, OH 45202
*First Class Mail*

Paul R. DeFilippo, Esq.
Wollmuth Maher & Deutsch LLP
One Gateway Center - Ninth Floor
Newark, NJ 07102
(USG)
*First Class Mail*

Henry DeWerth-Jaffe, Esquire
Anne Marie Schwab, Esquire
Pepper Hamilton LLP
3000 Two Logan Square
Eighteenth & Arch Streets
Philadelphia, PA 19103
(Counsel to SKF USA, Inc. and Tenneco)
*First Class Mail*

Vito I. DiMiao
Parcels, Inc.
4 East Seventh Street
Wilmington, DE 19801
*Hand Delivery*

Karen B Dine, Esquire
Pillsbury Winthrop LLP
1540 Broadway
New York, NY 10036
(Counsel to Indenture Trustee)
*First Class Mail*

Joan G. Dorgan, Esquire
Buchanan Ingersoll, P.C.
One Oxford Centre, 20th Fl., 301 Grant Street
Pittsburgh, Pa 15219
(Counsel to CWC Division of Textron, Inc.)
*First Class Mail*

**2002 SERVICE LIST**
**Federal Mogul**
**5/13/2005**

Teresa M. Dorr
Fox Rothschild LLP
Princeton Pike Corporate Center
997 Lennox Drive, Building 3
Lawrenceville, NJ 08648-2311
(Counsel for Fireman's Fund Insurance Company)
*First Class Mail*

Priscilla H. Douglas, Esquire
Office of the General Counsel
Amplicon, Inc.
18201 Von Karman Avenue,
Suite 800
Irvine, CA 92612
(Counsel to Amplicon, Inc.)
*First Class Mail*

Ellen M. Doyle
Malakoff Doyle & Finberg, P.C.
Suite 200, The Frick Building, 437 Grant Street
Pittsburgh, PA 15219
*First Class Mail*

Erich N Durlacher
Burr & Forman, LLP
Suite 1200, One Georgia Center
600 West Peachtree Street, N.W.
Atlanta, GA 30308
*First Class Mail*

Judith Elkin, Esq
Haynes and Boone, LLP
901 Main Street, Suite 3100
Dallas, TX 75202
*First Class Mail*

Amish R. Doshi, Esq
Pitney Hardin, LLP
7 Times Square
New York, NY 10036
Counsel for Oracle Corporation
*First Class Mail*

Timothy P. Dowling, Esquire
Gary, Thomasson, Hall & Marks, P.C.
210 S. Carancahua
P.O. Box 2888
Corpus Christi, TX 78401
(Counsel to Corpus Christi Gasket & Fastener, Inc.)
*First Class Mail*

Robert D. Drain, Esq
Paul, Weiss, Rifkind, Wharton & Garrison
1285 Avenue of the Americas
New York, NY 10019-6064
*First Class Mail*

John S. Egan
MIles S. Apple, Esq
Frost, Brown Todd, LLC
400 West Market Street
32nd Floor
Louisville, KY 40202
*First Class Mail*

Laurence Elliot
Charlie Trigg
HERBERT SMITH
Exchange House
Primrose Street
London, ECZA 2AS ENGLAND
*First Class Mail (International)*

**2002 SERVICE LIST**
**Federal Mogul**
**5/13/2005**

Michael R. Enright, Esq
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT 06103
*First Class Mail*

Judy Eyster, Esq
John Getchey, Esq.
Dana Commercial Credit Corp.
1801 Richard Road
Toledo, OH 43607
*First Class Mail*

John S. Favate, Esq
Hardin, Kundla, McKeon, Poletto & Polifroni, P.A.
673 Morris Avenue
P.O. Box 730
Springfield, NJ 07081-0730
(Counsel for Lumbermans Mutual Casualty
Company)
*First Class Mail*

Larry A. Feind
Georgia-Pacific Corporation
133 Peachtree Street, NE 7th Floor
Atlanta, GA 30303
*First Class Mail*

Elit R. Felix, Esq.
Margolis Edelstein
The Curtis Center, 4th Floor
601 Walnut Street
Philadelphia, PA 19106-3304
(Counsel for Allianz companies)
*First Class Mail*

Marla R. Eskin, Esq.
Kathleen Campbell, Esq.
Campbell & Levine, LLC
800 N. King Street, Suite 300
Wilmington, DE 19801
*Hand Delivery*

Sherry Ruggiero Fallon, Esquire
Tybout, Redfearn  & Pell
300 Delaware Avenue, 11th Floor
P.O. Box 2092
Wilmington, DE 19801
(Counsel fto Honeywell International, Inc.)
*Hand Delivery*

Oscar B. Fears, III, Esquire
Assistant Attorney General
40 Capitol Square, S.W.
Atlanta, GA 30334
(Georgia Dept. of Revenue)
*First Class Mail*

Mark E. Felger, Esq.
Cozen & O'Connor
1201 N. Market Street, Suite 1400
Wilmington, DE 19801
(Counsel to National Fire Insurance Company of)
(Hartford ad Continental Casualty Company)
*Hand Delivery*

Richard A. Finberg
Malakoff Doyle & Finberg, P.C.
Suite 200, The Frick Building, 437 Grant Street
Pittsburgh, PA 15219
*First Class Mail*

**2002 SERVICE LIST**
**Federal Mogul**
**5/13/2005**

Nathan D. Finch
Danielle K. Graham, Esq.
Caplin & Drysdale
One Thomas Circle, N.W.
Washington, DC 20005
(Asbestos Claimants Committee)
***First Class Mail***

Michael B. Fisco, Esq
Mark G. Rabogliatti, Esq.
Faegre & Benson LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901
***First Class Mail***

FTI Policano & Manzo
Attn: Officer, Managing Agent, or General Agent
Park 80 West
Plaza One 3rd Floor
Saddle Brook, NJ 07663
***First Class Mail***

James M. Gallagher
Daccord Financial Services
1301 Avenue of the Americas, Bsmt 1
New York, NY 10019-6022
***First Class Mail***

Scott D. Gilbert, Esq
Gilbert Heintz & Randolph LLP
1100 New York Ave., NW
Suite 700
Washington, DC 20005-3987
***First Class Mail***

First Union National Bank
Corporate Trust Department
Attn: Paul Anatrella
230 South Tryon Street
9th Floor
Charlotte, NC 28288-1179
***First Class Mail***

