**RESUME**

Hans Weill received his B.A. and M.D. from Tulane University. His training includes an internship at Mount Sinai Hospital in New York, and a residency in internal medicine at Charity Hospital and Fellowship in Pulmonary Diseases at Tulane, both in New Orleans.

Since 1962, Dr. Weill has been on the Tulane faculty. His most recent full-time position has been Professor of Medicine, Chief of the Section of Environmental Medicine, and the Schlieder Foundation Professor of Pulmonary Medicine at the Tulane University Medical Center in New Orleans. From 1989-1993, Dr. Weill served as the founding Director of the Tulane University Center for Bioenvironmental Research. Until mid-1996, he directed an interdisciplinary research program in occupational lung diseases, and for over thirty years has been investigating the respiratory health effects of workplace exposure to such airborne inhalants as silica, asbestos, man-made mineral fibers, cotton, chlorine and isocyanates. Approximately 200 published papers appear in the scientific and medical literature as the result of this research. He retired from the active full-time faculty in June, 1997 and is now Professor Emeritus at Tulane. He currently resides in Basalt, Colorado and Mandeville, Louisiana while continuing to be active professionally, in both research and consultation.

His research team has produced information on the relationships between qualitative and quantitative aspects of occupational exposure dose and indicators of respiratory disease. The results of these investigations have been published in many scientific journals and books, and been used by federal regulatory agencies (including the Occupational Safety and Health Administration [OSHA], the National Institute for Occupational Safety and Health [NIOSH], and the Environmental Protection Agency [EPA]), in setting occupational health standards, and have formed the basis for testimony in Congressional and judicial hearings.

During the years 1972 to 1992, he was Director of the Specialized Center for Research (SCOR) funded by the National Heart, Lung and Blood Institute of the NIH for the investigation of occupational lung diseases. From 1992 to 1996, he was Principal Investigator of a National Institute of Environmental Health Sciences (NIH) Superfund Basic Research Program involving a number of environmental projects throughout the University. These were both large, multi-project, interdisciplinary research programs funded by the National Institutes of Health.

Dr. Weill has consulted widely with U.S. federal agencies, foreign government entities and in the private sector, on occupational and environmental pulmonary problems. From 1982-1985, he served as Chairman of the Pulmonary Disease Advisory Committee of the National Institutes of Health, and from 1986-1990 he was a member of the National Heart, Lung and Blood Advisory Council. He has also served as president of the American Thoracic Society (medical and scientific arm of the American Lung Association), on the certifying Subspecialty Board for Pulmonary Diseases, and on the Board of Governors of the American Board of Internal Medicine. In recent years, he served as a consultant to the United Nations Compensation Commission (UNCC) in Geneva on matters dealing with potential lung injury to those exposed to the smoke from the 1991 burning oil fires in Kuwait. He was also a consultant and participated in hearings for the U.S. Army and Veterans Administration regarding the possible health risk of asbestos exposures in helicopter repair facilities and in the course of building maintenance activities, in regard to whether such exposures constituted a hazard requiring the payment of Environmental Differential Pay (EDP) by the government.

In 1983-1984 he was a Fellow in Science and Public Policy at the Brookings Institution, in Washington, D.C., where his project dealt with an analysis of the use of scientific data in asbestos-associated diseases in the formulation of public policy.

## CURRICULUM VITAE  (Updated May, 2004)

### PERSONAL

Date of Birth:           August 31, 1933

Social Security Number:  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

Office Address:          755 Hearthstone Drive      or    10 Falcon Drive
                         Basalt, CO  81621                Mandeville, La  70471
                         Telephone: (970) 927-9321        (985) 624-5458
                                         Fax: (206) 238-6383
                                         E-mail: hweill@earthlink.net

### EDUCATION

Tulane University, 1951-1954 (B.S., June, 1955)
Tulane University School of Medicine, 1954-1958 (M.D., June, 1958)

### POSTGRADUATE MEDICAL TRAINING

Intern, Mount Sinai Hospital, New York, New York, 1958-1959
Resident, Charity Hospital of Louisiana, Tulane Medical Unit, New Orleans, Louisiana, 1959-1960
NIH Research Fellow, Department of Medicine and Pulmonary Laboratory, Tulane University School of Medicine, New Orleans, Louisiana, 1960-1961
Chief Resident, Charity Hospital of Louisiana, Tulane Medical Unit, New Orleans, Louisiana, 1961-1962

### TEACHING AND RESEARCH APPOINTMENTS

Instructor in Medicine, Pulmonary Diseases Section and Pulmonary Laboratory, Tulane University School of Medicine, 1962-1964
Assistant Professor of Medicine, Tulane University School of Medicine, 1964-1967
Associate Professor of Medicine, Tulane University School of Medicine, 1967-1971
Professor of Medicine, Tulane University School of Medicine, 1971-present
Director, Specialized Center of Research (SCOR), Occupational and Immunologic Lung Diseases, National Heart, Lung and Blood Institute, 1972-1992
Chief, Pulmonary Diseases Section, Tulane Medical Center, 1980-1991
Fellow in Science and Public Policy, Brookings Institution, Washington, D.C., 1983-1984

2

## *TEACHING AND RESEARCH APPOINTMENTS (cont'd)*

Schlieder Foundation Professor of Pulmonary Medicine, Tulane School of Medicine, 1985-97
Director, Center for Bioenvironmental Research, Tulane University, 1989-1993
Chief, Section of Environmental Medicine, Tulane Medical Center, 1993-96
Principal Investigator, Superfund Basic Research Program, (*Petrochemical Wastes: Risks
    andRemediation*), National Institute of Environmental Health Sciences (NIEHS),
        1992-1996
Professor Emeritus, Tulane University School of Medicine, 1997-present

## *HOSPITAL APPOINTMENTS*

Consultant in Pulmonary Diseases, Touro Infirmary, New Orleans, Louisiana, 1962-96
Senior Visiting Physician, Charity Hospital of Louisiana, Tulane Unit, New Orleans, 1974-1995
Active Staff, Tulane Medical Center Hospital, New Orleans, Louisiana, 1976-1997; Consulting
Staff, 1997-present

## *BOARD CERTIFICATION*

Diplomate, American Board of Internal Medicine, 1965
Certified in Pulmonary Diseases, American Board of Internal Medicine, 1966

