## PUBLICATIONS (cont'd)

167. Weill H. Medical perspectives on causation. Courts and the Law 1991; 1(3):371-373.

168. Glindmeyer HW, Lefante JJ, Jones RN, Rando RJ, Abdel-Kader HM, Weill H. Exposure-related declines in the lung function of cotton textile workers. Relationship to current workplace standards. Am Rev Respir Dis 1991; 144:675-683.

169. Hughes JM, Weill H. Asbestosis as a precursor of asbestos-related lung cancer: results of a prospective mortality study. Br J Ind Med 1991; 48:229-233.

170. Jones RN, Rando RJ, Glindmeyer HW, Foster TA, Hughes JM, O'Neil CE, Weill H. Abnormal lung function in polyurethane foam producers. Weak relationship to toluene diisocyanate exposures. Am Rev Respir Dis 1992; 146:871-877.

171. Hughes JM, Jones RN, Glindmeyer HW, Hammad YY, Weill H. Follow-up study of workers exposed to man-made mineral fibers. Br J Ind Med 1993; 50:658-667.

172. Weill H. Adventitia: Dusts and lungs. Thorax 1993; 48:183-184.

173. Weill H. Future of research into occupational lung disease. Br J Ind Med 1993; 50(6):481-483.

174. Weill H. Risks assessed for humans from exposure to low levels of fibres in the air. In: Gibbs GW, Dunnigan J, Kido M, Higashi T, eds, Health Risks from Exposure to Mineral Fibres: An International Perspective. North York, Ontario: Captus University Publications, 1993; pp. 110-119.

175. Glindmeyer HW, Lefante JJ, Jones RN, Rando RJ, Weill H. Cotton dust and across-shift change in FEV1 as predictors of annual change in FEV1. Am J Respir Crit Care Med 1994; 149:584-590.

176. Hughes JM, Weill H. Asbestos and man-made fibers. In: Samet JM (ed), Epidemiology of Lung Cancer; Lenfant C (exec ed), Lung Biology in Health and Disease. New York: Marcel Dekker, Inc., 1994; pp. 185-205.

177. Hughes JM, Weill H. Potency versus importance in fiber pathogenicity (Letter to the Editor). Am J Indust Med 1994; 25:609-610.

178. Jones RN, Weill H, Parkes WR. Disease related to non-asbestos silicates. In: Parkes WR (ed), Occupational Lung Disorders. 3rd Edition. London: Butterworth & Company, 1994; pp. 536-570.

*PUBLICATIONS (cont'd)*

179. Jones RN, Weill H, Parkes WR. Tremolite. In: Browne K. Asbestos-related disorders (chapter). In: Parkes WR (ed), Occupational Lung Disorders. 3rd Edition. London: Butterworth & Company, 1994; pp. 485-489.

180. Weill H. Biologic effects: asbestos-cement manufacturing. Ann Occup Hyg 1994; 38(4):533-538.

181. Weill H, Jones RN, Parkes WR. Silicosis and related diseases. In: Parkes WR (ed), Occupational Lung Disorders. 3rd Edition. London: Butterworth & Company, 1994; pp. 285-339.

182. Glindmeyer HW, Lefante JJ, McColloster C, Weill H, Jones RN. Blue-collar normative spirometric values for Caucasian and African-American men and women age 18-65. Am J Respir Crit Care Med 1995; 151:412-422.

183. Hardy TS, Weill H. Crystalline silica: risks and policy. Environ Health Perspect 1995; 103:152-155.

184. Jones RN, Glindmeyer HW, Weill H. Review of the Kilburn and Warshaw *Chest* article -- airways obstruction from asbestos exposure. Chest 1995; 107:1727-1729.

185. Weill H. Risk analysis and public policy in relation to silica exposure. Appl Occup Environ Hyg 1995; 10(12):1154-1156.

186. Weill H, Hughes JM. Mesothelioma (Letter to the Editor). Lancet 1995; 345:1234.

187. Weill H, Hughes JM, Jones RN. Asbestos: a risk too far? (Letter to the Editor) Lancet 1995; 346:304.

188. Weill H, McDonald JC. Exposure to crystalline silica and risk of lung cancer: the epidemiological evidence. Thorax 1996; 51:97-102.

189. Lefante JJ, Glindmeyer HW, Weill H, Jones RN. Adjusting forced vital capacity for the effect of obstruction. Chest 1996; 110:417-421

190. Weill H. The integration of epidemiology and fundamental biology in occupational lung disease. Chest 1996; 109: 2S-5S

*PUBLICATIONS (cont'd)*
191. Weill H. Epidemiology and occupational health practice. In: The Epidemiology of Work Related Diseases Editor J.C. McDonald. London: BMJ Publishing Group (1996).

