IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

```
------------------------------------------------------x
                                                      :
In re:                                                :   Bankruptcy No. 01-10578 (RTL)
                                                      :
FEDERAL-MOGUL GLOBAL, INC., et al.                    :
T&N LIMITED, et al.,                                  :
                                     Debtors.         :
------------------------------------------------------x
                                                      :
THE OFFICIAL COMMITTEE OF                             :
ASBESTOS CLAIMANTS and                                :
ERIC D. GREEN, as the                                 :
LEGAL REPRESENTATIVE FOR                              :
FUTURE ASBESTOS CLAIMANTS,                            :
                                                      :
                                     Plaintiffs,      :
                                                      :
v.                                                    :   Civil Action No. 05-59 (JHR)
                                                      :
ASBESTOS PROPERTY                                     :
DAMAGE COMMITTEE,                                     :
                                                      :
                                     Defendant.       :
                                                      :
------------------------------------------------------x
```

## NOTICE OF DEPOSITION UPON ORAL EXAMINATION

Please take notice that the Official Committee of Asbestos Property Damage Claimants, pursuant to Federal Rule of Bankruptcy Procedure 7030 will take the oral deposition of G. Michael Lynch, Federal Mogul Corporation, 26555 Northwestern Highway, Southfield, Michigan, 48034, in the Aviator Room, at the Westin Detroit Metropolitan Airport, 2501 Worldgateway Place, Detroit, Michigan, 48242, beginning on *May 25, 2005,* at 1:00 p.m., or at some other location and date as mutually agreed upon.

The deposition will be recorded stenographically by an officer duly authorized to administer the oath and will continue day-to-day until completed. You are invited to attend and cross-examine the witness.

Dated: Tuesday, May 24, 2005

    Respectfully Submitted,

    FERRY, JOSEPH & PEARCE, P.A.

    /s/ Theodore J. Tacconelli
    Theodore J. Tacconelli (No. 2678)
    Rick S. Miller (No. 3418)
    824 Market Street, Suite 904
    P.O. Box 1351
    Wilmington, DE 19899
    (302) 575-1555

    LOCAL COUNSEL TO THE OFFICIAL
    COMMITTEE OF ASBESTOS
    PROPERTY DAMAGE CLAIMANTS

    -and-

    WEIL, GOTSHAL & MANGES LLP
    Martin J. Bienenstock
    Michael P. Kessler
    Adam P. Strochak
    767 Fifth Avenue
    New York, NY 10153
    Telephone: (212) 310-8000
    Facsimile: (212) 310-8007

    ATTORNEYS FOR THE OFFICIAL
    COMMITTEE OF ASBESTOS
    PROPERTY DAMAGE CLAIMANTS