IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

In re: Federal Mogul Global, Inc., *et al.*,   (Bankruptcy Case No. 01-10578)(RTL)

    Debtors.

---

| | |
|---|---|
| THE OFFICIAL COMMITTEE OF ASBESTOS CLAIMANTS and ERIC D. GREEN, as the LEGAL REPRESENTATIVE FOR FUTURE ASBESTOS CLAIMANTS, <br><br> Plaintiffs, <br><br> v. <br><br> ASBESTOS PROPERTY DAMAGE COMMITTEE, <br><br> Defendant. | Civil Action No. 05-59 JHR |

## NOTICE OF DEPOSITION

Deponent:    Hans Weill
c/o Adam Strochak
Weil, Gotshal & Manges LLP
1501 K Street, N.W.
Washington, DC 20005

    PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 30(b) and made applicable to these proceedings by Bankruptcy Rule 7030, the Official Committee of Asbestos Claimants (the "**ACC**") shall take the deposition upon oral examination of the above-named deponent as follows:

Deposition:    Hans Weill
June 3, 2005
9:00am MDT

The examination will begin promptly on the date and time listed above and shall continue until completed or adjourned. The deposition will take place at 755 Hearthstone Drive, Basalt, CO 81621 or such other location as may be agreed upon.

PLEASE TAKE NOTICE that the deposition of Hans Weill will be taken before a person duly authorized to administer oaths and shall be recorded by stenographer and/or real-time transcription means.

Dated: Wilmington, Delaware
May 31, 2005

CAPLIN & DRYSDALE, CHARTERED
Elihu Inselbuch
399 Park Avenue
New York, New York 10022
Telephone: (212) 319-7125
Facsimile: (212) 644-6755

-and-

CAPLIN & DRYSDALE, CHARTERED
Walter B. Slocombe
Nathan D. Finch
One Thomas Circle, N.W.
Washington, DC 20005
Telephone: (202) 862-5000
Facsimile: (202) 429-3301

-and-

CAMPBELL & LEVINE, LLC

/s/ Marla R. Eskin
Marla R. Eskin (No. 2989)
Kathleen J. Campbell (No. 4229)
800 N. King Street, Suite 300
Wilmington, Delaware 19801
Telephone: (302) 426-1900
Facsimile: (302) 426-9947

Attorneys for Official Committee of
Asbestos Claimants

YOUNG CONAWAY
STARGATT & TAYLOR LLP

*/s/ M. M.*
James L. Patton, Jr. (No. 2202)
Edwin J. Harron (No. 3396)
Rolin Bissell (No. 4478)
Maribeth L. Minella (No. 4185)
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, Delaware 19899-0391
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

Attorneys for Legal Representative for
Future Asbestos Claimants