# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

---------------------------------------------------x
:
In re                                             :   Chapter 11
                                                  :
FEDERAL-MOGUL GLOBAL, INC., et al. :   Jointly Administered
T&N LIMITED, et al.,                              :
                    Debtors.                      :   Bankruptcy No. 01-10578 (RTL)
---------------------------------------------------x
                                                  :
THE OFFICIAL COMMITTEE OF                         :
ASBESTOS CLAIMANANTS and                          :
ERIC D. GREEN, as the                             :
LEGAL REPRESENTATIVE FOR                          :
FUTURE ASBESTOS CLAIMAINTS,                       :
                                                  :
                    Plaintiffs,                   :
                                                  :
v.                                                :   Case No. 05-00059 (JHR)
                                                  :
ASBESTOS PROPERTY                                 :
DAMAGE COMMITTEE,                                 :
                                                  :
                    Defendant.                    :
                                                  :
---------------------------------------------------x

## THE OFFICIAL COMMITTEE OF ASBESTOS PROPERTY DAMAGE CLAIMANTS TRIAL WITNESS LIST

Pursuant to the Court's Case Management Order dated March 30, 2005, the Official Committee of Asbestos Property Damage Claimants ("PD Committee") hereby submit its Estimation Hearing Exhibit List in accordance with this Court's Case Management Order. This list sets forth the witnesses who the PD Committee intends to call at trial, whether live, by deposition designation, or as otherwise agreed to by the parties. The list reflects the order in which the PD Committee currently intends to call the witnesses, subject to the Court's calendar and witness availability:

2

1. G. Michael Lynch
2. William Hanlon, Esq
3. Andrea Creighton
4. Paul Hanly, Esq.
5. Hans Weill, M.D.
6. Robin A. Cantor, Ph.D

  If Federal Mogul refuses to stipulate to the authenticity of any of the PD Committee's exhibits, or an exhibit which qualifies as a business record within the meaning of Federal Rule of Evidence 803(6) is in fact a business record, the PD Committee reserves the right to depose and call at trial an appropriate custodian of records from Federal Mogul to lay a foundation to establish the authenticity and admissibility of a particular document.

Dated: Wilmington, Delaware
   May 31, 2005

                Respectfully Submitted

                /s/ Theodore J. Tacconelli
                FERRY, JOSEPH & PEARCE, P.A.
                Theodore J. Tacconelli (No. 2678)
                Rick S. Miller (No. 3418)
                824 Market Street, Suite 904
                P.O. Box 1351
                Wilmington, DE 19899
                (302) 575-1555

                LOCAL COUNSEL TO THE OFFICIAL
                COMMITTEE OF ASBESTOS
                PROPERTY DAMAGE CLAIMANTS

                -and-

WEIL, GOTSHAL & MANGES LLP
Martin J. Bienenstock
Michael P. Kessler
Adam P. Strochak
767 Fifth Avenue
New York, NY 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

ATTORNEYS FOR THE OFFICIAL
COMMITTEE OF ASBESTOS
PROPERTY DAMAGE CLAIMANTS