UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

----------------------------------------x
                                        :
In re                                   :   Chapter 11
                                        :
FEDERAL-MOGUL GLOBAL, INC., et al.      :   Jointly Administered
T&N LIMITED, et al.,                    :
                        Debtors.        :   Bankruptcy No. 01-10578 (RTL)
                                        :
----------------------------------------x
                                        :
THE OFFICIAL COMMITTEE OF               :
ASBESTOS CLAIMANANTS and                :
ERIC D. GREEN, as the                   :
LEGAL REPRESENTATIVE FOR                :
FUTURE ASBESTOS CLAIMAINTS,             :
                                        :
              Plaintiffs,               :
                                        :
v.                                      :   Case No. 05-00059 (JHR)
                                        :
ASBESTOS PROPERTY                       :
DAMAGE COMMITTEE,                       :
                                        :
              Defendant.                :
                                        :
----------------------------------------x

# THE OFFICIAL COMMITTEE OF ASBESTOS PROPERTY DAMAGE CLAIMANTS' ESTIMATION HEARING EXHIBIT LIST

Pursuant to the Court's Case Management Order dated March 30, 2005, the Official Committee of Asbestos Property Damage Claimants ("PD Committee") hereby submits its Estimation Hearing Exhibit List in accordance with this Court's Case Management Order. The PD Committee reserves the right to amend or supplement this list if necessary. The PD Committee also reserves the right to introduce additional evidence not listed here for rebuttal or impeachment purposes.

| PD COMMITTEE EXHIBIT NO. | DATE | DESCRIPTION |
|---|---|---|
| 1 | 11/30/2004 | Expert Report of Dr. Robin Cantor and Attachments |
| 2 | 4/26/2005 | Supplemental Expert Report of Dr. Robin Cantor and Attachments |
| 3 | 5/13/2005 | Rebuttal Report of Dr. Robin Cantor and Attachments |
| 4 | 9/30/2004 | Federal Mogul Corporation Form 10-Q |
| 5 |  | Federal-Mogul Corporation Form 10-K for 2000 |

| PD COMMITTEE EXHIBIT NO. | DATE | DESCRIPTION |
|---|---|---|
| 6 | | Federal-Mogul Corporation Form 10-K for 2001 |
| 7 | | Federal-Mogul Corporation Form 10-K for 2002 |
| 8 | | Federal-Mogul Corporation Form 10-K for 2003 |
| 9 | | Federal-Mogul Corporation Form 10-K for 2004 |
| 10 | 10/01/2001 | Debtors' Informational Brief |
| 11 | 10/21/2004 | Approved Judgment in the Matter of T&N Limited & Others |
| 12 | 5/25/2004 | Federal-Mogul: Form of Asbestos Personal Injury Trust Distribution Procedures |
| 13 | 10/15/2004 | Owens Corning and Fibreboard Projected Liabilities for Asbestos Personal Injury Claims as of October 2000, Mark A. Peterson, Legal Analysis Systems |
| 14 | 10/25/2002 | Memorandum to file from Elihu Inselbuch, et al. re: Federal Mogul Asbestos Liabilities |
| 15 | 2/19/2004 | Memorandum from Mark Peterson to Elihu Inselbuch and Julie Davis re: Turner & Newall Liabilities for U.K. and U.S. Claims |
| 16 | 3/2/2004 | Memorandum from Mark Peterson to Elihu Inselbuch and Julie Davis re: Summary of Turner & Newall Liabilities for U.K. and U.S. Claims for Pending, Bankruptcy and Future Claims Based on TDP Values |
| 17 | | Excerpts from the book Estimating Future Claims: Case Studies from Mass Tort and Product Liability by Frederick Dunbar, et al. |
| 18 | | Asbestos Litigation Costs and Compensation: An Interim Report by Stephen J. Carroll, et al. |
| 19 | | Ninth Witness Statement of James John Gleave |
| 20 | | Claim Records Used in Calculation of the Average Settlement Value for Mesothelioma for 2001 |
| 21 | 5/12/2005 | "Comments on the Report of Dr. Laura Welch" by Hans Weill |
| 22 | 5/2003 | NIOSH Work-Related Lung Disease Surveillance Report 2002 |
| 23 | 11/2003 | Changing Trends in US Mesothelioma Incidence by H. Weill, J. Hughes, A. Churg |
| 24 | 1991 | Asbestosis as a Precursor of Asbestos Related Lung Cancer: Results of a Prospective Mortality Study, by J. Hughes, H. Weill |
| 25 | | Pulmonary Fibrosis as a Determinant of Asbestos-Induced Lung Cancer in a Population of Asbestos Cement Workers, by J. Hughes, H. Weill |
| 26 | 12/12/2003 | American Thoracic Society Document, Diagnosis and Initial Management of Nonmalignant Diseases Related to Asbestos |

