UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

-----------------------------------------------------------x
:
In re: : Bankruptcy No. 01-10578 (RTL)
:
FEDERAL-MOGUL GLOBAL, INC., et al. :
T&N LIMITED, et al., :
       Debtors. :
-----------------------------------------------------------x
:
THE OFFICIAL COMMITTEE OF :
ASBESTOS CLAIMANANTS and :
ERIC D. GREEN, as the :
LEGAL REPRESENTATIVE FOR :
FUTURE ASBESTOS CLAIMAINTS, :
:
       Plaintiffs, :
:
v. : Civil Action No. 05-59 (JHR)
:
ASBESTOS PROPERTY :
DAMAGE COMMITTEE, :
:
       Defendant. :
:
-----------------------------------------------------------x

### MOTION IN LIMINE TO EXCLUDE
### PORTIONS OF EXPERT TESTIMONY OF MARK PETERSON

    The Official Committee of Asbestos Property Damage Claimants ("PD Committee") moves in limine to exclude certain portions of the proposed testimony of Mark Peterson , ("Peterson") the expert witness on claims estimation proffered by the plan proponents. Pursuant to Rule 702 of the Federal Rules of Evidence and the Supreme Court's decision in <u>Daubert v. Merrell Dow Pharmaceuticals, Inc.</u>, 509 U.S. 579, 589 (1993) and for the reasons set forth in the accompanying Memorandum of Law In Support of Motion In Limine To Exclude Portions of Expert Testimony of Mark

Peterson, which is incorporated herein by reference, Peterson should be precluded from testifying about: (1) claim values derived from the TDPs; and (2) the alleged impact of a book written by Geoffrey Tweedale in 2000 would have on the rate of claims to be filed against Turner & Newall and the value of such claims.

**Statement Pursuant to Local Rule 7.1.1**

Counsel for the PD Committee hereby states, pursuant to Local Rule 7.1.1 that they have made a reasonable effort to reach an agreement with opposing counsel on the matters set forth in this motion.

WHEREFORE the Property Damage Committee respectfully requests entry of an order granting the relief requested herein, and such other and further relief as is just.

Dated: Wilmington, Delaware
       May 31, 2005

FERRY, JOSEPH & PEARCE, P.A.

/s/ Theodore J. Tacconelli
Theodore J. Tacconelli (No. 2678)
Rick S. Miller (No. 3418)
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899
(302) 575-1555

LOCAL COUNSEL TO THE OFFICIAL
COMMITTEE OF ASBESTOS
PROPERTY DAMAGE CLAIMANTS

-and-

WEIL, GOTSHAL & MANGES LLP
Martin J. Bienenstock
Michael P. Kessler
Adam P. Strochak
767 Fifth Avenue
New York, NY 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

ATTORNEYS FOR THE OFFICIAL
COMMITTEE OF ASBESTOS
PROPERTY DAMAGE CLAIMANTS