IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: Federal Mogul Global, Inc., *et al.*, | (Bankruptcy Case No. 01-10578 (RTL)) |
| Debtors. | |

THE OFFICIAL COMMITTEE OF         )
ASBESTOS CLAIMANTS and             )
ERIC D. GREEN, as the                   )
LEGAL REPRESENTATIVE FOR      )
FUTURE ASBESTOS CLAIMANTS, )
                                                            )
    Plaintiffs,                                    )
                                                            )
v.                                                          )        Civil Action No. 05-59 JHR
                                                            )
ASBESTOS PROPERTY                    )
DAMAGE COMMITTEE,                  )
                                                            )
    Defendant.                                    )

**COMPENDIUM OF UNREPORTED AUTHORITIES IN SUPPORT OF
PLAINTIFFS' PRE-HEARING MEMORANDUM SUPPORTING
THEIR ESTIMATE OF T&N LIMITED'S AGGREGATE
ASBESTOS PERSONAL INJURY AND WRONGFUL DEATH LIABILITIES**

CAMPBELL & LEVINE, LLC
Marla R. Eskin (No. 2989)
Kathleen J. Campbell (No. 4229)
800 N. King Street, Suite 300
Wilmington, Delaware 19801
Telephone: (302) 426-1900
Facsimile: (302) 426-9947

-and-

CAPLIN & DRYSDALE, CHARTERED
Elihu Inselbuch
399 Park Avenue
New York, New York 10022
Telephone: (212) 319-7125
Facsimile: (212) 644-6755

-and-

YOUNG CONAWAY
STARGATT & TAYLOR, LLP
James L. Patton, Jr. (No. 2202)
Edwin J. Harron (No. 3396)
Rolin Bissell (No. 4478)
Maribeth L. Minella (No. 4185)
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, Delaware 19899-0391
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

Attorneys for Legal Representative for
Future Asbestos Claimants

WP3:1117112.1                                                                                                                                               59066.1001

CAPLIN & DRYSDALE, CHARTERED
Walter B. Slocombe
Nathan D. Finch
One Thomas Circle, N.W.
Washington, DC 20005
Telephone: (202) 862-5000
Facsimile: (202) 429-3301

Attorneys for Official Committee of
Asbestos Claimants

Dated: June 1, 2005
       Wilmington, Delaware

# UNREPORTED AUTHORITIES

**Tab**

## CASES

*In re Armstrong World Indus., Inc.,*
   No. 00-4471, 2005 U.S. Dist. LEXIS 2810 (D. Del. Feb. 23, 2005) ......................................... A

*In re Armstrong World Indus., Inc.,*
   Case No. 00-04471, Docket No. 6256 (Bankr. D. Del. December 19, 2003) ........................... B

*In re Babcock & Wilcox Co.,* Case No. 00-10992, Docket No. 6133
   (Bankr. E.D. La. November 9, 2004) ....................................................................................... C

*In re G-I Holdings, Inc.,* No.01-30135 and 01-38790,
   2005 Bankr. LEXIS 525 (Bankr. D.N.J. February 1, 2005) .................................................... D

*Owens Corning v. Credit Suisse First Boston (In re Owens Corning),*
   C.A. No. 04-00905, Docket No. 106 (D. Del. March 31, 2005) ............................................. E

## OTHER AUTHORITIES

*Harding v. Wealands* [2004] EWCA Civ. 1735 ............................................................................ F

Section 11(2), Private International Law (Miscellaneous Provisions) Act 1995 ........................... G

WP3:1117112.1                                                                                                                                   59066.1001