IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: Federal Mogul Global, Inc., *et al.*, | (Bankruptcy # 01-10578)(RTL) |
| Debtors. | |

| | |
|---|---|
| THE OFFICIAL COMMITTEE OF ASBESTOS CLAIMANTS and ERIC D. GREEN, as the LEGAL REPRESENTATIVE FOR FUTURE ASBESTOS CLAIMANTS, ) ) ) ) ) ) | |
| Plaintiffs, ) ) | |
| v. ) ) | Civil Action No. 05-59 JHR |
| ASBESTOS PROPERTY DAMAGE COMMITTEE, ) ) ) | |
| Defendant. ) | |

### PLAINTIFFS' DESIGNATION OF DEPOSITION TESTIMONY

Pursuant to this Court's Case Management Order dated March 30, 2005 and the subsequent agreement of the parties to the date by which they would exchange designations of deposition testimony, the Official Committee of Asbestos Claimants (the "ACC") and Eric D. Green, the duly appointed legal representative for future asbestos personal injury claimants (the "Futures Representative," together with the ACC, the "Plaintiffs") hereby make the following designations of deposition testimony:

William Hanlon
Taken in <u>In re Federal Mogul, et al.</u>
June 1, 2005

Page 9 Line 1 through Page 10 Line 16

Page 11 Line 21 through Page 12 Line 5

Page 13 Line 25 through Page 15 Line 13

Page 22 Line 23 through Page 23 Line 14

Page 28 Line 1 through Page 28 Line 7

Page 29 Line 21 through Page 30 Line 7

Page 31 Line 24 through Page 34 Line 2

Page 34 Line 24 through Page 35 Line 4

Page 36 Line 3 through Page 38 Line 25

Page 39 Line 12 through Page 43 Line 24

Page 49 Line 8 through Page 50 Line 12

Page 55 Line 17 through Page 55 Line 25

Page 58 Line 21 through Page 58 Line 24

Page 60 Line 22 through Page 61 Line 4

Page 62 Line 17 through Page 63 Line 18

Page 69 Line 17 through Page 70 Line 20

Page 71 Line 23 through Page 73 Line 1

Page 73 Line 23 through Page 74 Line 19

Page 75 Line 25 through Page 76 Line 16

Page 77 Line 10 through Page 78 Line 5

Page 78 Line 14 through Page 79 Line 13

Page 82 Line 8 through Page 84 Line 1

Page 86 Line 11 through Page 87 Line 3

Page 92 Line 9 through Page 93 Line 5

Page 108 Line 7 through Page 110 Line 9

Page 111 Line 13 through Page 112 Line 25

Page 113 Line 13 through Page 115 Line 10

Page 116 Line 14 through Page 120 Line 23

Page 121 Line 7 through Page 121 Line 13

Page 123 Line 1 through Page 123 Line 24

Page 124 Line 10 through Page 128 Line 20

Page 129 Line 24 through Page 131 Line 8

Page 131 Line 19 through Page 134 Line 2

Page 136 Line 10 through Page 136 Line 16

Page 136 Line 22 through Page 137 Line 19

Page 138 Line 4 through Page 138 Line 23

Page 141 Line 21 through Page 142 Line 23

Page 143 Line 11 through Page 146 Line 2

Page 148 Line 16 through Page 149 Line 17

Page 153 Line 2 through Page 154 Line 24

Page 155 Line 8 through Page 156 Line 3

Page 162 Line 20 through Page 163 Line 16

Page 171 Line 5 through Page 171 Line 13

    Pursuant to the parties' agreement, counter designations and objections must be exchanged on June 10, 2005. Once the Plaintiffs receive the objections and/or counter-designations of deposition testimony from the Defendant, and the Plaintiffs submit to the Defendant the counter-designations and objections for any deposition testimony originally designated by the Defendant, the parties will submit to the Court a complete copy of each

deposition which has been designated showing the portions designated by the Plaintiffs in one color and the portions designated by Defendants in another color. A copy of any exhibit which will be offered through the testimony of a deponent witness will also be supplied to the Court at the time the deposition testimony is offered.

Dated: Wilmington, Delaware
       June 8, 2005

| | |
|---|---|
| CAPLIN & DRYSDALE, CHARTERED<br>Elihu Inselbuch<br>399 Park Avenue<br>New York, New York 10022<br>Telephone: (212) 319-7125<br>Facsimile: (212) 644-6755 | YOUNG CONAWAY<br>STARGATT & TAYLOR LLP<br><br>_/s/ M. Minella_<br>James L. Patton, Jr. (No. 2202)<br>Edwin J. Harron (No. 3396)<br>Rolin Bissell (No. 4478)<br>Maribeth L. Minella (No. 4185)<br>1000 West Street, 17th Floor<br>P.O. Box 391<br>Wilmington, Delaware 19899-0391<br>Telephone: (302) 571-6600<br>Facsimile: (302) 571-1253 |
| CAPLIN & DRYSDALE, CHARTERED<br>Walter B. Slocombe<br>Nathan D. Finch<br>One Thomas Circle, N.W.<br>Washington, DC 20005<br>Telephone: (202) 862-5000<br>Facsimile: (202) 429-3301 | Attorneys for Legal Representative for Future Asbestos Claimants |

CAMPBELL & LEVINE, LLC
_/s/ Campbell_
Marla R. Eskin (No. 2989)
Kathleen J. Campbell (No. 4229)
800 N. King Street, Suite 300
Wilmington, Delaware 19801
Telephone: (302) 426-1900
Facsimile: (302) 426-9947

Attorneys for Official Committee of
Asbestos Claimants