IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

```
-----------------------------------------------------x
                                                     :
In re:                                               :   Bankruptcy No. 01-10578 (RTL)
                                                     :
FEDERAL-MOGUL GLOBAL, INC., et al.                   :
T&N LIMITED, et al.,                                 :
                      Debtors.                       :
-----------------------------------------------------x
                                                     :
THE OFFICIAL COMMITTEE OF                            :
ASBESTOS CLAIMANTS and                               :
ERIC D. GREEN, as the                                :
LEGAL REPRESENTATIVE FOR                             :
FUTURE ASBESTOS CLAIMANTS,                           :
                                                     :
                      Plaintiffs,                    :
                                                     :
v.                                                   :   Civil Action No. 05-59 (JHR)
                                                     :
ASBESTOS PROPERTY                                    :
DAMAGE COMMITTEE,                                    :
                                                     :
                      Defendant.                     :
                                                     :
-----------------------------------------------------x
```

**PROPERTY DAMAGE COMMITTEE'S DEPOSITION DESIGNATION
IN CONNECTION WITH THE ESTIMATION OF ASBESTOS CLAIMS**

Deposition of William R. Hanlon, Esq.
June 1, 2005

7:3 to 7:20
9:1 to 10:13
11:21 to 15:24
16:9 to 18:1
18:9 to 18:22
20:12 to 21:6
22:23 to 24:4
28:1 to 31:17
31:24 to 34:2
34:9 to 35:22
36:7 to 38:3
38:9 to 43:14
44:12 to 50:21

51:7 to 63:13
63:19 to 67:4
69:17 to 75:3
75:25 to 79:13
80:10 to 84:1
84:12 to 87:12
88:1 to 89:16
89:24 to 90:21
91:25 to 93:5
102:18 to 104:7
104:19 to 106:22
149:18 to 154:24
164:25 to 170:18
176:21 to 176: 25

Dated: June 8, 2005

        Respectfully Submitted,

        FERRY, JOSEPH & PEARCE, P.A.

        /s/ Theodore J. Tacconelli
        Theodore J. Tacconelli (No. 2678)
        Rick S. Miller (No. 3418)
        824 Market Street, Suite 904
        P.O. Box 1351
        Wilmington, DE 19899
        (302) 575-1555

        LOCAL COUNSEL TO THE OFFICIAL
        COMMITTEE OF ASBESTOS
        PROPERTY DAMAGE CLAIMANTS

        -and-

        WEIL, GOTSHAL & MANGES LLP
        Martin J. Bienenstock
        Michael P. Kessler
        Adam P. Strochak
        767 Fifth Avenue
        New York, NY 10153
        Telephone: (212) 310-8000
        Facsimile: (212) 310-8007

        ATTORNEYS FOR THE OFFICIAL
        COMMITTEE OF ASBESTOS
        PROPERTY DAMAGE CLAIMANTS