## CERTIFICATE OF SERVICE

I, Theodore J. Tacconelli, Esquire, of Ferry, Joseph & Pearce, P.A., hereby certify that on this 8th day of June, 2005, I caused one copy of the foregoing *Property Damage Committee's Deposition Designation in Connection with the Estimation of Asbestos Claims* to be served upon the following parties in the manner indicated:

SEE ATTACHED SERVICE LIST

Upon penalty of perjury I declare that the foregoing is true and correct.

/s/ Theodore J. Tacconelli
Theodore J. Tacconelli (No. 2678)

# SERVICE LIST

**BY CM/ECF**

James E. O'Neill, Esquire
Laura Davis Jones, Esquire
Pachulski, Stang, Ziehl, Young, Jones
& Weintraub, P.C.
919 Market Street, Suite 1600
Wilmington, DE 19801

Ian Connor Bifferato, Esquire
Bifferato, Gentilotti & Biden, P.A.
1308 Delaware Avenue
Wilmington, DE 19801

John S. Spadaro, Esquire
Murphy Spadaro & Landon
1011 Centre Road, Suite 210
Wilmington, DE 19805

Marla Rosoff Eskin, Esquire
Campbell & Levine, LLC
800 N. King Street, Suite 300
Wilmington, DE 19801

**BY HAND DELIVERY**

Frank J. Perch, III, Esquire
Office of the U.S. Trustee
844 King Street, Room 2207
Wilmington, DE 19801

Mark D. Collins, Esquire
Richards, Layton & Finger
One Rodney Square
Wilmington, DE 19801

Charlene D. Davis, Esquire
The Bayard Firm
222 Delaware Avenue, Suite 900
Wilmington, DE 19801

James L. Patton, Jr., Esquire
Edwin J. Herron, Esquire
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Fl.
Wilmington, DE 19801

Christopher S. Sontchi, Esquire
Ashby & Geddes
222 Delaware Avenue, Suite 1700
Wilmington, DE 19801

**BY FACSIMILE AND FIRST CLASS MAIL**

James F. Conlan, Esquire
Larry J. Nyham, Esquire
Kenneth P. Kansa, Esquire
Sidley Austin Brown & Wood
10 South Dearborn Street
Chicago, IL 60603

Elihu Inselbuch, Esquire
Caplin & Drysdale, Chartered
399 Park Avenue
New York, NY 10022

Peter Van N. Lockwood, Esquire
Caplin & Drysdale, Chartered
One Thomas Circle, N.W.
Washington, D.C. 20005

Peter D. Wolfson, Esquire
John A. Bicks, Esquire
Sonnenschein, Nath & Rosenthal
1221 Avenue of the Americas, 24th Floor
New York, NY 10020

Thomas A. Labuda, Jr., Esquire
Robert B. Millner, Esquire
Sonnenschein, Nath & Rosenthal
8000 Sears Tower
Chicago, IL 60606

Steven M. Fuhrman, Esquire
Simpson Thacher & Bartlett
425 Lexington Avenue
New York, NY 10017

George W. Wade, Esquire
Shearman & Sterling LLP
599 Lexington Ave.
New York, NY 10022

Kevin T. Lantry, Esquire
Richard T. Peters, Esquire
Sidley Austin Brown & Wood LLP
555 West Fifth Street
Los Angeles, CA 90013

David Heroy, Esquire
Bell Boyd & Lloyd
70 West Madison Street
Three First National Plaza
Suite 3300
Chicago, IL 60602