IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------x
::::::::::::::::::::

| | |
|---|---|
| In re: | Bankruptcy No. 01-10578 (RTL) |
| FEDERAL-MOGUL GLOBAL, INC., et al.<br>T&N LIMITED, et al., | |
| Debtors. | |
| THE OFFICIAL COMMITTEE OF<br>ASBESTOS CLAIMANTS and<br>ERIC D. GREEN, as the<br>LEGAL REPRESENTATIVE FOR<br>FUTURE ASBESTOS CLAIMANTS, | |
| Plaintiffs, | |
| v. | Civil Action No. 05-59 (JHR) |
| ASBESTOS PROPERTY<br>DAMAGE COMMITTEE, | |
| Defendant. | |

------------------------------------------------------------x

**PROPERTY DAMAGE COMMITTEE'S DEPOSITION DESIGNATION
IN CONNECTION WITH THE ESTIMATION OF ASBESTOS CLAIMS**

Deposition of George Lynch
May 25, 2005

8:24 to 9:1
9: 25 to 10: 23
11: 25 to 12: 2
12: 12-25
13: 24 to 14: 25
16: 22 to 18: 17
19: 6-13
21: 7-15
27: 9-24
29: 17 to 30: 2
31: 16 to 33: 23

35: 14 to 36: 15
36: 20-24
37: 4-15
38: 5-11
38: 16-19
39: 6 to 40: 8
40: 22-24
41: 7-15
47: 2 to 49: 16
50: 23 to 51: 20
51: 22 to 52: 2
54: 23 to 55: 3
55: 7-13
55: 15-16
55: 18-25
57: 17 to 58: 6
59: 14-17
59: 25 to 60:2
60: 20-23
60: 25 to 61: 2
61: 4-14
61: 16 to 62: 15
62: 18-21
62: 23 to 63: 5
63: 7 to 64: 3
64: 15 to 65: 6
65: 16 to 76: 2
77: 5-11
77: 18-20
77: 23 to 81: 21
81: 24 to 84: 13
84: 16-17
84: 20 to 85: 13
86: 16 to 87: 19
88: 1-2
88: 10 to 93: 23
94: 21 to 95:1
95: 18 to 19

[continued on the next page]

Dated: June 8, 2005

        Respectfully Submitted,

        FERRY, JOSEPH & PEARCE, P.A.

        /s/ Theodore J. Tacconelli
        Theodore J. Tacconelli (No. 2678)
        Rick S. Miller (No. 3418)
        824 Market Street, Suite 904
        P.O. Box 1351
        Wilmington, DE 19899
        (302) 575-1555

        LOCAL COUNSEL TO THE OFFICIAL
        COMMITTEE OF ASBESTOS
        PROPERTY DAMAGE CLAIMANTS

        -and-

        WEIL, GOTSHAL & MANGES LLP
        Martin J. Bienenstock
        Michael P. Kessler
        Adam P. Strochak
        767 Fifth Avenue
        New York, NY 10153
        Telephone: (212) 310-8000
        Facsimile: (212) 310-8007

        ATTORNEYS FOR THE OFFICIAL
        COMMITTEE OF ASBESTOS
        PROPERTY DAMAGE CLAIMANTS