# EXHIBIT N

1

1   UNITED STATES BANKRUPTCY COURT

2   FOR THE DISTRICT OF DELAWARE

3

4   _ _ _ _ _ _ _ _ _ _ X

5   In re:          :Chapter 11

6   FEDERAL-MOGUL GLOBAL, :Case No. 01-1-578 (RTL)

7   INC., et al.,       :Jointly Administered

8       Debtors.    :

9   _ _ _ _ _ _ _ _ _ _ X

10

11

12

13   Deposition of Mark A. Peterson, Ph.D.

14           Washington, D.C.

15          Friday, December 3, 2004

16

17

18

19

20  Pages 1 - 288

21  Job No.: 164539

22  Reported by: Deborah Larson Hommer, RPR

33

1  answered for you twice now.

2      BY MR. STROCHAK:

3      Q. Other than the adjustment that you

4  referred to for inflation, what other

5  adjustments did you make to the T&N TDP

6  scheduled values?

7      A. As used in this analysis?

8      Q. Correct.

9      A. Well, when we start with that

10  value, we take the TDP values and bring them

11  back to 2001 dollars and begin to apply them

12  in 2001 year dollars. They're subsequently

13  inflated for later years at 2-1/2 percent

14  interest. That's the only other adjustment we

15  do. Then, of course, the present value

16  discount makes another adjustment to it.

17      Q. So the starting point is the TDP

18  scheduled values, correct?

19         MR. FINCH: Object to form.

20         THE WITNESS: No.

21         BY MR. STROCHAK:

22      Q. Why is that not correct?

34

1    A. Well, the starting point is -- let

2  me be specific. The starting point is the

3  values that are shown on page 57 of my report.

4  The starting points of the -- in Table 39,

5  which is colored with red. It's forecast.

6  Those are the forecast values that are used

7  for my report. Those are the settlement

8  values for claimants when they receive

9  payment.

10       Those settlement averages are, of

11  course, multiplied by the percent of claims

12  that people get. But when someone gets paid

13  a -- when I value a claim, I assume that a

14  claim is going to get paid, or allowed --

15  these are the values that I attach to it.

16    Q. Okay. And how do you derive these

17  values?

18    A. Those values are derived by taking

19  the scheduled values in the plan and adjusting

20  for inflation between 2001 and 2004.

21    Q. So then you start with the

22  scheduled values under the TDP, correct?

35

1   A.  I have a problem with your word
2   "start." It's ambiguous. I start my analysis
3   with the values on page 57. The values on
4   page 57 were derived from the scheduled values
5   adjusted for inflation. Now, "start" can
6   apply -- your word "start" can go to either of
7   those places.
8       Actually, I don't even start there,
9   though. I start with the analyses that are in
10  section 6.1 of my report. There is an
11  extensive discussion where I talk about
12  estimating what the current values of the
13  liabilities of Turner & Newall are. And I
14  derive on page 15 three alternative estimates
15  of what those current values are. And I truly
16  start with those, and then I look to the
17  scheduled values as a conservative alternative
18  to those values.
19      So if you want to get to the
20  start -- I mean, I start with the data that's
21  in the Turner & Newall's database, and I start
22  with the experience of other -- of Turner &