IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------x
: 
In re:                                                      : Bankruptcy No. 01-10578 (RTL)
                                                            :
FEDERAL-MOGUL GLOBAL, INC., et al. :
T&N LIMITED, et al.,                                        :
                              Debtors.                      :
------------------------------------------------------------x
                                                            :
THE OFFICIAL COMMITTEE OF                                   :
ASBESTOS CLAIMANTS and                                      :
ERIC D. GREEN, as the                                       :
LEGAL REPRESENTATIVE FOR                                    :
FUTURE ASBESTOS CLAIMANTS,                                  :
                                                            :
              Plaintiffs,                                   :
                                                            :
v.                                                          : Civil Action No. 05-59 (JHR)
                                                            :
ASBESTOS PROPERTY                                           :
DAMAGE COMMITTEE,                                           :
                                                            :
              Defendant.                                    :
                                                            :
------------------------------------------------------------x

**PROPERTY DAMAGE COMMITTEE'S COUNTER-DESIGNATIONS
IN CONNECTION WITH THE ESTIMATION OF ASBESTOS CLAIMS**
Deposition of William R. Hanlon, Esq.
June 1, 2005

Page 110:10 to 111:12
Page 129:4 to 129:23

                                        Respectfully Submitted,

                                        FERRY, JOSEPH & PEARCE, P.A.

                                        /s/ Theodore J. Tacconelli
                                        Theodore J. Tacconelli (No. 2678)
                                        Rick S. Miller (No. 3418)
                                        824 Market Street, Suite 904
                                        Wilmington, DE 19801
                                        (302) 575-1555
                                        -and-

WEIL, GOTSHAL & MANGES LLP
Martin J. Bienenstock, Esquire
Michael P. Kessler, Esquire
Adam P. Strochak, Esquire
767 Fifth Avenue
New York, NY 10153
Telephone: (212) 310-8000

ATTORNEYS FOR THE OFFICIAL
COMMITTEE OF ASBESTOS
PROPERTY DAMAGE CLAIMANTS