IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re:* <br><br> FEDERAL-MOGUL GLOBAL INC., <br> T&N LIMITED, et al.,[1] <br><br> Debtors. | Chapter 11 <br><br> Case No. 01-10578 (RTL) <br><br> (Jointly Administered) |
| THE OFFICIAL COMMITTEE OF ASBESTOS CLAIMANTS and ERIC D. GREEN, as the LEGAL REPRESENTATIVE OF FUTURE ASBESTOS CLAIMANTS <br> Plaintiffs, <br> v. <br><br> ASBESTOS PROPERTY DAMAGE COMMITTEE, <br><br> Defendant. | Case No. 05-00059 (JHR) <br><br> **Related Docket No. 56** |

## AFFIDAVIT OF SERVICE

STATE OF DELAWARE )
                             ) SS.
COUNTY OF NEW CASTLE )

Jared F. Schierbaum, being duly sworn according to law, deposes and says that he is employed by the law firm of Ashby & Geddes, P.A., co-counsel for the Joint Administrators for the U.K. Debtors, in the above-captioned cases, and that on June 13, 2005, he caused a copy of the following document to be served on the parties on the attached service list by electronic mail.

**[Remainder of page intentionally left blank]**

---

[1] The U.S. Debtors (collectively, the "U.S. Debtors") are Carter Automotive Company, Inc., Federal-Mogul Corporation, Federal-Mogul Dutch Holdings Inc., Federal-Mogul FX, Inc., Federal-Mogul Global Inc., Federal-Mogul Global Properties, Inc., Federal-Mogul Ignition Company, Federal-Mogul Machine Tool, Inc., Federal-Mogul Mystic, Inc., Federal-Mogul Piston Rings, Inc., Federal-Mogul Powertrain, Inc., Federal-Mogul Products, Inc., Federal-Mogul Puerto Rico, Inc., Federal-Mogul U.K. Holdings, Inc., Federal-Mogul Venture Corporation, Federal-Mogul World Wide, Inc., Felt Products Manufacturing Co., FM International LLC, Ferodo America, Inc., Gasket Holdings Inc., J.W.J. Holdings, Inc., McCord Sealing, Inc., and T&N Industries Inc.

- **Letter to Honorable Raymond T. Lyons [Docket No. 56].**

_____
Jared F. Schierbaum

SWORN TO AND SUBSCRIBED before me this 13TH day of June, 2005.

Jacquelyn M. Trickey
Notary Public

158445v1

## Service List

| | |
|---|---|
| James Conlan<br>Sidley Austin Brown & Wood, LLP<br>Jconlan@sidley.com<br>(Debtor Companies) | Patrick Corr<br>Sidley Austin Brown & Wood, LLP<br>Pcorr@sidley.com<br>(Debtor Companies) |
| Robin Parsons<br>Sidley Austin Brown & Wood, LLP<br>Rparsons@sidley.com<br>(Debtor Companies) | Laurence Elliott<br>Herbert Smith, LLP<br>Laurence.elliott@herbertsmith.com<br>(Future Claimants' Representative) |
| John Evans<br>Ashurst Morris Crisp, LLP<br>John.evans@ashursts.com<br>(Official Committee of Unsecured Creditors) | Nick Angel<br>Ashurst Morris Crisp, LLP<br>Nick.angel@ashursts.com<br>(Official Committee of Unsecured Creditors) |
| Joseph Bannister<br>Lovells<br>Joe.bannister@lovells.com<br>(Asbestos Claimants Committee) | David Steinberg<br>Clifford Chance<br>David.steinberg@cliffordchance.com<br>(The Administrative Agent) |
| Elihu Inselbuch<br>Caplin & Drysdale<br>Ei@capdate.com<br>(Asbestos Claimants Committee) | Edwin Harron<br>Young Conaway Stargatt & Taylor, LLP<br>Eharron@ycst.com<br>(Future Claimant's Committee) |
| Tom Labuda<br>Sonnenschein Nath & Rosenthal, LLP<br>Tlabuda@sonnenschein.com<br>(Official Committee of Unsecured Creditors) | Peter Wolfson<br>Sonnenschein Nath & Rosenthal, LLP<br>Pwolfson@sonnenschein.com<br>(Official Committee of Unsecured Creditors) |
| James Patton<br>Young Conaway Stargatt & Taylor, LLP<br>Jpatton@ycst.com<br>(Future Claimants' Representative) | Richard William Douglas<br>Simpson Thatcher & Bartlett, LLP<br>Rdouglas@stblaw.com<br>(The Administrative Agent) |
| Peter Lockwood<br>Caplin & Drysdale, LLP<br>Pvnl@capdale.com<br>(Asbestos Claimants Committee) | Steven Fuhrman<br>Simpson Thatcher & Bartlett, LLP<br>Sfuhrman@stblaw.com<br>(The Administrative Agent) |
| Rod Freeman<br>Lovells<br>Rod.freeman@lovells.com<br>(Asbestos Claimaints' Committee) | David Heroy<br>Bell Boyd & Lloyd, LLC<br>Dheroy@bellboyd.com<br>(Official Committee of Equity Security Holders) |
| Charlie Trigg<br>Herbert Smith, LLP<br>Charlie.trigg@herbertsmith.com<br>(Future Claimants' Representative) | |