UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

```
-----------------------------------------------------------x
                                                           :
In re:                                                     :   Bankruptcy No. 01-10578 (RTL)
                                                           :
FEDERAL-MOGUL GLOBAL, INC., et al.                         :
T&N LIMITED, et al.,                                       :
                                                           :
                          Debtors.                         :
-----------------------------------------------------------x
                                                           :
THE OFFICIAL COMMITTEE OF                                  :
ASBESTOS CLAIMANTS and                                     :
ERIC D. GREEN, as the                                      :
LEGAL REPRESENTATIVE FOR                                   :
FUTURE ASBESTOS CLAIMANTS,                                 :
                                                           :
                  Plaintiffs,                              :
                                                           :
v.                                                         :   Civil Action No. 05-59 (JHR)
                                                           :
ASBESTOS PROPERTY                                          :
DAMAGE COMMITTEE,                                          :
                                                           :
                  Defendant.                               :
                                                           :
-----------------------------------------------------------x
```

**APPENDIX TO OFFICIAL COMMITTEE OF ASBESTOS PROPERTY
DAMAGE CLAIMANTS' BRIEF IN SUPPORT OF MOTION PURSUANT TO FED. R.
BANK. P. 9023 FOR NEW TRIAL, RE-OPENING OF THE RECORD, AND RE-OPENING OF
DISCOVERY WITH RESPECT TO THE BASIS FOR NON-MALIGNANT ASBESTOS
<u>PERSONAL INJURY CLAIMS AGAINST T&N LIMITED</u>**

| | |
|---|---|
| FERRY, JOSEPH & PEARCE, P.A. | WEIL, GOTSHAL & MANGES LLP |
| Theodore J. Tacconelli, Esq. (No. 2678) | Martin J. Bienenstock, Esq. |
| Lisa L. Coggins, Esq. (No. 4234) | Michael P. Kessler, Esq. |
| 824 Market Street, Suite 904 | 767 Fifth Avenue |
| Wilmington, DE 19801 | New York, NY 10153 |
| Telephone: (302) 575-1555 | Telephone: (212) 310-8000 |
| | |
| LOCAL COUNSEL TO THE OFFICIAL COMMITTEE OF ASBESTOS PROPERTY DAMAGE CLAIMANTS | -and- |
| | Adam P. Strochak, Esq. |
| | Peter M. Friedman, Esq. |
| | 1501 K Street, NW Suite 100 |
| | Washington, DC 20005 |
| | Telephone: (202) 682-7195 |
| | |
| | ATTORNEYS FOR THE OFFICIAL COMMITTEE OF ASBESTOS PROPERTY DAMAGE CLAIMANTS |

Dated: July 13, 2005

## **TABLE OF CONTENTS**

**EXHIBIT 1**    Motion of the Official Committee of Asbestos Property Damage Claimants Pursuant to Bankruptcy Rule 3003(c) (3) For Order Fixing Final Date for Filing Proofs of Asbestos Claims and Approving Notices and Publications Procedures Related Thereto

**EXHIBIT 2**    2004 Asbestos Claim Filing Trends by David T. Austern