# EXHIBIT 2

# 2004 ASBESTOS CLAIM FILING TRENDS

**David T. Austern**
*President*
CLAIMS RESOLUTION MANAGEMENT CORPORATION

Manville Trust Claim Filings
(Averaging 40,000 Per Year)
100,000
80,000
60,000
40,000
20,000
-
1988
1989
1990
1991
1992
1993
1994
1995
1996
1997
1998
1999
2000
2001
2002
2003
2004a
Year Filed
a - 6 months annualized
2

# Manville specific events explain some of the variability

- 1989 – Claims stayed in bankruptcy are filed
- 1990–1994 Class Action litigation & restructuring
  - Only E/H claims paid
- 1995 TDP
- 1996 Medical Audit
- 1999 Medical Audit litigation settled
- 2004 1st full year of amended (2002) TDP

a - 6 months annualized

## Manville Trust Assets at Consummation*
(in millions)

| | |
|---|---|
| Cash and Marketable Securities | $700 |
| Receivables | $169 |
| Investment in Manville Corporation: | |
| Manville Corporation Stock | |
| Manville Corporation Trust Note & Bonds | $708 |
| | $477 |
| **TOTAL** | **$2,054** |

*No value was assigned to future profit-sharing payments at consummation due to the inability to reasonably estimate the profits Manville might earn and the extent to which the Trust would require these funds in the future.

# SOURCES AND USES OF TRUST FUNDS THROUGH JUNE 2004

(In $ billions)

$3.1
$2.1
Total: $5.2
$1.6
$3.3
Total: $5.2

Claim Filings By Disease Since Trust Inception
600,000
500,000
400,000
300,000
200,000
100,000
-
1
Other
Non Malignant
Other Cancer
Lung Cancer
Mesothelioma

# Injury Mix on Manville Trust Claims: Inception - 6/30/2004

| Injury | Claims | |
|---|---|---|
| Mesotheliomas | 28,855 | 4% |
| Lung Cancers | 43,098 | 6% |
| Other Cancers | 8,780 | 1% |
| Subtotal | 80,733 | 12% |
| Non-Malignancies | 566,515 | 84% |
| Other | 23,750 | 4% |
| Total | 670,998 | 100% |

# Total population of 119,533 claims for claims processed after January 1, 2002

## Top 20 ILO readers as of June 30, 2004

| Doctor Name | Total | Top 20 Percent | Cumulative Percent |
|---|---|---|---|
| ALTMEYER, Robert | 2,176 | 2.94% | 1.82% |
| BALLARD, James W. | 10,484 | 14.17% | 8.77% |
| BERNSTEIN, Richard | 1,063 | 1.44% | 0.89% |
| BREYER, Donald | 5,331 | 7.20% | 4.46% |
| FISHER, Stephen | 1,169 | 1.58% | .98% |
| GAZIANO, Dominic | 5,484 | 7.41% | 4.59% |
| GRAUEL, George | 1,507 | 2.04% | 1.26% |
| HARRON, Ray | 12,266 | 16.58% | 10.26% |
| KAZEROONI, Ella | 5,046 | 6.82% | 4.22% |
| KRAINSON, James P. | 1,370 | 1.85% | 1.15% |
| KUEBLER, Richard S. | 1,242 | 1.68% | 1.04% |
| LEVINE, Richard | 4,678 | 6.32% | 3.91% |
| LUCAS, Phillip | 2,939 | 3.97% | 2.46% |
| MAINWARING, Brent | 1,593 | 2.15% | 1.33% |
| MARTINDALE, G. | 2,429 | 3.28% | 2.03% |
| MEZEY, Robert | 3,276 | 4.43% | 2.74% |
| OAKS, W. Allen | 2,330 | 3.15% | 1.95% |
| RAO, Laxminarayana | 1,359 | 1.84% | 1.14% |
| SCHONFELD, Alvin | 2,134 | 2.88% | 1.79% |
| SEGARRA, Jay | 6,126 | 8.28% | 5.12% |
| Top 20 Total | 74,002 | 100.00% | 61.91% |
| Others | 45,531 | | 38.09% |
| Total | 119,533 | | 100.00% |

