# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Bankruptcy No. 01-10578 (RTL) |
| | : | |
| FEDERAL-MOGUL GLOBAL INC., | : | |
| T&N LIMITED, *et al.*, | : | |
| | : | |
| Debtors. | : | |
| _____ | :_____ | |
| THE OFFICIAL COMMITTEE OF | : | |
| ASBESTOS CLAIMANTS and | : | |
| ERIC D. GREEN, as the | : | |
| LEGAL REPRESENTATIVE FOR | : | |
| FUTURE ASBESTOS CLAIMANTS, | : | |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | Civil Action No. 05-59 (JHR) |
| | : | |
| ASBESTOS PROPERTY DAMAGE | : | |
| COMMITTEE, | : | |
| | : | **ORDER** |
| Defendant. | : | |

For the reasons set forth in the Court's Opinion filed even date,

**IT IS HEREBY ORDERED** on this 19th day of August, 2005, that the total amount of

contingent and unliquidated claims against Turner and Newall Limited for personal injury or

death caused by exposure to asbestos (including pending and future claims) is estimated to total

$9 billion in the United States and £229 million in the United Kingdom; and,

**IT IS FURTHER ORDERED** that Debtors Motion for an Order (I) Clarifying District

Court Judge Wolin's December 10, 2001 Order, and (II) Delineating the Respective Roles of the

District Court and the Bankruptcy Court With Respect to Asbestos Estimation and Plan

Confirmation Matters in these Cases, which sought withdrawal of the reference to this Court

from the Bankruptcy Court of both the asbestos personal injury claims estimation and the Plan

confirmation proceedings [ Docket No. 6517] is <u>DENIED</u> as to Debtor's request for a withdrawal

of the reference for Plan Confirmation matters and the parties are directed to pursue these matters

in the United Sates Bankruptcy Court for the District of Delaware.


/S/ Joseph H. Rodriguez
JOSEPH H. RODRIGUEZ
United States District Judge