## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

```
----------------------------------------------------x
                                          :
In re:                                    :          Bankruptcy No. 01-10578 (RTL)
                                          :
FEDERAL-MOGUL GLOBAL, INC., et al. :
T&N LIMITED, et al.,                      :
                   Debtors.               :
----------------------------------------------------x
                                          :
THE OFFICIAL COMMITTEE OF                 :
ASBESTOS CLAIMANTS and                    :
ERIC D. GREEN, as the                     :
LEGAL REPRESENTATIVE FOR                  :
FUTURE ASBESTOS CLAIMANTS,                :
                                          :
          Plaintiffs,                     :
                                          :
v.                                        :          Civil Action No. 05-59 (JHR)
                                          :
ASBESTOS PROPERTY                         :
DAMAGE COMMITTEE,                         :
                                          :
          Defendant.                      :
                                          :
----------------------------------------------------x
```

## NOTICE OF APPEAL FROM ORDER OF
## UNITED STATES DISTRICT JUDGE JOSEPH H. RODRIGUEZ

The Official Committee of Asbestos Property Damage Claimants (the

"Property Damage Committee") appeals to the United States Court of Appeals for the Third

Circuit from the amended Opinion, dated and entered September 13, 2005, [Docket No. 75]

(the "Opinion") and the Order, dated and entered August 19, 2005 [Docket No. 69] (the

"Order"), issued by United States District Judge Joseph H. Rodriguez, estimating T&N

Limited's total liability for asbestos-related personal injury or death, both pending and future

claims, in the United States at $9 billion and in the United Kingdom at £229 million.

The parties to the Opinion and Order appealed from and the names, addresses,

and telephone numbers of their respective attorneys are as follows:

| Party | Counsel |
|---|---|
| Federal-Mogul Global, Inc., T&N Limited et al. | James E. O'Neill, III Pachulski, Stang, Ziehl, Young, Jones & Weintraub, P.C. 919 North Market Street, Suite 1600 Wilmington, DE 19801 (302) 652-4100 |

-and-

Kevin Lantry
Sidley Austin Brown & Wood
555 West Fifth Street, 40th Floor
Los Angeles, CA 90013
(213) 896-6000

-and-

James F. Conlan
Sidley Austin Brown & Wood
Bank One Plaza
10 South Dearborn Street
Chicago, IL 60603
(312) 853-7000

Official Committee of Asbestos Claimants

Marla Rosoff Eskin
Campbell & Levine, LLC
800 North King Street, Suite 300
Wilmington, DE 19801
(302) 426-1900

-and-

Elihu Inselbuch
Caplin & Drysdale, Chartered
399 Park Avenue
New York, NY 10022
(212) 319-7125

-and-

Peter Van L. Lockwood
Nathan D. Finch
Caplin & Drysdale, Chartered
One Thomas Circle, N.W.
Washington, D.C. 20005
(202) 862-5000

Official Committee of Unsecured
Creditors

Charlene D. Davis
The Bayard Firm
222 Delaware avenue, Suite 900
Wilmington, DE 19801
(302) 655-5000

-and-

Thomas A. Labuda
Sonnenschein Nath & Rosenthal
8000 Sears Tower
233 South Wacker Drive
Chicago, IL 60606
(312) 876-8000

-and-

Peter D. Wolfson
Sonnenschein Nath & Rosenthal
1221 Avenue of the Americas, 24th Floor
New York, NY 10020
(212) 768-6700

United States Trustee

Richard Schepacarter
Office of the United States Trustee
844 King Street, Lock Box 35, Room 2207
Wilmington, DE 19801
(302) 573-6491

Official Committee of Equity
Security Holders

Ian Connor Bifferato
Bifferato, Gentilotti & Biden
1308 Delaware Avenue
Wilmington, DE 19806
(302) 429-1900

-and-

3

David F. Heroy
Bell Boyd & Lloyd, LLC
70 West Madison Street, Suite 3300
Chicago, IL 60602
(312) 372-1121

Legal Representative for
Future Asbestos Claimants

James L Patton, Jr.
Rolin P. Bissell
Young, Conaway, Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
(302) 571-6600

[SIGNATURE PAGE FOLLOWS]

Dated: Wilmington, Delaware
September 15, 2005

FERRY, JOSEPH & PEARCE, P.A.