Leon Friedberg, Esquire
Carlile Patchen & Murphy LLP
366 East Broad Street
Columbus, OH 43215
(Counsel to Team Rahal, Inc.)
***First Class Mail***

Steven M. Fuhrmann, Esq
R. Douglas, Esq.
Simpson Thacher & Bartlett
425 Lexington Avenue
New York, NY 10017-3954
(Counsel to Lender)
***First Class Mail***

Niraj R. Ganatra, Esq
International Union, UAW
8000 E. Jefferson Avenue
Detroit, MI 48214
(Counsel to UAW)
***First Class Mail***

Jamie Gleave, Esq
1 Oxford Court
Bishopsgate
Nanchester, United Kingdon M2 3WR
***First Class Mail (International)***

**2002 SERVICE LIST**
**Federal Mogul**
**5/13/2005**

Oliver J Glenn, III, Esq
Bank One
Mail Suite MI1-8095
611 Woodward Avenue
Detroit, MI 48226
*First Class Mail*

Leonard P. Goldberger, Esq
White & Williams LLP
1800 One Liberty Plaza
Philadelphia, PA 19103
*First Class Mail*

Irena M. Goldstein, Esquire
LeBoeuf Lamb Greene & Macrae, LLP
125 West 55th Street
New York, NY 10019
*First Class Mail*

George L. Graff
Paul Hastings Janofsky & Walker, LLP
Park Avenue Tower, 75 E. 55th Street, 1st Floor
New York, NY 10022
*First Class Mail*

Kevin Gross, Esquire
Rosenthal Monhait Gross & Goddess, P.A.
919 Market St./Ste. 1401 Mellon Bank Ctr
P.O. Box 1070
Wilmington, DE 19899-1070
(Counsel fro Columbia Casualty Company)
(Continental Casualty Company)
*Hand Delivery*

Theodore Goldberg
Mark C. Meyer, Esq
Goldberg, Persky, Jennings & White, PC
1030 Fifth Avenue
Pittsburgh, PA 15219
*First Class Mail*

Craig Goldblatt
Wilmer Cutler Pickering Hale and Dorr LLP
2445 M Street, NW
Washington, DC 20037
(Hartford Accident and Indemnity Company, et al.)
*First Class Mail*

Michele C. Gott, Esq
Smith, Katzenstein & Furlow LLP
800 Delaware Avenue
P.O. Box 410
Wilmington, DE 19899
(Counsel to Pension Benefit Guaranty Corp.)
*Hand Delivery*

Eric D. Green, Esquire
Resolutions, LLC
222 Berkeley Street
Suite 1060
Boston, MA 02116
(Futures Representative for Unknown Claimants)
*First Class Mail*

Sean Haas
Citadel Investment Group, L.L.C.
131 S. Dearborn Street
Chicago, IL 60603
*First Class Mail*

**2002 SERVICE LIST**
**Federal Mogul**
**5/13/2005**

Paul Hadow, Esq
Penningtons
Bucklesbury House
83 Cannon Street
London, England EC4N 8PE
*First Class Mail (International)*

Matthew A. Hamermesh, Esquire
Hangley Aronchick Segal & Pudlin
One Logan Square, 27th Floor
Philadelphia, PA 19103
(Counsel to Uniroyal, Inc.)
*First Class Mail*

Clark R. Hammond, Esq
Johnston Barton Proctor & Powell LLP
2900 AmSouth/Harbert Plaza
1901 SIxth Avenue North
Birmingham, Alabama 35203
*First Class Mail*

Richard P.S. Hannum, Esquire
Swartz, Campbell & Detweiler
919 Market Street
P.O. Box 330
Wilmington, DE 19899
(Counsel to Barrett Estate)
*First Class Mail*

Dennis M Haley
9460 S. Saginaw
Grand Blanc, MI 48439
*First Class Mail*

Barbara K. Hamilton, Esquire
Attorneys for American Express Travel Related Svcs
Michael S. Rogovin, Esq.
Raymond E. Kenny, Esq.
Becket and Lee LLP
P.O. Box 3001, Dept. AC
Malvern, PA 19355-0701
(Counsel to American Express Travel)
(Related Svcs. Co Inc)
*First Class Mail*

Paul J. Hanly, Esq
Jayne Conroy, Esq.
Hanly Conroy Bierstein & Sheridan LLP
112 Madison Avenue, 7th Floor
New York, NY 10016-7416
*First Class Mail*

Gina Baker Hantel, Esquire
State of Tennessee
Commissioner of Revenue
312 8th Ave. North, Legal Services, 27th Floor
Nashville, TN 37243
(Commissioner of Revenue)
*First Class Mail*

William K. Harrington, Esquire
Duane Morris LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801
(Counsel to William Jewel College)
***Hand Delivery***

Todd Harris
Coughlin Duffy Kelly Lisovicz Midlige & Wolff, LLP
350 Mount Kemble Avenue
P.O. Box 1917
Morristown, NJ 07962
(Counsel to Swiss Reinsurance Company)
***First Class Mail***

**2002 SERVICE LIST**
**Federal Mogul**
**5/13/2005**

Clifford S. Haye, Esq
Teachers Insurance and Annuity
Association of America
730 Third Avenue
New York, NY 10017
***First Class Mail***

William Hedden, Jr
811 Knollwood Terrace
Westfield, NJ 07090
***First Class Mail***

David F. Heroy, Esquire
Robert Shannon, Esq
Bell Boyd & Lloyd
70 West Madison Street, Suite 3300
Chicago, IL 60602
(Counsel to Equity Security Holders Committee)
***First Class Mail***

John C. Hess, Esquire
John C. Hess, P.C.
105 Bonnabrook Drive, Suite 105
Hermitage, TN 37076
(Counsel to South Central Comm. Corp. dba)
(Service Associates/Muzak)
***First Class Mail***

R. Karl Hill, Esq
Seitz, Van Ogtrop & Green, P.A.
222 Delaware Avenue, Suite 1500
Wilmington, DE 19801
(Safeco Insurance Company of America)
***Hand Delivery***

Honor S. Heath, Esq
Senior Counsel
FleetBoston Fininical
777 Main Street
Mail Stop CT EH 40220A
Hartford, CT 06115
***First Class Mail***

Mr. Andrew Herenstein
Quadrangle Group LLC
375 Park Ave., 14th Floor
New York, NY 10152
(Counsel to Quadrangle Group LLC)
***First Class Mail***