## *BOARD MEMBERSHIP*

Member, Subspecialty Board on Pulmonary Diseases, American Board of Internal Medicine,
1980-1986
Member, Board of Governors, American Board of Internal Medicine, 1985-1988

## *MEDICAL LICENSURE*

Louisiana, 1958
Florida, 1958

## *HONORS AND SOCIETIES*

Phi Beta Kappa, 1954

Alpha Omega Alpha, 1958

American Academy of Allergy
    *Fellow, 1978*

3

## HONORS AND SOCIETIES (cont'd)

American College of Chest Physicians, 1965
*Governor for Louisiana, 1970-1975*

American College of Physicians, *Fellow, 1967*

American Federation of Clinical Research, 1967

American Heart Association
*Task Force on Environment and the Cardiovascular System, 1978*

American Lung Association
*Tuberculosis and Respiratory Disease Program Committee, 1973-1975*
*Board of Directors, 1975-1978*
*Task Force on Prevention of Occupational Lung Diseases, 1980*
*Governmental Relations Committee, 1983*

American Thoracic Society, 1962
*Councilor at Large, 1973*
*Planning Committee, Occupational Lung Diseases Postgraduate Course, Annual Meeting, 1973*
*President-elect, 1975*
*Federal Lung Programs Committee, 1976, 1983, 1988-90*
*President, 1976*
*Long-Range Planning Committee, Scientific Assembly on Environmental and Occupational Health, 1978*
*Chairman, Committee to prepare ATS position for Congress on Black Lung Legislation, 1981*
*Chairman, Committee to prepare ATS position and provide testimony for Congress on Compensation of Asbestos-Associated Diseases, 1983*
*Chairman, Committee on Health Effects of Tremolite, 1989*
*Member, Task Force on Future Directions for Research on Diseases of the Lung, 1994*

British Thoracic Society, 1983-present

International Epidemiologic Association, 1973

International Labour Office (ILO)
*Member, National Organizing Committee, VIIth International Pneumoconioses Conference, 1988*

Musser-Burch Society
*President, 1987*

4

*HONORS AND SOCIETIES (cont'd)*

New Orleans Academy of Internal Medicine
  *Secretary-Treasurer, 1973-1975*

New York Academy of Sciences, 1971

Phi Beta Kappa, 1955

Royal Society of Medicine
  *Fellow, 1971*

Southern Society for Clinical Investigation, 1969

Thoracic Society (U.K.), 1977-1982

*EDITORIAL ASSIGNMENTS*

American Review of Respiratory Disease
  *Editorial Board, 1980-1985*

Chest
  *Guest Editor, Byssinosis Conference Supplement, 1981*
  *Department Editor, Occupational and Environmental Lung Disease, 1984-1992*
  *Editorial Board, 1986-1993*

Respiratory Diseases Digest
  *Editor, 1981-1991*

*CONSULTANT ASSIGNMENTS*

House and Senate Subcommittees
  *Testimony regarding occupational lung disease on several occasions*

National Academy of Sciences
  *Member, Committee on Byssinosis of the National Research Council, 1980*

National Health and Welfare (Canada)
  *Member, Committee of Experts on Asbestos, March, 1984*

5

CONSULTANT ASSIGNMENTS (cont'd)

National Institute for Occupational Safety and Health (NIOSH)
> *Review Consultant on Criteria Documents*
>> *TDI, 1973*
>> *Phosgene, 1975*
>> *Fibrous Glass, 1976*
> *Task Force on Occupational Respiratory Diseases, 1975*
> *Task Force on Pathology Standards for Asbestos-Associated Diseases, 1980*

National Institutes of Health (NIH)
> *Member, Task Force on Environmental Lung Diseases; National Heart, Lung and Blood Institute,        1972*
> *Ad Hoc Site Visit, Toxicology Study Section, National Institutes of Health, 1974 and 1975*
> *Task Force on Occupational Lung Diseases, National Institute of Allergy and Infectious Diseases (NIAID), 1977*
> *Consultant, National Heart, Lung and Blood Institute; Vermont Lung Center, 1977*
> *Task Force on Epidemiology of Respiratory Diseases; National Heart, Lung and Blood Institute, 1978*
> *Special Study Section, National Institutes of Health, 1978*
> *National Institute of Allergy and Infectious Diseases (NIAID)*
> *Chairman, Site Visit Committee, Cincinnati, 1979*
> *Consultant, National Advisory Environmental Health Sciences Council, 1979*
> *Pulmonary Disease Advisory Committee (PDAC), Division of Lung Diseases, NationalHeart, Lung and Blood Institute, 1981; Chairman, 1982-1985*
> *Ad Hoc Member, Epidemiology Study Section, National Institutes of Health, 1981*
> *Special Study Section, National Institute of Environmental Health Sciences, 1982, 1983*
> *Member, National Heart, Lung and Blood Advisory Council (NHLBAC); National Institutes of Health, 1986-1990*
> *Member, Research Subcommittee, NHLBAC, 1986-1989*
> *National Heart, Lung and Blood Institute (NHLBI) Representative, Advisory Committee to the Director of the National Institutes of Health, 1988-1990*
> *Member, Working Group on Program, NHLBAC, 1989-1990*
> *Chairman, Specialized Center of Research (SCOR) Review Parent Committee, National Heart, Lung and Blood Institute (NHLBI), 1996*

*CONSULTANT ASSIGNMENTS (cont'd)*

Occupational Safety and Health Administration (OSHA), Department of Labor
   *Consultant and testimony in public hearing as OSHA witness, 1976 Cotton Dust*
*Standard*
   *Witness, public hearings on the occupational standard for cotton dust exposure,*
*September, 1983*
   *Consultant on the proposed new occupational standard for asbestos exposure*
*(promulgated in 1986),*
   *1983-1984; witness at the public hearings on the proposed rule, June, 1984*

Royal Commission on Asbestos
   *Consultant and Witness, Report of the Royal Commission on Matters of Health and*
   *Safety Arising from the Use of Asbestos in Ontario, 1984*

State of Virginia, Fairfax County Health Department
   *Member, Fairfax Terminal Petroleum Plume Health Advisory Panel, 1995-96*