192. Weill H., Hughes, J. Review of epidemiological data on morbidity following exposure to man-made vitreous fibres. J Occup Health Safety-Aust NZ 1996, 12(3):313-7

193. Jones RN, Hughes JM, Weill H. Asbestos exposure, asbestosis, and asbestos-attributable lung cancer. Thorax 1996; 51(Suppl 2): S9-S15

194. Checkoway H, Heyer NJ, Seixas NS, Welp EAE, Demers PA, Hughes JM, Weill H. Dose-response associations of silica with non-malignant respiratory disease and lung cancer mortality in the diatomaceous earth industry. Am J Epidemiol 1997; 145:680-8

195. Hughes JM, Weill H, Checkoway H, Jones RN, Henry MM, Heyer NJ, Seixas NS, Demers PA. Radiographic evidence of silicosis risk in the diatomaceous earth industry. Am J Respir Crit Care Med. 1998 158(3): 807-14

196. Checkoway H, Hughes JM, Weill H, Seixas NS, Demers PA. Crystalline silica exposure, radiological silicosis, and lung cancer mortality in diatomaceous earth industry workers. Thorax 1999; 54: 56-59

197. McDonald, A.D., McDonald, J.C., Rando, R.J., Hughes, J.M, Weill, H. Cohort mortality study of North American industrial sand workers. I. Mortality from lung cancer, silicosis and other causes. Ann Occup Hyg 2001; 45:193-199

198. Hughes J. M., Weill H., Rando R., Shi R., McDonald A. D., McDonald J.C. Cohort mortality study of North American industrial sand workers. II. Case-referent analysis of lung cancer and silicosis deaths. Ann Occup Hyg 2001; 201-207

199. Rando R.J., Shi R., Hughes J.M., Weill H., McDonald A.D., McDonald J.C. Cohort mortality study of North American industrial sand workers. III. Estimation of past and present exposures to respirable crystalline silica Ann Occup Hyg 2001; 217-225

200. Weill H, *Forward* in *Occupational Disorders of the Lung* Harcourt, 2002

201. Weill H, Hughes JM, Churg AM. Changing Trends in US Mesothelioma Incidence. Occup Environ Med 2004;61:438–441.

DEPOSITION AND TRIAL TESTIMONY
*Hans Weill, M.D.*
1990 - present

| RE: | Deposition/ Trial Testimony | Location | Court Case Number | Attorney/Firm | Type of Case | Month/Year |
|---|---|---|---|---|---|---|
| James Adams, Sr. v. National Gypsum | Deposition | New Orleans, LA | 84-18043 | Mike Gertler<br>Gertler, Gertler & Vincent | asbestos | 1/90 |
| James Adams, Sr. v. National Gypsum | Trial testimony | New Orleans, LA | 84-18043 | Ethel H. Cohen<br>Deutsch, Kerrigan & Stiles | asbestos | 1/90 |
| Johnson County Community College v. National Gypsum | Deposition | New Orleans, LA | unknown | Wayne Suojanen/<br>Susan Herschel<br>Hoyle, Morris & Kerr | asbestos | 1/90 |
| Johnson County Community College v. National Gypsum | Trial testimony | Kansas City, MO | unknown | Wayne Suojanen<br>Hoyle, Morris & Kerr | asbestos | 1/90 |
| Steven Mock v. Potlatch | Deposition | New Orleans, LA | 89-3008 | Paul Thomas Clark<br>Clark & Feeney | chlorine | 2/90 |
| Gerald Saastomoinen v. Potlatch | Deposition | New Orleans, LA | 89-3007 | Paul Thomas Clark<br>Clark & Feeney | chlorine | 2/90 |
| Melvin Smith v. Fibreboard Corporation | Deposition | New Orleans, LA | 87-C-521B | John F. McCormick<br>Pray, Walker, Jackman, Williamson & Marlar | asbestos | 2/90 |
| Oklahoma Tireworkers Cases | Trial testimony | Tulsa, OK | unknown | Martin J. Murphy<br>Davis & Young | asbestos | 2/90 |
| Earl Cotton v. M & M Supply | Deposition | New Orleans, LA | 86-461CA | Ken Pratt | chlorine | 3/90 |
| Stephen David v. Cajun Painting | Deposition | New Orleans, LA | 19-535 | Stephen David | spray paint exposure | 5/90 |
| Los Angeles County Community College v. W.R. Grace | Deposition | New Orleans, LA | unknown | Richard A. Senftleben<br>W.R. Grace & Company | asbestos | 5/90 |