| PD COMMITTEE EXHIBIT NO. | DATE | DESCRIPTION |
|---|---|---|
| 27 | | Epidemiological Projections Confirmed by SEER's Mesothelioma Counts for Males |
| 28 | | Original Investigations, Comparison of "B Readers" Interpretations of Chest Radiographs for Asbestos Related Changes by J. Gitlin, L. Cook, O. Linton, E. Garrett-Meyer |
| 29 | | Neoplastic Asbestos-Induced Disease, Pathology of Occupational Lung Disease |
| 30 | 2/2003 | CMIC Position Paper on Need for Tort Reform in Medical Malpractice Cases, www.cmic.biz/legislative/legislative.stml |
| 31 | 1991 | Idiopathic Pulmonary Fibrosis in Asbestos Exposed Workers, 144 Am. Rev. Resp. Dis. 689, by E. Gansler, et al. |
| 32 | 10/15/2004 | Estimated Number and Value of Pending and Future Asbestos Personal Injury Claims Against Owens Corning Corporation by F. Rabinovitz |
| 33 | | Magic Mineral to Killer Dust, Turner & Newall and the Asbestos Hazard, Oxford University Press (2000) |
| 34 | 2004 | In re Federal-Mogul Global, Inc. T&N Limited, et al., Disclosure Statement Describing Third Amended Joint Plan of Reorganization |
| 35 | | Excerpts from KPMG Peat Marwick Policy Economics Groups, Estimation of Company Liability Personal Injury, Vol. 1 |
| 36 | 2003 | Projected Liabilities for Asbestos Personal Injury Claims as of December 2000 submitted in In re Armstrong World Industries by Mark A. Peterson |
| 37 | 9/5/1997 | Report for the National Gypsum Trust on Number of Projected Future Asbestos Personal Injury Claims by Mark A. Peterson |
| 38 | 1987 | Punitive Damages, Empirical Findings, RAND Institute for Civil Justice, R-331-ICJ, by Mark A. Peterson, Syman Sarma, Michael Shandley |
| 39 | 3/23/2004 | Period Life Tables in 2004 OASDI Trustees Report |
| 40 | | List of Limpet product use sites found online at www.fmoclaims.com/LLA.html |
| 41 | | Private Antitrust Enforcement: Compensation, Deterrence, or Extortion, Regulation Magazine, Vol. 13., No. , Fall, 1990 |
| 42 | | Asbestos Litigation Costs and Compensation: An Interim Report (2002) by Stephen Carroll, et al. |
| 43 | 1967 | U.S. Department of Commerce, Bureau of the Census, 1967 Census of Construction Industries, Special Reports 1B and 26 |
| 44 | | U.S. Department of Commerce, Bureau of Economic Analysis Historical Gross Domestic Product by Industry Tables, |

| PD COMMITTEE EXHIBIT NO. | DATE | DESCRIPTION |
|---|---|---|
| 45 | 2/2005 | Asbestos Litigation: Procedural Innovations and Forum Shopping, NBER Working Paper by M. White |
| 46 | | Occupational Exposure to Asbestos: Population at Risk and Projected Mortality – 1980 – 2030, American Journal of Industrial Medicine by W. Nicholson, G. Perkel and I. Selikoff |
| 47 | | UK Asbestos – The Definitive Guide, www.actuaries.org.uk/filed/pdf/proceedings/giro2004/Lowe.pdf |
| 48 | 7/27/2004 | T&N Limited Review of Dr. Peterson's Projections of Future U.S. and U.K. Asbestos Related Liabilities, TDP Values and CDP for Level 1 Claimants by EMB |
| 49 | 9/2004 | Report: Analysis of T&N Ltd.'s Asbestos Liabilities by M. Angelina of Tillinghast, Towers Perrin |
| 50 | 11/29/2004 | Appendix A to the Expert Report of Mark Peterson: Year by Disease Projections |
| 51 | | Excerpt from T&N Database Used as Exhibit 10 in Dr. Peterson's 5/26/2005 deposition |
| 52 | | Claims data file "Federal Mogul Consolidated Claims 02-06-02.mdb received by NCI on 10/26/2004 and additional database of 4498 records received by NCI on 11/24/2004 |
| 53 | | Manville Trust e-Extract Version 1.0 database as of 12/31/2003 |
| 54 | 6/26/1991 | Report of Mark Peterson in Manville |
| 55 | 9/30/04 | Financial Statements for Manville Trust for the quarter ending September 30, 2004 |
| 56 | | Brooklyn Law Review Article, "Understanding Mass Personal Injury Litigation," Fall 1995, by Deborah Hansler and Mark Peterson |
| 57 | | Manville Trust Audit, "An Assessment of the Identification of the Underlying Disease Process: Implications for Medical Review for Certified B-Readers," dated February 24, 1998, by Penn State University College of Medicine |
| 58 | 10/15/2004 | Expert Report of Hans Weill, M.D. and Andrew Churg, M.D., PhD in In re Owens Corning |
| 59 | 11/30/2004 | H. Weill comments on Report of Dr. Laura Welch in In re Owens Corning |
| 60 | 12/2004 | Letters to the Editor, Response to letters on B-Readers study, by J. Gitlin, L. Cook, O. Linton, E. Garrett-Meyer, PhD. Academic Radiology |
| 61 | | Owens Corning/Fibreboard Asbestos Personal Injury Trust Distribution Procedures |
| 62 | | Spirometric Reference Values from a Sample of the General U.S. Population |