## 2003 Claim Filings as of 10/31/2003

Top Claim Filers

| Firm ID | # of Claims |
|---|---|
| 271 | 8014 |
| 174 | 6512 |
| 9387 | 5421 |
| 161 | 5409 |
| 666960 | 4972 |
| 1524 | 4742 |
| 357 | 4330 |
| 1342 | 3780 |
| 1241 | 3563 |
| 142 | 3008 |
| 1349 | 2925 |
| 9432 | 2772 |
| 9850 | 2738 |
| 666968 | 2005 |
| 9827 | 1907 |
| 666627 | 1892 |
| 1180 | 1864 |
| 1106 | 1725 |
| 109 | 1283 |
| 1691 | 1200 |
| **Subtotal** | **70062** |
| **All Others** | **29576** |
| **TOTAL CLAIMS FILED** | **99638** |

| | 1995 | 1996 | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 | 2003 | 2004a |
|---|---|---|---|---|---|---|---|---|---|---|
| Cancers | 4,110 | 4,083 | 3,434 | 3,102 | 3,833 | 5,181 | 5,615 | 5,531 | 10,072 | 3,370 |
| Non-Malignant | 25,718 | 44,005 | 19,095 | 24,927 | 26,054 | 51,112 | 80,198 | 49,992 | 90,959 | 11,474 |

a - 6 months annualized

# Comparison of TDP Filings

- 1995 TDP
  - 9 years experience
  - Avg. 50,000 claims/yr
  - 11% cancers
  - 41% of Non-Mal. have PFTs (Category 3)
  - 89% of lung cancers Cat 6 (Non-smoking)
  - 35% payments to cancers
  - 74% payments to cancers & impaired
  - Plan terminated 10/04
- 2002 TDP
  - 9 months experience
  - Avg. 14,000 claims/yr
  - 24% cancers
  - 13% of Non-Mal. have PFTs (Level 3 & 4)
  - 65% of lung cancers L7 Non-smoking/SOE
  - 95% payments to cancers*
  - 96% payments to cancers & impaired*
  - Plan ongoing

Manville Claim Forecasts

# Estimates of Future Claims

| Year Forecast Made | Source | Forecast Period From | Forecast Period Thru | Estimate/ Forecast | + Pre Forecast Filings | = Life of the Trust |
|---|---|---|---|---|---|---|
| 1983 | Walker | 1980 | 2009 | 30,000 - 120,000 | | 30,000 - 120,000 |
| 1986 | Disclosure Stmt | Life of the Trust | | 83,000 - 100,000 | | 83,000 - 100,000 |
| 1993 | ARPC | 1993 | 2049 | 302,789 | 169,622 | 472,411 |
| 1994 | 706 Panel | 1993 | 2049 | 175,869 - 619,259 | 169,622 | 345,491 - 788,881 |
| 1995 | ARPC | 1995 | 2049 | 511,400 | 169,622 | 681,022 |
| 1997 | ARPC | 1997 | 2049 | 550,200 | 284,480 | 834,680 |
| 2001 | ARPC | 2001 | 2049 | 747,726 - 2,684,719 | 421,218 | 1,168,944 - 3,105,937 |

Comparison of Actual to Forecast Filings
Filings
100,000
80,000
60,000
40,000
20,000
-
1988
1989
1990
1991
1992
1993
1994
1995
1996
1997
1998
1999
2000
2001
2002
2003
2004a
2005
2006
2007
2008
2009
2010
Year Filed
1993 Forecast
Actual Filings
1997 Forecast
2001 Weighted Forecast
a - 6 months annualized
14

Year by Year Comparison of Actual Filings to 2001 Meso Forecast
Filings
6,000
5,000
4,000
3,000
2,000
1,000
-
1988
1989
1990
1991
1992
1993
1994
1995
1996
1997
1998
1999
2000
2001
2002
2003
2004a
2005
2006
2007
2008
2009
2010
Year Filed
Actual Meso Filings
2001 Weighted Meso
a - 6 month annualized
15

Cumulative Comparison of Actual Filings to 2001 Meso Forecast
Filings
25,000
20,000
15,000
10,000
5,000
-
2001
2002
2003
2004a
2005
2006
2007
2008
2009
2010
Year Filed
Actual Meso Filings
2001 Weighted Meso Forecast
a - 6 month annualized
16

Foreign Exposures Largely Account for Recent Meso Forecast Errors
Meso Claims
6,000
5,000
4,000
3,000
2,000
1,000
-
1988
1989
1990
1991
1992
1993
1994
1995
1996
1997
1998
1999
2000
2001
2002
2003
2004a
Year Filed
US Exposure
Foreign Exposure
a - 6 month annualized
17

Year by Year Comparison of Actual Filings to 2001 Forecast
Filings
100,000
80,000
60,000
40,000
20,000
-
1988
1989
1990
1991
1992
1993
1994
1995
1996
1997
1998
1999
2000
2001
2002
2003
2004a
2005
2006
2007
2008
2009
2010
Year Filed
Actual Filings
2001Weighted Forecast
a - 6 month annualized
18

Cumulative Comparison of Actual Filings to 2001 Forecast
Filings
700,000
600,000
500,000
400,000
300,000
200,000
100,000
-
2001
2002
2003
2004a
2005
2006
2007
2008
2009
2010
Year Filed
Actual Filings
2001Weighted Forecast
a - 6 month annualized
19