Theodore J. Tacconelli (No. 2678)
824 Market Street, Suite 904
Wilmington, DE 19801
Telephone:    (302) 575-1555

LOCAL COUNSEL TO THE OFFICIAL
COMMITTEE OF ASBESTOS
PROPERTY DAMAGE CLAIMANTS

-and-

WEIL, GOTSHAL & MANGES LLP
Martin J. Bienenstock, Esq.
Michael P. Kessler, Esq.
767 Fifth Avenue
New York, NY 10153
Telephone:    (212) 310-8000

-and-

Adam P. Strochak
Peter M. Friedman
Kristin K. Brown
1300 Eye Street, N.W. Suite 900
Washington, DC 20005
Telephone:    (202) 682-7000

ATTORNEYS FOR THE OFFICIAL
COMMITTEE OF ASBESTOS
PROPERTY DAMAGE CLAIMANTS

## CERTIFICATE OF SERVICE

I, Theodore J. Tacconelli, Esquire, hereby certify that on this 15th day of September, 2005, I caused one copy of the foregoing *Notice of Appeal From Order Of United States District Judge Joseph H. Rodriguez* to be served upon the following parties in the manner indicated:

SEE ATTACHED SERVICE LIST

Upon penalty of perjury I declare that the foregoing is true and correct.

Theodore J. Tacconelli (No. 2678)

**BY CM/ECF**
James E. O'Neill, Esquire
Laura Davis Jones, Esquire
Pachulski, Stang, Ziehl, Young, Jones
& Weintraub, P.C.
919 Market Street, Suite 1600
Wilmington, DE 19801

Ian Connor Bifferato, Esquire
Bifferato, Gentilotti & Biden, P.A.
1308 Delaware Avenue
Wilmington, DE 19801

John S. Spadaro, Esquire
Murphy Spadaro & Landon
1011 Centre Road, Suite 210
Wilmington, DE 19805

Marla Rosoff Eskin, Esquire
Campbell & Levine, LLC
800 N. King Street, Suite 300
Wilmington, DE 19801

**BY HAND DELIVERY**
Richard Schepacarter, Esquire
Office of the U.S. Trustee
844 King Street, Room 2207
Wilmington, DE 19801

Mark D. Collins, Esquire
Richards, Layton & Finger
One Rodney Square
Wilmington, DE 19801

Charlene D. Davis, Esquire
The Bayard Firm
222 Delaware Avenue, Suite 900
Wilmington, DE 19801

James L. Patton, Jr., Esquire
Rolin P. Bissell, Esquire
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street,17th Fl.
Wilmington, DE 19801

Christopher S. Sontchi, Esquire
Ashby & Geddes
222 Delaware Avenue, Suite 1700
Wilmington, DE 19801

**BY FACSIMILE AND**
**FIRST CLASS MAIL**
James F. Conlan, Esquire
Larry J. Nyham, Esquire
Kenneth P. Kansa, Esquire
Sidley Austin Brown & Wood
10 South Dearborn Street
Chicago, IL 60603

Elihu Inselbuch, Esquire
Nathan D. Finch, Esquire
Caplin & Drysdale, Chartered
399 Park Avenue
New York, NY 10022

Peter Van N. Lockwood, Esquire
Caplin & Drysdale, Chartered
One Thomas Circle, N.W.
Washington, D.C. 20005

Peter D. Wolfson, Esquire
John A. Bicks, Esquire
Sonnenschein, Nath & Rosenthal
1221 Avenue of the Americas, 24th Floor
New York, NY 10020

Thomas A. Labuda, Jr., Esquire
Robert B. Millner, Esquire
Sonnenschein, Nath & Rosenthal
8000 Sears Tower
Chicago, IL 60606

Steven M. Fuhrman, Esquire
Simpson Thacher & Bartlett
425 Lexington Avenue
New York, NY 10017

George W. Wade, Esquire
Shearman & Sterling LLP
599 Lexington Ave.
New York, NY 10022

Kevin T. Lantry, Esquire
Richard T. Peters, Esquire
Sidley Austin Brown & Wood LLP
555 West Fifth Street
Los Angeles, CA 90013

David Heroy, Esquire
Bell Boyd & Lloyd
70 West Madison Street
Three First National Plaza
Suite 3300
Chicago, IL 60602