Mr. Elliot H. Herskowitz
Regen Capital I, Inc.
Planetarium Station
P.O. Box 826
New York, NY 10024-0540
(Creditor)
***First Class Mail***

John F. Higgins, Esq
James Matthewe Vaughn, Esq.
Porter & Hedges LLP
700 Louisiana, 35th Floor
Houston, TX 7002
(Counsel to TransCom USA Management Co.)
***First Class Mail***

Susan K. Hoffman, Esquire
Pepper Hamilton, LLP
3000 Two Logan Square, Eighteenth and Arch Street
Philadelphia, PA 19103-2799
(Counsel to Richard Snell)
***First Class Mail***

**2002 SERVICE LIST**
**Federal Mogul**
**5/13/2005**

Daniel K Hogan, Esq.
Law Offices of Daniel K. Hogan
1311 Delaware Avenue
Wilmington, DE 19806
(Counsel to Hoskins, Debord, Lute, Taylor and)
(Gregory and Lane)
*First Class Mail*

Peggy A. Housner, Esquire
Assistant Attorney General
Department of A.G., Revenue Division
First Floor Treasury Building, Revenue Div.
Lansing, MI 48922
*First Class Mail*

Mary M. Huss, Esq
Wolf, Block, Schorr and Solis-Cohen LLP
920 King Street, Suite 300
One Rodney Square
Wilmington, DE 19801
(Counsel to Pneumo Abex Corp.)
*Hand Delivery*

Elihu Inselbuch, Esq
Caplin & Drysdale, Chartered
399 Park Avenue
New York, NY 10022
(Counsel to ACC)
*First Class Mail*

John F. Horstmann, Esq
Lauren Lonergan Taylor, LLP
Duane Morris, LLP
One Liberty Place, Suite 4200
Philadelphia, PA 19103
National Fire Insurance Company
Continental Casualty Company
*First Class Mail*

Charles W Hurd
Jonathan C. Bolton
Fulbright & Jaworski, LLP
1301 McKinney
Suite 5100
Houston, TX 77010
*First Class Mail*

Ric H Huttenlocher
Bank One
Mail Suite MI1-8095
611 Woodward Avenue
Detroit, MI 48226
*First Class Mail*

Regina A. Iorii, Esq
Ashby & Geddes
222 Delaware Avenue, 17th Floor
P.O. Box 1150
Wilmington, DE 19801
(Counsel to SCM Metal Products)
*Hand Delivery*

IOS Capital, Inc.
Bankruptcy Administration
Attn: Officer, Managing Agent, or General Agent
1738 Bass Road
P.O. Box 13708
Macon, GA 31208
*First Class Mail*

David A. Jagolinzer, Esq
Ferraro & Associates, P.A.
4000 Ponce De Leon Blvd., Suite 700
Miami, FL 33146
*First Class Mail*

**2002 SERVICE LIST**
**Federal Mogul**
**5/13/2005**

Laura Davis Jones, Esq.
Pachulski, Stang, Ziehl, Young & Jones
919 N. Market Street, Suite 1600
Wilmington, DE 19801
(Counsel to Debtors)
*Hand Delivery*

J.R. Julian, Esquire
824 Market Street, Suite 1001
P.O. Box 2171
Wilmington, DE 19899
(Counsel to European Reinsurance Company)
*Hand Delivery*

Ken Kansa, Esq.
Sidley Austin Brown & Wood
10 South Deerborn Street
BankOne Plaza
Chicago, IL 60603
*First Class Mail*

Brian L. Kasprzak
Marks, O'Neill, O'Brien and Courtney
913 North Market Street, Suite 800
Wilmington, DE 19801
(Counsel for Century Indemnity Company, et al.)
*Hand Delivery*

Robert J. Katzenstein, Esq
Smith, Katzenstein & Furlow, LLP
800 Delaware Avenue, 7th Floor
P.O. Box 410
Wilmington, DE 19899
(Counsel for Allstate Insurance Company)
*Hand Delivery*

Shelby A Jordan
Harlin C. Womble, Jr., Esq
Jordan, Hyden, Womble & Culbreth, PC
500 N. Shoreline Blvd.
Suite 900
Corpus Christi, TX 78471
*First Class Mail*

Ann Julsen, Esq
Sitrick & Company, Inc.
1840 Century Park East
Suite 800
Los Angeles, CA 90067
*First Class Mail*

John I. Karesh, Esquire
Feldman, Karesh, Major & Farbman, LLP
140 Broadway
Suite 3100
New York, NY 10005
*First Class Mail*

David M. Katinsky
Trial Attorney, Tax Division
U.S. Department of Justice
Ben Franklin Station
P.O. Box 227
Washington, DE 20044
*First Class Mail*

Jeffrey Kaufman, Esquire
Gerald F. Ellersdorfer, Esquire
Kaufman & Logan LLP
100 Spear Street, 12th Floor
San Francisco, CA 94105
(Counsel to Fireman's Fund Insurance Company)
*First Class Mail*

**2002 SERVICE LIST**
**Federal Mogul**
**5/13/2005**

Mark A. Kehoe, Esquire
Mika, Meyers, Beckett & Jones, PLC
900 Monroe Avenue, N.W.
Grand Rapids, MI 49503
(Counsel to Kurdziel Industries, Inc.)
*First Class Mail*


Alan Kellman, Esq
The Jazquest Admiralty Law Firm, P.C.
Maritime Asbestosis Legal Clinic a Division of
1570 Penobscot Building
Detroit, MI 48226
*First Class Mail*

Monica Y. Kim
McCutchen, Doyle, Brown & Enersen, LLP
355 S. Grand Avenue
Suite 4400
Los Angeles, CA 90071-3106
*First Class Mail*

Ellen M Kramer, Esq
Jonathan M. Yarger, Esq
Kohrman Jackson & Krantz, PLL
1468 west Ninth Street
The Western Reserve Building, Suite 705
Cleveland, OH 44113
*First Class Mail*

Joseph T. Kremer, Esq
Lipsiptz, Green, Fahringer, Roll, et al.
42 Delaware Avenue
Suite 300`
Buffalo, NY 14202
*First Class Mail*

Michael V. Kelley, Esq
Robert Am Marcis Thomas
Kelley & Ferraro, LLP
1901 Penton Media Building
1300 East Ninth Stret
Cleveland, OH 44114
Counsel to Asbestos Tort Claimants
*First Class Mail*