U.S. Environmental Protection Agency
   *Member, Search Panel for Director, Human Studies Division, 1980*
   *Member, Task Force on TDI, 1988*
   *External Peer Reviewer, Ambient Levels and Noncancer Health Effects of Inhaled*
   *Crystalline and Amorphous Silica, 1994*

University of Oregon Health Sciences Center
   *Member, National Advisory Committee, Biological Effects of Volcanic Ash Study Center,*
*1980*


*TULANE UNIVERSITY COMMITTEES*

Curriculum Committee, 1968-1972

Executive Committee, Department of Medicine, 1983

Faculty Advisory Committee, 1973-1975

Health Sciences Bioenvironmental Research Institute (HSBRI)
   *Planning and Program Committee (Chairman), 1989-1991*
   *Ad Hoc Building Committee, 1989-1991*

Personnel and Honors Committee, 1977-1983

*TULANE UNIVERSITY COMMITTEES (cont'd)*

Search Committees:

*Dean, School of Medicine, 1987*
*Departmental Chair, Anatomy, 1973*
*Departmental Chair, Microbiology and Immunology, 1975*
*Departmental Chair, Surgery, 1976*
*Departmental Chair, Orthopedics (Chairman), 1978*
*Departmental Chair, Anesthesia, 1980*
*Departmental Chair, Environmental Health Sciences (Chairman), 1992*
*Freeport-McMoRan Chair for Environmental Policy, 1992*

University Senate, 1969-1971

PUBLICATIONS (NOT INCLUDING ABSTRACTS OR PRESENTATIONS)

1.  Ziskind MM, Weill H, O'Shaughnessey WJ. Chronic bronchitis? Pulmonary
    emphysema? Arch Intern Med 1961; 108:335-337.

2.  Weill H, Ziskind MM. Unusual patterns produced by blood within the lungs. Bul Tul
    Med Fac 1962; 31:95-102.

3.  Brown M, Buechner HA, Ziskind MM, Weill H. Septicemic (pyemic) abscesses of the
    lung. In: Proceedings of the 22nd Research Conference in Pulmonary Diseases. VA-
    Armed Forces, 1963.

4.  Ziskind MM, Weill H, Miranda J. Current concepts of therapy in chronic bronchitis and
    pulmonary emphysema. Bul Acad Med New Jersey 1963; 9:218-227.

5.  Ziskind MM, Weill H, Payzant A. The recognition and significance of acinus-filling
    processes of the lungs. Am Rev Respir Dis 1963; 87:551-559.

6.  Buechner HA, Aucoin E, Vignes AJ, Weill H. The resurgence of bagassosis in
    Louisiana. J Occup Med 1964; 6:473.

7.  Weill H, Ferrans V, Gay RM, Ziskind MM. Early lipoid pneumonia: radiologic,
    anatomic and physiologic characteristics. Am J Med 1964; 36:370-376.

8.  Weill H, Ziskind MM, Derbes V, Lewis R, Horton R, McCaldin R. Further observations
    on New Orleans asthma. Arch Environ Health 1964; 8:184.

9.  Weill H, Ziskind MM, Dickerson RC, Derbes VJ. Epidemic asthma in New Orleans.
    JAMA 1964; 190:811-814.

10. Ziskind MM, Weill H, Buechner HA, Brown M. The recognition of distinctive
    radiologic patterns in diffuse pulmonary disease. Arch Intern Med 1964; 114:108-112.

11. Herbert SJ, Weill H, Stuckey WJ, Urner C, Gonzalez E, Ziskind M. Pulmonary diffusing
    capacity in polycythemic states before and after phlebotomy. Dis Chest 1965; 48:408-
    414.

12. Weill H, Ziskind MM, Dickerson RC, Derbes VJ. Allergenic air pollutants in New
    Orleans. J Air Pol Control Assn 1965; 15:467-471.

13. Weill H, Ziskind MM, Dickerson RC, Derbes VJ. Recent developments in New Orleans
    asthma. Arch Environ Health 1965; 10:148-151.

*PUBLICATIONS (cont'd)*

14. Ziskind MM, Weill H, George RB. Acute pulmonary edema following the treatment of spontaneous pneumothorax with excessive negative intrapleural pressure. Am Rev Respir Dis 1965; 92:632-636.

15. Weill H, Adriani J. The respiratory care unit. J La St Med Soc 1966; 118:466-472.

16. Weill H, Buechner HA, Gonzalez E, Herbert SJ, Aucoin E, Ziskind MM. Bagassosis: a study of pulmonary function in 20 cases. Ann Intern Med 1966; 64:737-747.

17. George RB, Weill H, Rash JR, Mogabgab WJ, Ziskind MM. Roentgenographic appearance of viral and mycoplasmal pneumonia. Am Rev Respir Dis 1967; 96:1144-1150.

18. Ziskind MM, George RB, Weill H. Acute localized and diffuse alveolar pneumonias. Seminars in Roentgenology 1967; 2:49-60.

19. Ziskind M, Weill H, George RB. Diffuse pulmonary diseases. Am J Med Sci 1967; 254:95-117.

20. Foreman S, Weill H, Duke R, George R, Ziskind MM. Bullous disease of the lung: physiologic improvement following surgery. Ann Intern Med 1968; 69:757-767.

21. Gonzalez E, Weill H, Ziskind M, George RB. Value of the single breath diffusing capacity in separating chronic bronchitis from pulmonary emphysema. Dis Chest 1969; 53:229-236.

22. Waddell L, Schwarz M, Dombeck D, Weill H, Ziskind MM. Prolonged survival in lymphangitic carcinomatosis. Ann Intern Med 1969; 71:779-783.

23. Weill H, George R, Schwarz M, Ziskind MM. Late evaluation of pulmonary function after acute exposure to chlorine gas. Am Rev Respir Dis 1969; 99:374-379.

24. Weill H. Coal workers' pneumoconiosis: medical research needs. J Occup Med 1970; 12:511-514.

25. Weill H, George R, Munsokul N, Ziskind MM, Buechner H. Management of acute respiratory failure in chronic obstructive pulmonary disease. So Med J 1970; 63:90-95.

*PUBLICATIONS (cont'd)*

26. Ziskind M, Schwarz M, George R, Weill H, Shames J, Herbert S, Ichinose H. Incomplete consolidation in pneumococcal lobar pneumonia complicating pulmonary emphysema. Ann Intern Med 1970; 72:835-839.