1

DEPOSITION AND TRIAL TESTIMONY
*Hans Weill, M.D.*
1990 - present

2

| RE: | Deposition/ Trial Testimony | Location | Court Case Number | Attorney/Firm | Type of Case | Month/Year |
|---|---|---|---|---|---|---|
| City of Boston v. National Gypsum | Deposition | New Orleans, LA | unknown | Eric Hensen<br>Hoyle, Morris & Kerr | asbestos | 5/90 |
| State of Louisiana v. W.R. Grace | Deposition | New Orleans, LA | 88-4336 | Stephen M. Little<br>Blue, Williams & Buckley | asbestos | 7/90 |
| Oklahoma Tireworkers Cases | Deposition | New Orleans, LA | unknown | Martin J. Murphy<br>Davis & Young | asbestos | 7/90 |
| John Corbally v. W.R. Grace | Deposition | New Orleans, LA | CA-3-88-1884-H | Richard A. Senftleben<br>W.R. Grace & Company | asbestos | 7/90 |
| Carol Davis v. Aufhauser Bros. Corp. | Trial testimony | New Orleans, LA | 89-0560 | Barbara Arras<br>Deutsch, Kerrigan & Stiles | asbestos/ metal fumes | 8/90 |
| Daniel Frank v. GAF Corporation | Deposition | New Orleans, LA | unknown | D. Jeffrey Campbell<br>Porzio, Bromberg & Newman | asbestos | 8/90 |
| California Tank Lines/ Imperial West/GM Case | Deposition | Los Angeles, CA | unknown | Jack D. Hull<br>Vars, Pave, McCord & Freeman | chlorine | 8/90 |
| Bobby Joe Tincher v. A-Best Products | Deposition | New Orleans, LA | 88-CV-08-5414 | Craig L. Vandergrift<br>Henderson & Goldberg | asbestos | 8/90 |
| Miller Dwan Medical Center/Minnesota case | Deposition | New Orleans, LA | unknown | Eric Henson<br>Hoyle, Morris & Kerr | asbestos | 8/90 |
| California Tireworkers Cases | Deposition | New Orleans, LA | unknown | Mark Spitalnik<br>Tilly & Graves | asbestos | 9/90 |
| Arthur Quick v. Murphy Oil | Deposition | New Orleans, LA | 38-421 | Darryl J. Foster<br>Lemle, Kelleher, Kohlmeyer, Dennery, Hunley, Moss & Frilot | asbestos | 11/90 |
| Flintkote v. American Mutual | Deposition | San Francisco | 808-594 | David M. Halbreich<br>Brobeck, Phleger & | asbestos | 12/90 |

DEPOSITION AND TRIAL TESTIMONY
*Hans Weill, M.D.*
1990 - present

| RE: | Deposition/ Trial Testimony | Location | Court Case Number | Attorney/Firm | Type of Case | Month/Year |
|---|---|---|---|---|---|---|
| Blue Cross/Blue Shield v. U.S. Minerals | Trial testimony | Manchester, NH | unknown | Harrison Stephen E. Merrill Merrill & Broderick | asbestos | 12/90 |
| Colorado Schools v. W.R. Grace | Deposition | New Orleans, LA | unknown | Richard A. Senftleben W.R. Grace & Company | asbestos | 1/91 |
| Mason Schools v. Basic Industries | Deposition | New Orleans, LA | unknown | Evan L. MacFarlane Cholette, Perkins & Buchanan | asbestos | 2/91 |
| Mason Schools v. Basic Industries | Trial testimony | Lansing, MI | unknown | Evan L. MacFarlane Cholette, Perkins & Buchanan | asbestos | 3/91 |
| Johnny Gambino v. Chevron USA | Deposition | New Orleans, LA | 90-2612 | Len Brignac | unknown chemical exposure | 3/91 |
| Trizec Properties, Inc. v. U.S. Mineral | Deposition | New Orleans, LA | 89-4133 | Holly Huart Branch, Pike, Ganz & O'Callaghan | asbestos | 3/91 |
| Robert Ivey v. Dow Chemical Company | Deposition | New Orleans, LA | 84-G-3248 | Randy E. Moore Wommack, Dennan, Mauro, Hathway & Moore | toluene diisocyanate | 3/91 |
| Thomas Neal v. Avondale Industries | Deposition | New Orleans, LA | 88-14051 | Gerolyn Roussel Gertler, Gertler & Vincent | silica | 3/91 |
| Brevard County v. W.R. Grace | Deposition | New Orleans, LA | 89-571-CIV.ORL-19 | Richard A. Senftleben W.R. Grace & Company | asbestos | 3/91 |
| Herbert Morales v. Occidental Chemical | Deposition | New Orleans, LA | 31-433 | John W. deGravelles deGravelles, Palmintier & Holthaus | chlorine | 4/91 |
| Alvin Otis v. | Deposition | New Orleans, LA | unknown | John W. deGravelles | chlorine | 4/91 |