4


| PD COMMITTEE EXHIBIT NO. | DATE | DESCRIPTION |
|---|---|---|
| 63 | | Blue-Collar Normative Spirometric Values For Caucasian and African-American Men and Women Age 18-65 |
| 64 | | The Diagnosis of Nonmalignant Diseases Related to Asbestos – ATS Statement dated March, 1986 |
| 65 | | Diagnosis of Asbestos-Related Disease |
| 66 | 1/4/2001 | Federal Mogul Q & A on Bank Credit Agreement and Asbestos Findings, January 4, 2001 |
| 67 | | FAIR Act Fact Sheet: The FAIR Act: Fatally Flawed and a Bailout for Most Tier I Defendants |
| 68 | | CCR Producer Agreement (CCRFM 0000001-49) |
| 69 | | CCR Settlements 1998-2001 (CCRFM 000237-1559) **(Confidential)** |
| 70 | 1993 | Mother Jones Article, "Chase Man's Unlikely Heroics," November/December 1993 by Todd Woody |
| 71 | 5/1996 | The American Lawyer Article, "Chase's Case Turns to Dust," May 1996, by Vera Titunik |
| 72 | 2/7/2001 | Wall Street Journal Article, "As Asbestos Claims Continue to Grow, Broker of Settlements Reduces Its Role," by Queena Sook Kim |
| 73 | 9/2/1996 | KPMG T&N plc. Asbestos Liabilities Report |
| 74 | 5/12/1997 | KPMG T&N plc. Asbestos Liabilities Report, Enclosure 7 |
| 75 | | Potential William Hanlon Deposition Exhibits (deposition scheduled for June 1, 2005) |
| 76 | | Potential William Hanlon Deposition Exhibits (deposition scheduled for June 1, 2005) |
| 77 | | Potential William Hanlon Deposition Exhibits (deposition scheduled for June 1, 2005) |
| 78 | | Potential William Hanlon Deposition Exhibits (deposition scheduled for June 1, 2005) |
| 79 | | Potential additional Dr. Hans Weill Deposition Exhibits (deposition scheduled for June 3, 2005) |
| 80 | | Potential additional Dr. Hans Weill Deposition Exhibits (deposition scheduled for June 3, 2005) |
| 81 | | Potential Dr. Hans Weill Deposition Exhibits (deposition scheduled for June 3, 2005) |
| 82 | | Trial Graphics |
| 83 | | Trial Graphics |
| 84 | | Trial Graphics |

| PD COMMITTEE EXHIBIT NO. | DATE | DESCRIPTION |
|---|---|---|
| 85 | | Trial Graphics |
| 86 | | Trial Graphics |
| 87 | | Trial Graphics |
| 88 | | Trial Graphics |
| 89 | | Trial Graphics |
| 90 | | Trial Graphics |
| 91 | | Trial Graphics |
| 92 | | Trial Graphics |
| 93 | | Trial Graphics |
| 94 | | Trial Graphics |
| 95 | | Trial Graphics |
| 96 | | Trial Graphics |
| 97 | | Trial Graphics |
| 98 | | Trial Graphics |
| 99 | | Trial Graphics |
| 100 | | Trial Graphics |
| 101 | | Trial Graphics |
| 102 | | Trial Graphics |
| 103 | | Trial Graphics |
| 104 | | Trial Graphics |
| 105 | | Trial Graphics |
| 106 | | Trial Graphics |
| 107 | | Trial Graphics |
| 108 | | Trial Graphics |
| 109 | | Trial Graphics |
| 110 | | Trial Graphics |

Dated: Wilmington, Delaware
       May 31, 2005

FERRY, JOSEPH & PEARCE, P.A.

/s/ Theodore J. Tacconelli
Theodore J. Tacconelli (No. 2678)
Rick S. Miller (No. 3418)
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899
(302) 575-1555

LOCAL COUNSEL TO THE OFFICIAL COMMITTEE OF
ASBESTOS PROPERTY DAMAGE CLAIMANTS

-and-

WEIL, GOTSHAL & MANGES LLP
Martin J. Bienenstock
Michael P. Kessler
Adam P. Strochak
767 Fifth Avenue
New York, NY 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

ATTORNEYS FOR THE OFFICIAL COMMITTEE OF
ASBESTOS PROPERTY DAMAGE CLAIMANTS