Steven J. Kherkher
Williams Bailey Law Firm, LLP
8441 Gulf Freeway, Suite 600
Houston, TX 77017
*First Class Mail*

William P. Kovacs, Esq.
General Counsel
Conseco Capital Management, Inc.
11825 North Pennsylvania Street
Carmel, IN 46032
*First Class Mail*

Julia S. Kreher, Esquire
Hodgson Russ LLP
One M&T Plaza, Suite 2000
Buffalo, NY 14203
(Counsel to All Metal Machine Specialties, Ltd.)
*First Class Mail*

Rod Kubat, Esquire
Nyemaster, Goode, Voigts, West, Hansell & O'Brien
700 Walnut Street, Suite 1600
Des Moines, IA 50309
(Counsel to Mahle Metal Leve,)
*First Class Mail*

**2002 SERVICE LIST**
**Federal Mogul**
**5/13/2005**

Carl N. Kunz, Esq
Morris James Hitchens & Williams LLP
222 Delaware Avenue, 10th Floor
P.O. Box 2306
Wilmington, DE 19801
*Hand Delivery*

Stephen S. LaPlante, Esq
Miller, Canfield, Paddock & Stone, P.L.C.
150 West Jefferson, Suite 2500
Detroit, MI 48226-4415
(Counsel to Ford Motor Co.)
*First Class Mail*

Lawrence LeClair, Esquire
Sayles & Evans
One West Church Street
Elmira, NY 14901
(Counsel to Trayer Products, Inc.)
*First Class Mail*

Joseph A. Lestyk, Esquire
Ahlstrom USA, Inc.
1762 Larkhaven Glen
Escondido, CA 92025
(Counsel to Ahlstrom)
*First Class Mail*

Gary P Lightman
Glenn A.Manochi, Esq
Lightman, Manochi, Christensen
1520 Locust Street
12th Floor
Philadelphia, PA 19102
*First Class Mail*

Kevin Lantry, Esquire
Craig A. Wolfe, Esquire
Sidley Austin Brown & Wood
555 West Fifth Street, 40th Floor
Los Angeles, CA 90013
Counsel to Debtors
*First Class Mail*

Lisa Lebowitz
N.W. Bernstein & Associates, LLC
767 Third Avenue, 32nd Floor
New York, NY 10017
*First Class Mail*

Stephen D. Lerner, Esq
Squire, Sanders & Dempsey LLP
312 Walnut Street, Suite 3500
Cincinnati, OH 45202
*First Class Mail*

Neal J. Levitsky, Esquire
Agostini Levitsky Isaacs & Kulesza
824 N. Market Street, Suite 810
P.O. Box 2323
Wilmington, DE 19899
(Counsel to Travelers Casualty & Surety Co.)
*Hand Delivery*

Peter V. Lockwood, Esq
Caplin & Drysdale, Chartered
One Thomas Circle, NW
Suite 1100
Washington, DC 20005
(Counsel to ACC)
*First Class Mail*

**2002 SERVICE LIST**
**Federal Mogul**
**5/13/2005**

Logan Distribution
Chase Manhattan Bank
280 Broadway # 2
New York, NY 10007
*First Class Mail*

Luskin, Stern & Eisler, LLP
Attn: Officer, Managing Agent, or General Agent
330 Madison Ave., 34th Floor
New York, NY 10017
*First Class Mail*

David J. Lyons
1526 Gilpin Avenue
PO Box 579
Wilmington, DE 19899
*First Class Mail*

David C. Maletesta, Esq
Kent & McBride, P.C.
1005 Market Street, Suite 500
Wilmington, DE 19801
*Hand Delivery*

Paul M. Matheny, Esquire
The Law Offices of Peter G. Angelos, P.C.
5905 Harford Road
Baltimore, MD 21214
(Counsel to Creditors)
*First Class Mail*

Lone Star Industries, Inc.
c/o James L. Ware
Sheehy, Serpe & Ware, P.C.
2500 Two Houston Cntr., 909 Fannin Street
Houston, TX 77010-1003
*First Class Mail*

John Lyckman, Esq
Legett & Platt, Incorporated
No. 1 Leggett Road
Cathage, MO 64836
*First Class Mail*

Kathleen P. Makowski, Esq
Klett Rooney Lieber & Schorling
1000 West Street, Suite 1410
Wilmington, DE 19801
*Hand Delivery*

Michael L Martell, Esq.
Phillips Nizer, LLP
666 5th Avenue, 28th Floor
New York,  NY 10103
*First Class Mail*

Katharine L. Mayer, Esquire
McCarter & English, LLP
919 N. Market St., Suite 950
P.O.Box 111
Wilmington, DE 19899
(Counsel to Carquest Corporation and TCF Leasing)
*Hand Delivery*

**2002 SERVICE LIST**
**Federal Mogul**
**5/13/2005**

John Mazzilli
Bankruptcy Coordinator
IBM Corporation
275 Viger East, 4th Floor
Montreal QC, Canada H2X 3R7
(Counsel to IBM Credit Corporation)
*First Class Mail (International)*

David P. McClain
Daniel F. Patchin
McClain, Leppert & Maney, P.C.
South Tower Pennzoil Place
711 Louisiana, Suite 3100
Houston, TX 77002
(Counsel for Mt. McKinley Insurance Company)
*First Class Mail*

Richard J. McIntyre, Esquire
Trenam, Kemker, Scharf, Barkin, Frye, O' Neill
2700 Bank of America Plaza
P.O. Box 1102
Tampa, Fl 33601
(Counsel to Larry S. Hyman)
*First Class Mail*

J. Brian McTigue
5301 Wisconsin Avenue, Suite 350
Washington, DC 20015
*First Class Mail*

Keith F. Millhouse, Esq
The MIllhouse Law Group
2815 Townsgate Road, Suite 330
Westlake VIllage, CA 91361
*First Class Mail*

Walter F. McArdle, Esquire
The Zinszer Building
Spain & Gillon, LLC
2117 Second Avenue North
Birmingham, AL 35203
Counsel to Dresser, Inc.
*First Class Mail*

Paul McDonnell
Attn. Maria O'Neill
Conty of Riverside
P.O. Box 12005
Riverside, CA 92502-2205
*First Class Mail*