27. Ziskind MM, Weill H. Pulmonary hypersensitivity reactions. Clin Notes on Respir Dis 1970; 9:3.

28. George R, Weill H. Fluorodensimetry: a method for analyzing regional ventilation and diaphragm function. JAMA 1971; 217:171-176.

29. George RB, Weill H, Tahir AH. Fluorodensimetric evaluation of regional ventilation in chronic obstructive pulmonary disease. So Reg Med J 1971; 64:1161-1164.

30. Weill H, Waddell LC, Ziskind MM. A study of workers exposed to detergent enzymes. JAMA 1971; 217:425-433.

31. Tahir AH, George RB, Weill H, Adriani J. Effects of abdominal surgery upon diaphragmatic function and regional ventilation. International Surgery 1973; 58:337-340.

32. Weill H. Pulmonary function testing in industry. J Occup Med 1973; 15:693-696.

33. Weill H, Waggenspack C, DeRouen T, Ziskind MM. Respiratory reactions to B. subtilis enzymes in detergents. J Occup Med 1973; 15:267-271.

34. Weill H, Waggenspack C, Rossiter C, Bailey W, Ziskind M. Radiographic and physiologic patterns among workers engaged in the manufacture of asbestos cement products: a preliminary report. J Occup Med 1973; 15:248-252.

35. Allen GC, Samimi B, Ziskind MM, Weill H. X-ray diffraction determination of alpha quartz in respirable and total dust samples from sandblasting operations. Am Industr Hyg Assoc J 1974; 35:711-717.

36. Bailey WC, Brown M, Buechner HA, Weill H, Ichinose H, Ziskind MM. Silico-mycobacterial disease in sandblasters. Am Rev Respir Dis 1974; 110:115-125.

37. Bailey WC, Weill H, DeRouen TA, Ziskind MM, Jackson HA, Greenberg HB. The effect of isoniazid on transaminase levels. Ann Intern Med 1974; 81:200-202.

*PUBLICATIONS (cont'd)*

38. Enterline PE, Weill H. Asbestosis in asbestos cement workers. In: Proceedings of International Conference on the Biologic Effects of Asbestos. IARC, WHO, 1974, pp. 179-185.

39. Glindmeyer HW, Weill H, Jones RN, Ziskind MM. Design and operation of a mobile pulmonary function laboratory. J Occup Med 1974; 16:584-588.

40. Rossiter C, Weill H. Ethnic differences in lung function. Intern J Epid 1974; 3:55-61.

41. Rossiter CE, Weill H. Synergism between dust exposure and smoking: an artifact in the statistical analysis of lung function? Bul Physio-Pathologie Respiratorie 1974; 10:717-725.

42. Samimi B, Weill H, Ziskind MM. Respirable silica dust exposure of sandblasters and associated workers in steel fabrication yards. Arch Environ Health 1974; 29:61-66.

43. Weill H. Evaluation of agents by new pulmonary function tests. In: Principles and Techniques of Human Research and Therapeutics. Volume 9. New York: Futura Publishing Company, 1974, pp. 103-112.

44. Weill H, Waggenspack C, DeRouen T, Ziskind MM. Follow-up observations of workers exposed to enzyme detergents. Ann NY Acad Sci 1974; 221:76-85.

45. Ziskind MM, Weill H, Ellithorpe DB. The relationship of lung diseases to air pollutants and noxious gases. In: Baum GL (ed), Textbook of Pulmonary Diseases. 2nd Edition. Boston: Little, Brown and Company, 1974.

46. George RB, Herbert SJ, Shames JM, Ellithorpe DB, Weill H, Ziskind MM. Pneumothorax complicating pulmonary emphysema. JAMA 1975; 234:389-393.

47. Jones RN, Weill H, Ziskind MM. Pulmonary function in sandblasters' silicosis. Bull Physio-Path Resp 1975; 11:589-595.

48. Samimi B, Neilson A, Weill H, Ziskind MM. The efficiency of protective hoods used by sandblasters to reduce silica dust exposure. Am Industr Hyg Assoc J 1975; 36:140-148.

49. Weill H. Editorial: Epidemiologic methods in the investigation of occupational lung disease. Am Rev Respir Dis 1975; 112:1-6.

## PUBLICATIONS (cont'd)

50. Weill H. Editorial: Workshop on the chest x-ray as an epidemiologic tool. Chest 1975; 68:131-132.

51. Weill H. Occupational asthma. In: Stein M (ed), New Directions in Asthma. Proceedings of an International Symposium on Asthma. American College of Chest Physicians, 1975, pp. 325-338.

52. Weill H, Jones RN (eds). Report of the workshop on the chest roentgenogram as an epidemiologic tool. Arch Environ Health 1975; 30:435-439.

53. Weill H, Rossiter C, Ziskind M, Waggenspack C. Lung function consequences of dust exposure in asbestos cement manufacturing plants. Arch Environ Health 1975; 30:88-97.

54. Weill H, Salvaggio JE, Neilson A, Butcher BT, Ziskind MM. Respiratory effects in toluene diisocyanate manufacture. A multidisciplinary approach. Environ Health Perspect 1975; 11:101-108.

55. Weill H, Williams TB, Burk RH. Laboratory and clinical evaluation of a new volume ventilator. Chest 1975; 67:14-19.

56. Butcher BT, Salvaggio JE, Weill H, Ziskind MM. Toluene diisocyanate (TDI) pulmonary disease. Immunologic and inhalation challenge studies. J Allergy Clin Immunol 1976; 58:89-100.

57. Jones RN, Turner-Warwick M, Ziskind M, Weill H. High prevalence of antinuclear antibodies in sandblasters' silicosis. Am Rev Respir Dis 1976; 113:393-395.

58. Samimi B, Weill H, Ziskind M. Respirable silica dust exposure of sandblasters and associated workers in steel fabrication yards. Arch Environ Health 1976; 29:61-66.

59. Weill H. Silicosis - method of Hans Weill, M.D. In: Conn (ed), Current Therapy 1976, pp. 146-147.

60. Weill H, Diem JE, Glindmeyer HW, Waggenspack C. Longitudinal studies of workers exposed to detergent enzyme dust in four U.S. plants. In: Proceedings of Symposium on Biological Effects of Proteolytic Enzyme Detergents. Penarth, Wales, U.K., 1976.