3

DEPOSITION AND TRIAL TESTIMONY
*Hans Weill, M.D.*
1990 - present

| RE: | Deposition/ Trial Testimony | Location | Court Case Number | Attorney/Firm | Type of Case | Month/Year |
|---|---|---|---|---|---|---|
| Occidental Chemical | | | | deGravelles, Palmintier & Holthaus | | |
| Terry Patke v. Occidental Chemical | Deposition | New Orleans, LA | unknown | John W. deGravelles deGravelles, Palmintier & Holthaus | chlorine | 4/91 |
| Westinghouse Cases | Trial testimony | Pascagoula, MS | unknown | David Landin McGuire, Woods, Battle & Boothe | asbestos | 4/91 |
| Herbert Morales v. Occidental Chemical | Deposition | New Orleans, LA | 31-433 | Jack Quarles Duplechin & Associates | chlorine | 4/91 |
| Alvin Otis v. Occidental Chemical | Deposition | New Orleans, LA | unknown | Mike Rodriguez Birdsall, Rodriguez & Kehoe | chlorine | 4/91 |
| Louis Ledet v. Johns-Manville Corp. | Deposition | New Orleans, LA | 336-681 | Delbert G. Talley Windhorst, Gaudry, Talley & Ranson | asbestos/ silica | 4/91 |
| Ralph Ray v. Upjohn | Deposition | New Orleans, LA | 184-2021-CC2 | R. Lynn Myers | toluene diisocyanate | 5/91 |
| Edward Vodicka v. Upjohn | Deposition | New Orleans, LA | 184-2788-CC2 | R. Lynn Myers | toluene diisocyanate | 5/91 |
| Kenneth Smith v. Martin Mills | Deposition | New Orleans, LA | unknown | Thomas Hightower, Jr. Voorhoies & Labbe | textile manufacturing | 6/91 |
| Flintkote v. American Mutual | Trial testimony | San Francisco | 808-594 | David M. Halbreich Brobeck, Phleger & Harrison | asbestos | 6/91 |
| National Gypsum Bankruptcy Court Hearing | Trial testimony | Dallas, TX | 390-37213-SAF-11 | Lawrence T. Hoyle, Jr. Hoyle, Morris & Kerr | asbestos | 7/91 |
| Jessie Rivere v. | Deposition | New Orleans, LA | 43-895 | Alyssa Allison | phosgene | 7/91 |

4

DEPOSITION AND TRIAL TESTIMONY
*Hans Weill, M.D.*
1990 - present

| RE: | Deposition/ Trial Testimony | Location | Court Case Number | Attorney/Firm | Type of Case | Month/Year |
|---|---|---|---|---|---|---|
| Rubicon, Inc. | | | | Phelps, Dunbar | | |
| Carl Thrasher v. Owens-Corning | Deposition | New Orleans, LA | 90-C-277-B | Scott Rhodes | asbestos | 8/91 |
| William Clements v. Owens-Corning Fiberglas | Deposition | New Orleans, LA | 90-21833 | Robert D. Brown Blackwell & Walker | asbestos | 9/91 |
| Ivy Joe Watson v. Witco Corporation | Deposition | New Orleans, LA | 90-2537 | Frank Dudenhefer Cummings, Cummings & Dudenhefer | stannic chloride | 9/91 |
| Cullen Center v. W.R. Grace | Deposition | New Orleans, LA | unknown | John R. Strawn, Jr. Andrews & Kurth | asbestos | 9/91 |
| Robert Whiston v. Bio-Lab | Deposition | New Orleans, LA | unknown | Dale Markworth Mansour, Gavin, Gerlack & Manos | chlorine | 10/91 |
| Giovanni Battista Pizzinni (?) v. Workers Compensation Dust Diseases Board | Trial testimony | Sydney, Australia | 5691/94 | Richard F. Buckley McLaughlin & Riordan | asbestos | 10/91 |
| Albert Bushell v. CSR | Trial testimony | Perth, Australia | unknown | John Mengler Jackson, McDonald | asbestos | 10/91 |
| Dayton Independent School District v. W.R. Grace | Deposition | New Orleans, LA | unknown | Richard A. Senftleben W.R. Grace & Company | asbestos | 12/91 |
| Michael G. Knight v. Monsanto Company | Deposition | New Orleans, LA | 90-3191 | Joseph Orlet Coburn, Croft & Putzell | multiple chemical exposure | 12/91 |
| Henry Hauser v. Bio-Lab | Trial testimony | North Platte, NE | unknown | Richard O'Toole Wallentine, O'Toole, McQuillan & Gordon | chlorine | 1/92 |