J. Brian McTigue
5301 Wisconsin Avenue, Suite 350
Washington, DC 20015
*First Class Mail*

Kathleen M. Miller, Esquire
Smith, Katzenstein & Furlow LLP
800 Delaware Avenue
P.O. Box 410
Wilmington, DE 19899
(Counsel to National  City Bank of Indiana)
*Hand Delivery*

Aleksandra A. Mizilolek, Esq
Dykema Gossett PLLC
400 Renaissance Center
Detroit, MI 48243
*First Class Mail*

**2002 SERVICE LIST**
**Federal Mogul**
**5/13/2005**

Christopher R. Momjian, Esquire
Senior Deputy Attorney General
Pennsylvania Attorney General' s Office
21 S. 12th Street, 3rd Floor
Philadelphia, PA 19107-3603
*First Class Mail*

Francis A. Monaco, Esq
Monzack and Monaco, P.A.
1201 N. Orange Street, Suite 400
P.O. Box 2031
Wilmington, DE 19801
*Hand Delivery*

Mr. Vince Antrieri Icahn Assoc. Corp
Attn: Officer, Managing Agent, or General Agent
767 Fifth Avenue
47th Floor
New York, NY 10153
*First Class Mail*

Deirdre M Murphy
Vice President & General Counsel
Hollingsworth & Vose Company
112 Washington Street
E. Walpole, MA 02032
*First Class Mail*

National Fire Insurance Co.l of Hartford
Attn: Surety Claims
Continental Casualty Company
CNA Plaza
Chicago, IL 60685
*First Class Mail*

Christopher R. Momjian, Esquire
Senior Deputy Attorney General
Attorney General of Pennsylvania
21 S. 12th Street, 3rd Floor
Philadelphia, PA 19017
*First Class Mail*

Duane D. Morse
Wilmer Cutler Pickering Hale and Dorr LLP
1600 Tysons Blvd., Suite 1000
McLean, VA 22102
(Hartford Accident and Indemnity Company, et al.)
*First Class Mail*

John F. Mullen, Esq.
Cozen & O'Connor
1900 Market Street
Philadelphia, PA 19103
(Counsel to National Fire Insurance Company of)
(Hartford ad Continental Casualty Company)
*First Class Mail*

Christine L. Myatt, Esq
Adams Kleemeier Hagan Hannah & Fouts PLLC
701 Green Valley Road, Suite 100
P.O. Box 3463
Greensboro, NC 27402
*First Class Mail*

Andrew G. Neill, Esquire
Kappel, Neill & Wolff, L.L.C.
8909 Ladue Rd.
St. Louis, MO 63124
(Counsel to Thiel Tool & Eng. Co.)
*First Class Mail*

**2002 SERVICE LIST**
**Federal Mogul**
**5/13/2005**

Larry J. Nyhan, Esq
James F. Conlan, Esq.
Sidley Austin Brown & Wood
10 South Dearborn Street
Chicago, IL 60603
(Counsel to Debtors)
***First Class Mail***

Paul F. O'Donnell, Esq
Hinckley, Allen & Snyder LLP
28 State Street
Boston, MA 02109
***First Class Mail***

P. Schoenfeld Asset Management, LLC
Attn: Officer, Managing Agent, or General Agent
1330 Avenue of the Americas
34th Floor
New York, NY 10019
***First Class Mail***

Larry E. Parres, Esq
Lewis, Rice & Fingersh, L.C.
500 North Broadway
Suite 2000
St. Louis, MO 63102
***First Class Mail***

Carl J. Pernicone
James Deaver
Wilson, Elser, Moskowitz, Edelman & Dicker LLP
150 East 42nd Street
New York, NY 10017-5639
(Globe Indemnity Company)
(Royal Indemnity Company)
***First Class Mail***

Christopher O'Brien, Esq
District Tax Attorney
Office of Counsel
Building 9, Room 100,W A Harriman Campus
Albany, NY 12227
Department of Taxation and Finance(State of N.Y.)
***First Class Mail***

James E. O'Neill, Esq
Pachulski, Stang, Ziehl, Young & Jones, P.C.
919 Market STreet, 16th Floor
P.O. Box 8705
Wilmington, DE 19899-8705
(Counsel to Debtors)
***Hand Delivery***

Rebecca Pacholder
R2 Investments
301 Commerce Street
Suite 2975
Ft. Worth, TX 76102
***First Class Mail***

Donald N. Patten
c/o Patten Wornom Hatten & Diamonstein, LC
12350 Jefferson Avenue
Suite 360
Newport News, VA 23602
***First Class Mail***

Paul A. Peters, Esq
Attorneys for GW Plastics Tuscon, Inc.
Saperston & Day, P.C.
1100 M&T Center
Three Fountain Plaza
Buffalo, NY 14203
***First Class Mail***

**2002 SERVICE LIST**
**Federal Mogul**
**5/13/2005**

R. Matthew Pettigrew, Esq
Markowitz & Richman
1100 North American Building,
121 South Broad Street
Philadelphia, PA 19107
(Counsel to Glass, Molders, Pottery. Plastics &)
(Allied Workers Intern'l Union)
*First Class Mail*

John C. Phillips, Esq
Phillips, Goldman & Spence, P.A.
1200 North Broom Street
Wilmington, DE 19806
*Hand Delivery*

Mark D. Plevin
Crowell & Moring LLP
1001 Pennsylvania Avenue, NW
Washington, DC 20004
(Counsel for Century Indemnity Company, et al.)
*First Class Mail*

David T. Pluta
Ahlstrom Windsor Locks LLC
Two Elm Street
Windsor Locks, CT 06096-2335
(Ahlstrom)
*First Class Mail*

Jim Polkowski
Revenue Agent
State of Wisconsin Department of Revenue
2135 Rimrock Road
Madison, WI 53713
*First Class Mail*

Russell D. Pollock, Esquire
Greene Radovsky Maloney & Share, LLP
Four Embaracadero Cntr., Suite 4000
San Francisco, CA 94111-4106
(Counsel to ProLogis California I, LLC)
*First Class Mail*

Mr Kevin Poole
Curzon Insurance Ltd.
Albert House, South Esplanade
P.O. Box 34
St. Peter Port, Guernsey, Scotland GY1 4AU
*First Class Mail (International)*

Mark W. Powers, Esq.
Bowditch & Dewey, LLP
311 Main Street
Worcester, MA 01608
*First Class Mail*