61. Ziskind M, Jones RN, Weill H. State of the art: silicosis. Am Rev Respir Dis 1976; 113:643-665.

*PUBLICATIONS (cont'd)*

62. Ziskind MM, Weill H, Anderson AE, Samimi B, Neilson A, Waggenspack C. Silicosis in shipyard sandblasters. Environ Res 1976; 11:237-243.

63. Butcher BT, Jones RN, O'Neil C, Glindmeyer HW, Diem JE, Dharmarajan V, Weill H, Salvaggio JE. Longitudinal study of workers employed in the manufacture of toluene-diisocyanate. Am Rev Respir Dis 1977; 116:411-421.

64. Butcher BT, O'Neil C, Weill H, Garg O, Salvaggio JE. Toluene diisocyanate (TDI) pulmonary disease: immunopharmacologic and mecholyl challenge studies. J Allergy Clin Immunol 1977; 59:223-227.

65. Jones RN, Carr J, Glindmeyer H, Diem J, Weill H. Respiratory health and dust levels in cottonseed mills. Thorax 1977; 32:281-286.

66. Turner-Warwick M, Cole P, Weill H, Jones RN, Ziskind M. Chemical fibrosis: the model of silica. Ann Rheum Dis 1977; 36:47-50.

67. Weill H, Diem JE. Relationships between cigarette smoking and occupational pulmonary disease. In: Proceedings of the International Symposium on Grain Dust and Health. Saskatoon: Academic Press, 1977.

68. Weill H, Rossiter CE, Waggenspack C, Jones RN, Ziskind MM. Differences in lung effects resulting from chrysotile and crocidolite exposure. In: Walter WH (ed), Proceedings of the Fourth International Symposium on Inhaled Particles and Vapors. Oxford and New York: Pergamon Press, 1977, pp. 789-797.

69. Weill H, Sewell EM. In search of the pump handle (editorial). Am Rev Respir Dis 1977; 115:911-913.

70. Hughes JM, Waggenspack C, Weill H. Mortality study of workers engaged in manufacture of asbestos cement products. In: Proceedings of National Meeting of American Lung Association/American Thoracic Society, Boston, 1978.

71. Arai DT, Kotin P, Weill H, Werchick J. Clinical problems in asbestos-related diseases. In: Preger L (ed), Asbestos-Related Diseases. New York: Gruen and Stratton, 1978, pp. 1-28.

72. Dharmarajan V, Weill H. Physical state of airborne p,p[1] diphenylmethane diisocyanate (MDI) and its measurement. Am Industr Hyg Assoc J 1978; 39:737-744.

*PUBLICATIONS (cont'd)*

73.  Dharmarajan V, Weill H, Self CW. Environmental characterization of toluene diisocyanate (TDI) in a manufacturing plant. Am Industr Hyg Assoc J 1978; 39:414-418.

74.  Diem JE, Jones RN, Gilson JC, Glindmeyer HW, Weill H. The influence of asbestos exposure on radiographic progression and functional decline. In: Proceedings of Fifth International Conference on Pneumoconioses. Caracas, Venezuela, 1978.

75.  Glindmeyer HW, Anderson ST, Diem JE, Weill H. A comparison of the Jones and Stead-Wells spirometers. Chest 1978; 73:596-602.

76.  Jones RN, Weill H. Occupational lung disease. Basics of RD, American Thoracic Society, 1978; 6(3):1-6.

77.  Lehrer SB, Turer E, Weill H, Salvaggio J. Elimination of bagassosis in Louisiana paper manufacturing plant workers. Clin Allergy 1978; 8:15-20.

78.  Samimi B, Mason JW, Ziskind MM, Weill H. The consistency of the gravimetric and impinger methods in evaluating hazardous dusty conditions. Am Industr Hyg Assoc J 1978; 39:817-820.

79.  Samimi B, Ziskind MM, Weill H. The relation of silica dust to accelerated silicosis. J Ecotox Environ Safety 1978; 1:429-436.

80.  Butcher BT, Karr RM, O'Neil CE, Wilson MR, Dharmarajan V, Salvaggio JE, Weill H. Inhalation challenge and pharmacologic studies of toluene diisocyanate (TDI)-sensitive workers. J Allergy Clin Immunol 1979; 64:146-152.

81.  Butcher BT, Lehrer SB, O'Neil CE, Hughes JM, Salvaggio JE, Weill H. Skin testing and RAST in workers engaged in cottonseed processing. J Allergy Clin Immunol 1979; 63(3):213.

82.  Doll NJ, Wilson MR, Alspaugh M, Weill H, Salvaggio JE. Autoantibodies in silicosis and asbestosis. J Allergy Clin Immunol 1979; 1:16-17.

83.  Hammad YY, Diem JE, Weill H. Evaluation of dust exposure in asbestos cement manufacturing operations. Am Industr Hyg Assoc J 1979; 40:490-495.

84.  Hammad YY, Gaumer R, Weill H. Animal inhalation exposure system for use with asbestos. In: Proceedings of International Conference on Occupational Lung Diseases, San Francisco, California, 1979.

*PUBLICATIONS (cont'd)*

85. Jones RN, Diem JE, Glindmeyer HW, Dharmarajan V, Hammad YY, Carr J, Weill H. Confounding of dust dosage and other variables influencing biologic responses to cotton dust. In: Proceedings of International Conference on Occupational Lung Diseases, San Francisco, California, 1979.

86. Jones RN, Diem JE, Glindmeyer H, Dharmarajan V, Hammad YY, Carr J, Weill H. Mill effect and dose-response relationships in byssinosis. Br J Industr Med 1979; 36:303-313.

87. Weill H. Epidemiologic and medical-legal aspects of occupational asthma. J Allergy Clin Immunol 1979; 64(6), Part 2:662-664.

88. Weill H. Respiratory health effects of isocyanates. In: Occupational Safety and Health Symposia. National Institute for Occupational Safety and Health, 1979.

89. Weill H. Small plants and their medical problems – the furniture industry. Respiratory health effects of isocyanates. In: Occupational Safety and Health Symposia, 1979. U.S. Department of Health and Human Services, National Institute for Occupational Safety and Health (DHHS [NIOSH] Publication Number 80-139).