5

DEPOSITION AND TRIAL TESTIMONY
*Hans Weill, M.D.*
1990 – present

| RE: | Deposition/ Trial Testimony | Location | Court Case Number | Attorney/Firm | Type of Case | Month/Year |
|---|---|---|---|---|---|---|
| City of Wichita v. U.S. Minerals | Deposition | New Orleans, LA | unknown | Stephen E. Merrill Merrill & Broderick | asbestos | 1/92 |
| Pamela K. Smith v. Prairie Road Water Systems | Deposition | New Orleans, LA | 90-1665 | J.D. Cascio Hayes, Harkey, Smith, Cascio & Mullens | chlorine | 1/92 |
| Carolyn Dean v. Maritime Overseas Corp. | Trial testimony | New Orleans, LA | 90-1022 | David B. Lawton Terribery, Carroll & Yancey | unknown chemical exposure | 2/92 |
| Lee Roy Cook v. Boise Cascade | Deposition | New Orleans, LA | unknown | Berney Strauss | chlorine | 2/92 |
| William McCurdy v. Boise Cascade | Deposition | New Orleans, LA | unknown | Berney Strauss | chlorine | 2/92 |
| Jimmy Wilson v. Todd Shipyards | Deposition | New Orleans, LA | 86-10824 | Alan Weinberger Middleberg, Riddle & Gianna | asbestos | 2/92 |
| Amery Arcement v. Hopeman Brothers, Inc. | Deposition | New Orleans, LA | unknown | Sandra Crosby Christovich & Kearney | asbestos | 3/92 |
| Brenda Burbank v. Borden's, Inc. | Deposition | New Orleans, LA | unknown | Henri Wolbrette McGlinchey, Stafford & Lang | ethylene dichloride | 4/92 |
| National Gypsum Plan | Deposition | New Orleans, LA | unknown | Mark R. Randall National Gypsum Company | asbestos | 4/92 |
| Buford Lee Brooks v. Oriental Gasket & Packing Company | Deposition | New Orleans, LA | 31-886 | David B. Beers Shea & Gardner | asbestos | 5/92 |
| Buford Lee Brooks v. Oriental Gasket & Packing Company | Trial testimony | Hillsboro, TX | 31-886 | David B. Beers Shea & Gardner | asbestos | 5/92 |

6

DEPOSITION AND TRIAL TESTIMONY
*Hans Weill, M.D.*
1990 - present

| RE: | Deposition/ Trial Testimony | Location | Court Case Number | Attorney/Firm | Type of Case | Month/Year |
|---|---|---|---|---|---|---|
| Los Angeles County Community College v. W.R. Grace | Deposition | New Orleans, LA | unknown | Raymond Boucher Sayre, Moreno, Purcell & Boucher | asbestos | 5/92 |
| Jimmy Wilson v. Todd Shipyards | Deposition | New Orleans, LA | 86-10824 | Alan Weinberger Middleberg, Riddle & Gianna | asbestos | 6/92 |
| Jimmy Wilson v. Todd Shipyards | Trial testimony | New Orleans, LA | 86-10824 | Alan Weinberger Middleberg, Riddle & Gianna | asbestos | 6/92 |
| Lee Darbonne v. Exxon Corporation | Deposition | New Orleans, LA | 83-974 | William V. Courtney Exxon Company, U.S.A. | benzene/ hydrogen sulfide | 7/92 |
| Brent Gauthreaux v. Exxon Corporation | Deposition | New Orleans, LA | 83-975 | William V. Courtney Exxon Company, U.S.A. | benzene/ hydrogen sulfide | 7/92 |
| James Council v. Vulcan Enterprises | Deposition | New Orleans, LA | 91-12049 | Deborah McMurray | chlorine | 7/92 |
| Dominic Costa v. Armstrong World | Deposition | New Orleans, LA | 88-L-239 | James R. Carter | asbestos | 8/92 |
| Ricky Bellard v. Olin Corporation | Deposition | New Orleans, LA | 89-1886 | Thomas M. Bergstedt Bergstedt & Mount | phosgene | 9/92 |
| Michael Reifsnider v. Olin Corporation | Deposition | New Orleans, LA | 89-2392 | Thomas M. Bergstedt Bergstedt & Mount | phosgene | 9/92 |
| Robert Culkin v. CSR Limited | Trial testimony | Perth, Australia | unknown | Ian Mutton CSR Limited | asbestos | 9/92 |
| State Farm Insurance v. W.R. Grace | Deposition | New Orleans, LA | unknown | Richard A. Senftleben W.R. Grace & Company | asbestos | 9/92 |
| Dominic Costa v. | Trial testimony | Peoria, Illinois | 88-L-239 | James R. Carter | asbestos | 10/92 |