Thomas J Quinn
Mendes & Mount, LLP
750 Seventh Avenue
New York, NY 10019
(Counsel for London Market Insurance Companies)
*First Class Mail*

Robert M Quinn
Carlton Fields
P. O. Box 3239
Tampa, FL 33601
*First Class Mail*

**2002 SERVICE LIST**
**Federal Mogul**
**5/13/2005**

Rex Rainach, Esqurie
Professional Law Corporation
3622 Government Street
Baton Rouge, LA 70806
(Counsel to CenturyTel of Northwest Arkansas LLC)
***First Class Mail***

Michael H. Reed, Esq
Pepper Hamilton LLP
3000 Two Logan Square
Eighteenth & Arch Streets
Philadelphia, PA 19103
***First Class Mail***

Glenn M. Reisman, Esquire
GE Supply Company
Two Corporate Drive, Suite 363
P.O. Box 861
Shelton, CT 06484-0861
(Counsel to GE Supply Company)
***First Class Mail***

Alan B. Rich, Esq
Russell W. Budd, Esquire
Baron & Budd, PC
3102 Oak Lawn Avenue
Suite 1100
Dallas, TX 75219
***First Class Mail***

Richard Riley, Esq.
Duane Morris LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801
(National Fire Insurance Company)
(Continental Casualty Company)
***Hand Delivery***

Margery N. Reed, Esquire
Duane Morris LLP
4200 One Liberty Place
Philadelphia, PA 19103
Counsel to Principle Life Insurance Company
***First Class Mail***

Steven J. Reisman, Esq
Curtis, Mallet-Prevost, Colt & Mosle LLP
101 Park Avenue
New York, NY 10178-0061
***First Class Mail***

Joseph F. Rice
Ness, Motley, Loadholt, Richardson & Poole
28 Bridgeside Boulevard
P.O. Box 1792
Mt. Pleasant, SC 29464
(Chairperson of ACC)
***First Class Mail***

Michael P. Richman, Esq
David M. Hillman, Esq.
Mayer, Brown Rowe & Maw
1675 Broadway
New York, NY 10019
(CCR)
***First Class Mail***

Donald A. Robinson, Esquire
Robinson & Livelli
Two Penn Plaza East, Suite 1100
Newark, NJ 07105-2237
(Counsel to JPMorgan Chase Bank (Administrative)
(Agent))
***First Class Mail***

## 2002 SERVICE LIST
### Federal Mogul
### 5/13/2005

John E. Rodewald, Esq
Bates & Carey
191 N. Wacker Drive, Suite 2400
Chicago, IL 60606
***First Class Mail***

Jeffrey Rosenkranz, Esq
The Delaware Bay Company
680 Fifth Aveneu
22nd Floor
New York, NY 10019
***First Class Mail***

Russell W. Roten
Coudert Brothers LLP
333 South Hope Street
Los Angeles, CA 90071
(Counsel for London Market Insurance Companies)
***First Class Mail***

Jeffrey L. Rousseau, Esq
Computer Sales Int'l, Inc.
9990 Old Olive Street Road, Suite 101
St. Louis, MO 63141
(Counsel to CSI)
***First Class Mail***

Joseph M Russell
Bank One
Mail Suite MI1-8095
611 Woodward Avenue
Detroit, MI 48226
***First Class Mail***

Stuart D. Rosen
G. Eric Brunstad, Jr.
Bingham McCutchen LLP
One State Street
Hartford, CT 06103
Counsel for Travelers Indemnity Co. and Affiliates
***First Class Mail***

Michael A Rosenthal, Esquire
Aron G. York, Esq
Gibson Dunn & Crutcher LLP
2100 McKinney Avenue
Suite 1100
Dallas, TX 75201
***First Class Mail***

Josiah Rotenberg
Lazard Freres & Co., LLC
30 Rockefeller Plaza
60th Floor
New York, NY 10020
***First Class Mail***

Sharon Royer
Harrisburg Bankruptcy and Compliance
Bureau of Employer Tax Operation
1171 South Cameron Street
Room 312
Harrisburg, PA 17104
***First Class Mail***

Rheba Rutkowski
Bingham McCutchen LLP
150 Federal Street
Boston, MA 02110
(Counsel for Travelers Indemnity Co. and Affiliates)
***First Class Mail***

**2002 SERVICE LIST**
**Federal Mogul**
**5/13/2005**

SAFECO Insurance Co. of America
Attn: Surety Claims
4333 Brooklyn Avenue, NE
Seattle, WA 98185
***First Class Mail***

Bradford J. Sandler, Esq
Adelman Lavine Gold & Levin, P.C.
9191 North Market Street, Suite 710
Wilmington, DE 19801
***Hand Delivery***

Nathan A. Schachtman, Esquire
McCarter & English LLP
1735 Market St., Suite 700
Mellon Bank Center
Philadelphia, PA 19103
(Counsel to Carquest Corporation)
***First Class Mail***

Alicia S. Schehr, Esq.
Jaffe, Raitt, Heuer & Weiss
27777 Franklin Road, Suite 2500
Southfield, MI 48034
(Counsel to Allor Manufacturing, Inc.)
***First Class Mail***

Eric L. Schnabel, Esq
Klett Rooney Lieber & Schorling
1000 West Street, Suite 1410
Wilmington, DE 19801
***Hand Delivery***

Michael S. Sandberg, Esquire
Hellmuth & Johnson, PLLC
10400 Viking Drive, Suite 560
Eden Prairie, MN 55344
Counsel to West Group
***First Class Mail***

Russell W Savory
Gotten, Wilson & Savory, PLLC
88 Union Avenue, Suite 1400
Memphis, TN 38103
***First Class Mail***

Alan B. Schaeffer
Pickrel, Schaeffer & Ebeling
2700 Kettering Tower
Dayton, OH 45423
***First Class Mail***

Esq R. Schepacarter, Esq
Office of the United States Trustee
844 King Street, Suite 2313
Wilmington, DE 19801
***Hand Delivery***

Michael D. Schuman, Esquire
Schuman & Pieper, LLP
P.O. Box 170168
Milwaukee, WI 53217-8016
(Counsel to Carpenter Brothers, Inc.)
***First Class Mail***

**2002 SERVICE LIST**
**Federal Mogul**
**5/13/2005**

Sergio I. Scuteri, Esquire
Farr, Burke, Gambacorta & Wright
211 Benigno Blvd, Suite 201
Bellmawr, NJ 08031
(Counsel to Citicorp Vendor Finance, Inc.)
*First Class Mail*