90. Weill H, Hughes J, Waggenspack C. Influence of dose and fiber type on respiratory malignancy risk in asbestos-cement manufacturing. Am Rev Respir Dis 1979; 119:345-354.

91. Hammad YY, Weill H. Evaluation of performance of a beta absorption dust monitor. Am Industr Hyg Assoc J 1980; 31:501-507.

92. Hughes JM, Weill H. Lung cancer risk associated with manufacture of asbestos cement products. In: Wagner JC (ed), Biological Effects of Mineral Fibers. Volume 2, Number 30. Lyon: IARC Scientific Publications, 1980, pp. 627-635.

93. Jones RN, Butcher BT, Hammad YY, Diem JE, Glindmeyer HW, Lehrer SB, Hughes JM, Weill H. Interaction of atopy and exposure to cotton dust in the bronchoconstrictor response. Br J Industr Med 1980; 37:141-146.

94. Jones RN, Diem JE, Gilson JC, Glindmeyer HW, Weill H. Progression of asbestos radiographic abnormalities: relationships to measure of dust exposure and annual decline in lung function. In: Wagner JC (ed), Biological Effects of Mineral Fibers. Volume 2, Number 30. Lyon: IARC Scientific Publications, 1980, pp. 537-543.

95. Weill H. Basis for clinical decision making. Chest 1980; 78S:382S-383S.

*PUBLICATIONS (cont'd)*

96. Weill H. Human pulmonary function study (5 years) on occupational isocyanate exposure. In: Levin A, Pillsbury H (eds), Proceedings of the National Workshop on Substitutes for Asbestos; Arlington, Virginia, July 14-16, 1980. Washington, D.C.: Environmental Protection Agency, Office of Pesticides and Toxic Substances, 1980, pp. 647-652.

97. Weill H. Asbestos - a summing up. In: Wagner JC (ed), Biological Effects of Mineral Fibers. Volume 2, Number 30. Lyon: IARC Scientific Publications, 1980, pp. 867-873.

98. Weill H, Ziskind MM. Occupational pulmonary diseases. In: Fishman A (ed), Pulmonary Diseases and Disorders. New York: McGraw-Hill, 1980, pp. 754-793.

99. Doll NJ, Stankus RP, Hughes JM, Weill H, Gupta RC, Rodriguez M, Jones RN, Alspaugh MA, Salvaggio JE. Immune complexes and autoantibodies in silicosis. J Allergy Clin Immunol 1981; 68:281-285.

100. Glindmeyer HW, Diem JE, Hughes JM, Jones RN, Weill H. Factors influencing the interpretation of FEV1 declines across the working shift. Chest 1981; 79S:71S-73S.

101. Hammad YY, Dharmarajan V, Weill H. Sampling of cotton dust for epidemiologic investigations. Chest 1981; 79S:108S-113S.

102. Harlan WR, Sharrett AR, Weill H, Turino GM, et al. Impact of the environment on cardiovascular disease. Report of the American Heart Association Task Force on Environment and the Cardiovascular System. Circulation 1981; 63:243A-246A.

103. Hendrick DJ, Jones RN, Weill H. Occupational lung disease. In: Simmons DH (ed), Current Pulmonology. Volume 3. New York: John Wiley and Sons, Inc., 1981; 205-235.

104. Hendrick DJ, Weill H. Acute respiratory reactions to occupational inhalants. In: McDonald JC (ed), Recent Advances in Occupational Health. Edinburgh: Churchill Livingstone, Inc., 1981, pp. 39-51.

105. Jones RN, Hughes JM, Hammad YY, Glindmeyer HW, Butcher BT, Diem JE, Weill H. Respiratory health in cottonseed crushing mills. Chest 1981; 79S:30S-33S.

*PUBLICATIONS (cont'd)*

106. Weill H. Impact of environment on cardiovascular disease. Cardiorespiratory effects of inhalant occupational exposures. In: Report of the American Heart Association Task Force on Cardiovascular Disease. Circulation 1981; 63:250A-252A.

107. Weill H. Occupational lung diseases. Hosp Pract 1981; 16:65-80.

108. Weill H. Occupational lung diseases - state of the art. Chest 1981; 80S:54S-57S.

109. Weill H. Problem solving in occupational airways disorders. Cotton dust exposure as a case in point. Chest 1981; 79S:1S-2S.

110. Weill H. Risk assessment in volcano ash exposure. Chest 1981; 80S:87S-88S.

111. Weill H. Scientific basis for public policy decisions. In: Weill H, Turner-Warwick M (eds), Occupational Lung Diseases: Research Approaches and Methods; Lenfant C (exec ed), Lung Biology in Health and Disease. New York: Marcel Dekker, Inc., 1981, pp. 465-469.

112. Weill H, Butcher BT, Diem JE, Dharmarajan V, Glindmeyer H, Jones RN, Carr J, O'Neil CE, Salvaggio JE. Respiratory and immunologic evaluation of isocyanate exposure in a new manufacturing plant. Final Report, NIOSH Contract No. 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. Morgantown, West Virginia: U.S. Department of Health and Human Services, National Institute for Occupational Safety and Health, June, 1981 (DHHS [NIOSH] Publication Number 81-125).

113. Weill H, Turner-Warwick M (eds). Occupational lung diseases: research approaches and methods. In: Lefant C (exec ed), Lung Biology in Health and Disease. New York: Marcel Dekker, Inc., 1981.

114. Butcher BT, O'Neil CE, Reed MA, Salvaggio JE, Weill H. Development and loss of toluene diisocyanate reactivity: immunologic, pharmacologic and provocative challenge studies. J Allergy Clin Immunol 1982; 70:231-235.

115. Craighead JE (Chairman), Abraham JL, Churg A, Green FHY, Kleinerman J, Pratt PC, Seemayer TA, Vallyathan V, Weill H. The pathology of asbestos-associated diseases of the lungs and pleural cavities: diagnostic criteria and proposed grading schema. Report of the Pneumoconiosis Committee of the College of American Pathologists and the National Institute for Occupational Safety and Health. Asbestos-Associated Diseases (special issue), Archives of Pathology and Laboratory Medicine 1982; 106:541-596.