7

DEPOSITION AND TRIAL TESTIMONY
*Hans Weill, M.D.*
1990 - present

| RE: | Deposition/ Trial Testimony | Location | Court Case Number | Attorney/Firm | Type of Case | Month/Year |
|---|---|---|---|---|---|---|
| Armstrong World | | | | | | |
| Aunya Jemison v. State of Louisiana | Deposition | New Orleans, LA | 89-03011 | T. Jay Seale, III Seale, Macaluso & Ross | asthma | 10/92 |
| Archbishop of St. Louis v. W.R. Grace | Deposition | New Orleans, LA | unknown | Richard A. Senftleben W.R. Grace & Company | asbestos | 10/92 |
| National Gypsum Insurance Coverage Case - Stonewall | Trial testimony | White Plains, NY | 86-CIV-9671 | Eric Henson Hoyle, Morris & Kerr | asbestos | 11/92 |
| Daniel Sangston | Trial testimony | Melbourne, Australia | unknown | Peter Moon John Keating & Associates | asbestos | 12/92 |
| Arthur Quick v. Murphy Oil | Deposition | New Orleans, LA | 38-421 | Maria Stephenson | asbestos | 12/92 |
| James Bond v. Southern Exterminating Company | Deposition | New Orleans, LA | 368-651 | Kevin Phayer | multiple chemical exposure | 1/93 |
| Arthur Quick v. Murphy Oil | Trial testimony | St. Bernard Parish, LA | 38-421 | Darryl J. Foster Lemle, Kelleher, Kohlmeyer, Dennery, Hunley, Moss & Frilot | asbestos | 1/93 |
| W.R. Grace New Hampshire case | Deposition | New Orleans, LA | unknown | Richard V. Wiebusch Hale and Dorr | asbestos | 1/93 |
| Harold Dennis v. Westinghouse | Deposition | San Francisco, CA | unknown | Brickford Y. Brown McGuire, Woods, Battle & Boothe | asbestos | 1/93 |
| Southern Bell v. W.R. Grace | Deposition | New Orleans, LA | unknown | Richard A. Senftleben W.R. Grace & Company | asbestos | 2/93 |
| Mississippi Asbestos Cases | Deposition | New Orleans, LA | unknown | James Stutts McGuire, Woods, Battle & | asbestos | 2/93 |

8

DEPOSITION AND TRIAL TESTIMONY
*Hans Weill, M.D.*
1990 – present

| RE: | Deposition/ Trial Testimony | Location | Court Case Number | Attorney/Firm | Type of Case | Month/Year |
|---|---|---|---|---|---|---|
| Mississippi Asbestos Cases | Trial testimony | Pascagoula, MS | unknown | James Stutts<br>McGuire, Woods, Battle & Boothe | asbestos | 6/93 |
| Larry Brissett v. Shell Oil Company | Deposition | New Orleans, LA | 92-3315 | Patrick Klotz<br>Best, Koeppel & Klotz | hydrogen sulfide | 7/93 |
| Luther Dempster v. Avondale Industries | Deposition | New Orleans, LA | 93-7438 | Robert Caraway<br>Blue, Williams & Buckley | asbestos | 9/93 |
| Kathy Haydel v. Hercules Transport | Deposition | New Orleans, LA | 100-332 | Carolyn A. McNabb<br>St. Martin, Lirette, Shea & Watkins | ammonia | 9/93 |
| Kathy Haydel v. Hercules Transport | Trial testimony | Houma, LA | 100-332 | Steven Rabalais<br>Onebane, Donohoe, Bernard, Torian, Diaz, McNamara & Abell | ammonia | 9/93 |
| Floyd J. Rivere v. NPC Services | Deposition | New Orleans, LA | 336-561 | Locke Meredith<br>Herrington & Meredith | multiple chemical exposure | 9/93 |
| William Doss v. Copolymer Rubber & Chemical | Deposition | New Orleans, LA | 41-469 | David K. Nelson<br>Kean, Miller, Hawthorne, D'Armond, McCowan & Jarman | multiple chemical exposure | 9/93 |
| East Jefferson General Hospital v. W.R. Grace | Deposition | New Orleans, LA | 92-0891 | Richard A. Senftleben<br>W.R. Grace & Company | asbestos | 9/93 |
| Floyd Rivere v. NPC Services | Deposition | New Orleans, LA | 336-561 | John Derenbecker<br>Kean, Miller, Hawthorne, D'Armond, McCowan & Jarman | multiple chemical exposure | 9/93 |
| W.R. Grace v. | Deposition | New Orleans, LA | 90-3791 | Robert A. Murphy | asbestos | 1/94 |