John D. Shea, Esq
Thomas G. Wilkinson, Jr.
Cozen O'Connor
Arthur J. Abramowitz
1900 Market Street
Philadelphia, PA 19103
American International Underwriters , et al.
*First Class Mail*

WIlliam P. Shelley
John J. Dwyer
Thomas G. Wilkinson, Jr.
Arthur J. Abramowitz
Cozen O'Connor
1900 Market Street
Philadelphia, PA 19103
(Counsel for Federal Insurance Company)
(Mt. McKinley Insurance Company)
*First Class Mail*

David M. Sherbin, Esq
Deputy General Counsel and Secretary
Federal Mogul Corporation
26555 Northwestern Highway
Southfield, MI 48034
(Debtor)
*First Class Mail*

Beverly H Shideler
BS8399
IBM Corp
Two Lincoln Centre
Oakbrook Terrace, IL 60181
*First Class Mail*

William H. Short, Esq
Haynsworth Sinkler Boyd, P.A.
P.O. Box 11889
Columbia, SC 29211
*First Class Mail*

Laurie S. Silverstein, Esq
Monica Leigh Lofton, Esq.
Potter Anderson & Corroon LLP
1313 N. Market Street, 6th Floor
P.O. Box 951
Wilmington, DE 19801
(Counsel to Claims Resolution)
*Hand Delivery*

Christopher P. Simon, Esq.
Cross & Simon, LLC
913 North Market Street, Suite 1001
Wilmington, DE 19801
(Zurich International, Ltd.)
*Hand Delivery*

Kate K. Simon

  .

Bingham McCutchen LLP
One State Street
Hartford, CT 06103
(Counsel for Travelers Indemnity Co. and Affiliates)
***First Class Mail***

Eric W. Sleeper, Esq
Eilentz, Goldman & Spitzer
90 Woodbridge Center Drive
P.O. Box 10
Woodbridge, NJ 07095
(Counsel to Asbestos Claimants)
***First Class Mail***

**2002 SERVICE LIST**
**Federal Mogul**
**5/13/2005**

Ellen W. Slights, Esq
Assistant United State Attorney
1007 Orange Street, Suite 700
PO Box 2046
Wilmington, DE 19899
**Hand Delivery**

Todd R. Snyder
Rothschild Inc.
1251 Avenue of the Americas
New York, NY 10020
(Financial Advisor and Investment Banker)
**First Class Mail**

Christopher S. Sontchi, Esquire
Ashby & Geddes
222 Delaware Avenue, 17th Floor
P.O. Box 1150
Wilmington, DE 19899-1150
(Counsel to Cooper Industries, Inc.)
**Hand Delivery**

Daniel W. Speights
Speights & Runyan
200 Jackson Avenue, East
P.O. Box 685
Hampton, SC 29924
**First Class Mail**

M. Kimberly Stagg, Esq
Senior Counsel
Nissan North America, Inc.
983 Nissan Drive
Bin 17u
Smyra, Tennessee 37167
**First Class Mail**

Warren H. Smith
Attn: Warren Smith
325 North St. Paul Street
Suite 1275
Dallas, TX 75201
Fee Auditor
**Hand Delivery**

Societe Generale
Attn: Officer, Managing Agent, or General Agent
1221 Avenue of the Americas
New York, NY 10020
**First Class Mail**

John S. Spadaro, Esq.
Murphy Spadaro & Landon
1011 Centre Road
Suite 210
Wilmington, DE 19805
(Counsel for London Market Insurance Companies)
(Hartford Accident and Indemnity Company, et al.)
**First Class Mail**

Adam M. Spence, Esq
The Law Offices of Adam M. Spence, P.C.
105 W. Chesapeake Ave., Suite 400
Towson, MD 21204
(Counsel to GECC)
**First Class Mail**

Jeffrey J. Stegenga
FTI Consulting
2001 Ross Avenue, Suite 400
Dallas, TX 75201
(Financial Advisors to Debtors)
**First Class Mail**

**2002 SERVICE LIST**
**Federal Mogul**
**5/13/2005**

Sarah Steinbaum
44 W. Flagler Street
Suite 2175
Miami, FL 33130
*First Class Mail*

David B. Stratton, Esq.
Pepper Hamilton LLP
1313 Market Street, Hercules Plaza, Suite 5100
PO Box 1709
Wilmington, DE 19899-1709
(Pension Trustee)
*Hand Delivery*

Neil Subin, Esq
8 Palm Court
Sewalls Point, FL 34996
*First Class Mail*

Michelle T. Sutter, Esquire
Revenue Recovery
Ohio Department of Taxation
101 East Town Street, 3rd Floor
Columbus, OH 43215
(State of Ohio, Dept. of Taxation)
*First Class Mail*

Theodore J. Tacconelli, Esq.
Ferry, Joseph & Pearce, P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899
*Hand Delivery*

Gordon Stewart
Susan Hazeldine
Allen & Overy LLP
One New Change
London, United Kingdom EC4M9QQ
*First Class Mail (International)*

Adam P. Strochak, Esq.
Weil, Gotshal & Manges, LLP
1501 K Street NW, Suite 100
Washington, DC 20005
(PD Committee)
*First Class Mail*

Karen V. Sullivan
Oberly, Jennings & Rhodunda, P.A.
800 Delaware Avenue, Suite 901
PO Box 2054
Wilmnigton, DE 19899-2054
(Globe Indemnity Company)
(Royal Indemnity Company)
*Hand Delivery*

Richard J. Sweeney
Daccord Kleinwort Wasserstein
1301 Avenue of the Americas
Basement 1
New York, NY 10019
*First Class Mail*

William F. Taylor, Esq
McCarter & English, LLP
919 Market Street, Suite 950
P.O. Box 111
Wilmington, DE 19801
*Hand Delivery*

**2002 SERVICE LIST**
**Federal Mogul**
**5/13/2005**

Tennessee Board of Regents
c/o TN Attorney General's Office, Bankr. Unit
Tennessee Board of Regents-Nashville State Tech.
P.O. Box 20207
Nashville, TN 37202-0207
(Tennessee A.G. Office)
*First Class Mail*

The Bank of New York
Attn: Corpoate Trust Administration
101 Barclay Street
Floor 21 West
New York, NY 10286
*First Class Mail*