*PUBLICATIONS (cont'd)*

116. Diem JE, Jones RN, Hendrick DJ, Glindmeyer HW, Dharmarajan V, Butcher BT, Salvaggio JE, Weill H. Five-year longitudinal study of workers employed in a new toluene diisocyanate manufacturing plant. Am Rev Respir Dis 1982; 126:420-428.

117. Fabbri L, Hendrick DJ, Weill H. Occupational Asthma and Rhinitis. Mediguide to Pulmonary Medicine. Volume 3, Issue 2. New York: Della Corte Publications, 1982.

118. Glindmeyer HW, Diem JE, Jones RN, Weill H. Noncomparability of longitudinally and cross-sectionally determined annual changes in spirometry. Am Rev Respir Dis 1982; 125:544-548.

119. Hammad YY, Diem J, Craighead J, Weill H. Deposition of inhaled man-made mineral fibers in the lungs of rats. Ann Occup Hyg 1982; 26:179-187.

120. Hughes JM, Jones RN, Gilson JC, Hammad YY, Samimi B, Hendrick DJ, Turner-Warwick M, Doll NJ, Weill H. Determinants of progression in sandblasters' silicosis. Ann Occup Hyg 1982; 26:701-712.

121. Jones RN, Hughes J, Lehrer SB, Butcher BT, Glindmeyer HW, Diem JE, Hammad YY, Salvaggio JE, Weill H. Lung function consequences of exposure and hypersensitivity in workers who process green coffee beans. Am Rev Respir Dis 1982; 125:199-202.

122. Weill H. Cotton dust regulations (letter). Science 1982; 218:518.

123. Weill H. Definition of the sensitive worker. In: Kelley WD (ed), Annals of the American Conference of Governmental Industrial Hygienists. Volume 3, Protection of the Sensitive Individual. Cincinnati: American Conference of Governmental Industrial Hygienists, Inc., 1982, pp. 7-11.

124. Weill H. Scientific issues as yet unresolved. In: Proceedings of the World Symposium on Asbestos, Montreal, Quebec, Canada, May, 1982. Canadian Asbestos Information Centre, 1982, pp. 49-60.

125. Weill H, Hughes JM, Hammad YY, Glindmeyer HW, Sharon G, Jones RN. Respiratory health of workers exposed to man-made vitreous fibres. In: Proceedings of World Health Organization Conference on Biological Effects of Man-Made Mineral Fibers, Copenhagen, 1982. World Health Organization, 1982.

*PUBLICATIONS (cont'd)*

126. Weill H, Jones RN, Hendrick DJ. Air pollution, energy needs, and occupational lung disease. In: Linn WS (ed), Energy, Air Pollution, and Health: Papers from the Seminars for Physicians. New York: American Lung Association, 1982.

127. deShazo RD, Hendrick DJ, Diem JE, Nordberg JA, Baser Y, Bevier D, Jones RN, Barkman HW, Salvaggio JE, Weill H. Immunologic aberrations in asbestos cement workers: dissociation from asbestosis. J Allergy Clin Immunol 1983; 72:454-461.

128. deShazo RD, Nordberg J, Baser Y, Bozelka B, Weill H, Salvaggio JE. Analysis of depressed cell-mediated immunity in asbestos workers. J Allergy Clin Immunol 1983; 71:418.

129. Diem JE, Jones RN, Hendrick DJ, Glindmeyer HW, Dharmarajan V, Butcher BT, Salvaggio JE, Weill H. Five-year longitudinal study of workers employed in a new toluene diisocyanate manufacturing plant (correspondence). Am Rev Respir Dis 1983; 128:327-328.

130. Doll NJ, Diem JE, Jones RN, Rodriguez M, Bozelka BE, Stankus RP, Weill H, Salvaggio JE. Humoral immunologic abnormalities in workers exposed to asbestos cement dust. J Allergy Clin Immunol 1983; 72:509-512.

131. Jones RN, Ziskind MM, Weill H. Noxious gases. In: Baum G (ed), Textbook of Pulmonary Diseases. 3rd Edition. Boston: Little, Brown and Company, 1983, pp. 833-843.

132. Weill H. Asbestos associated diseases: science, public policy and litigation. Chest 1983; 84:601-608.

133. Weill H. Respiratory effects from toluene diisocyanate. In: Rom WN (ed), Environmental and Occupational Medicine. 1st Edition. Boston: Little, Brown and Company, 1983, pp. 621-625.

134. Weill H, Diem JE. Byssinosis research (letter). Science 1983; 219:1273-1276.

135. Weill H, Hughes JM, Hammad YY, Glindmeyer HW, Sharon G, Jones RN. Respiratory health in workers exposed to man-made vitreous fibers. Am Rev Respir Dis 1983; 128:104-112.

PUBLICATIONS (cont'd)

136. Diem JE, Fischer JM, Glindmeyer HW, Abdel-Kader H, Weill H.  Environmental determinants of across-shift pulmonary function change in cotton textile workers.  In: Wakelyn PJ, Jacobs RR (eds), Cotton Dust.  Proceedings of the Eighth Cotton Dust Research Conference, Beltwide Cotton Production Research Conferences, Atlanta, Georgia, January 9-10, 1984. Memphis: National Cotton Council; Raleigh, North Carolina: Cotton, Incorporated, 1984, pp. 20-22.

137. Jones RN, Diem JE, Ziskind MM, Rodriguez M, Weill H.  Radiographic evidence of asbestos effects in American marine engineers.  J Occup Med 1984; 26:281-284.

138. Weill H.  Natural and man-made mineral fibers.  In: Heim LR (exec ed), Environmental Pollution and Man.  Proceedings of the International Symposium, Cape Town, South Africa, April 30-May 4, 1984.  Newburgh, Indiana: Immunology Research Foundation, Inc., 1984, pp. 76-84.

139. Weill H.  Occupational asthma: background and non-particulate pollutants.  In: Heim LR (exec ed), Environmental Pollution and Man.  Proceedings of the International Symposium, Cape Town, South Africa, April 30-May 4, 1984.  Newburgh, Indiana: Immunology Research Foundation, Inc., 1984, pp. 105-110.