9

DEPOSITION AND TRIAL TESTIMONY
Hans Weill, M.D.
1990 - present

| RE: | Deposition/ Trial Testimony | Location | Court Case Number | Attorney/Firm | Type of Case | Month/Year |
|---|---|---|---|---|---|---|
| Commonwealth of Massachusetts | | | | Casner & Edwards | | |
| Avondale Shipyard Cases | Trial testimony | New Orleans, LA | unknown | Richard L. Forman Forman, Perry, Watkins & Krutz | asbestos | 2/94 |
| Shell Norco Case | Hearing testimony | Hahnville, LA | 88-1935 | Randy Heldt Shell Oil Company | asbestos | 2/94 |
| West Virginia Asbestos Litigation, Kanawha County | Deposition | New Orleans, LA | unknown | Karl E. Novak Ness, Motley, Loadholt, Richardson & Poole | asbestos | 2/94 |
| Glendale-River Hills School District v. U.S. Minerals | Deposition | New Orleans, LA | 92-CV-012266 | John T. Broderick, Jr. Broderick & Dean | asbestos | 3/94 |
| JoAnn Heath v. Houston Wire & Cable/Alltell | Deposition | New Orleans, LA | 93-04237 | John E. Heinrich Breazeale, Sachse & Wilson | propane gas exposure | 3/94 |
| Booker Chambers v. International Paper Co. | Deposition | New Orleans, LA | unknown | Michael J. Dennis Bridges, Young, Matthews & Drake | asbestos | 4/94 |
| Herbert Morales v. Occidental Chemical | Deposition | New Orleans, LA | 31-433 | Jack Quarles Duplechin & Associates | chlorine | 4/94 |
| Eden Park v. W.R. Grace | Deposition | New Orleans, LA | unknown | Richard A. Senftleben W.R. Grace & Company | asbestos | 5/94 |
| Commonwealth of Massachusetts v. W.R. Grace | Trial testimony | Boston, MA | unknown | Richard A. Senftleben W.R. Grace & Company | asbestos | 5/94 |
| Bell South v. W.R. Grace | Deposition | New Orleans, LA | unknown | Richard A. Senftleben W.R. Grace & Company | asbestos | 6/94 |
| Avondale Shipyard Cases | Trial testimony | New Orleans, LA | unknown | Richard L. Forman | asbestos | 7/94 |

10

DEPOSITION AND TRIAL TESTIMONY
*Hans Weill, M.D.*
1990 - present

11

| RE: | Deposition/ Trial Testimony | Location | Court Case Number | Attorney/Firm | Type of Case | Month/Year |
|---|---|---|---|---|---|---|
| Stanley McNeill v. Alpha Cellulose Corp. | Deposition | Aspen, CO | 92-CVS-1612 | Forman, Perry, Watkins & Krutz; Ronald Manasco, Henson & Fuerst | chlorine | 8/94 |
| Westinghouse Baltimore Cases | Trial testimony | Baltimore, MD | 93076701 | Thomas L. Crowe, McGuire, Woods, Battle & Boothe | asbestos | 9/94 |
| Chase v. T&N | Trial testimony | New York, NY | unknown | Paul J. Hanly, Jr. Coblence & Warner | asbestos | 10/94 |
| Charles Netto v. Mississippi Valley Silica Company | Deposition | New Orleans, LA | 87-14701 | John Galloway, Galloway, Johnson, Tompkins & Burr | silica | 1/95 |
| Charles W. Deal v. International Paper Co. | Deposition | New Orleans, LA | 92-55 | Brian E. Crawford, Crawford & Anzelmo | petroleum hydrocarbons | 2/95 |
| Chicago Board of Education v. W.R. Grace | Deposition | New Orleans, LA | unknown | Richard A. Senfleben, W.R. Grace & Company | asbestos | 5/95 |
| Bank One v. W.R. Grace | Deposition | New Orleans, LA | unknown | Richard A. Senfleben, W.R. Grace & Company | asbestos | 7/95 |
| Johnny Hargroder v. Exxon Company, U.S.A. | Trial testimony | Baton Rouge, LA | 356-981 | Patricia E. Weeks, Exxon Company, U.S.A. | petroleum hydrocarbons | 8/95 |
| James Glaser v. Bussen Quarries | Deposition | New Orleans, LA | unknown | Andrew O'Brien, The Holloran Law Firm | silica | 9/95 |
| Curtis Russell v. Georgia-Pacific | Deposition | New Orleans, LA | unknown | Craig E. Brasfield, Forman, Perry, Watkins & Krutz | wood dust | 9/95 |
| James Lilley, et al., and James Bloodworth, et | Trial testimony | Natchitoches, LA | 66,139-A and 66,157-A | Jack O. Brittain, Brittain & Sylvester | Asbestos | 9/95 |