The Travelers Insurance Company
National Accounts
Attn: Officer, Managing Agent, or General Agent
1 Tower Square - 5MN
Hartford, CT 06183
*First Class Mail*

Travelers Casualty & Surety Co. of Ameri
Vice President, Commercial Surety Claims
Attn: Mr. David M. Sasportas
One Tower Square, Bond Claims - 3PB
Hartford, CT 06183-6014
*First Class Mail*

Frank J. Vecchione, Esquire
Gibbons, Del Deo, Dolan, Griffinger & Vecchione
One Riverfront Plaza
Newark, NJ 07102
(Counsel to the Debtors)
*First Class Mail*

A. Dennis Terrell, Esquire
Drinker Biddle & Shanley, LLP
500 Campus Drive
Florham Park, NJ 07932-1040
Counsel to Honeywell International, Inc.
*First Class Mail*

The City of Portland
Attn: Linda S. Law, Esq.
1221 SW 4th Avenue, Room 430
Portland, OR 97204
(Interested Party)
*First Class Mail*

Brink W. Timothly, Esquire
Lord, Bissell & Brook
115 South LaSalle Street
Chicago, ILL 60603
(Counsel to W.W. Grainger, Inc.)
*First Class Mail*

Kimberly Wood Tucker, Esquire
Wright, Lindsay & Jennings LLP
200 West Capitol Ave., Suite 2200
Little Rock, Arkansas 72201
(Counsel to Tokusen USA)
*First Class Mail*

Michael J. Venditto, Esquire
Ira R. Abel
Kensington & Ressler L.L.C.
25-13 Old Kings Hwy N
P.O. Box 304
Darien, CT 06820
(Counsel to Comdisco, Inc.)
*First Class Mail*

**2002 SERVICE LIST**
**Federal Mogul**
**5/13/2005**

George Wade, Esq
Shearman & Sterling
599 Lexington Avenue
New York, NY 10022
*First Class Mail*

Thomas D Walsh, Esq.
McCarter & English, LLP
919 N. Market Street
P.O. Box 111
Wilmington, DE 19801
(Counsel to Cardolite Corp.)
*Hand Delivery*

Robert B. Weiss, Esq
Sheldon S. Toll, Esq.
Honigman Miller Schwartz and Cohn LLP
2290 First National Building
660 Woodward Avenue
Detriot, MI 48226
*First Class Mail*

Mary A. Wells, Esquire
Wells, Anderson & Race, LLC
1700 Broadway, Suite 1020
Denver, CO 80290-1001
(Counsel to Carquest Corporation)
*First Class Mail*

Scott Wert, Esq
Foster & Sear, LLP
524 E. Lamar Blvd.
Suite 200
Arlington, TX 76011
*First Class Mail*

S. James Wallace, Esquire
The Gulf Tower
Griffith, McCague & Fernsler, P.C.
707 Grant Street,  Suite 3626
Pittsburgh, PA 15219-1911
Counsel for Duquesne Light Company
*First Class Mail*

Charles J. Weiss, Esq
Timoney, Knox, Hasson & Weand
400 Maryland Drive
P.O. Box 7544
Ft Washington, PA 19034-7544
*First Class Mail*

E. Katherine Wells, Esq.
Office of General Counsel
SC DHEC
2600 Bull Street
Columbia, SC 29201
*First Class Mail*

Greg Werkheiser, Esq
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19801
*Hand Delivery*

Randall A. White, Esq
Scholten and Fant, P.C.
233 Washington Street, Suite 302
P.O. Box 454
Grand Haven, MI 49417
*First Class Mail*

**2002 SERVICE LIST**
**Federal Mogul**
**5/13/2005**

Mr. Michael E. Wiles
Debevoise & Plimpton
919 Third Avenue
New York, NY 10022
(Rothschild Inc.)
*First Class Mail*

Gregory Willard, Esq
Bryan Cave LLP
One Metropolitan Square
Suite 3600
St. Louis, MO 63102
(Counsel to Chase)
*First Class Mail*

R. Kenneth Willman
Valerie M. LaBella
Willman & Arnold LLP
705 McKnight Park Drive
Pittsburgh, PA 15237
*First Class Mail*

Peter D Wolfson
Thomas A. Labuda, Esquire
Sonnechein Nath & Rosenthal
8000 Sears Tower
233 South Wacker Drive
Chicago, IL 60606
(Counsel to Creditors Commitee)
*First Class Mail*

David E. Wilks, Esquire
White & Williams, LLP
824 N. Market Street, Suite 902
P.O. Box 709
Wilmington, DE 19899
Counsel to Chase Chevrolet Co, Inc. and
Mitsubishi Motor Sales of America, Inc.
*Hand Delivery*

R. Kenneth Willman, Esquire
Valerie M. LaBella
Willman & Arnold LLP
705 McKnight Park Drive
Pittsburgh, PA 15237
(Counsel to Employers Mutual Casualty Company)
(and Highland Insurance Company)
*First Class Mail*

Wilmington Trust Company
Attn: Corporate Trust Division
Rodney Square North
1100 North Market Street
Wilmington, DE 19890
*Hand Delivery*

Donald A. Workman, Esq
Foley & Lardner
3000 K Street, N.W., Suite 500
Washington Harbour
Washington, DC 20007
(Counsel to Cummins Engine Company, Inc.)
(and NTN USA Corp. of America)
*First Class Mail*

James S. Yoder, Esq
White and Williams, LLP
824 Market Street, Suite 902
Wilmington, DE 19899-0709
(Counsel for Allianz companies)
*Hand Delivery*

J. Craig Young
Area 2
Internal Revenue Service
320 Federal Place
Room 509
Greensboro, NC 27401
*First Class Mail*

**2002 SERVICE LIST**
**Federal Mogul**
**5/13/2005**

Christopher R Zaetta
Tax Division
U.S. Department of Justice
Judiciary Center Building
555 4th Street, N.W.
Washington, DC 20001
***First Class Mail***

James L. Zamoyski, Esq
Senior VP and General Counsel
Federal Mogul Corporation
26555 Northwestern Highway
Southfield, MI 48034
(Debtor)
***First Class Mail***

Matthew G. Zaleski, Esq
Campbell & Levine, LLC
800 King Street, Suite 300
Wilmington, DE 19801
Counsel to ACC
***Hand Delivery***