140. Weill H.  Public responsibility in asbestos-related diseases.  In: Edited Proceedings of the 1983 National Conference on "Health-Related Claims: Can the Tort and Compensation Systems Cope?".  Washington, D.C.: National Legal Center for the Public Interest, 1984, pp. 40-45.

141. Weill H.  Relations between acute and chronic occupational airway responses.  In: Gee JBL, Morgan WKC, Brooks SM (eds), Occupational Lung Disease.  Proceedings of the International Conference on Occupational Lung Disease, Chicago, Illinois, March, 1982.  New York: Raven Press, 1984, pp. 87-95.

142. Weill H, Diem J, Hughes J, Jones R.  The contribution of occupational exposures to chronic airways obstruction.  Chest 1984; 85(6S):125.

143. Banks DE, Barkman HW, Butcher BT, Hammad YY, Rando RJ, Glindmeyer HW, Jones RN, Weill H.  Absence of hyperresponsiveness to methacholine in a worker with methylene diphenyl diisocyanate (MDI) asthma.  Chest 1986; 89:389-393.

144. deShazo RD, Daul CB, Morgan JE, Diem JE, Hendrick DJ, Bozelka BE, Stankus RP, Jones R, Salvaggio JE, Weill H.  Immunologic investigations in asbestos-exposed workers.  Chest 1986; 89:162S-165S.

PUBLICATIONS (cont'd)

145. Hendrick DJ, Fabbri LM, Hughes JM, Banks DE, Barkman HW Jr., Connolly MJ, Jones RN, Weill H. Modification of the methacholine inhalation test and its epidemiologic use in polyurethane workers. Am Rev Respir Dis 1986; 133:600-604.

146. Hughes JM, Weill H. Asbestos exposure - quantitative assessment of risk. Am Rev Respir Dis 1986; 133:5-13.

147. Jones RN, Hughes JM, Glindmeyer HW, Weill H. Lung function following acute chlorine exposure. Am Rev Respir Dis 1986; 134:1190-1195.

148. Jones RN, Hughes JM, Hammad YY, Weill H. Sandblasting and silicosis. In: Goldsmith DF, Winn DM, Shy CM. Silica, silicosis and cancer: controversy in occupational medicine. New York: Praeger Publishers, 1986:71-75.

149. Murphy RL, Becklake MR, Brooks SM, Gaensler EA, Gee BL, Goldman AM, Kleinerman JI, Lewinsohn HC, Mitchell RS, Utell MJ, Weill H. The diagnosis of nonmalignant diseases related to asbestos. Am Rev Respir Dis 1986; 134:363-368.

150. Salvaggio JE, Taylor G, Weill H. Occupational asthma and rhinitis. In: Merchant JA, Boehlecke BA, Taylor G, Pickett-Harner M (eds), Occupational Respiratory Disease. Washington, D.C.: U.S. Government Printing Office, 1986, pp. 461-475. (DHHS [NIOSH] Publication No. 86-102)

151. Weill H. Determinants of occupationally induced lung fibrosis. Prax Klin Pneumol 1986; 40:255-256.

152. Weill H, Hughes JM. Asbestos as a public health risk: disease and policy. Ann Rev Publ Health 1986; 7:171-192.

153. Glindmeyer HW, Jones RN, Barkman HW, Weill H. Spirometry: quantitative test criteria and test acceptability. Am Rev Respir Dis 1987; 136:449-452.

154. Glindmeyer HW, Jones RN, Diem JE, Weill H. Useful and extraneous variability in longitudinal assessment of lung function. Chest 1987; 92:877-882.

155. Hughes JM, Weill H, Hammad YY. Mortality of workers employed in two asbestos cement manufacturing plants. Br J Ind Med 1987; 44:161-174.

156. Weill H. Diagnosis of asbestos-related disease. Chest 1987; 91:802-803.

*PUBLICATIONS (cont'd)*

157. Weill H. Synergy of lung biology and medicine: the NHLBI from the perspective of the pulmonary community. Am Rev Respir Dis 1987; 136:545.

158. Hammad Y, Simmons W, Abdel-Kader H, Reynolds C, Weill H. Effect of chemical composition on pulmonary clearance of man-made mineral fibres. Ann Occup Hyg 1988; 32 (Supplement 1):769-779.

159. Weill H. Disaster at Bhopal: the accident, early findings and respiratory health outlook in those injured. Bulletin Europeen de Physiopathologie Respiratoire 1988; 23:587-590.

160. Weill H, Hughes JM. Asbestos health effects: resolving the scientific uncertainties. Postgrad Med J 1988; 64 (supplement 4):48-55.

161. Banks DE, Sastre J, Butcher BT, Ellis E, Rando RJ, Barkman HW, Hammad YY, Glindmeyer HW, Weill H. Role of inhalation challenge testing in the diagnosis of isocyanate-induced asthma. Chest 1989; 95:414-423.

162. Glindmeyer HW, Diem JE, Weill H. Factors influencing estimates of annual change in FEV1. In: Dosman JA, Cockcroft DW (eds), Principles of Health and Safety in Agriculture. Boca Raton: CRC Press, Inc., 1989, pp. 15-18.

163. Hughes JM, Weill H. Development and use of asbestos risk estimates. In: Bignon J, Peto J, Saracci R (eds), Non-Occupational Exposure to Mineral Fibres. International Agency for Research on Cancer, 1989, pp. 471-475. (IARC Scientific Publications Number 90)

164. Jones RN, Diem JE, Hughes JM, Hammad YY, Glindmeyer H, Weill H. Progression of asbestos effects: a prospective longitudinal study of chest radiographs and lung function. Br J Ind Med 1989; 46:97-105.

165. Hughes JM, Weill H. Pulmonary fibrosis as a determinant of asbestos-induced lung cancer in a population of asbestos cement workers. Proceedings of the VIIth International Pneumoconioses Conference, Pittsburgh, Pennsylvania, August, 1988. DHHS (NIOSH) Publication No. 90-108, Part I, September, 1990, pp. 370-374.

166. Lefante J, Hughes JM, Jones RN, Weill H. An analysis of x-ray reader agreement: Do five readers significantly increase reader classification reliability over that of three readers? Proceedings of the VIIth International Pneumoconioses Conference, Pittsburgh, Pennsylvania, August, 1988. DHHS (NIOSH) Publication No. 90-108, Part I, September, 1990, pp. 482-486.