DEPOSITION AND TRIAL TESTIMONY
*Hans Weill, M.D.*
1990 – present

12

| RE: | Deposition/ Trial Testimony | Location | Court Case Number | Attorney/Firm | Type of Case | Month/Year |
|---|---|---|---|---|---|---|
| *al.*, v. Board of Supervisors of Louisiana State Univ & Agriculture and Mechanical College | | | | | | |
| W.R. Grace case - Houston | Deposition | New Orleans, LA | unknown | Dillon J. Ferguson Mayor, Day, Caldwell & Keeton | Asbestos | 11/95 |
| George Hill v. Avondale Industries, Inc. | Administrative Law Judge Hearing testimony | New Orleans, LA | unknown | Joseph J. Lowenthal, Jr. Jones, Walker, Waechter, Poitevent, Carrere & Denegre | silica | 2/96 |
| Maryland Casualty Company v. W.R. Grace | Deposition | New Orleans, LA | 88 Civ. 2613 (JSM) | Richard A. Senftleben W.R. Grace & Company | Asbestos | 2/96 |
| J.D. Gamble v. International Marine & Industrial Applicators, *et al.* | Deposition | New Orleans, LA | 95-LHC-1248 | Christopher P. Boyd Taylor, Day & Rio | silica | 2/96 |
| State of North Dakota v. WR Grace | Deposition | New Orleans, LA | | Richard Senftleben and Michael Schwartz | Asbestos | 5/96 |
| Steed v. Borg-Warner, et al | Trial | Quinton, TX | | Michele Sowers | Asbestos | 8/96 |
| Norman v. Rheem Boilers | Deposition | Morristown, NJ | | Porzio, Bromberg | Asbestos | 10/96 |
| Linda White v. Jeneric/Pentron, Inc. | Tel. Deposition | Basalt | | L. Paul Foreman | Beryllium | 11/96 |
| Reidinger v. Conrail | Deposition | Philadelphia | | Alan Hoffman | Chlorine | 12/96 |
| WR Grace v. Port Authority of NY and NJ | Deposition | Aspen | | Richard Senftleben | Asbestos | 1/97 |
| Shell Oil Company | Deposition | New Orleans | | Charles Raymond (Shell) | sulfuric acid | 1/97 |

DEPOSITION AND TRIAL TESTIMONY
*Hans Weill, M.D.*
1990 – present

13

| RE: | Deposition/ Trial Testimony | Location | Court Case Number | Attorney/Firm | Type of Case | Month/Year |
|---|---|---|---|---|---|---|
| VWR v. Counterman | Deposition | Washington | | David Allen | Chlorine | 3/97 |
| Gayle Webster v. IP | Tel. Deposition | Basalt | | Joseph Carpenter | Solvents | 6/97 |
| Roseborough v. OCF | Trial | Baltimore | | Ted Roberts | Asbestos | 12/97 |
| Shell Norco Acid Leak Class Action | Trial | Hahnville, LA | | Chas. Raymond (Shell) | Sulfuric acid | 1/98 |
| Brown v. Borg Warner | Trial | El Paso, TX | | Elizabeth Phifer | Asbestos | 3/98 |
| Chevron Case | Deposition | Aspen, CO | | Frank Newton | Sulfur Dioxide | 6/98 |
| Chevron Case | Deposition | Houston, TX | | Frank Newton | Sulfur Dioxide | 8/98 |
| McDonald Case | Trial | Sydney, Australia | | Roy Williams | Asbestos | 8/98 |
| Kenneth Dunn | Deposition | Aspen, CO | | Mark Pearce | Irritant Exposure | 10/98 |
| Sandra Hutchens | Telephone Deposition | Aspen, CO | | Ward Lafleur | Irritant Exposure | 2/99 |
| Louis Guidroz | Deposition | New Orleans | | Lawrence Pugh | Asbestos | 1/00 |
| Booker T. Washington | Deposition | New Orleans | | Frank Fazio | Asbestos | 3/00 |
| Kelly Welch | Deposition | Basalt | | Lori Elliott, Hunton & Williams | Asbestos | 10/02 |
| Kelly Welch | Daubert Hearing | Corpus Christi | | Lori Elliott, Hunton & Williams | Asbestos | 8/03 |

SUPPLEMENT TO DEPOSITION AND TRIAL TESTIMONY LIST OF
*Hans Weill*, M.D.

Deposition testimony, *Owens Corning v. CSFB* (In re Owens Corning), No. 04-905 (JPF), December 2004.

Trial testimony, *Owens Corning v. CSFB* (In re Owens Corning), No. 04-905 (JPF), January 2005.